| | | United States of America | | | | |
|---|---|---|---|---|---|---|
| Government | ✓ | VS. | | | Civil/Criminal No. | 19-119m |
| Plaintiff | ☐ | TERALL ALMSTEAD | | | | |
| Defendant | ☐ | | | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | STATEMENT OF FACTS | 10/8/19 | 10/8/19 | DETECTIVE JEREMIAH JOHNSON | — |
| 2 | BACKPAGE.COM | 10/8/19 | 10/8/19 | " " | |
| 3 | PICTURE - TATOOS 2015 ADD SIMILAR TO → 2017 | 10/8/19 | 10/8/19 | " " | |