UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
:
:
v. : 2019-cr-369 (APM)
:
TERRELL ARMSTEAD, :
:
Defendant. :

## ORDER

This matter comes before the Court on application for the appointment of counsel to represent a witness subpoenaed by the United States. The Court, having considered the request in the premises, GRANTS the request for appointment of counsel, and Cary Clennon, a member of the Court's CJA panel, pursuant to the Criminal Justice Act, is hereby appointed to represent O.S. in the proceedings now pending before the United States District Court for the District of Columbia.

This order is effective *nunc pro tunc* to February 17, 2020.

**SO ORDERED.**

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender