CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

FILED
MAR 10 2020
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA )
)
vs. )   Civil/Criminal No.: 19-cr-369 (APM)
)
TERRELL ARMSTEAD )
)

### NOTE FROM JURY

① Clarity on venue → Should we be considering venue w/ every element of the charges? In other words, did every action have to ~~happen~~ in the District in order for it to be relevant? start, continue, completed

Ex. Interstate Commerce
 - Acts had to be between another state and the District, not just two states like Maryland & Virginia.

② What is the definition of "preponderance of the evidence"?

Date: 3/10/20
Time: 9:35 am

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

FILED
MAR 10 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.

TERRELL ARMSTEAD

Civil/Criminal No.: 19-cr-369 (APM)

### NOTE FROM JURY

Can we ~~review~~ see the defense closing powerpoint?

Date: 3-10-20

Time: 2:30 pm