CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA



**FILED**
MAR 11 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )    Civil/Criminal No.: 19-cr-369 (APM)
)
TERRELL ARMSTEAD )
)

### NOTE FROM JURY

Defendant's Exhibit list includes #13A-D but they are not provided in the binder or the TV Records or the laptop. Please provide Defendant's #13A→D

Date: 3-11-20
Time: 2:25 pm