CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 13 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

vs.

TERRELL ARMSTEAD

Civil/Criminal No.: 19-cr-369 (APM)

### NOTE FROM JURY

Juror #1 would like to speak with the Judge.

Date: 3-13-20

Time: 3:30 pm