

**FILED**

MAR 1 6 2020

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 19-cr-369 (APM)** |
| ) | |
| ) | |
| **TERRELL ARMSTEAD,** ) | |
| ) | |
| ) | **Judge Amit P. Mehta** |
| **Defendant.** ) | **Trial: February 21, 2020** |
| ) | |

## VERDICT FORM

We, the Jury, in this case, unanimously find as follows:

### Count One

Sex Trafficking by Force, Fraud, and Coercion of Sadie in violation of 18 U.S.C. § 1591 (a)(1), (a)(2), and (b)(1).  As to Count 1 of the Indictment, we find the defendant, TERRELL ARMSTEAD:

GUILTY _____ NOT GUILTY _____   no verdict

### Count Two

Sex Trafficking by Force, Fraud, and Coercion of Olga in violation of 18 U.S.C. § 1591 (a)(1), (a)(2), and (b)(1).  As to Count 2 of the Indictment, we find the defendant, TERRELL ARMSTEAD:

GUILTY __✓_____ NOT GUILTY _____

## Count Three

Sex Trafficking of a Minor, Sadie, in violation of 18 U.S.C. § 1591 (a)(1), (a)(2), and (b)(2). As to Count 3 of the Indictment, we find the defendant TERRELL ARMSTEAD:

GUILTY _____ NOT GUILTY _____ no verdict

## Count Four

Conspiracy to Sex Traffic a Minor, Sadie, in violation of 18 U.S.C. § 1594(c). As to Count 4 of the Indictment, we find the defendant TERRELL ARMSTEAD:

GUILTY _____ NOT GUILTY _____ no verdict

## Count Five

Coercion and Enticement of Olga in violation of 18 U.S.C. § 2422(a). As to Count 5 of the Indictment, we find the defendant TERRELL ARMSTEAD:

GUILTY _____ NOT GUILTY _____ no verdict

## Count Six

Transportation of Sadie in violation of 18 U.S.C. § 2421(a). As to Count 6 of the Indictment, we find the defendant TERRELL ARMSTEAD:

GUILTY _____ NOT GUILTY _____ no verdict

## Count Seven

Interstate Travel and Transportation in Aid of Racketeering in violation of 18 U.S.C. § 1952(a)(3)(A).  As to Count 7 of the Indictment, we find the defendant TERRELL ARMSTEAD:

GUILTY _____ NOT GUILTY _____ no Verdict

## Count Eight

Obstruction of Enforcement of 18 U.S.C. § 1591.  As to Count 8 of the Indictment, we find the defendant TERRELL ARMSTEAD:

GUILTY _____ NOT GUILTY _____ no Verdict

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Washington, District of Columbia, this

16 day of March , 2020.

3