United States of America
vs.
Terrell Armstead

Civil/Criminal No. __19CR369(APM)__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 001 | Sadie's Birth Certificate | 2/26 | 2/26 | DiMauro | 3/9 9:00am |
| 002 | Thorn Business Record Certification for Spotlight Records | " | " | " | " |
| 003 | Spotlight: Backpage Ad - Post ID 17369355 3.15.15 at 3:33am | " | " | " | " |
| 003A | Spotlight: Backpage Ad - Post ID 17369355 3.15.15 at 3:46am | " | " | " | " |
| 004 | Spotlight: Backpage Ad - Post ID 17416769 3.21.15 at 3:34am | " | " | " | " |
| 004A | Spotlight: Backpage Ad - Post ID 17416769 3.21.15 at 3:47am | " | " | " | " |
| 004B | Spotlight: Backpage Ad - Post ID 17416769 3.21.15 at 3:55pm | " | " | " | " |
| 004C | Spotlight: Backpage Ad - Post ID 17416769 3.22.15 at 3:34 p.m. | " | " | " | " |
| 004D | Spotlight: Backpage Ad - Post ID 17416769 3.22.15 at 3:46am | " | " | " | " |
| 004E | Spotlight: Backpage Ad - Post ID 17416769 3.22.15 at 9:35am | " | " | " | " |
| 004F | Picture of Sadie and Mary | " | " | " | " |
| 005 | Spotlight: Backpage Ad - Post ID 17417738 3.22.15 at 9:39pm | " | " | " | " |
| 006 | Spotlight: Backpage Ad - Post ID 17462641 3.27.15 at 3:33am | " | " | " | " |
| 006A | Spotlight: Backpage Ad - Post ID 17462641 3.27.15 at 4:09am | " | " | " | " |
| 007 | Spotlight: Backpage Ad - Post ID 17468780 3.27.15 at 9:44pm | " | " | " | " |
| 007A | Spotlight: Backpage Ad - Post ID 17468780 3.27.15 at 10:01pm | " | " | " | " |
| 008 | Spotlight: Backpage Ad - Post ID 17530475 4.3.2015 at 9:36 p.m. | " | " | " | " |
| 009 | Spotlight: Backpage Ad - Post ID 17468780 (Picture of Sadie and Jessica) | " | " | " | " |
| 010 | Spotlight: Backpage Ad - Post ID 17530475 4.03.15 at 9:36pm | " | " | " | " |

United States of America
vs.
Terrell Armstead

Civil/Criminal No. 19CR369(APM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 010A | Spotlight: Backpage Ad - Post ID 17530475 4.03.15 at 9:54pm | 2/26 | 2/26 | DiMauro | 3/9 9:00am |
| 011 | Spotlight: Backpage Ad - Post ID 17583604 4.10.15 at 3:34am | " | " | " | " |
| 011A | From Spotlight: Picture of Sadie wearing Jordans | " | " | " | " |
| 012 | Spotlight: Backpage Ad - Post ID 17600086 4.11.15 at 9:34pm | " | " | " | " |
| 012A | Spotlight: Backpage Ad - Post ID 17600086 4.11.15 at 10:16pm | " | " | " | " |
| 014 | AT&T Subscriber Information for Defendant | " | " | " | " |
| 014a | AT&T Phone Records Defendant (CD) | " | " | " | " |
| 014a-1 | Excerpts from AT&T Phone Calls (on CD) | " | " | " | " |
| 014a-2 | Excerpts from AT&T SMS Messages (on CD) | " | " | " | " |
| 014B | AT&T Certification by Custodian of Records | " | " | " | " |
| 015 | T Mobile Subscriber Information for Mary | " | " | " | " |
| 015A | T Mobile Certification of Custodian of Records | " | " | " | " |
| 016 | Sprint Boost Mobile Subscriber Information | " | " | " | " |
| 016A | Sprint Certification of Custodian of Records | " | " | " | " |
| 017 | Defendant's Instagram Account With Certificate of Authenticity | 3/2 | 3/2 | Johnson | " |
| 017A | Establishing Account//Supreme_p16 8.15.18 (page 1) | " | " | " | " |
| 17B | Conversation between Defendant and Mary 1.15.18 (pages 1283-1300) | " | " | " | " |
| 017C | Diamond Monroe Instagram Ad Post 2.7.18 (page 1256) | " | " | " | " |

