| | |
|---|---|
| Government ☐ | UNITED STATES OF AMERICA |
| Plaintiff ☐ | VS. |
| Defendant ☒ | TERRELL ARMSTEAD |
| Joint ☐ | |
| Court ☐ | |

Civil/Criminal No. 19CR369

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 3 | Mary Grand Jury - excerpt | 2/27 | 3/6 | Mary | 3/9 9:00am |
| 5 | Sadie School Records | 2/27 | 3/6 | Mary | " |
| 7 | Mary Interview clip 1 | 2/27 | 3/6 | Mary | " |
| | | | | | |
| | | | | | |
| 9b | Jessica Interview clip 2 | 2/28 | 3/6 | Jessica | " |
| 9c | Jessica Interview clip 3 | 2/28 | 3/6 | Jessica | " |
| 9d | Jessica Interview clip 4 | 2/28 | 3/6 | Jessica | " |
| | | | | | |
| 11 | Olga June 2019 Grand Jury - excerpt | 2/28 | 3/6 | Olga | " |

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☐ | |
| Defendant | ⦿ | |
| Joint | ☐ | |
| Court | ☐ | |

UNITED STATES OF AMERICA

VS.    Civil/Criminal No. 19CR369

TERRELL ARMSTEAD

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| 13a | Olga clip 1 | 3/2 | 3/6 | Olga | 3/9 9:00 am |
| 13b | Olga clip 2 | 3/2 | 3/6 | Olga | " |
| 13c | Olga clip 3 | 3/2 | 3/6 | Olga | " |
| 13d | Olga clip 4 | 3/2 | 3/6 | Olga | " |
| 17 | Letter from Sadie to Nathan | 3/4 | 3/6 | Sadie | " |
| 18 | Letter from Sadie to Armstead | 3/4 | 3/6 | Sadie | " |
| 19 | Text message excerpt between Sadie and Armstead | 3/4 | 3/6 | Sadie | " |
| 20 | Letters from Sadie to Armstead | 3/4 | 3/6 | Sadie | " |
| 21 | Envelope for Ex. 20 letters | 3/4 | 3/4 | Sadie | " |

| | | UNITED STATES OF AMERICA | | | |
|---|---|---|---|---|---|
| Government | ☐ | VS. | | Civil/Criminal No. | 19CR369 |
| Plaintiff | ☐ | | | | |
| Defendant | ☉ | TERRELL ARMSTEAD | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 22 | Sadie "journal entry" | 3/4 | 3/6 | Sadie | 3/9 9:00 am |
| 23 | Sadie 10/2/19 Grand Jury - excerpt | 3/4 | 3/6 | Sadie | 3/9 9:00 am |
| 24 | Clip of call 81 | 3/4 | 3/4 | Sadie | 3/9 9:00 am |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |