UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Criminal No. 19-CR-369 (APM) |
| v. | : | |
| | : | **Judge Amit P. Mehta** |
| **TERRELL ARMSTEAD,** | : | |
| Defendant. | : | |

**PARTIES' STATUS REPORT**

The Parties have been negotiating in good faith to try to reach a resolution of the outstanding charges. Unfortunately, these negotiations have been hampered by restrictions due to the Coronavirus. Particularly, they have been hampered by defense counsel's inability to communicate with his client. Given the reports of Coronavirus infection in the jail, counsel is reluctant to enter into the facility and is attempting to communicate via telephone. Although, in response to the emergency situation the DC Department of Corrections (DOC) has installed a system where lawyers can now request legal calls with clients, it seems to be inundated and backlogged. Legal calls are not quickly accommodated[1]. Undersigned counsel has been trying to arrange a call with Mr. Armstead and is hoping to hear from DOC soon.

Notwithstanding the difficulties in communication, the parties are optimistic a resolution can be reached in the instant case and request an opportunity to do so. Consequently, the parties

---

[1] Co-counsel Peter Wright has sent in requests for legal calls starting approximately a week ago and has yet to successfully place a call.

would request additional time to address these negotiations.  This can be addressed at the status conference scheduled for March 31, 2019, or it the court prefers, since it is doubtful the parties will be able to say more than what is in this status report, if the court wishes to vacate the hearing the parties will submit an additional status report when the court wishes.  In the interim defense counsel will continue to try to communicate with the defendant.

               Respectfully submitted,


DATED: March 30, 2020       */s/ Jonathan Zucker*
                Jonathan Zucker, Esq.

                Peter Wright, Esq.

                37 Florida Av, NE Suite 200
                Washington, DC 20002
                jonathanzuckerlaw@gmail.com
                202-624-0784