**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| UNITED STATES OF AMERICA | **:** | |
|---|---|---|
| | **:** | **Criminal No. 19-CR-369 (APM)** |
| v. | **:** | **Pretrial Conference: October 9, 2020** |
| | **:** | |
| TERRELL ARMSTEAD, | **:** | |
| | **:** | |
| Defendant. | **:** | |


**DEFENDANT'S NOTICE NOT WAIVING SPEEDY TRIAL.**

The Court has instructed undersigned counsel to consult with defendant to ascertain what position defendant takes regarding Waiver of Speedy Trial rights in the instant case. Undersigned counsel notes that he has consulted with defendant and defendant does **not** choose to waive his speedy trial rights.


Respectfully submitted,


DATED:  June 29, 2020                     ___/s/_____
                                          Jonathan Zucker, #384629
                                          37 Florida Av, NE Suite 200
                                          Washington, DC 20002
                                          jonathanzuckerlaw@gmail.com
                                          202-624-0784
                                          *Counsel for Defendant*

# **CERTIFICATE OF SERVICE**

I certify that on June 29, 2020, I caused the foregoing to be filed with the court using the CM/ECF system that will send notification of such filing to all counsel of record.

_/s/_____
Jonathan Zucker