**Jean Claude Douyon**

| | |
|---|---|
| **From:** | Jonathan Zucker <jonathanzuckerlaw@gmail.com> |
| **Sent:** | Wednesday, August 19, 2020 12:27 PM |
| **To:** | Jean Claude Douyon |
| **Cc:** | Larson, Amy (USADC); Davis, Kenya (USADC); Peter Wright; Hutson, Elizabeth (CRT) |
| **Subject:** | Re: Status of Armstead Trial - Teleconference Info |

Following up on today's teleconference. Terrell Armstead, after consultation, agrees to leave the set status date and not set a trial date at this time. He consents to waive speedy trial between now and Status date. Jean Claude please advise Judge Mehta, (I cannot find the chambers email in my contacts., thanks)

jonathanzuckerlaw@gmail.com

1