UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| v. | Crim. No. 18 CR OO357-01 (APM) |
| TERRELL ARMSTEAD | 19 CR OO369-01(APM) |
|  |  |
| Defendant | Sentencing July 15, 2022 |
|  | Judge Amit P. Mehta |

**SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM**

Subsequent to filing the sentencing memorandum in this case the attached

Letter from  Defendant's sister was received. Defense is filing this supplement to

bring the attached letter to the Court's attention.

Respectfully submitted,

_____/s/_____
Jonathan Zucker, #384629
37 Florida Avenue, NE, #200
Washington, DC  20002
202-624-0784
jonathanzuckerlaw@gmail.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on this July 13, 2022 I caused the foregoing to be electronically
filed with the court using the CM/ECF system that will electronically serve the
following registered users:

Amy Larson
Kevin Rosenberg
Assistant United States Attorney
555 Fourth Street, NW

Taniera Harvey

40 Brookside Pl

Waldorf, Maryland, 20601

Taniera.harvey1@gmail.com


Date: July 7, 2022


The Honorable Amit Mehta

Judge of the U.S. District Court for the District of Columbia


Re: Sentencing of Terrell Armstead


Dear Judge Mehta:


I am Taniera Harvey, a local casual dining restaurant manager. Mr. Armstead has informed me on the charge he faces. I am elated to offer an endorsement of his amazing character.

I have known Terrell all my life as he is my older brother. He played the role of a father in my life as my biological dad was absent. He is literally the glue of or family, as the only man in a family full of women, he keeps us together and grounded. Our family will be distraught without him. Especially me, he is my other half, the only person I can turn to with any problem I have. I can always count on him to fix it. Our family needs him, I need him, his two kids need him. He is an amazing father, he has one biological baby girl named Noelle that adores him, and he took on the role of a father to Noelle's brother Ivan, as his dad was absent. He is always willing to step in roles where he is needed and lead and love unconditionally. Growing up, my brother and I had the best relationship. He was so fun and the life of all of the family events. His humor and smile can truly light a room. He has helped me grow as a woman. He gives me advice. Guides me in the right direction. He motivates me, and so much more. His kids are missing their father, and will be impacted the most. Being raised by a single mom is not the ideal situation, they need a father present in their life. Everyone deserves a second chance at life. I will be his guiding light when he returns home to help him make positive decisions and be his backbone. I love him so much and pray for leniency during his sentence.


Thank you,

Washington, DC 20017


Elizabeth A. Hutson
US Department of Justice
150 M Street NE
Washington, DC 20002
Elizabeth.Hutson@usdoj.gov

                                _____/s/_____
                                Jonathan Zucker