## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**    :

                                 :    **Criminal No. 19-CR-369 (APM)**

        **v.**    :    **Criminal No. 18-357-1**

                                 :

**TERRELL ARMSTEAD,**    :

**Defendant.**    :

## Motion to Waive Appearance and Consent to Forfeiture

In the instant case I represent Defendant, Terrell Armstead. As part of the preparation for sentencing he and I reviewed that he would be forfeiting certain property, including but not limited to 2 firearms and ammunition. Forfeiture of that property was part of the negotiated plea agreement he entered into in order to resolve charges.  Mr. Armstead and I were fully aware of that forfeiture and did not object to it, particularly  reviewing the forfeiture as part of the plea and again in preparing for the sentencing hearing. At the time of sentencing, I forgot to make that representation so that it would be included in the record.   Mr. Armstead is currently incarcerated, enroute to a Bureau of Prisons designated facility. Contacting him is difficult and would be a lengthy process. I am certain he would waive his presence at a proceeding to correct the record. His preference would be that he **not**  be

returned to this jurisdiction for correction of the record to include the referenced forfeiture.

I have reviewed Fed Rule of Crim Pro 32.2(b) (4) (B) and, on behalf of Mr. Armstead, I move this Court to Amend the record to correct the record in this case by including the referenced forfeiture and to **waive** Defendant's right to be present. Similarly, if permitted, I move the Court to Waive my presence as counsel and correct this record on the pleadings[1].

WHEREFORE, defense requests that the record in this matter be corrected to include the referenced forfeiture of seized firearms. The defense moves the Court to permit defendant and defense counsel to waive their presence to make such correction.

Respectfully submitted,

DATED:  July 22, 2022

___/s/_____
Jonathan Zucker, #384629
37 Florida Av, NE Suite 200
Washington, DC 20002
jonathanzuckerlaw@gmail.com
202-624-0784

*Counsel for Defendant*

---

[1] If necessary I will be available remotely to Make these representations on the Record at a scheduled hearing.

## **CERTIFICATE OF SERVICE**

I certify that on July 22, 2022,  I caused the foregoing to be filed with the court using the CM/ECF system that will send notification of such filing to all counsel of record.


_/s/_____
Jonathan Zucker