2

United States of America
vs.
Terrell Armstead

Civil/Criminal No. __19CR369(APM)__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 017D | Message from Sadie to Defendant (dance schedule) 3.20.18 (page 1177) | 3/2 | 3/2 | Johnson | 3/9 9:00 am |
| 017E | Conversation between Defendant and Sadie (working at Archibalds and new school girl outfit) 3.20.18 (pages 1175-1176) | " | " | " | " |
| 017F | Conversation between Defendant and "selfmade_loyaltyyy" and "queen_seashells_" 4.22.18 (1146-1149) | " | " | " | " |
| 017G | R.I.P. Backpage//Choosing Season 4.7.18 (pages 971-972) | " | " | " | " |
| 017H | Conversation between Defendant and Olga 6.25.18 (pages 655-680) | 2/28 | 2/28 | Olga | " |
| 017i | Exchange between Defendant and "216rhgo". 6.25.18 (651-654) | 3/2 | 3/2 | Johnson | " |
| 017J | Exchange between "boricuamxmi" and Defendant 7.6.2018 (pages 601-607) | " | " | " | " |
| 017K | Exchange between Defendant and "hood.rich" 7.14.18 (pages 562-578) | " | " | " | " |
| 017L | Exchange between Defendant and "ms.diamondmonroe" 7.15.18 (pages 550-557) | " | " | " | " |
| 017M | Exchange between Sadie and Defendant 7.19.18 (pages 517-523) | " | " | " | " |
| 017N | Exchange between Defendant and "littlexnightmarex" 7.7.18 (pages 331-336) | " | " | " | " |
| 017O | Defendant holding money next to female bent over 2.22.18 (page 258) | " | " | " | " |
| 017P | Picture of Sadie with gun 4.7.18 ( page235) | " | " | " | " |

3

United States of America
vs.
Terrell Armstead

Civil/Criminal No. __19CR369(APM)__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 017Q | Picture of Sadie with money and guns on red sofa 4.21.18 (pages 219-220) | 3/2 | 3/2 | Johnson | 3/9 9:00 am |
| 017R | Picture of Defendant "DMV made me and ya bitch paid me" 5.14.18 (pages 193-194) | " | " | " | " |
| 017S | Picture of Defendant w/ Friends holding guns "Bros" 5.17.18 (pages 187-188) | " | " | " | " |
| 017T | Picture of Sadie with money on bed 5.17.18 (pages 185-186) | " | " | " | " |
| 017U | "A Bottom Bitch is not a GF" 6.16.18 (pages 118-119) | " | " | " | " |
| 017V | "I put pressure on my bitches... if they don't fold... they turn into diamonds" 6.27.18 (pages 99-100) | " | " | " | " |
| 017W | Picture of Olga and Sadie pointing gun. "Drop dead gorgeous" 7.11.18 (pages 61-62) | 2/28 | 2/28 | Olga | " |
| 017X | Sadie Supreme Tattoo picture 7.15.18 (pages 45-46) | 3/2 | 3/2 | Johnson | " |
| 017Y | Olga Supreme Tattoo picture 7.15.2018 (pages 43-44) | " | " | " | " |
| 017Z | Everyone has a Role 7.18.2018 (pages 37-38) | " | " | " | " |
| 017AB | SUPREME LIFESTYLE 7.24.2018 (pages 24-29) | " | " | " | " |
| 017AC | Picture of Defendant and Sadie at a club 5.26.18. (pages 168 - 169) | " | " | " | " |
| 017AD | Picture of Defendant at Montgomery County Courthouse 7.16.18 (page 39-40) | " | " | " | " |
| 017AE | Squares 7.27.18 (pages 20-21) | " | " | " | " |
| 017AB | SUPREME LIFESTYLE 7.24.2018 (pages 24-29) | " | " | " | " |

United States of America
vs.
Terrell Armstead

Civil/Criminal No. __19CR369(APM)__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 018 | Jessica's Backpage Ad | 2/26 | 2/26 | DiMauro | 3/9 9:00 am |
| 018A | 12 pages containing Jessica's Backpage Ads | " | " | " | " |
| 018a1 | Excerpts from Defendant's AT&T phone records (Voice usage) starting at page 369 | " | " | " | " |
| 018a2 | Excerpts from Defendant's AT&T phone records (Voice usage) starting at page 420 | " | " | " | " |
| 018a3 | Excerpts from Defendant's AT&T phone records (SMS messages) starting at page 431 | " | " | " | " |
| 018B | Jessica's Arrest Photo | 3/2 | 3/2 | Ohr | " |
| 018C | Summons Issued to Defendant and to Walker Jamal Davis by Detective Ohr | " | " | " | " |
| 020 | Google Subscriber Information Trapking5705 Gmail Account | 2/26 | 2/26 | DiMauro | " |
| 020A | Google Subscriber Information Trapking5705 Gmail Creation Date | " | 2/26 | " | " |
| 020B | Google Certificate of Authenticity for Trapking5705 Account | " | 3/5 | " | " |
| 020c | Lo Luciano Twitter Video 1 (CD) | " | 2/26 | " | " |
| 020d | Lo Luciano Twitter Video 2 (CD) | " | " | " | " |
| 020e | Lo Luciano Twitter Video 3 (CD) | " | " | " | " |
| 020F | Google Subscriber Information for Lil.bit.hoe666@gmail.com | " | " | " | " |
| 020G | Google Records showing LolucianoAtm@gmail.com linked with Lil.bit.hoe666@gmail.com | " | " | " | " |

United States of America
vs.
Terrell Armstead

Civil/Criminal No. __19CR369(APM)__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 023 | Defendant's FaceBook Account rell.smith.106 (CD) | 3/3 | 3/3 | Johnson | 3/9 9:00 am |
| 023A | FaceBook Lo Lucci Picture of Mercedes | " | " | " | " |
| 023B | FaceBook Money Choose Up Picture | " | " | " | " |
| 023C | FaceBook Picture of Defendant and Mercedes | " | " | " | " |
| 023D | FaceBook Picture of Sadie | " | " | " | " |
| 023E | FaceBook Certificate of Authenticity for rell.smith.106 | " | " | " | " |
| 024 | Photograph of Mercedes | 2/28 | 2/28 | Erica | " |
| 024A | Photograph of Sadie | " | " | " | " |
| 024B | Photograph of Sadie and Defendant at hotel | " | " | " | " |
| 024C | Photograph of Sadie and Defendant walking down hotel stairs | " | " | " | " |
| 024D | Photograph of James Wells | " | " | " | " |
| 024E | Photograph of Defendant getting out of Mercedes | " | " | " | " |
| 024F | Photograph of Defendant getting into Mercedes | " | " | " | " |
| 024G | Photograph of Red Chevrolet | " | " | " | " |
| 024H | Photograph of Sadie and Erica inside Chevrolet | " | " | " | " |
| 024i | Photograph of Sadie and Erica | " | " | " | " |
| 024J | Screenshot of a Sadie Backpage Ad | " | " | " | " |
| 026 | Physical Item: Gun 1 | 2/28 | 2/28 | Leboo | " |
| 026a | Physical Item: Gun 2 | 2/28 | 2/28 | Leboo | " |

6

United States of America
                vs.                                            Civil/Criminal No. 19CR369(APM)
Terrell Armstead

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 028A | Photograph of Gun 1 | 2/28 | 2/28 | Olga | 3/9 9:00 am |
| 028B | Photograph of Gun 2 | 2/28 | 2/28 | Olga | " |
| 029 | Physical Item: Defendant's phone seized during execution of search warrant | 2/28 | 2/28 | Leboo | " |
| 030 | Physical Item: S.B.'s phone seized during execution of search warrant | 2/28 | 2/28 | Leboo | " |
| 031 | Extraction Report from Defendant's Phone (CD) | 3/3 | 3/3 | Johnson | " |
| 032 | Extraction Report from S.B.'s Phone (CD) | 3/3 | 3/3 | Johnson | " |
| 033 | CV of Intelligence Research Specialist Joshua Kauffman ATF | N/A | N/A | — | N/A |
| 033A | Picture of "Bro's" holding guns | 2/28 | 2/28 | Olga | 3/9 9:00 am |
| 033B | Two pictures of Defendant's hand | 3/3 | 3/3 | Johnson | " |
| 033C | Picture of Defendant's hand pointing gun | " | " | " | " |
| 033D | Picture of Defendant pointing gun at Sadie | " | " | " | " |
| 034 | From the Extraction Report: Texts Between S.B. and Defendant (On CD) | " | " | " | " |
| 035 | Texts between the Defendant and Sadie (June 16, 2018) | 3/3 | 3/3 | Sadie | " |
| 036 | Texts between the Defendant and Sadie (July 10, 2018) | 3/3 | 3/3 | Johnson | " |
| 037 | Texts between the Defendant and Sadie (July 30, 2018) | 3/3 | 3/3 | Sadie | " |
| 038 | Texts between the Defendant and Sadie (August 6, 2018) | 3/3 | 3/3 | Johnson | " |
| 039 | Texts between the Defendant and Sadie (August 7, 2018) | 3/3 | 3/3 | Sadie | " |
| 040 | Texts between the Defendant and Sadie (August 8, 2018) | 3/3 | 3/3 | Johnson | " |
| 041 | Texts between the Defendant and Sadie (August 27, 2018) | 3/3 | 3/3 | Sadie | " |

United States of America
vs.
Terrell Armstead

Civil/Criminal No. __19CR369(APM)__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 042 | Texts between the Defendant and Sadie (August 28, 2018) | 3/3 | 3/3 | Johnson | 3/9 9:00 am |
| 043 | Text between Armstead and Baca (September 13, 2018) | 3/3 | 3/3 | Johnson | " |
| 044 | Red Roof Inn Records | 2/26 | 2/26 | DiMauro | " |
| 046a-i | Spreadsheets detailing records from Backpage server (as explained by Matt Frost) (CD) | 2/27 | 2/27 | Frost | " |
| 048 | CV of Dr. Chitra Raghavan | 3/4 | 3/4 | Raghavan | " |
| 049 | Erica and Sadie Backpage Ad May 16 2017 | 2/28 | 2/28 | Erica | " |
| 049A | Erica and Sadie Backpage Ad May 22 2017 | 2/28 | 2/28 | Erica | " |
| 049B | Backpage Ads posted by bsadie100@gmail.com | 3/2 | 3/2 | Johnson | " |
| 049C | Sadie Backpage Ad December 31 2016 | 3/3 | 3/3 | Sadie | " |
| 049D | S.B. Backpage Ad June 19, 2017 | 3/3 | 3/3 | Sadie | " |
| 049E | Sadie's Arrest Photo From Montgomery County | 2/26 | 2/26 | DiMauro | " |
| 050 [Entire call] | 6.5.2015 Manassas Jail 341997898109955 | 2/26 | 2/26 | DiMauro | " |
| 051 [A and B] | 1.17.2019 D.C. Jail 1547762797 | 3/3 | 3/3 | Johnson | " |
| 060 [A] | 10.17.2018 Montgomery County Jail 78970596 | " | " | " | " |
| 068 [A,B, and C] | 11.23.2018 Montgomery County Jail 79357214 | 2/26 | 2/26 | DiMauro | " |
| 069 [A] | 12.1.2018 Montgomery County Jail 79730344 | 3/3 | 3/3 | Johnson | " |
| 072 [A] | 3.24.19 D.C. Jail 1553471524 | 3/3 | 3/3 | Johnson | " |

8

United States of America
vs.
Terrell Armstead

Civil/Criminal No. __19CR369(APM)__

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 101 [A and B] | 6.6.15 Manassas Jail 341988764986370 | 2/26 | 3/5 | DiMauro | 3/9 9:00 am |
| 102 [A and B] | 6.6.15 Manassas Jail 342077918234626 | 2/26 | 3/2 | DiMauro | " |
| 103 | From Extraction Report from Defendant's Phone: Text messages between O.S. and Defendant | 2/28 | 2/28 | Olga | " |
| 106B | 302 of S.B. Interview March 14 2019 | 3/5 | 3/5 | — | " |
| 107 | Photographs of Sadie | 3/3 | 3/3 | Koch | " |
| 109A | Defendant's Cash App Records | 3/3 | 3/3 | Johnson | " |
| 109b | Cash App Certificate of Authenticity | 3/3 | 3/3 | Johnson | " |
| 111 | Video of Defendant and guns (CD) | 3/3 | 3/3 | Johnson | " |
| 112 | Photo of Defendant with Gun | 3/2 | 3/2 | Johnson | " |
| 113 | Photo of Defendant's Feet Snow Bunny Money | " | " | " | " |
| 114 | Photo of Defendant holding a stack of money | " | " | " | " |
| 115 | Photo of Defendant with one of the "Twins" | " | " | " | " |
| 116 | Excerpt from Transcript of Defendant's Guilty Plea from Montgomery County | 3/5 | 3/5 | — | " |
| 117 | Photo of Erica | 2/26 | 2/26 | DiMauro | " |
| 118A | Proffer of Proof in Support of Defendant's Guilty Plea | 2/28 | 2/28 | Lebro | " |
| 119 | Photograph of Defendant's Face Tattoo | 3/2 | 3/2 | Johnson | " |
| 120 | Map of Route from Lusby, MD to Red Roof Inn, Alexandria | " | " | " | " |

9

United States of America
vs.
Terrell Armstead

Civil/Criminal No. 19CR369(APM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 123 | Sadie Backpage Ad January 30, 2016 | 2/26 | 2/26 | DiMauro | 3/9 9:00 am |
| 124 | Collage from Defendant's Instagram Account | 3/2 | 3/2 | Johnson | " |
| 125 | Oath/Yahoo Subscriber Details for Love Diamond Monroe | 2/26 | 2/26 | DiMauro | " |
| 125a | Declaration from Records Custodian at Oath | " | " | " | " |
| 127 | Photograph of Mary | 3/2 | 3/2 | Johnson | " |
| 128 | Photograph of Olga | 2/26 | 2/26 | DiMauro | " |
| 129 | Photograph of Schyler | 3/3 | 3/3 | Johnson | " |
| 130 | Stipulation: Data Extraction From Cellular Telephones | 2/28 | 2/28 | — | " |
| 210 | Excerpt from AT&T records 6/5/2015 | 3/2 | 3/2 | Johnson | " |
| 215 | Inbox Screenshots and Emails from the LolucianoATM@gmail.com Account | 3/2 | 3/2 | Johnson | " |
| 216 | Subscriber Information bsadie100@gmail.com | 3/2 | 3/2 | Johnson | " |
| 217 | Call log from Prince William County Jail 6/5/2015 | 3/2 | 3/2 | Johnson | " |
| 218 | Jessica's Backpage Ad May 21-21, 2015 | 3/2 | 3/2 | Johnson | " |
| 219 | Excerpt from AT&T Records May 21-23, 2015 | " | " | " | " |
| 220 | Excerpt from AT&T Records June 1-3, 2015 | " | " | " | " |
| 221 | Jessica's Backpage Ad March 27-29, 2015 | 3/2 | 3/2 | Johnson | " |
| 222 | Calendars: March – June 2015; January 2016; May 2017; June 2017; June 2018 | " | " | " | " |
| 225 | Map of District of Columbia Boundary | 3/5 | 3/5 | — | " |