IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )        CR No. 19-369
                                   )        Washington, D.C.
      vs.                          )        February 21, 2020
                                   )        9:35 a.m.
TERRELL ARMSTEAD,                  )
                                   )
          Defendant.               )
_____)


TRANSCRIPT OF JURY SELECTION PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:        Kenya K. Davis
                           Amy E. Larson
                           U.S. ATTORNEY'S OFFICE - DC
                           555 Fourth Street, NW
                           Washington, D.C. 20017
                           (202) 252-7059
                           Email: kenya.davis@usdoj.gov
                           Email: amy.larson2@usdoj.gov

For the Defendant:         Jonathan S. Zucker
                           Peter Wright
                           LAW OFFICES
                           OF JONATHAN ZUCKER
                           37 Florida Avenue, NE
                           Suite 200
                           Washington, D.C. 20002
                           (202) 624-0784
                           jonathanzuckerlaw@gmail.com

APPEARANCES CONTINUED:

Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                U.S. District Court
                                for the District of Columbia
                                333 Constitution Avenue, NW
                                Room 6511
                                Washington, D.C. 20001
                                (202) 354-3249
                                WilliamPZaremba@gmail.com


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

3

P R O C E E D I N G S

DEPUTY CLERK:  All rise.  This court is in session; the Honorable Amit P. Mehta presiding.

THE COURT:  Good morning.  Please be seated, everyone.

DEPUTY CLERK:  Your Honor, this is Criminal Case No. 19-369, the United States of America versus Terrell Armstead.

Kenya Davis and Amy Larson for the government.

Jonathan Zucker for the defense.

The defendant is present in the courtroom.

THE COURT:  All right, Counsel.

Good morning, Mr. Armstead.

Good morning to you.

All right.  So we are here to commence jury selection and trial.  There are a couple of matters we need to deal with before we bring in the jurors.

The first is the sort of renewed motion to dismiss Counts 3 and 4 of the Indictment.  Does anybody -- I've read all the parties' papers.  Does anybody wish to add anything else to the record in terms of that motion?

Mr. Wright?

MR. WRIGHT:  Good morning, Your Honor.

THE COURT:  Good morning.

MR. WRIGHT:  I do just want to note, I'm not sure

which way Your Honor is leading or thinking.  I am concerned that if we did -- I know when we initially filed the motion, Your Honor discussed waiting until possibly raising -- re-raising the issue MJOA.

I'm concerned about the significant amount of prejudice that could occur from the jury hearing all of the that testimony about S.B. as a minor, that then all of that would essentially become irrelevant.  It also, I think, would recalculate how we consider what comes in under 404(b) throughout the introduction of the government's case.

THE COURT:  Okay.

MR. WRIGHT:  And then just reiterating the points that it's not -- when you focus on the essential conduct of S.B., who is the alleged victim on these counts, that's where I think the essential conduct is what needs to be focused on in determining venue, not where the johns may have been coming from or their area codes on cell phone numbers or anything of that nature.

THE COURT:  Okay.

Ms. Davis or Ms. Larson, do you want to be -- do you need to respond?

MS. DAVIS:  Just to the second point, Your Honor. The essential conduct argument is not what the courts have decided.  Instead, the courts look to the continuing conduct of the party.

Moreover, as we noted in a footnote of this case, in a footnote of this motion, that the defendant did travel -- we believe that the defendant did travel through the Washington, D.C. area; moreover, the advertisements that we talked about before are part of the continuing conduct.

The defendant, in his own promotion of his enterprise, deemed himself DMV Supreme, meaning that he focused his conduct and his practice on --

THE COURT:  Just so you're clear, when you say "DMV Supreme," is that a moniker that he --

MS. DAVIS:  That's a moniker that's used throughout his Instagram, throughout his Facebook account.

And DMV, meaning this area, D.C., Maryland, Virginia.  I think his way of promoting himself makes it very clear, not only at the beginning of the enterprise, but all the way through, that this was the area that he wanted to operate in.  And posting her on the D.C. page of Backpage is probably the strongest indication of that.

THE COURT:  Hang on for a second, because that's the first I've heard of that level of specificity.  I mean, you've told me before that he posted the advertisements on backpage.com.  First time I've heard you say "on the D.C. page of backpage.com.  And maybe if you said it before, I missed it.

But can you spell out what that exactly means, "on

the D.C. page of backpage.com," if that's, in fact, what you mean?

MS. DAVIS:  Yes, Your Honor.

The ads that are posted for the victim in this case -- and I think these were appended to one of the prior motions.  The ads are posted at the District of Columbia, Washington, D.C. Backpage, as well as the Northern Virginia backpage.com page.

THE COURT:  Can I take a look at that?

MR. ZUCKER:  Can I just take a look at them quickly, Judge.  There were a bunch of them.

MS. DAVIS:  Certainly.

MR. ZUCKER:  Thank you.

MS. DAVIS:  I'll just pass up one example.

And I think it's noted on our exhibit list.

THE COURT:  And so where would I look?

MS. DAVIS:  So you want to look at the top, under --

THE COURT:  I see.

MS. DAVIS:  Right above the pictures, for the record.

THE COURT:  Right.  Got you.

So I'm just looking at an example or exemplar advertisement.  Sort of in the upper right -- toward the upper right corner, it shows washington.dc.backpage.com.

And it shows /fem, which may be shorthand for female.

Okay. All right. That's helpful to know.

MS. DAVIS: Okay.

MR. ZUCKER: If I may, Judge, that's classic advertising. And the statute was changed -- advertising was not part of the statute when that was posted.

Anybody could have access to that Backpage. They could be in D.C. They could be in California. They could be in Alaska. They could be in India. They could be anywhere in the world.

There is no evidence that this defendant was ever in D.C. or conducted any activities in D.C. at that time frame with this minor. The evidence is all to the contrary.

She was contacted in Maryland. She was -- traveled to Virginia. There's no showing that she ever had anything to do with D.C. at that time.

THE COURT: Okay.

MS. DAVIS: Just to make it abundantly clear to the Court, not only is she list -- the idea of her being listed on the Washington, D.C. page for anyone to see is true; however, there's a D.C. page, there is a Northern Virginia page that I can show you one of those types of ads that -- where she's posted both in D.C. and Northern Virginia, so that there's a targeting of those particular areas, with a hope that, and a providing of her

8

for people in those areas.

THE COURT:  Okay.

Let me go ahead and just rule on this.

So I begin with *United States versus Rodriguez-Moreno* at 526 U.S. 275, 1999, from the Supreme Court.  The question of venue involves two parts:

One, the Court must ascertain the conduct that constitutes the offense; and, two, must determine the location of where that conduct occurred.

Here in Counts 3 and 4, the defendant is charged with violating 18 U.S.C. 1591(a), as well as conspiracy to violate 18 U.S.C. 1591(a).

The parties agree that the question of venue arises because the conduct at issue occurred, at least in part, before May 28th, 2015, which is when Congress amended the statute to include the verb "advertises."

To be clear, prior to May 28th, 2015, the statute did not include the word verb "advertise."

According to the government, it will show that the defendant violated to pre-May 25th -- the pre-May 28th, 2015, version of Section 1591(a), with evidence that defendant placed digital advertisements on backpage.com, and specifically as we've learned this morning, on the Washington, D.C. page of backpage.com for commercial sex acts that were targeted at potential customers in the

9

District of Columbia, Maryland, and Virginia.

Defendant does not really dispute that, even under the pre-May 28th, 2015, statute, that advertising for commercial sex acts constitutes the offense conduct.  That is sort of the first prong of *Rodriguez-Moreno*.  For good reason, the case law supports that conclusion.  Most notably, the Second Circuit's decision, albeit unpublished, in *United States versus Corley* at 679 F.App'x 1, from 2017, supports the proposition that creating online advertisements constitutes providing under 18 U.S.C. 1591.  That's providing under the pre-May 28 -- pre-May 28th, 2015, version of the statute.

Given a broad construction that courts have given to Section 1591 and specifically I'm looking at *United States versus Jungers* -- that's J-u-n-g-e-r-s, 702 F.3d 1066, from the Eighth Circuit, 2013, the Court agrees with that result, providing a means to, quote -- providing means to supply or make available by advertising commercial sex acts.  Supplying or making such acts available certainly satisfies the term "providing" under Section 1591.

Let me just restate that so the record is clear.

The verb "providing" means to "supply or to make available."  And by advertising commercial sex acts, the defendant did supply or make such acts available; and,

10

therefore, the alleged conduct does constitute the offense as defined under 18 U.S.C. 1591, even before May 28th, 2015.

The question then becomes:  Is the place where the advertising occurred a violation of 1591 as a continuing offense?  And, therefore, under 18 U.S.C. 3247(a), venue is proper where the crime began, continued, or was completed.

Here, the government has proffered that the advertising reached prospective customers in the District of Columbia and, more specifically, as, again, was proffered this morning, that the advertising was actually placed on the District of Columbia portion of backpage.com, thereby giving rise to the reasonable inference that customers in the District of Columbia were actually being targeted; that that is enough to establish venue for the reasons that I already discussed at the last motions hearing and the cases that I cited during the last motions hearing.

Moreover, the government has also proffered that S.B. was driven from Lusby -- that's L-u-s-b-y -- Maryland, to Alexandria, Virginia, which would have taken the defendant and S.B. over the Woodrow Wilson Bridge, which, according to the government, is within the District of Columbia.

I did look this morning on Google Maps, and it shows that the vast majority of the bridge span actually appears to be in Maryland, but that a sliver of the

westernmost portion of the bridge is, in fact, in D.C.

For present purposes on a motion to dismiss, I'll accept that a portion of the bridge is in D.C.  But if the government intends to rely on transporting S.B. over the Woodrow Wilson Bridge at trial to establish venue in the District of Columbia in addition to the advertising and thus establishing that the offense occurred in the District of Columbia, the transport occurred through the District of Columbia, it will have to come forward with actual proof that the portion of the bridge is, in fact, in the District of Columbia.

As I said, I looked on Google Maps.  It looks like the westernmost portion, that portion of the District of Columbia that comes down to a point, looks like it comes over the westernmost portion of the bridge.

But if the government intends to prove that up, it's going to have to rely on more than a proffer.  It will actually have to bring forward proof as to the location of the bridge or some portion of the bridge actually being located in the District of Columbia.

The defense argument for dismissal rests on the assertion that to satisfy the act of providing, the victim must be physically within -- essentially, the victim must be physically within the venue in order to be -- for venue to be satisfied, but that argument is not supported by the text

12

of the statute, the broad interpretation that courts have given to 1591(a), nor has the defense cited any case law for that proposition.

So for those reasons, I will deny defense motion to dismiss Counts 3 and 4.  That is, of course, a dismissal without prejudice to renewal on a motion for judgment of acquittal following the government's case or after the defense case or at the close of trial.

So with that, is there anything else we ought to talk about with respect to that motion?

MR. ZUCKER:  No, not with respect to the motion.

A moment to consult.

Thank you, Judge.

THE COURT:  All right.  Let's talk about the voir dire questions.

Just to be clear, to make sure I have the right voir dire, you all submitted and filed yesterday what essentially is a joint voir dire, that is, a modest modification of the proposed voir dire that I sent.

It looks like there are only really, at most, two, but maybe only one issue to resolve.  Is that right?  Am I looking at the correct document?

MS. DAVIS:  (Nodding head.)

THE COURT:  It has 17 proposed voir dire questions?

13

MS. DAVIS:  Yes, Your Honor.

MS. LARSON:  Yes.

THE COURT:  Okay.

There was an objection to the Question 10.  That question had proposed asking:  Do you hold an opinion that prostitution should be legalized?  Do you think prostitution -- do you think of prosecution as a victimless crime?

There was a defense objection to that.

What I would propose is the following instead that I think is a little bit more neutral, to read as follows:  Do you hold an opinion about prostitution or the making of prostitution a criminal offense such at your opinion would make it difficult for you to be fair -- such that your opinion would make it difficult for you to be a fair and impartial juror?

Let me re-read that.

Do you hold an opinion about prostitution or the making of prostitution a criminal offense such that your opinion would make it difficult for you to be a fair and impartial juror?

MR. ZUCKER:  Judge, I'd say, to me, it's analogous to when we were trying marijuana cases.  The fact that a juror might think that marijuana should be legalized was not a basis to exclude them or include them.

And I feel the same way about this.  The law is that prostitution is illegal.  They've taken an oath to uphold the law.  And it's not an issue that we need to go into.  If it is something that they feel they could not abide by, I think they would respond to the catch-all question.  I don't think we need to flag it.

THE COURT:  Okay.

Well, you are right, Mr. Zucker, that mere holding of an opinion about prostitution or its legality is not enough, necessarily, to disqualify someone.

But I do think it's useful.  I mean, I ask a similar question in nearly every case, whether it's a gun case or a drug case, that tries to elicit whether somebody holds a strong opinion.

There are jurors who will hold such an opinion about the criminality of particular conduct that they would say would make it difficult for them to convict somebody for that conduct.

And this question is simply designed to try to elicit whether anybody holds such an opinion.  If somebody says they do, then I'll have a follow-up question for them that asks them whether, notwithstanding their opinion, they'll still be able to apply the law as I've given it to them.  And we'll see what happens.

If they say "no," then that'll disqualify them.

15

If they say "yes," then we'll see where that leaves them.

So is the wording of that question acceptable to the government?  Or do you all have any proposals for changing it?

MS. DAVIS:  It's acceptable to the government.

THE COURT:  Okay.

And then in the copy that I got, question -- Proposed Question 13 was highlighted or they had a slightly different color to it.  I wasn't sure if that meant there was an objection or there was an issue with respect to that question.

MR. ZUCKER:  I'm sorry, Judge.  I didn't print out the final one.  What was the objection?

THE COURT:  This is the question that says:  "Does anyone have such strong feelings about the Department of Justice" -- or at least starts out that way.

MR. ZUCKER:  Oh.

I didn't object to that question.  I don't know why it's highlighted.

THE COURT:  Okay.

I'm just going to re-word it slightly because it was a little cumbersome.

So I'm going to re-word it as follows:  "Does anyone have such strong feelings about the Department of

16

Justice or interactions with persons associated with the U.S. Attorney's Office for the District of Columbia that has impacted or influenced your views, either positive or negative, in such a way that it would be difficult for you to be a fair and impartial juror in this case?"

Is that acceptable to everyone?

MS. DAVIS:  Yes, Your Honor.

MR. ZUCKER:  Yes.

THE COURT:  Okay.

All right.  So any other issues with respect to the voir dire?

MR. ZUCKER:  No.

MS. DAVIS:  The Court's indulgence.

THE COURT:  All right.

MS. DAVIS:  There's one issue I wanted to raise.

I don't think it will be an issue, but I wanted to make sure that the Court --

THE COURT:  Is this voir dire-related or something else?

MS. DAVIS:  It could possibly be voir dire-related --

THE COURT:  Okay.

MS. DAVIS:  -- in that there will be jail calls that will be playing throughout the trial.  If the Court has any concern about whether or not those calls will raise an

17

issue for certain jurors, we hadn't really thought through if there should be a voir dire question about it, but I just wanted to raise it to see if the Court had any concerns about it.

THE COURT: You know, ordinarily, what I'd do is I'll give a limiting instruction when such a call is played.

Now, I guess I can't remember whether the call can be presented in such a way that it doesn't make it obvious that it's a jail-recorded call. If the answer is "no," then, you know, I usually give a limiting instruction that simply says, you know, you've heard that at the time the defendant made this call, he was incarcerated. You know, the decision to incarcerate was made by the Court, and it shouldn't affect your view one way or another.

I've got some standard language that will tell the jurors to disregard the fact that he is -- that he was incarcerated at the time of the call.

MR. WRIGHT: I just wanted to flag, as far as limiting the amount of the call that comes in, I think it's the first 30 seconds approximately includes the standard "This is a collect call from Montgomery County Jail or Arlington County Jail."

THE COURT: Right.

MR. WRIGHT: I think all of that could be clipped. There are still some cut-ins during the call saying, "You

18

have three minutes remaining."

But I think if the government would be willing to clip those significantly to cut off at least that portion.

THE COURT:  Well, I leave it to you to decide whether that is something -- I think, optimally, that can be done.  I mean, if you all can do that, terrific.

If you think even with that clipping of the preamble of those calls, you still want a limiting instruction, you let me know.

Obviously, if you're satisfied that taking out the preamble doesn't leave the jury with the impression that Mr. Armstead was locked up at the time, then I won't interject a limiting instruction that would let the jury know that.

But you just need to make me aware of what your desire is.

MR. WRIGHT:  Yes, Your Honor.

THE COURT:  Okay?

MR. WRIGHT:  We can work that out.

THE COURT:  All right.  Anything else, Mr. Zucker?  It sounds like you have another issue.

MR. ZUCKER:  I do, Judge.

And I raise it reluctantly because you've known me for a while, and I don't make a point of complaining about discovery issues and other counsel.

19

But, in this case -- and maybe it's because I'm one of the ones who remembers the bad old days when the government would hide -- not hide, but wait to disclose *Jencks* until they absolutely had to.

And in this case, there's been a couple of things as we've gotten closer and closer to trial that are of concern to me.

The Court gave an instruction the other day that the prosecution has to disclose their witnesses at least 24 hours in and advance.

I've made a request to say, "Do you know what the order of witnesses are?  What can we" -- so we could be ready, so we can be ready for the Monday and the start of this trial and proceed smoothly.

And I was told I'll be told on Sunday what the -- who the first witnesses will be.

It's just a matter of professional courtesy. I think at this level, we expect to be -- I expect a little more cooperation at this level from prosecutors to disclose, "This is going to be our order of witnesses."

Similarly, in the last week, we've gotten, I think, seven disclosures of discovery, almost all of which is from 2018 or at least 2019.  And yesterday we got four CDs that the government's had.  I mean, we've just been inundated in the last week since it's clear that this trial

20

is going to go forward with discovery that has been held back.

Now, some of it is more recent, and I can't complain about that.  If it's something from -- you know, there was some phone calls given to me that are from February 20th that -- fine.  That's relatively recent.

But these 302s and these interviews and these reports from 2018, 2019 that are being given to us a couple of days before trial and that are still heavily redacted so we can't figure out who in the world they're talking about, is just not the way these things should proceed.

And, similarly, there were two witnesses identified that we have no *Jencks* on.  I was told this morning, "Oh, we sent it to you last night."

I don't know -- I asked who these witnesses are and what are they going to testify about.  And I was told -- I was not given any response other than, "Well, we sent you something last night about the witness."

It's really hamstringing our ability to represent our client, to have this level of lack of cooperation.

THE COURT:  Okay.

So, one, let me make clear what, if it wasn't, which is that my practice has always been to require counsel to give 24 hours' notice of who it will be calling the next trial day.

21

Perhaps I should have been more clear when I said that. Typically, I mean, 24-hour trial-day notice; in other words, on Friday, you ought to let defense counsel know who you're calling on Monday and not on Sunday.

So I will ask you all to notify counsel by the end of the day who you intend to call on Monday. Now, Monday will be probably a half-day, three-quarter day at most in terms of testimony, since you'll be -- I have to give initial instructions, and you all will be opening, which probably will take us close to or right before lunch. But, nevertheless, that's certainly my expectation, and I should have been clearer about that. But I'll ask you all to do that today.

In terms of the rest of it, I think the question, Mr. Zucker, is -- well, let's take the smaller piece first, which is with respect to the *Jencks* material of the newly identified witnesses, is that something that -- has that been sent over to Mr. Zucker? And who are those witnesses? And does he have whatever 302s or notes, interview notes, or Grand Jury testimony that he should have received under the Pretrial Order?

MS. LARSON: Good morning, Your Honor.

THE COURT: Good morning.

MS. LARSON: Yes.

And I'd like to just point out that there was a

slight miscommunication in what was just represented to you about those two witnesses.

With respect to one, I indicated to Mr. Zucker that we do not believe that that witness will be testifying, but we would let them know.

And I also a specifically said, "There is no *Jencks* material from the witness."  That witness is a custodian of records from Backpage.  It's Iza Martin, who is on the witness list.

THE COURT:  I'm sorry.  Can you say the name again.

MS. LARSON:  Iza Martin, who's on the witness list.

With respect to the second witness, prior to last week's trial prep session, there was no *Jencks* material, period.

As we represented at the Pretrial conference, yes, there will be additional statements that are being introduced as we bring in witnesses and as we prep.  And that's what we have provided.

That was provided last night.  Again, this witness came in, actually, over the weekend last weekend.  So there was literally about a three-day turnaround.  It's a 302 that went over in a production that I notified counsel last night was being uploaded to USAfx.

23

That witness is Christopher Koch, who is a stepfather for one of our victims in this case.

THE COURT:  Okay.

So it sounds like you've got that material, Mr. Zucker.

MS. DAVIS:  The government.

THE COURT:  The government has provided an explanation for why it was disclosed when it was disclosed.

MR. ZUCKER:  That's fine.  And that's a perfectly reasonable explanation.

But why are we getting inundated with other materials that were in existence before and we're not getting them until a few days before trial, including four CDs?  I mean, you know there's a lot that goes into trial prep.

THE COURT:  Sure.  Of course.

And, look, that's the bigger-picture question, and I guess --

MR. ZUCKER:  And why are we still getting redacted 302s when we're about to start the trial and we have to play fill-in-the-blanks?

THE COURT:  Again, so the question is twofold.

One is -- one, to the government, which is, why are, as Mr. Zucker asked, why are redacted 302s being sent to defense counsel and not the full, unredacted version?

24

I mean, frankly, that should -- there should be any redacted 302s unless there's some reason under a protective order for that to be done.

MS. DAVIS:  The Court's indulgence.

(Government counsel conferred off the record.)

MS. DAVIS:  I'll first address the redactions.

The redactions that he has on the 302s at this juncture are Social Security numbers, dates of birth, addresses, personal identifying information that would always be redacted.

THE COURT:  I guess I don't -- why is that? I mean, why -- well, let's leave aside -- first.  I guess the next question is:  Is the identity of any declarant redacted?

MR. ZUCKER:  Yes.

THE COURT:  Mr. Zucker is saying "yes."

MR. ZUCKER:  Yes.

THE COURT:  So that, first and foremost, should not happen.  I take him at his word.

Secondly --

MR. ZUCKER:  If I may, Judge, in the context also, it's not only the declarant, which, frankly, we were able to figure out most of the time, but they're mentioning other people.

THE COURT:  Right.

25

MR. ZUCKER:  And that's where we can't put the pieces together because we don't know who they're referring to.

THE COURT:  Right.

So whatever it is -- and, Mr. Zucker, I'm going to ask you to specify which productions you're talking about.

MR. ZUCKER:  Yeah.

THE COURT:  Those need to be re-sent to Mr. Zucker without any redactions.

And, you know, I don't know whether the government's just developed this practice of redacting personally identifying information when it comes to --

MS. DAVIS:  Well, it's required under the CVRA that we have to redact that information.

THE COURT:  What the --

MS. DAVIS:  The Crime Victims Rights Act.  You can't just let people's Social Security numbers --

THE COURT:  Well, but to defense counsel.  Again, I'm not saying you're just putting this out into the public sphere.  I mean, this is a production to defense counsel.

I can't remember whether there's a protective order in this case or not.

MS. DAVIS:  There is.  However, what Mr. Zucker is not mentioning is that the NCIC information for every witness has already been provided to him.  And so to the

26

extent that that information is needed to do criminal background checks or anything like that, that's already been provided to him.

THE COURT:  Okay.  Well, look, the bottom line is as follows, which is that I want to make sure that he has these materials unredacted in a fashion that's consistent with the protective order in this case.

You know, nobody is suggesting that the names of witnesses or personally identifying information of witnesses should be in the public domain until trial.

This is a disclosure to defense counsel, subject to the protective order.  Defense counsel is expected to handle that material appropriately and I have no doubt will.

And so there really is no basis, it seems to me, given that there is a protective order in this case, certainly to redact identities, let alone, perhaps, identifying information.

MS. DAVIS:  And as to the second point that Mr. Zucker has made in terms of why the government is being so heavy-handed in this case -- and I don't concede that that's true; however, that's his characterization.  Up until this week, there have been security concerns about the witnesses in this case.

There are constant ways of the defendant trying to the find ways to communicate with the main victim in this

case. And the government is highly concerned about witness security in this case, in a way that if we were dealing with a different case, if we were dealing with a person who was not trying to break pretty much any rule around communication in the jail with witnesses and victims, then we wouldn't be in the same posture. But we're there because we are truly concerned about these witnesses.

THE COURT: Okay.

I mean, I take the government at its word, and I take the concern seriously.

But I've got to be in a position to balance those concerns with the interests of the defense in getting the material disclosed in a timely fashion to ensure that they can prepare.

So, you know, whether it's this case or future cases, you know, Ms. Davis and Ms. Larson, the solution is not to make a judgment about timing that's driven by the government's concerns. It's, rather, to come to me and explain the concerns and discuss whether one of the appropriate ways to deal with that would be timing.

And, again, I'm not suggesting that you've done anything improper. I just -- I just want to be clear that to the extent that this is ever a concern -- and perhaps I should have been more sensitive about it from the outset. You know, the solution is to talk about it and to figure out

28

how we can balance these competing interests so that none of us -- so I don't get in trouble from the Court of Appeals and, more importantly, Mr. Armstead gets a fair trial and the witnesses in this case are protected.

MR. ZUCKER:  If I may, I didn't mean to interrupt you.

THE COURT:  No.  That's okay.

MR. ZUCKER:  One other issue and counsel's comments just reminded me.  In addition, there was, as I understand it, a search of Mr. Armstead's cell yesterday or the day before yesterday.

I contacted the prosecutors and said -- because there is a concern about, well, A, more discovery, that we don't know where it is or what's coming; and, B, that a taint team review it before it was turned over.  And they have assured me that there was a filter team that was in place.

But Mr. Armstead had clearly documents from me, papers from me, work, legal proceedings, stuff.  I don't know what was taken, and he's not sure whether any of that was taken.

He still has some of it, and some of it was photographed, he believes.  But I am --

THE COURT:  Has anything been turned over from --

MR. ZUCKER:  No, nothing has been turned over from

the search.

MS. DAVIS:  The Court's indulgence.

(Government counsel conferred off the record.)

MS. DAVIS:  Your Honor, the search was Wednesday. Those items were loaded last night and were produced to the defense.

All the pictures from the search, all of the materials from his cell that are discoverable -- all of the materials from his cell have been turned over.

There are still redactions being made to the materials from Ms. Balka's cell, which was also searched.

All of this based on evidence that has come to the government that there have been communications through the kiosk.  That evidence comes from jail calls from the defendant, talking about --

THE COURT:  I'm sorry.  What's the kiosk.

MS. DAVIS:  The kiosk is where -- and I don't have a full understanding of how this works, but there are codes that are involved with putting these messages together.  But you can order certain things from the kiosk that will communicate to someone who has access to your account at the kiosk.  This is the commissary kiosk.  You can order certain things, and that can provide a message to the person that you are trying to communicate with.

And our understanding was that there were messages

30

that were being passed back and forth, which was the basis of the search warrant for the cell.

As I've indicated to this Court before, the communications between the defendant and Ms. Balka are of concern to the government because of the obstruction count that we have in this case and what we deem to be continuing witness intimidation.

Again, all of those materials from Mr. Armstead's cell were examined by a taint team. Anything that was deemed to be even remotely related to attorney-client privilege was sealed off. We never saw those materials.

And all of -- again, all of the materials from his cell have been turned over. The materials from Ms. Balka's cell are still undergoing redaction just to make sure that there are not materials there that would put other witnesses in danger or other family members who aren't related to this case at all, because these are her personal effects as well, that that stuff is being redacted. And we would get it over to the defense as soon as we're done doing that.

THE COURT:  Okay.

MR. ZUCKER:  I'm glad I came to court today because I had no idea that anything was disclosed last night until they just said it on the record.

I take them at their word that they loaded it onto USAfx, but I didn't know to look at it because we got other

31

discovery disclosed yesterday and we're still trying to work our way through all of this.

So I have no idea what they disclosed from the cell.

THE COURT:  I guess the question, Mr. Zucker, it's one I've been meaning to pose to you.  But I haven't heard you say what you're asking for, if anything, as a remedy at this point.

I mean, I appreciate the challenges that late disclosure bring.  But, you know, what is it that you're asking me to do, if anything, at this point?

MR. ZUCKER:  I'm trying to weigh the competing interests here, including scheduling, because I don't want to delay the trial if we don't have to.

But I have to honestly say, is it fair to pick a jury this morning knowing that I haven't reviewed evidence that was disclosed last night?

I don't know if it's evidence that's coming in, if the government is going to try and introduce it.  There's other evidence they say that they've seized from Ms. Balka's cell.  First I've heard of that.  I didn't even know her cell was searched.  And that hasn't been disclosed.

And I'm just -- I'm being very concerned if I'm doing my job as well as it should be done.  I try.  And when stuff is turned over and you learn of it for the first time

32

as you're about to pick a jury, it's hard to say you're being as diligent as you should be, so I'm concerned.

THE COURT:  Well, let me just -- I hear you.

I think the question is, how is it -- I mean at the end of the day, I still need to understand how the late disclosure affects how you are or are not selecting jurors. The idea, we're going to pick a jury today, going to go to trial Monday.  Today is Friday.

So, you know, it's less than optimal, but you'll have at least the weekend to review the material.  Now, whether that material causes you to come in and say, "Well, look, I need to do A, B, and C, you know, I'll just have to deal with that if and when you raise that issue.

But you haven't today, and that's because you haven't seen it.  I get it.  And maybe you can't answer the question of how it impacts your evaluation of jurors because you haven't seen it.

But it strikes me that -- of course, I haven't seen it either.  But it's not clear to me how whatever these materials contain, it would sort of marginally impact your decision-making in terms of the types of jurors you'd want to have.  You know, the vast majority of the material is what it is.  And this strikes me as sort of more of the same, at least in terms of the communications between your client and S.B.

33

MR. ZUCKER:  There's a saying, you don't know what you don't know.

I don't know how to respond, because I don't know what it is, so I don't know how it affects trial preparation.

And I'll be candid to the Court.  We haven't even figured -- been able to go through all the stuff we got in the last couple of days, let alone this new stuff that we're just learning of this morning.  So I am concerned.

And I agree with you.  It probably doesn't ultimately affect what jurors we select, I don't think that's an issue.

To me, the bigger issue is, can I legitimately say I am prepared for trial when evidence is being disclosed that I've never seen?  And I'm learning about it as we're about to pick a jury.  And we'll review it for the first time after the jury is selected.  And will it affect us to say -- I mean, the last thing in the world I want to do is come in here Monday morning and say, "You know what?  There's stuff disclosed over the weekend that -- "

THE COURT:  Look, I'll tell you right now, I'm not foreclosing you from doing that, and nobody wants that to happen.  You'll have to make a showing if, in fact, that's what you decide is a request.

But, you know, I've got 80 folks sitting outside

34

right now.  I'd like to get a jury picked.  If Monday morning comes and, because of the government's late disclosure, you convince me that you have essentially -- that you need more time to prepare, I'll deal with that. But as of right now, I haven't been given a reason to delay today's proceedings --

MR. ZUCKER:  No.  I understand.

THE COURT:  -- notwithstanding the frustration.

And I understand what the government's -- it's doing what it can as well.

But, you know, we're trying to balance a lot of interests in the air, and one of them being your client's interest in getting to trial, which he has asserted from the outset here.

MR. ZUCKER:  All right.

THE COURT:  Okay?

MR. ZUCKER:  I understand.

MS. DAVIS:  I just want to make sure the record is clear that these are not -- as they have been characterized as late disclosures, these are not late disclosures.  These are disclosures that have been timely made in light of the fact that there have been continuing communications.

THE COURT:  No, no.  I understand.

MS. DAVIS:  This is not the government holding things back.

35

THE COURT:  Ms. Davis, let me be clear if I haven't been, which is I'm not faulting the government for producing evidence that itself has produced as it made late in the day.  I mean, you know, so I'm not criticizing the government.

All I'm simply doing is making the observation that if -- when evidence is created, if the government is producing it and if it affects the defense's preparation on the eve of trial, I've got to take that into account.

MS. DAVIS:  I understand that, Your Honor.

THE COURT:  And, I mean -- so, you know, that's all I'm saying at this point.

MS. DAVIS:  Okay.

THE COURT:  Okay?

MS. DAVIS:  The only other point I wanted to clarify for the record is that Mr. Zucker continues to refer to this evidence as evidence that he became aware of this morning.  I just want the record to be clear that it was disclosed last evening on USAfx and an email was sent to notify him that it was on USAfx.

THE COURT:  Okay.

MS. DAVIS:  This is how we have been turning over everything.

Just as he's been issuing motions that I have to respond to --

THE COURT:  Right.

MS. DAVIS:  -- we're doing the same thing.

THE COURT:  You know, look, Counsel, I get it. I know where everybody is in terms of this case.

When things are -- when you're approaching trial, whether it's disclosures, communications, there's a lot going on.  And I understand if maybe Mr. Zucker didn't see what was sent or didn't fully appreciate what he received. That's understandable.

But let -- look, we are where we are.  Let's pick our jury today.  Notwithstanding the disclosures, I don't -- there hasn't been a reason given to me to delay picking the jury, and we'll just see where we are Monday morning.

I mean, I'm not foreclosing the defense from coming in and saying they need more time.  Obviously, you'll need to give me a reason for that.  But let's at least pick our jury.  We've got them sitting outside, and so let's move forward with that, okay?

MS. DAVIS:  Okay.

THE COURT:  All right.  Anything else?

Just give me a couple minutes.  I need to clean up this voir dire, and so why don't we plan to take a little break.  And we'll get started around 10:30, according to that clock, up above the wall, okay.

MR. ZUCKER:  Can we have headphones?

THE COURT:  Yes, of course.

DEPUTY CLERK:  All rise.

(Recess from 10:21 a.m. to 10:42 a.m.)

DEPUTY CLERK:  All rise.  Court is in session; the Honorable Amit P. Mehta presiding.

THE COURT:  Good morning, everyone.

Please be seated.

Counsel, could I just ask you all to come up.

Ladies and gentlemen, it will just be one moment, please.

(Bench conference)

THE COURT:  Can you hear me, Mr. Armstead?

I just wanted to mention I forgot to do so before.

We thought we had 80 jurors, but we have 72.  So I think it ought to be enough.

MR. ZUCKER:  What's the magic number, 34?

THE COURT:  36.

MS. DAVIS:  38.

THE COURT:  I usually get a few extra, 36 usually that we ought to qualify.

MR. ZUCKER:  Okay.

MS. DAVIS:  Thank you.

THE COURT:  Thank you.

DEPUTY CLERK:  Your Honor, this is Criminal Case No. 19-369e, the United States of America versus

38

Terrell Armstead.

Kenya Davis and Amy Larson for the government.

Jonathan Zucker for the defense.

The defendant is present in the courtroom.

THE COURT:  Okay.  Ladies and gentlemen, good morning to all of you and welcome.

PROSPECTIVE JURORS:  Good morning.

THE COURT:  My name is Judge Amit Mehta, and you are here today as a potential juror in the case of United States versus Terrell Armstead.

This is a criminal case.  In a moment, I will provide you with some additional details about the case.  But before I do so, let me first extend to each of you my gratitude for making yourself available for jury service.

As you know, in our system of justice, juries and jurors play a critical role.  And indeed it is a fundamental element of our democracy to have ordinary citizens serve decision-makers in our courts of law.  You are, therefore, performing an important duty today.  So I wanted to thank you in advance for your service.

We will begin in just a moment.  But before we do, I'm going to ask all of you to stand, please, and raise your right hand because I do need to have you placed under oath.

(Prospective jurors were placed under oath.)

39

PROSPECTIVE JURORS:  Yes.

DEPUTY CLERK:  Thank you.

THE COURT:  All right.  You may be seated, everyone.

The purpose of this jury selection is to select a panel of neutral jurors who will hear the evidence in this case and who can be fair and impartial in their decision-making.  To help us select such a jury, I will be asking you a number of questions this morning.

Now, you've all been sworn, and so what that means is that you are bound to answer my questions truthfully.

Now, before we turn to those questions, let me forewarn you that you will be spending some time waiting this morning and perhaps into this afternoon.

I promise I will try to keep your waiting to a minimum, but some amount of wait time is unavoidable.

While you are waiting during jury selection, please feel free, if you wish, to talk quietly amongst yourselves, to read a book, magazine, or whatever you may have brought with you.

The courtroom is WiFi-enabled, so you should feel free to use your phones or other mobile devices to read online or to surf the Internet.

I would ask, however, that you place all of your devices on silent mode.

40

Now, this is very important. While you may use your mobile devices, you should not at any point during the jury selection process -- and this will be true afterwards, too, if you are selected -- communicate with anyone about this case or do any online research about the case or the parties.

That means do not email, text, tweet, Snapchat a friend or family member or all of your followers about this case or post on Facebook or on Instagram that you are a potential juror in this case.

Do not get online and start doing research about the case or the parties. A juror who violates these restrictions jeopardizes the jury selection process and possibly the trial itself, which could require the entire trial process to start over.

Now, the questions I am about to ask you may touch on matters that are personal to you. Rest assured it is not my intention or desire, nor is it the intention or desire of the lawyers, to invade your privacy or to embarrass you. Our only wish is to select the fairest, most impartial jury possible so that the parties can be assured that the jurors selected will not be based or prejudiced -- excuse me, will not be biased or prejudge the case and will return a verdict based only on the law and the evidence.

Now, does each of you have a notecard and a

41

pencil?

Does anyone not have one?  In which case, I'll ask you to raise your hand.

Okay.  Good.

Now, I'm about to read to you 17 questions.  You should be able to answer each question with a "yes" or "no" answer.

Now, this is important.  If your answer to any of the questions is "yes," write down the number of that question on your notecard.  If your answer is "no," you need not write down the number of the question.

So, for example, if your response to Question 3, say, for example, happens to be "yes," write down the No. 3 on your notecard.  If the answer to Question 3 happens to be "no," do not write anything on your notecard.

After I've gone through all 17 questions, I will call each one of you to the bench individually.  I will call you up, even if you haven't answered any questions "yes."  And at the bench, I may ask you some follow-up questions about your responses.

The lawyers also may have some questions about your responses.

I will use a husher to ensure that your answers will only be heard by me and the court staff.  I'll just the Courtroom Deputy to earn that on.

42

As I said, I'll call each of you to the bench to ask any follow-up questions that respond to the answers that you've given on your note cards, and we will continue to qualify, excuse me, call individual jurors up to the bench until we have reached a qualified number of people who can serve on the jury.

All right.  So with that, let's get started with the questions.

Question 1 is as follows.

This is a criminal case entitled United States versus Terrell Armstead.  Mr. Armstead stands accused of multiple counts of violating the United States Code arising from the alleged sex trafficking of two females known by their initials as S.B. and O.S.  This activity is alleged to have occurred within the District of Columbia and elsewhere between March 2015 and September 2019.

For a portion of this time, S.B. is alleged to have been a minor, under the age of 18 years old.  O.S. was more than 18 years of age at all relevant times.

Do you know or have you heard anything about this case?  That is Question 1.  Let me repeat all that once more.

This is a criminal case entitled United States versus Terrell Armstead.  Mr. Armstead stands accused of multiple counts of violating the United States Code arising

43

from the alleged sex trafficking of two females known by their initials as S.B. and O.S.  This activity is alleged to have occurred within the District of Columbia and elsewhere between March 2015 and September 2019.  For a portion of this time, S.B. is alleged to have been a minor, under the age of 18 years old.  O.S. was more than 18 years of age at all relevant times.

Question 1 is:  Do you know or have you heard anything about this case?

All right.  Question 2:  The government in this case -- and I'll just ask counsel to stand after I state your names.

The government in this case is represented by United States Attorneys Kenya K. Davis and Amy E. Larson.

The defendant in this case is Terrell Armstead. He is represented by Jonathan Seth Zucker and Peter Wright.

Additionally, a law clerk by the name of Erin Luibrand may be assisting at counsel table during portions of the trial.

Question 2 is as follows:  Do you know any of the people I have just named?

Once more, the government in this case is represented by Assistant United States Attorneys Kenya Davis and Amy Larson.  The defendant is Terrell Armstead.  He is represented by Jonathan Zucker and Peter Wright.

Additionally, law clerk Erin Luibrand may be assisting at counsel table during portions of the trial.

Do you know any of the people I have just named?

All right.  That was Question 2.

We're moving on to Question 3.

Now, I'll ask you all to please pay attention because each side is about to name people.  And at the end of the list of people that will be named, I will ask you whether you know any of the witnesses or the names or recognize any of the names of the people that have been introduced to you.  So we'll start with the government.

MS. DAVIS:  Good morning.  From the government, you will hear from or about certain persons.  They include Shyler ████████, Sadie ████, Mary ████, Jessica ████, Erica ████████, Olga ████████, Christopher Koch, Ashley ████████, Issa ██████, Matthew Frost, Kindwell ██████, James Wells, Walker Jamal Davis, or Tinera ██████.

The government may also introduce law enforcement witnesses, including James Hardie, Rachel DiMauro, Jeremiah Johnson, Herbert Leboo, Daniel Ohr, Joseph Kauffman.

The government is also calling Dr. Chitra Raghavan.

THE COURT:  Mr. Zucker.

MR. ZUCKER:  Thank you, Judge.

Good morning, ladies and gentlemen.

I anticipate the bulk of the defense case will be presented through the examination of government witnesses; however, there are persons on the government's witness list that if they do not call, the defense may be calling.

In addition, though, there is one other witness, Chekesha Armstead, who is Mr. Armstead's mother, who lives in Clinton, Maryland, she may be called as a defense witness as well.

Thank you.

THE COURT:  All right.  Ladies and gentlemen, Question 3 is:  Do you know or do you recognize any of the people that have just been introduced to you?

Question 3 is:  Do you know or do you recognize any of the people that have just been introduced to you?

All right.  Question 4 and the next five questions all relate to you, members of your immediate family, close personal friends and close relatives.

So Question 4 is as follows:  Does anyone in that group -- that is, you, members of your immediate family, close personal friends, and close relatives -- does anyone in that group now work for or has anyone in that group ever worked for a law enforcement agency?  This includes any police department in or outside the District, special police officers, prosecutor's offices such as the State's Attorney

46

or the U.S. Attorney, Park Police, FBI, Department of Justice, Homeland Security, Sheriff's Department, Secret Service, or any other law enforcement agency.  That is Question 4.

Let me repeat Question 4 one more time.

Does anyone in that group -- that is, you, members your family, close personal friends, and close relatives -- anybody in that group work for now or worked for in the past any law enforcement agency?  This includes any police department in or outside the District of Columbia, special police officers, prosecutor's offices such as State's Attorneys or U.S. Attorneys Offices, Park Police, FBI, Department of Justice, Homeland Security, sheriffs department, Secret Service, or any other law enforcement agency.  That was Question 4.

Here's Question 5:  Has any member of that group -- again, you, members of your immediate family, close personal friends or close relatives -- ever worked for the court system, as a clerk, Probation Officer, parole officer, or in any other capacity?

Question 5:  Has any member of that group ever worked for the court system as a clerk, Probation Officer, parole officer, or in any other capacity?

Question 6:  Has any member of that group ever gone to law school, worked as a lawyer, or worked in a

47

law office?

Question 6:  Has any member of that group ever gone to law school, worked as a lawyer, or worked in a law office?

Question 7:  Has any member of that group -- again, you, members of your immediate family, close personal friends, and close relatives -- has any member of that group ever been arrested for, convicted of, or charged with a crime or been a victim of or witness to a crime?

Question 7, once more:  Has any member of that group ever been arrested for, convicted of, or charged with a crime or been a victim of or a witness to a crime?

Question 8:  Again, has any member of the group been a victim of or a witness to the same or similar type of crime as the crime charged in this case?  Or has any member of that group been arrested, charged with a crime, or found guilty or gone to jail for the same or similar type of crime as the one charged in this case?

That's a bit of a mouthful, so let me repeat Question 8 one more time.

Has any member of that group been a victim of or a witness to the same or similar type of crime as the crime charged in this case?  Or has any member of that group been arrested, charged with a crime, or found guilty or gone to trial for the same or a similar type of crime as the one

48

charged in this case?

All right.  Question 9 -- now, this relates to you and you alone, and that will be true for the remaining questions.

Question 9:  If selected as a juror, you will have to hear evidence involving the sex trafficking of a minor. The evidence may be distasteful, offensive, and unpleasant to hear.  However, the prospect of having to see or hear distasteful, offensive, or unpleasant evidence is not a basis to avoid the responsibility of jury service.

Is there anyone who honestly believes that there is some compelling reason why he or she cannot be an impartial juror -- that is, to consider all the evidence and follow the law -- simply because evidence of trafficking of a minor will be presented as evidence in the trial?

Let me read Question 9 one more time.

If selected as a juror, you will have to hear evidence involving the sex trafficking of a minor.  The evidence may be distasteful, offensive, and unpleasant to hear; however, the prospect of having to see or hear distasteful, offensive, or unpleasant evidence is not a basis to avoid the responsibility of jury service.

Is there anyone who honestly believes there is some compelling reason why he or she could not be an impartial juror -- that is, to consider all of the evidence

49

and follow the law -- simply because evidence of trafficking of a minor is likely to be presented as evidence in the trial?

Question 10:  Do you -- again, you personally -- do you hold an opinion about prostitution or the making of prostitution a criminal offense, such that your opinion would make it difficult for you to be a fair and impartial juror?

Question 10 one more time:  Do you hold an opinion about prostitution or the making of prostitution a criminal offense, such that your opinion would make it difficult for you to be a fair and impartial juror?

Question 11.  All right.  Question 11 will require you to take a look around the room, both behind you and across the aisle, please.  Take a second to do that, to look behind you and across the aisle.

Okay.  Question 11 is:  Do you know any other member of the jury panel?

Question 11 is:  Do you know any other member of the jury panel?

All right.  Question 12:  I will be instructing the jury at the end of the trial that the testimony of a law enforcement officer should be treated the same as the testimony of any other witness and that the jury should not give either greater or lesser weight to the testimony of a

50

witness simply because that witness is a law enforcement officer.

Does anyone have such strong feelings about law enforcement officers, either positive or negative, that would make it difficult for you to be a fair and impartial juror in this case?

Question 12, one more time, is as follows:  I will be instructing the jury at the end of the trial that the testimony of a law enforcement officer should be treated the same as the testimony of any other witness and that the jury should not give either greater or lesser weight to the testimony of a witness simply because that witness is a law enforcement officer.

Does anyone have such strong feelings about law enforcement officers, either positive or negative, that would make it difficult for you to be a fair and impartial juror in this case?

All right.  Question 13 is as follows:  Does anyone have such strong feelings about the Department of Justice or interactions with persons associated with the U.S. Attorney's Office for the District of Columbia that has impacted or influenced your views, either positive or negative, in such a way that it would make it difficult for you to be a fair and impartial juror in this case?

Question 13:  Does anyone have such strong

51

feelings about the Department of Justices or interactions with persons associated with the U.S. Attorney's Office for the District of Columbia that has impacted or influenced your views, either positive or negative, in such a way that it would be difficult for you to be a fair and impartial juror in this case?

Question 14:  Has anyone served as a juror in a criminal case or as a grand juror before?  And if so, did you reach a verdict in that case?

Question 14:  Has anyone served as a juror in a criminal case or as a grand juror before?  And if it was a criminal case, did you reach a verdict in that case?

Question 15:  Does anyone have a health or physical problem that would make it difficult to serve on this jury?

Question 15 is:  Does anyone have a health or physical problem that would make it difficult to serve on this jury?

Question 16:  Would serving as a juror in this case be an extreme hardship to anyone?

Question 16 is:  Would serving as a juror in this case be an extreme hardship to anyone?

And let me provide you with some information about the length of trial that will help you address that question.

52

This trial, I'm told, is expected to last between seven to eight trial days.  Trial would begin next Monday and go for seven or eight trial days.  So what that would mean is that you could expect to be a juror in this case beginning next Monday and then the following week and then the week following that.  So we are talking about the week of February the 24th and the week of March the 2nd.  We would be sitting Monday through Friday, essentially from 9:30 to 5:00 every day.

So with that schedule in mind, would serving as a juror in this case be an extreme hardship to anyone?

All right.  Last question:  This final question is what I call my catch-all question.  This question asks whether there's any other reason that I haven't asked about that might make it difficult for you to sit fairly and impartially and attentively as a juror.  Perhaps you have a religious, moral, or philosophical reason that you believe would make it hard for you to be fair.  In sum, is there some other reason that would make it difficult for you to sit as a fair and impartial juror in this case?

One more time.  Question 17 is as follows.  My final question is what I call my catch-all question.  This asks whether there is any other reason that I haven't asked about that might make it difficult for you to sit fairly and impartially and attentively as a juror.  Perhaps you have a

religious, moral, or philosophical reason that you believe would make it hard for you to be fair.  In sum, is there some other reason that would make it difficult for you to sit as a fair and impartial juror in this case?

Okay.  Ladies and gentlemen, those are the questions that are being posed to each of you.  As I said, we will now call each of you up so that we can follow up on any answers that you have provided to those questions.

During the time individual jurors are at the bench, the husher will be on.

Additionally, you may, as I said earlier, speak to one another quietly, read anything that you you've brought with you.  You also may use the WiFi.

Again, I will remind you:  Please do no research about any of the lawyers or the parties of the case or post anything about the fact that you are a potential juror in this case to social media, through email, or text messaging or any other mode of electronic communication.

Thank you, all, ladies and gentlemen, and we'll start with the first juror.

Counsel, why don't you come on up, please.

DEPUTY CLERK:  Could we have Juror No. 0069, please.

(Bench conference)

THE COURT:  Good morning, ma'am.  How are you?

54

PROSPECTIVE JUROR:  I'm great.  How are you?

THE COURT:  All right.

You are Juror 0069; is that correct?

PROSPECTIVE JUROR:  Yes.

THE COURT:  You answered one question affirmatively.  That's Question 14.  And that's whether you ever served as a juror in a criminal case or as a grand juror before.  And you've said here on the notecard that you've served a grand juror before.

PROSPECTIVE JUROR:  Yes.

THE COURT:  And have you decided if a case would go to trial?

PROSPECTIVE JUROR:  Yeah.  Different case.

THE COURT:  Right.  Now, as a grand juror, this case is different.  This is a jury trial.  And do you understand that with respect to Grand Jury service, your decision-making involved whether there was probable cause --

PROSPECTIVE JUROR:  Yes.

THE COURT:  -- to determine whether a crime had been committed.  Here, the standard of proof is higher.  It would be beyond a reasonable doubt.

Do you understand that?

PROSPECTIVE JUROR:  Yes.

THE COURT:  And did any of the cases, as you -- when you were a grand juror, did that involve any charges of

sex trafficking?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  Any follow-up questions?

MS. DAVIS:  No.

MS. LARSON:  No.

MR. ZUCKER:  Ma'am, where were you a grand juror?  Was it Federal Court or Superior Court, if you remember?

PROSPECTIVE JUROR:  It was 555 Fourth Street.

MR. ZUCKER:  Fourth Street?

PROSPECTIVE JUROR:  Yeah.

MR. ZUCKER:  So Superior Court.  What kind of cases were those, for the most part, to the extent you recall.

PROSPECTIVE JUROR:  We had, like, robbery.  It wasn't nothing similar.

I mean, this is the first time I've ever been on a case like this.

MR. ZUCKER:  Okay.

PROSPECTIVE JUROR:  Yeah.

MR. ZUCKER:  During Grand Jury proceedings, sometimes people work very closely with prosecutors, because there are no defense lawyers there and there's only prosecutors.

As a result of working closely with the prosecutors, has that affected you in any way in terms of

56

being fair in a trial, in a criminal trial?

PROSPECTIVE JUROR:  No.

MR. ZUCKER:  Okay.  So -- all right.  Thank you.

THE COURT:  Ma'am, thank you very much.  You may return to your seat.

(Open court)

DEPUTY CLERK:  Could we please have Juror No. 1225.

(Bench conference)

THE COURT:  You are Juror 1225?

PROSPECTIVE JUROR:  That's correct.

MR. ZUCKER:  I'll just ask you to keep your voice up.

You answered Question 14 affirmatively.  That's the only question you answered.  That was the question about prior jury service in a criminal case or as a grand juror.

Can you tell me a little bit about that.

PROSPECTIVE JUROR:  This was about a wife abuse case, as I recall.  It was many, many, many years ago.

And we had quite a long deliberation.

THE COURT:  You had a long deliberation?

PROSPECTIVE JUROR:  A long deliberation in that case.

THE COURT:  And did you reach a verdict in that case?

57

PROSPECTIVE JUROR:  There was a verdict reached.

THE COURT:  You don't need to tell me what that was.

PROSPECTIVE JUROR:  Okay.

THE COURT:  Now, did that case involve allegations of abuse, emotional, physical abuse of any kind?

PROSPECTIVE JUROR:  I believe so, yes.

THE COURT:  Now, there may be -- I don't know. There may be evidence in this case of physical and emotional abuse.  Would you be able to put aside your prior experience as a juror and consider the evidence in this case based on the evidence that's presented?

PROSPECTIVE JUROR:  I should be able to.

THE COURT:  I'm sorry?

PROSPECTIVE JUROR:  I should be able to.

THE COURT:  Okay.

Any follow-up questions from the government?

MS. DAVIS:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  The juror was about to say something. I thought I saw you.

PROSPECTIVE JUROR:  Yes.  Yes, you did.

I did want to point out on Question 4 --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- I did not answer any -- I

58

did not answer in the affirmative for Question 4.  But I have some close -- one or two close friends that I suspect may have or are working for law enforcement, but on a covert basis.  So I do not know.

THE COURT:  Okay.

PROSPECTIVE JUROR:  And I -- actually, last time when I was called in as a juror, I did not -- I did not answer that question.

THE COURT:  Okay.

PROSPECTIVE JUROR:  But this time I'm thinking it's probably best for me to let you know that much.

THE COURT:  I appreciate that information.

The question is:  Is anything about your relationship with these friends, would that make it difficult for you to be fair to either side in this case?

PROSPECTIVE JUROR:  I don't believe so.

THE COURT:  Any follow-up?

MS. DAVIS:  No.

THE COURT:  Mr. Zucker.

MR. ZUCKER:  Just the -- I think I know the answer.  But when you said it was a wife-abuse case, I assume that was a criminal case --

PROSPECTIVE JUROR:  Well --

MR. ZUCKER:  -- or civil, if you know?

PROSPECTIVE JUROR:  That -- you know, what would

59

be the distinction in this case?  I'm not -- it was -- I mean, honestly, I cannot tell you for sure, because I wouldn't know the distinction.  I don't recall this much. I remember it was a jury case, obviously.

MR. ZUCKER:  Do you remember what court you were in?

PROSPECTIVE JUROR:  I do not remember that.

MR. ZUCKER:  Was it in D.C.?

PROSPECTIVE JUROR:  Yes, it was in D.C.

It was here.  I believe it was here.

MR. ZUCKER:  This court or, more likely, the court next door?  You don't know?

PROSPECTIVE JUROR:  Next door on 4th.

MR. ZUCKER:  5th.

PROSPECTIVE JUROR:  The D.C. Superior Court.

MR. ZUCKER:  D.C. Superior Court, 500 Indiana.

PROSPECTIVE JUROR:  I couldn't tell you for sure.

MR. ZUCKER:  You said it was years ago?

PROSPECTIVE JUROR:  I could not tell you for sure.

MR. ZUCKER:  And you said you have friends that you don't know whether or not they're law enforcement, but you suspect they are?

PROSPECTIVE JUROR:  That they have worked for law enforcement.  But I don't know in what capacity exactly, in fact.

60

MR. ZUCKER:  But you said in a covert capacity?

PROSPECTIVE JUROR:  Covert capacity.

MR. ZUCKER:  Do you believe that's as law enforcement officers or as some other role, as an informant?

PROSPECTIVE JUROR:  Possibly some other role. Possibly some other role.

MR. ZUCKER:  Okay.  All right.  Thank you.

THE COURT:  Thank you, sir.  You may return to your seat.

PROSPECTIVE JUROR:  Thank you very much.

(Open court)

DEPUTY CLERK:  Juror No. 0573.

(Bench conference)

THE COURT:  Good morning, ma'am.  How are you?

PROSPECTIVE JUROR:  I'm all right.

THE COURT:  All right.  You're Juror --

PROSPECTIVE JUROR:  TSA, it's Homeland Security.

THE COURT:  I'm sorry?

PROSPECTIVE JUROR:  TSA.

THE COURT:  Hang on one second.

PROSPECTIVE JUROR:  I'm sorry.

THE COURT:  That's okay.

You are Juror 0573; is that correct?

PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  Okay.  Now, you answered four

questions "yes," including the catch-all question,

Question 17, which asked whether there's any other reason

that might make it difficult for you to be fair.  And you've

written "Yes, I have a prejudice/moral."

Can you tell me what you mean by that.

PROSPECTIVE JUROR:  The way the case is presented.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I'm already thinking --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- that it is --

THE COURT:  What do you mean you're already

thinking, ma'am?

PROSPECTIVE JUROR:  I mean, the sex trafficking,

it's a no thing.

THE COURT:  I'm sorry?

PROSPECTIVE JUROR:  It's a no.

THE COURT:  It's a no thing?

PROSPECTIVE JUROR:  Yes.

So it's --

THE COURT:  You understand --

PROSPECTIVE JUROR:  This is, I'm bringing forth in

my mind.

THE COURT:  I appreciate that.

But you understand at this point it's just an

allegation.  You understand that, that it's a charge?

62

PROSPECTIVE JUROR:  I understand that.

THE COURT:  And as a juror, you would be responsible for listening to the evidence and applying the law, and what you may or may not think about the nature of the offense really would be secondary.  Your job would be to judge the facts and apply the law.  Do you think you could do that in this case?

PROSPECTIVE JUROR:  Honestly, no.

THE COURT:  You don't think you could do that?

PROSPECTIVE JUROR:  No.

THE COURT:  All right.  Any further questions?

MS. DAVIS:  The Court's indulgence.

No questions.

MR. ZUCKER:  No objection.

THE COURT:  Thank you.  You may return to your seat.

PROSPECTIVE JUROR:  Thank you.

THE COURT:  Thank you.

All right.  So we'll strike Juror 0573 for cause.

All right.

Next juror.

(Open court)

DEPUTY CLERK:  Juror No. 1779.

(Bench conference)

THE COURT:  All right.  You're Juror No. 1779?

63

PROSPECTIVE JUROR:  Right.

THE COURT:  Okay.  All right.  You answered four questions, Question 6, 10, 13, and 14.

That's not so bad.

PROSPECTIVE JUROR:  Okay.

THE COURT:  I've had more.

PROSPECTIVE JUROR:  Okay.

THE COURT:  Let's start with 6.  Any member of the group gone to law school, worked as a lawyer, or worked in a law office.

PROSPECTIVE JUROR:  My niece is a lawyer in Portland for a nonprofit.

THE COURT:  All right.  Does your niece -- do you know whether she does any kind of criminal work?

PROSPECTIVE JUROR:  Well, right now, she works with inmates at Coffee Creek.  She works with the American Indian, mostly American Indians, helping them with sort of -- usually about getting sort of fair treatment --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- because they're not -- they're kind of abused.

THE COURT:  Right.  Got you.

Anything about either your niece's work as a lawyer or anything she's talked to you about, has it touched on sex trafficking?

PROSPECTIVE JUROR:  No.

THE COURT:  Any reason to believe that the fact that your lawyer -- your niece works with people who are incarcerated, any reason to believe that that would make it difficult for you to be fair and impartial in this case?

PROSPECTIVE JUROR:  Well, I mean, the reason why most of the women are incarcerated is sort of unfair, so I guess I would sort of side with the women.

THE COURT:  Okay.

Well, now, again, this is a case --

PROSPECTIVE JUROR:  But it doesn't happen -- it's mainly drugs and, you know, abuse.

THE COURT:  Right.

Now, again, this is a case in which Mr. Armstead, he's charged with certain offenses.  Your job as a juror would be to sort of put aside your biases --

PROSPECTIVE JUROR:  Right.

THE COURT:  -- on your preconceptions and focus on the evidence and the law as I give to you.  Is that something you think you could do?

PROSPECTIVE JUROR:  I hope so.

THE COURT:  Okay.  Any reason to doubt that you'd be able to do that.

PROSPECTIVE JUROR:  I don't think so.

THE COURT:  Okay.  All right.

65

Question 10 concerns, do you hold an opinion about prostitution or the making of prostitution a criminal offense?  And you answered that question "yes."

PROSPECTIVE JUROR:  Yeah, sure.  I mean, I think it's a criminal offense.

THE COURT:  Okay.

But aside from the fact that it is, the question -- and maybe it wasn't worded well -- is whether you have strong views about making it a criminal offense such that you don't think you could be fair in this case.

PROSPECTIVE JUROR:  I mean, I guess it depends on what they -- you know, how they present it.

THE COURT:  Okay.  But, again, it sounds like you're saying it depends on what the facts and circumstances are.

PROSPECTIVE JUROR:  Right.

THE COURT:  Okay.

Question 13, whether you have strong feelings about the Department of Justice or people associated with the U.S. Attorney's Office that have impacted your views, can you tell me a little bit about that.

PROSPECTIVE JUROR:  Well, under this climate, you know, and I -- my neighbor works for the AG Office. And, you know, he's pretty unhappy.

THE COURT:  Okay.

66

When you say you're neighbor works for the AG, you mean for the Attorney General of the United States --

PROSPECTIVE JUROR:  Yep.

THE COURT:  -- or for the Attorney General of the District of Columbia.

PROSPECTIVE JUROR:  The United States.  Yeah.

THE COURT:  So, now, it is true --

PROSPECTIVE JUROR:  I mean, I guess -- yeah.

THE COURT:  It is true that the Department of Justice, through the U.S. Attorney's Office, in this District is prosecuting this case.

This case doesn't involve any of the politics --

PROSPECTIVE JUROR:  I realize that.

THE COURT:  -- that you read about.

PROSPECTIVE JUROR:  I realize that.

THE COURT:  Could you sort of put aside your concerns and views about what may be happening in the larger public --

PROSPECTIVE JUROR:  I hope so.

THE COURT:  -- and focus on the facts in this case?

PROSPECTIVE JUROR:  I hope so.  It's not easy, but I hope I can.

THE COURT:  And then Question 14 is:  Have you served previously as a juror in a criminal case or on a

67

Grand Jury before?

PROSPECTIVE JUROR:  I was on a criminal case. I was an alternate.

THE COURT:  Okay.

PROSPECTIVE JUROR:  So I was dismissed at the end of the trial because they didn't need me.

THE COURT:  Okay.

PROSPECTIVE JUROR:  So I was not part of that process.

THE COURT:  And did that case involve charges of sex trafficking, too.

PROSPECTIVE JUROR:  No.

THE COURT:  All right.  And whatever experience that you had and what you recall from that case, would you be able to put that aside --

PROSPECTIVE JUROR:  Sure.

THE COURT:  -- and apply the law as I give it to you in this case?

PROSPECTIVE JUROR:  Sure.

THE COURT:  Any questions from the government?

MS. DAVIS:  Just a follow-up to the question about the Attorney General --

THE COURT:  Hang on one second.  I'm going to ask -- everyone has died down a little bit.  This is a microphone so the court reporter can hear it.  So I'm going

68

to just ask you to keep your voice up.

MS. DAVIS:  Certainly.

The question that we had about your thoughts about the Attorney General and the U.S. Attorney's Office, you mentioned that your neighbor works at the Attorney General's office.

Would you be able to put whatever views you have about whatever situations that are going on now aside and just focus on the facts of this case?

PROSPECTIVE JUROR:  I hope so.

MS. DAVIS:  Okay.

What does that mean?

PROSPECTIVE JUROR:  I'm going to try --

MS. DAVIS:  Okay.

THE COURT:  Mr. Zucker?

PROSPECTIVE JUROR:  -- you know.

MR. ZUCKER:  I didn't want to cut you off.  Are you still answering?

PROSPECTIVE JUROR:  No.

MR. ZUCKER:  Okay.  I had a different question, and it was you responded to the question about the nature of the charges.  And basically you said something to the effect of, yes, prostitution is a "no."  Was that your words or something like that?

PROSPECTIVE JUROR:  Yeah.

69

MR. ZUCKER:  Okay.

There's lots of crimes that are -- all crimes are "nos," for lack of a better word.

PROSPECTIVE JUROR:  Right.

MR. ZUCKER:  Is there anything about prostitution, per se, that causes you a strong --

PROSPECTIVE JUROR:  Well, I guess because I feel like most people in that, that do prostitution are the ones that use prostitutes to make money, you know, are abusive.

MR. ZUCKER:  Okay.

PROSPECTIVE JUROR:  I mean, it's not like a business where they try to, you know, be fair to their --

MR. ZUCKER:  But my question is this then.  And I appreciate that, and nobody -- nobody disagrees with you, okay?

In terms of assessing somebody accused of that crime, how would the nature of the charges affect you, i.e., for instance, another crime that you felt more neutral about, versus this crime you seem to have a much stronger emotional reaction to it.  Is that fair?

PROSPECTIVE JUROR:  Yeah.

MR. ZUCKER:  A fair characterization on my part?

PROSPECTIVE JUROR:  Yeah.

MR. ZUCKER:  Because of that, do you think you'd be leaning one way or the other or more inclined to -- would

70

that affect your evaluation of the evidence -- is really what we're trying to get at.

PROSPECTIVE JUROR:  Probably.

MR. ZUCKER:  All right.

And probably adversely to whoever is accused of the crime?

PROSPECTIVE JUROR:  Right.

MR. ZUCKER:  All right.

I appreciate your candor.

THE COURT:  Ma'am, let me just ask you, though, we've talked about this before in terms of jurors coming into a case with -- everybody comes into a case with their own experiences and views, but your job as a juror would be, ultimately, to put all that aside --

PROSPECTIVE JUROR:  Right.  Right.

THE COURT:  -- and listen to the facts as they have been presented in this courtroom and the law as I give it to you.  Is that something you could do?

PROSPECTIVE JUROR:  I would try.

THE COURT:  All right.

PROSPECTIVE JUROR:  I mean, you know, it's really hard sometimes to, if you have strong feelings about something or --

THE COURT:  All right.

MS. DAVIS:  Just to follow up.  You haven't made

71

up your mind already how you feel about the case before you've heard anything, right?

PROSPECTIVE JUROR:  No.  Right.  I have not.

THE COURT:  All right.  Okay.

MR. ZUCKER:  Unless you --

THE COURT:  No.  Go ahead.

MR. ZUCKER:  You said you would try.

PROSPECTIVE JUROR:  Right.

MR. ZUCKER:  Is it fair to say that you have some reservations about your ability?

PROSPECTIVE JUROR:  No.

MR. ZUCKER:  Thank you.

THE COURT:  Thank you very much.

MR. ZUCKER:  I'm going to move for cause, Judge. It's a close one.  And I appreciate her candor.  I know she said she would be fair, but she brought it up the first if time -- or she would try to be fair.

She brought it up the first time; and then when we probed longer, she said, well, yes, she would be -- she would hold the nature of the charges against him more than, for lack of a better word, neutral crime that she had less of an emotional reaction to.

MS. DAVIS:  I think the characterization of a neutral crime is something that Mr. Zucker introduced into the questioning, which is not something we all agree to.

72

But aside from that, the ultimate question of whether or not she could put those things aside to be able to be fair and impartial here, she was definitive that she could be.  And I think that's what we're asking of them.

THE COURT:  Yeah, I -- I think it's a close call.  But I do think that, based on the last question and answer, she did affirmatively say that she could be fair and impartial and that it would not affect her ability to be fair and impartial.  So I'll deny the strike for cause for Juror 1779.

(Open court)

DEPUTY CLERK:  Juror No. 0447.

(Bench conference)

THE COURT:  Good morning, ma'am.  How are you?

PROSPECTIVE JUROR:  Good.

THE COURT:  Card, please.  Thank you.  All right.

PROSPECTIVE JUROR:  I doodled on it.

THE COURT:  That's okay.  You've got good doodling skills.

All right.  So, first and foremost, you're Juror 0447?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  You answered two questions, 6 and 7 -- excuse me -- 6 and 16.

PROSPECTIVE JUROR:  Yes.

73

THE COURT:  Let's start with 16, which is the hardship question.  Can you tell me what your hardship would be.

PROSPECTIVE JUROR:  So I just wanted to acknowledge that my work does not stop because of this, so I have to keep doing work after-hours.  And this is going to be a long trial, honestly.  This is going to be a long trial, to be honest about that.

THE COURT:  So it won't surprise you to learn and hear from me that people have work demands and varying degrees, and just ordinary work demands aren't a reason to remove you.

PROSPECTIVE JUROR:  I understand, Your Honor.

THE COURT:  That said, do you think if you were selected, you could remain focused on the case at hand and, while you're here, focus on the evidence and the law that's presented?

PROSPECTIVE JUROR:  I'll do my best.

THE COURT:  Question 6 concerned any member of the group that's gone to law school, worked as a lawyer, or worked in a law office.

Can you tell me about that.

PROSPECTIVE JUROR:  Sure.  My best friend is a litigator.

THE COURT:  Okay.

74

PROSPECTIVE JUROR:  She's just in private practice.

THE COURT:  And --

PROSPECTIVE JUROR:  Does everybody know a lawyer?  It's D.C.

THE COURT:  It's D.C., yeah.

Can you tell me, does your friend do any criminal work, to your knowledge?

PROSPECTIVE JUROR:  She has.  But mostly right now, she's mostly doing veteran cases.

THE COURT:  Veteran cases?

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  Okay.

All right.  Any follow-up from the government?

MS. DAVIS:  No.

THE COURT:  All right.  Mr. Zucker?

MR. ZUCKER:  Did your friend do any sex trafficking cases, if you know?

PROSPECTIVE JUROR:  No.  That's why I wanted to tell you.

THE COURT:  Anything else?

MS. DAVIS:  No.

PROSPECTIVE JUROR:  Thank you.

(Open court)

DEPUTY CLERK:  Juror No. 1544.

75

(Bench conference)

THE COURT:  All right.  You are Juror 1544?

PROSPECTIVE JUROR:  Yep.

THE COURT:  Okay.  You answered two questions, 6 and 7.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  The first is concerning law school, working as a lawyer, or in a law office.

Can you tell me about that.

PROSPECTIVE JUROR:  Yeah.  I have -- one of my best friends is -- went to law school, is a lawyer, works for Vera Institute of Justice.

THE COURT:  I'm sorry.

PROSPECTIVE JUROR:  Vera Institute.

THE COURT:  Okay.  The Vera Institute?

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  And I should know this, but can you tell me whether her work involves criminal justice issues.

PROSPECTIVE JUROR:  Criminal justice and immigration issues.

THE COURT:  Okay.

This is obviously a criminal case.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  And does your relationship with your friend or anything you've learned from her about her work,

does that -- do you think that would affect your ability to be fair and impartial to either side in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  Question 7, any member of the group been arrested for, convicted of, or charged with a crime or been a victim or witness to a crime?

PROSPECTIVE JUROR:  Yeah.  My brother was -- went to jail for illegal possession of a firearm.

THE COURT:  Okay.

Anything about your brother's -- well, let me just first ask you:  Do you think your brother was treated fairly by the prosecutor and the court system?

PROSPECTIVE JUROR:  I don't really know enough about it.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I learned about it.  He's a half-brother, and I haven't been in close contact with him, so --

THE COURT:  Okay.  And anything about your brother's experience that would make you think -- make it difficult for you to be fair and impartial in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  Any follow-up from the government?

MS. DAVIS:  Just with your friend -- your friend that works for the Vera Institute.  Have you guys ever

discussed, like, mass incarceration issues or anything around concerns around incarceration.

PROSPECTIVE JUROR:  Yeah.  And I also, I mean, my organization does some work on that.  So, for example, we have a project right now that we're getting underway around the courtroom, in criminal fees and fines policy --

MS. DAVIS:  Uh-huh.

PROSPECTIVE JUROR:  -- and trying to reform those in states.

MS. DAVIS:  Okay.  And would your thoughts around that impact your ability to be fair when you're hearing the testimony of police officers or people affiliated with the criminal justice system?

PROSPECTIVE JUROR:  I don't think so.

MR. ZUCKER:  I'm sorry.  I didn't hear you.

PROSPECTIVE JUROR:  I said I don't think so.

MR. ZUCKER:  You don't think so.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  Yeah, well, it's a follow-up.

You said your organization --

PROSPECTIVE JUROR:  Yeah.

MR. ZUCKER:  -- it was CBPP.  Forgive me.  I don't know what that is.

PROSPECTIVE JUROR:  Oh, yeah.  Center on Budget and Policy Priorities.  So we're basically like a fiscal and

78

economic justice organization.  We do policy research and policy advocacy.

And I work on state-level policy.

MR. ZUCKER:  Like a think-tank kind of thing?

PROSPECTIVE JUROR:  Kind of a think tank. Think-and-do tank.

MR. ZUCKER:  I need to put things in boxes, I'm sorry.  Okay.  All right.

THE COURT:  Thank you very much.

(Open court)

DEPUTY CLERK:  Juror No. 0733.

(Bench conference)

THE COURT:  Hello, sir.  How are you?

PROSPECTIVE JUROR:  Hi.  How are you?

The only, I didn't --

THE COURT:  Hang on.

PROSPECTIVE JUROR:  -- answer any --

THE COURT:  That's okay.  Hang on one second.

Let me just make sure you are Juror 07 -- I'll ask you to move over just a little bit.

PROSPECTIVE JUROR:  I'm sorry.

THE COURT:  You're Juror 0733?

PROSPECTIVE JUROR:  Yes, that's right.

THE COURT:  All right.  You didn't answer or put down any numbers to any of the questions?

PROSPECTIVE JUROR:  If I could --

THE COURT:  Okay.  Go ahead.

PROSPECTIVE JUROR:  I just -- only two things that came to mind that seemed to me to be long ago and quite a stretch.  My father, who died in 1998, was a lawyer.

THE COURT:  Okay.

PROSPECTIVE JUROR:  And my wife and I were burglarized in our home in 1990.

THE COURT:  Okay.

PROSPECTIVE JUROR:  So I don't know if those come to -- they were a while back.  It's a stretch.

THE COURT:  Yeah, sure.

Let me first ask, you didn't answer any -- you didn't actually put a number down.  Did you have any difficulty understanding any of the questions I asked.

PROSPECTIVE JUROR:  No.

THE COURT:  With respect to your father --

PROSPECTIVE JUROR:  Right.

THE COURT:  -- did he do any kind of criminal work, either as a prosecutor or defense lawyer?

PROSPECTIVE JUROR:  No.

My impression, he had a law degree.  He may have practiced law before I was born.  And he wrote law books for a living.

THE COURT:  Okay.  Did any of those involve sort

80

of criminal cases?

PROSPECTIVE JUROR:  You probably know them better than I do.  Corpus Juris Secundum.  I think it was pretty much everything in this country at one point or another.

THE COURT:  I see.  Yes.  It's a lot of topics covered under the treatise.

Okay.  And then the second one concerned you, yourself, I think, were a victim of a robbery, you said?

PROSPECTIVE JUROR:  Burglary.

THE COURT:  Burglary.

PROSPECTIVE JUROR:  This was in 1990.

THE COURT:  Okay.

PROSPECTIVE JUROR:  My --

THE COURT:  Go ahead.

PROSPECTIVE JUROR:  I'm sorry.

My wife and I were at home.  It was a two-story home.  While we were asleep, someone broke into our house and took things from the ground floor.  We did not see him.

THE COURT:  Okay.

PROSPECTIVE JUROR:  And maybe he was somewhat foolish in how he did things because he then was sitting at a bench near a bus stop with an old TV set and some other stuff and got apprehended.  So that was --

THE COURT:  So anything about that experience that would make you think you couldn't be fair and impartial in

81

this case?

PROSPECTIVE JUROR:  I don't think so.

THE COURT:  All right.  Any follow-up from the government?

MS. DAVIS:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  Not on that, sir.

But in employment, it listed APCO.  Forgive me I don't know what that is.

PROSPECTIVE JUROR:  I'm sorry.  That's a public relations firm.

MR. ZUCKER:  Okay.  And that's where you work?

PROSPECTIVE JUROR:  Yes.

MR. ZUCKER:  Thank you.

THE COURT:  Thank you for your time.

(Open court)

DEPUTY CLERK:  Juror No. 1223.

(Bench conference)

THE COURT:  All right.  You are juror -- you can take the pencil back with you -- Juror 1223?

PROSPECTIVE JUROR:  Yep.

THE COURT:  Okay.  You answered one question, Question 6, that concerned whether any member of a group, law school, worked as a lawyer, or in a law office.

Can you tell me a little bit about that.

82

PROSPECTIVE JUROR:  Yeah.  So my mom was an immigration lawyer while -- like over ten years ago, she stopped practicing.  But that's pretty much it.

THE COURT:  Okay.  And do you recall whether or do you know whether your mom's practice touched on any criminal issues?

PROSPECTIVE JUROR:  Not so much.  Just general immigration stuff, not anything criminal.

THE COURT:  All right.  Any follow-up from the government?

MS. DAVIS:  What type of work do you do?

PROSPECTIVE JUROR:  I'm currently unemployed.

MS. DAVIS:  What were you doing the last time you worked?

PROSPECTIVE JUROR:  Substitute teacher for DCPS.

MS. DAVIS:  Okay.

PROSPECTIVE JUROR:  And I just finished grad -- well, I just finished grad school.

THE COURT:  I'm sorry, what?

PROSPECTIVE JUROR:  I finished graduate school in December of 2018.

MS. DAVIS:  Okay.

PROSPECTIVE JUROR:  2019 -- 2018.  2018.

MS. DAVIS:  What subject did you -- what subject did you focus on?

MR. ZUCKER:  On what?  I'm sorry.

PROSPECTIVE JUROR:  Conflict resolution.  Sorry.

THE COURT:  Mr. Zucker, any follow-up?

MR. ZUCKER:  Would you mind terribly, I'd like to address something with the Court before I ask a question of the jury.

THE COURT:  Okay.  Sure.  Can I just ask you to step aside, sir, for one second.

MR. ZUCKER:  I think his mother is a classmate and friend of mine, and so I don't know if you want me to ask that or tell him he can't talk with her about the case.  Or it's up -- I'm not sure how you want to handle it.

I had a classmate, Shakun Drew, who bears a striking resemblance to this man.  And she practiced immigration law.

THE COURT:  Okay.

MR. ZUCKER:  So I think I'm pretty -- I suspect they're related.  So do you want me to ask about it and then say, "Don't talk to her," Your Honor?

THE COURT:  No.

MR. ZUCKER:  Or just leave it alone?

THE COURT:  I think just leave it alone.  And if he's selected, he'll be instructed not to discuss the case, and I presume he'll follow that instruction.

MR. ZUCKER:  Okay.  That's all.

84

THE COURT:  Sir, you can come on back up.

All right.  Mr. Zucker, any follow-up questions?

MR. ZUCKER:  Nothing.  Thank you.

THE COURT:  All right.  Thank you, sir.

PROSPECTIVE JUROR:  Thank you.

(Open court)

DEPUTY CLERK:  Juror No. 0386.

(Bench conference)

THE COURT:  All right.  Good morning.  You are Juror 0386?

PROSPECTIVE JUROR:  Yes, correct.

THE COURT:  Okay.  You answered three questions, Question 6, 11, and 14.

Let's start with Question 6.  Has any member of the group gone to law school, worked as a lawyer, or in a law office?

PROSPECTIVE JUROR:  I do.  I'm a partner at Faegre Drinker.

THE COURT:  I'm sorry?  What?

PROSPECTIVE JUROR:  Faegre Drinker Biddle & Reath.  It was Drinker Biddle & Reath.  As of February 1, it's Faegre Drinker.  So --

THE COURT:  And what kind of law do you practice?

PROSPECTIVE JUROR:  Class action defense.

THE COURT:  You're a lawyer.  You know lots of

85

lawyers.  Is it fair to assume that you know people who do criminal work?

PROSPECTIVE JUROR:  I know people.  I wouldn't say, like, any of my super-close friends or my family.

But, yes. absolutely.

THE COURT:  Whatever you may have learned in law school about criminal work or learned through people you know, would you be able to put all of that aside and apply the law as I instruct you in this case?

PROSPECTIVE JUROR:  Yes, I believe so.

THE COURT:  Question 11 concerns whether you know someone else on the jury panel.

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  Can you tell me about that.

PROSPECTIVE JUROR:  So Ilse Peterson, she also works at Faegre Drinker.  She's a non-lawyer/scientist who supports our pharma consortium and sits on my floor.

THE COURT:  Okay.  I'm sorry.  She -- I thought you said she presently works at the firm or did work at the firm?

PROSPECTIVE JUROR:  Presently works at the firm, yes.

THE COURT:  All right.  Now, may I ask, would you have any -- given your role at the firm, would you have any influence over her compensation or benefits or anything

relating to her position?

PROSPECTIVE JUROR:  No.

THE COURT:  And if she were on the jury along with you, would you be able to express your views independent of whatever views that she may have?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Question 14, whether you've served as a juror in a criminal case or as a grand juror before.

Can you tell me about that.

PROSPECTIVE JUROR:  Yes.  It was a case in Superior Court.

THE COURT:  Okay.

PROSPECTIVE JUROR:  It involved a, I guess, possession of an illegal -- an unlicensed weapon, alleged possession.  So --

THE COURT:  Okay.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  You don't need to tell me what the verdict was, but did you reach a verdict --

PROSPECTIVE JUROR:  Yes.

THE COURT:  -- as a jury in this case?

And would you be able to set aside whatever instructions you were given then and focus on the instructions and follow the law as presented in this case?

PROSPECTIVE JUROR:  Yes.

87

THE COURT:  Any follow-up from the government?

MS. DAVIS:  No.

THE COURT:  All right.  Mr. Zucker?

MR. ZUCKER:  I have nothing.  Thank you.

THE COURT:  All right.  Thank you very much.

(Open court)

DEPUTY CLERK:  Juror No. 0280.

(Bench conference)

PROSPECTIVE JUROR:  I didn't put anything down because I don't think it is a dire --

THE COURT:  Hang on one second.  Let me just confirm.  You're Juror 0280?

PROSPECTIVE JUROR:  Yeah, I think so.

THE COURT:  Okay.

PROSPECTIVE JUROR:  0280.

THE COURT:  All right.  Good.  You didn't answer any questions, but you had something you wanted to say.

PROSPECTIVE JUROR:  You asked if it's a dire situation, and my work situation is hard.

THE COURT:  I'm sorry.  Your work situation?

PROSPECTIVE JUROR:  My work situation.  We're in the process of changing the entire -- I'm a chef, and they're changing the entire menu and everything.  And I don't have a sous-chef.

So me being away for two weeks, we will manage,

88

but it will be hard.  I didn't put any down.

THE COURT:  Okay.  And that would be true even if you were working, if you were here during the day?

PROSPECTIVE JUROR:  Yes.  I could go by at night. Yes, I could do that.  We will manage.

THE COURT:  Okay.  All right.

Okay.  You didn't answer any other questions?

PROSPECTIVE JUROR:  No.

THE COURT:  Did you have any difficulty understanding anything I asked?

PROSPECTIVE JUROR:  No.  No.

THE COURT:  All right.

Any questions from the government?

MS. DAVIS:  No.

MR. ZUCKER:  Other than -- and we appreciate the sacrifice you make to say that you could do it.  Would that be distracting to you?  Would that affect your evaluation of the evidence?

PROSPECTIVE JUROR:  No, it would not.

MR. ZUCKER:  You would definitely be able --

PROSPECTIVE JUROR:  I don't think so, no.

MR. ZUCKER:  -- to pay full time and attention here?

PROSPECTIVE JUROR:  Yeah, yes, if I concentrate on something I do, I can usually pay attention.

89

THE COURT:  Thank you very much, sir.

PROSPECTIVE JUROR:  You're welcome.

(Open court)

DEPUTY CLERK:  Juror No. 1104.

(Bench conference)

THE COURT:  Okay.  You're Juror 1104?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  And you answered two questions, Question 4 and Question 13.

Question 4 concerned whether you know anybody in law enforcement.

PROSPECTIVE JUROR:  I don't think that really applies.  I was just -- I don't think it really applies.  I was just kind of -- you said SPO, but not really.  It's just a guard for federal agency, so I don't --

THE COURT:  A guard for a federal agency?  Somebody --

PROSPECTIVE JUROR:  Yeah, yeah.  He's an SPO.

THE COURT:  Okay.  Somebody who's a security officer?

PROSPECTIVE JUROR:  In the past, yeah.

THE COURT:  Okay.  All right.  Anything about your relationship with that person that would make it difficult for you to be fair and impartial in this case?

PROSPECTIVE JUROR:  No.

90

THE COURT:  And Question 13, whether you had strong feelings about the Department of Justice or interactions with the U.S. Attorney's Office.

PROSPECTIVE JUROR:  That's incorrect.

THE COURT:  Okay.

PROSPECTIVE JUROR:  That is the one which served on the jury.  I must have got the questions switched.

THE COURT:  So Question 14?

PROSPECTIVE JUROR:  14.

THE COURT:  And you indicated that you've served as a juror in a criminal case or a grand jury before.

PROSPECTIVE JUROR:  I think it was a criminal case.  I'm not sure.  It's been probably about six, maybe six years ago, six, seven years ago.

THE COURT:  Okay.  And do you recall whether the subject matter touched on -- what the subject matter touched on?

PROSPECTIVE JUROR:  They were inmates.  I think they were -- three were on trial.  And I don't -- something that happened in the jail cell.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  All right.

But it sounds like it wasn't a case that involved an allegation of sex trafficking.

91

PROSPECTIVE JUROR:  No.

THE COURT:  All right.  And did that jury reach a verdict?  You don't need to tell me what it was.

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  And anything, would you be able to sort of put that experience aside and focus on the law that I give to you and apply the law in this case?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Government?

MS. DAVIS:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  Ma'am, if you could just clarify.  It lists you as a personnel security specialist.

PROSPECTIVE JUROR:  Uh-huh.

MR. ZUCKER:  Can you give us an idea what you do at work, please?

PROSPECTIVE JUROR:  I adjudicate background investigations.

MR. ZUCKER:  You said you adjudicate them?

PROSPECTIVE JUROR:  Uh-huh.

MR. ZUCKER:  I see.  So you're like a hearing examiner?

PROSPECTIVE JUROR:  No.  We just -- I adjudicate them, meaning whatever the concern is, whether it's -- whatever behavior, criminal, whatever it is, make a final

92

decision to see if something can be mitigated or not mitigated, to come to a conclusion to determine whether or not someone requires clearance access into the department.

MR. ZUCKER:  Security clearances?

PROSPECTIVE JUROR:  Yes.

MR. ZUCKER:  Okay.  I understand.  Thank you.

THE COURT:  Thank you, ma'am.

(Open court)

DEPUTY CLERK:  Juror No. 1217.

THE COURT:  You're Juror No. 1217?

PROSPECTIVE JUROR:  Yes.

THE COURT:  You answered one question, Question 6, concerning having gone to law school, worked as a lawyer, or worked in a law office.

PROSPECTIVE JUROR:  Uh-huh.  Or it said anyone close to you.  So I just have --

THE COURT:  Yes, correct.

PROSPECTIVE JUROR:  -- a couple close personal friends who are lawyers.

THE COURT:  Okay.  And do any of them do criminal work either as a prosecutor or defense lawyer?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Any follow-up for the government?

MS. DAVIS:  What type of work do they do?

PROSPECTIVE JUROR:  I believe one is doing

93

corporate and one is doing, like, mergers and acquisitions.

MR. ZUCKER:  I'm sorry.  I couldn't hear the last part of that one, the second one.

PROSPECTIVE JUROR:  Mergers and acquisitions.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  I'm sorry, ma'am.  Could you give us an idea of what you do for a work.  I know it's the Phillips Collection.

PROSPECTIVE JUROR:  Yeah.  I am head of PreK-12 initiatives, which means I basically manage everything that has to do with schools, teachers, adult tours.

MR. ZUCKER:  Okay.  Thank you.

THE COURT:  And this is for -- I'm sorry.  For whom?

PROSPECTIVE JUROR:  The Phillips Collection, a modern art museum.

THE COURT:  Oh.  What a cool job.

All right.  Thank you very much.

PROSPECTIVE JUROR:  Thank you.

(Open court)

DEPUTY CLERK:  Juror No. 1243.

(Bench conference)

THE COURT:  Good morning, sir.  How are you?

All right.  You're Juror No. 1243?

PROSPECTIVE JUROR:  Yes, sir.

94

THE COURT:  Okay.  You answered four questions, 6, 13, 14, and 16.

So let's start with 16, which is the hardship question.  Can you tell me about that.

PROSPECTIVE JUROR:  Yes.  I'm with the U.S. Treasury Department, and I just found out yesterday that I'm supposed to travel with the Department of Homeland Security to Amman, Jordan, next Thursday for a criminal investigation in a case that's related to Hezbollah in Lebanon.  We knew this was coming up at some point in the future.  But just yesterday, we found out when the source could travel.

THE COURT:  I'm sorry.  Found out what?

PROSPECTIVE JUROR:  When the source was able to travel.

THE COURT:  And what's your role in the investigation?

PROSPECTIVE JUROR:  I'm an Assistant Director at OFAC, which is the Office of Foreign Assets Control?

MR. ZUCKER:  Office of --

PROSPECTIVE JUROR:  -- Foreign Assets Control.

And I'm leading the investigation from the treasury unit.

THE COURT:  Okay.

PROSPECTIVE JUROR:  And I have the

foreign-language skills.  I speak Farsi.

THE COURT:  You speak Farsi.  Okay.

Let me just ask --

PROSPECTIVE JUROR:  And --

THE COURT:  Are you a lawyer yourself?

PROSPECTIVE JUROR:  No, I'm not.

But I work closely with Zia Faruqui.  I don't know if you know him.  He's an Assistant U.S. Attorney.  He's not involved in this particular case, but he would be able to verify that.

THE COURT:  Okay.  All right.  Any follow-up from the government?

MS. DAVIS:  No.

MR. ZUCKER:  No.

THE COURT:  Thank you, sir.  You may return to your seat.

(Open court)

DEPUTY CLERK:  Juror No. 0130.

(Bench conference)

THE COURT:  I'll just strike 1243 for cause, for hardship.

MS. DAVIS:  No objection.

MR. ZUCKER:  Yeah.  Same.

(Bench conference)

THE COURT:  So you are Juror 10 -- excuse me --

96

0130?

PROSPECTIVE JUROR:  ████████████████?

THE COURT:  Yes, ma'am.

Okay.  I can't tell whether you wrote all these down as yeses.  I've got a 1, 2, 10, 15, 16, 17.  Did you answer "yes" to all of those questions?

PROSPECTIVE JUROR:  No.  Number 10 maybe.  What was number 10?

THE COURT:  Number 10 was:  Do you hold an opinion about prostitution or the making of prostitution a criminal offense?

PROSPECTIVE JUROR:  No, because I met a prostitute when I was 20, and I thought she was the most prettiest thing.

But underage, that's a different story.

THE COURT:  Okay.  Now --

PROSPECTIVE JUROR:  Oh, I'm sorry.

THE COURT:  No.  That's okay.  Put it back up there.

Now, again, these are -- there's an allegation in this case of sex trafficking of a minor.

Would you be able to put aside your views about that and focus on the evidence that's presented in this case and apply the law, ma'am?

PROSPECTIVE JUROR:  Yes.

97

THE COURT:  You could?  All right.

Were there any other questions that you answered "yes"?  Because as I've said, you have written a number of numbers there.

PROSPECTIVE JUROR:  What was 17?  You said we would be here from 9:30 to 5:30?

THE COURT:  Yes.  So that was the hardship question.  That was Question 16.  That was just giving you the schedule.

PROSPECTIVE JUROR:  Yeah, because, see, I have to do some paperwork.  And I don't know about -- I have -- I work in a childcare center, and I've got to do form, and that's due next week.  So that's long, and I might be able to.  I don't know.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I really can't answer that --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- not unless I do them all this weekend.  It's six courses I have to take.  I have to do them on the computer.

THE COURT:  Okay.  I see.  You have to certify yourself for something?  Is that what I'm hearing you say?

PROSPECTIVE JUROR:  No.  I work in childcare.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Every year we have to take

98

classes, like for SIDS, like child, you know, infant death syndrome, SIDS.  They got to sleep on their backs.

THE COURT:  Yep.

PROSPECTIVE JUROR:  And then we've got to do child abuse.  I might be prejudiced, child abuse.

THE COURT:  Okay.

PROSPECTIVE JUROR:  But we've got to do child abuse.  We are mandated to report it --

THE COURT:  I see.

PROSPECTIVE JUROR:  -- if I see any type of it, because I work in childcare, with children, babies.

THE COURT:  Okay. Understood.  Okay.

PROSPECTIVE JUROR:  Yeah.  That's about it.

THE COURT:  All right.  Any follow-up from the government?

MS. LARSON:  Is it the nature of the hours that's between 9:00 and 5:30?  Is that difficult?  Or would you be able to be here from 9:00 to 5:00 every day?

PROSPECTIVE JUROR:  Yes, because I work from 7:00 to 6:00 in the childcare center, with a 3-hour break, yes.

MS. LARSON:  Okay.

THE COURT:  Any follow-up, Mr. Zucker?

MR. ZUCKER:  No, not necessary.

THE COURT:  Thank you very much.

PROSPECTIVE JUROR:  Thank you.

99

THE COURT:  Counsel?

MR. ZUCKER:  I move for cause.

THE COURT:  I'm going to strike 0130 for cause. I just didn't have the impression that she understood the questions that were asked and was concerned about her answers.  They were -- they meandered a bit.  So I just don't have confidence that she would be able to sit and listen to the evidence carefully and attentively and fairly. So I'm going to strike 130 for cause.

(Open court)

DEPUTY CLERK:  Juror No. 0865.

(Bench conference)

THE COURT:  You are Juror 0865?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  You answered 1, 4, 9, 10, 12, and 16.  So let's start at 16, which is the hardship question.  Can you tell me what the hardship would be.

PROSPECTIVE JUROR:  I'm a real estate agent.

THE COURT:  Keep your voice up a little bit.

PROSPECTIVE JUROR:  I'm a real estate agent, and I work on 100 percent commission.  And I have a ton of business coming up, and there's no way I can take two weeks off.

THE COURT:  Okay.  Well, would you be able to do your viewings and showings in the evening time?  You're

100

saying no?

PROSPECTIVE JUROR:  No, when there's settlements and everything.

THE COURT:  I'm sorry?

PROSPECTIVE JUROR:  Settlements.

THE COURT:  All right.  And could someone assist you with that such that you could manage to move forward with that?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

Any follow-up?

MS. LARSON:  No.

MR. ZUCKER:  Nothing.

THE COURT:  Thank you very much, ma'am.

PROSPECTIVE JUROR:  Thank you.

MS. DAVIS:  Getting my steps in today.

THE COURT:  All right.  I'm going to strike 0865 for cause.  She did not want to serve, apparently.

MS. DAVIS:  Under the hardship question?

THE COURT:  Yes.

MS. DAVIS:  Okay.

(Open court)

DEPUTY CLERK:  Juror No. 0703.

(Bench conference)

THE COURT:  You are Juror 0703?

101

PROSPECTIVE JUROR:  That's correct.

THE COURT:  You answered four questions, 4, 5, 6, and is that 14?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  All right.

Let's talk about 4.

Question 4 concerning people you know who are in law enforcement.  Can you tell me about that.

PROSPECTIVE JUROR:  In the past --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- I've known --

MR. ZUCKER:  Keep your voice up a little, please.  If you could keep your voice up a little; that's all.

PROSPECTIVE JUROR:  Oh.  Lower or --

MR. ZUCKER:  No.  Higher.

PROSPECTIVE JUROR:  Well, that depends.

A lot of my high school classmates have gone on to be law enforcement, police officers.  I'm from Florida.

THE COURT:  Okay.

Did any of them specialize, to your knowledge, in sex trafficking work or prostitution or anything along those lines, to your knowledge?

PROSPECTIVE JUROR:  I -- I don't know that.

THE COURT:  Okay.  Now, the fact that you've got friends who are police officers or in law enforcement, would

102

that affect your ability to be fair and impartial in this case if you heard, for example, police officer testimony?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  You answered Question 5, whether anybody in the courts, you know anybody who's worked in the court system as a clerk, Probation Officer, parole officer.  Can you just tell me about that a little bit.

PROSPECTIVE JUROR:  What was the last three?

THE COURT:  It's okay.

Was anybody in the group who's worked in the court system?

PROSPECTIVE JUROR:  Lawyers.

THE COURT:  Lawyers?

PROSPECTIVE JUROR:  No.

I have several people, friends who are still working there --

THE COURT:  And --

PROSPECTIVE JUROR:  -- in the courts.

THE COURT:  Friends of yours who are lawyers, do any of them do criminal work, either as a prosecutor or as a defense lawyer?

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  Yes?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  And do they work as prosecutors

or defense lawyers or both?

PROSPECTIVE JUROR:  Both.

THE COURT:  Anything about your relationship with them that would make it think -- that would make you believe that you couldn't be fair and impartial to both sides in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  Question 14 is whether you've served as a juror in a criminal case or as a grand juror before.

Can you tell me about that.

PROSPECTIVE JUROR:  In a criminal -- I've served on a couple of criminal cases.

THE COURT:  In criminal cases?

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  And you don't need to tell me what the verdict was, but did those juries reach verdicts?

PROSPECTIVE JUROR:  Yes.

THE COURT:  And did any of those cases involve the kind of allegations that are at issue in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  All right.  And would you be able to put aside your experience and whatever you learned as a juror in a criminal case and apply the law as I give it to you in this case, ma'am?

PROSPECTIVE JUROR:  Absolutely.

104

THE COURT:  Okay.  Thank you.

Any follow-up from the government?

MS. LARSON:  You said you do IP work.

Can you tell me where you work?

PROSPECTIVE JUROR:  I'm retired now.

MS. LARSON:  You're retired now.  Okay.

PROSPECTIVE JUROR:  But I did that for 40 years years, information technology.

MS. LARSON:  Understood.  Congratulations.

PROSPECTIVE JUROR:  Information technology.  I'm retired now.

MR. ZUCKER:  Congratulation.  We're all jealous.

And for whom did you do that?

PROSPECTIVE JUROR:  Basically, I worked on government contracts.  For a while, I was an independent contractor when I worked for a company, CisCom.  I worked for banks.  A lot of different companies, actually.

MR. ZUCKER:  Thank you.

THE COURT:  All right.  Thank you, ma'am.  You may return to your seat.

(Open court)

DEPUTY CLERK:  Juror No. 0181.

(Bench conference)

THE COURT:  Card, please.

PROSPECTIVE JUROR:  I have nothing on it.

THE COURT:  You're Juror 0181?

PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  Okay.  You've written down none of the questions.

PROSPECTIVE JUROR:  No.

THE COURT:  Did you have any difficulty understanding any of the questions I asked?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

Any follow-up from the government?

MS. DAVIS:  The Court's indulgence.

What's Winrock International?

THE COURT:  I need you to speak up, Ms. Davis.

MS. DAVIS:  What's Winrock International?

PROSPECTIVE JUROR:  It's an international development firm.  It's a nonprofit.  So our major clients are USAID, State Department.  I do water security.

MS. DAVIS:  Okay.

MR. ZUCKER:  That was the same question I had.

PROSPECTIVE JUROR:  Okay.

THE COURT:  Thank you.

(Open court)

DEPUTY CLERK:  Juror No. 0496.

(Bench conference)

THE COURT:  Thank you.

You're Juror No. 0496?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  You answered two questions, Questions 4 and Question 6.

Question 4 is whether you -- that you know people who are close to you in law enforcement.

Can you tell me about that.

PROSPECTIVE JUROR:  Yes.  My mother is a crime analyst for the San Francisco Police Department.

THE COURT:  Okay.

And can you tell me whether you've discussed with her the kinds of cases she works on, the type of work she does?

PROSPECTIVE JUROR:  A bit.

She does mapping.  She produces, like, crime maps. She does a lot of -- more on the data side of things.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I don't -- I don't know a lot about what she does.

THE COURT:  Okay.

PROSPECTIVE JUROR:  We talk about work, but --

THE COURT:  Now, you'll hear from law enforcement officers.  And I can't recall whether there are any sort of forensic folks, forensic law enforcement officials in this case.

107

The fact that your mother does that work, would that affect how you could view the testimony of such a witness?

PROSPECTIVE JUROR:  I don't really think so.

THE COURT:  Any reason to doubt that you could be fair and impartial to both sides with respect to any law enforcement testimony?

PROSPECTIVE JUROR:  No, I don't think so.

THE COURT:  Question 6 concerns anybody going to law school, working as a lawyer, or in a law office.

PROSPECTIVE JUROR:  Yeah.  My dad went to law school, and he never practiced.

THE COURT:  He never practiced?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

Any follow-up from the government?

MS. DAVIS:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  Yeah.

If you could flesh it out for us a little bit, it's a student research assistant.

PROSPECTIVE JUROR:  Yeah.  Yeah.

MR. ZUCKER:  What do you research?  What do you do?

PROSPECTIVE JUROR:  Yeah.  I'm a computer science

108

student at University of Maryland.  I'm in the last year of my Ph.D. program.  I do, like, algorithmic design for healthcare applications.

MR. ZUCKER:  Okay.

THE COURT:  Nothing you would manage to know.

MR. ZUCKER:  I have no intelligent questions to ask you.

THE COURT:  Thanks very much.

PROSPECTIVE JUROR:  Thank you.

(Open court)

DEPUTY CLERK:  Juror No. 0494.

(Bench conference)

THE COURT:  Hi.  How are you?

PROSPECTIVE JUROR:  Good.  How are you?

THE COURT:  Good.  Thank you.

You are Juror 0494?

PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  Okay.  You answered five questions: 4, 5, 6, 11, and 16?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Let's turn to 16 and the hardship question.  And what is the hardship?

PROSPECTIVE JUROR:  I have an international flight on the 5th.

THE COURT:  Okay.

109

PROSPECTIVE JUROR:  So if we end before then, we're all good.

THE COURT:  Is that work-related, or is that personal?

PROSPECTIVE JUROR:  It's personal.

THE COURT:  Okay.

And tickets are paid for?

PROSPECTIVE JUROR:  (Nodding head.)

THE COURT:  Okay.  All right.

Any follow-up from the government?

MS. DAVIS:  No.

THE COURT:  All right.

MR. ZUCKER:  I assume they're non-refundable, too, right?

PROSPECTIVE JUROR:  Yeah.

MR. ZUCKER:  That would be a hardship?

PROSPECTIVE JUROR:  I would prefer not to have to --

THE COURT:  Thank you.  You may return to your seat.

PROSPECTIVE JUROR:  Oh, okay.

(Open court)

DEPUTY CLERK:  Juror No. 1755.

(Bench conference)

THE COURT:  I'm going to strike 0494 for cause due

to hardship.

MS. DAVIS:  Okay.

THE COURT:  I'll just ask you to come in front of that microphone.

Juror 1755?  Yes?

PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.  You answered three questions:  7, 8, and 16.  Let's start with the hardship question.  Can you tell me what the hardship is.

PROSPECTIVE JUROR:  7 and 8 are related, just I know multiple people who have been victims.

THE COURT:  Hang on.  That's okay.  We'll get to that.

Question 16 was the hardship question?

PROSPECTIVE JUROR:  Oh, sorry, 16.

THE COURT:  That's okay.

PROSPECTIVE JUROR:  I work for the intelligence community, and I will be in Hawaii briefing on Monday, the 2nd.

THE COURT:  Okay.  Is that a trip that it either can be done without your presence or --

PROSPECTIVE JUROR:  Unfortunately, it is -- it requires me to go.

THE COURT:  It requires you to be there?

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Okay.  Let's do 7 and 8 concerning you've been arrested, convicted, or charged with a crime.

PROSPECTIVE JUROR:  I thought it was if anyone I know has been.

THE COURT:  Right, anyone you know, yes.  Yes.

PROSPECTIVE JUROR:  Has been a victim of?

THE COURT:  Correct.

PROSPECTIVE JUROR:  Correct.  Yes.

My wife, multiple friends and family members have been victims of sexual assault.

THE COURT:  Okay.

This is a case that involves allegations --

PROSPECTIVE JUROR:  Right.

THE COURT:  -- of sex trafficking.  There may be evidence of sexual abuse that's presented.  Would the fact that you know folks who have been victims of sex assault affect your ability to be fair and impartial in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  Question 8 concerns the same question concerning victims of similar conduct.

Okay.  Any follow-up?

MS. DAVIS:  You get to go brief in Hawaii?

PROSPECTIVE JUROR:  Yes.

MR. ZUCKER:  And that's a hardship?

PROSPECTIVE JUROR:  I know.  I figured everybody

112

would be laughing about that.

Yes, I do.

THE COURT:  Any follow-up, Mr. Zucker?

MR. ZUCKER:  No.

THE COURT:  Thank you, sir.

MR. ZUCKER:  Strike for cause?

THE COURT:  Yeah, we'll strike 1755 for cause.

(Open court)

DEPUTY CLERK:  Juror No. 1611.

(Bench conference)

THE COURT:  Hi.  How are you?

PROSPECTIVE JUROR:  Good.  Thanks.  How are you?

THE COURT:  Good.  Thank you.

You're Juror 1611?

PROSPECTIVE JUROR:  Yes.

THE COURT:  You answered three questions, 6, 7, and 14.

Let's start with 6.

6 is whether you or anyone close to you has gone to law school, worked as a lawyer, or a law office.

PROSPECTIVE JUROR:  Right.  My husband is a lawyer and, like, you know, every other person in D.C. is a lawyer.

THE COURT:  So your husband and anybody that you know --

PROSPECTIVE JUROR:  Yeah, lots of friends.

THE COURT:  Anybody do criminal work?  Any of those folks do criminal work?

PROSPECTIVE JUROR:  No, I don't think so, no.

THE COURT:  Okay.  Question 7 concerns whether any member of the group has been arrested or convicted of or charged with a crime or been a victim or witness to a crime.

PROSPECTIVE JUROR:  Oh, yeah.  Small things. I just used to live in kind of a bad neighborhood.

So purse stolen.

THE COURT:  Your own purse?

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Okay.

PROSPECTIVE JUROR:  You know, kids, guns and stuff.

THE COURT:  Anything about those experiences as a victim of crime that would cause you to think you couldn't be fair and impartial in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  Question 14 concerns whether you've served as a juror in a criminal case or as a grand juror before.

PROSPECTIVE JUROR:  Yes.

THE COURT:  Can you tell me about that.

PROSPECTIVE JUROR:  Yes.

So I was an alternate, so I didn't deliberate.  So

maybe that just falls in --

But it was in Superior Court, I think. It was a gun charge.

THE COURT: Okay.

Anything about that experience -- well, strike that.

Whatever you learned about the criminal law in the context of that case, would you be able to put that aside and follow the instructions I give you in this case?

PROSPECTIVE JUROR: Yes.

THE COURT: Ms. Davis.

MS. DAVIS: What do you do for GAO?

PROSPECTIVE JUROR: I'm a health policy analyst, Assistant Director, manager.

THE COURT: Mr. Zucker?

MR. ZUCKER: We went over it fairly quickly. You said small things, kids and guns.

PROSPECTIVE JUROR: Yeah.

No. I know.

Like, so I know. It's -- I was never hurt. You know, probably a 14-year-old kid held me up at one point.

MR. ZUCKER: At gunpoint?

PROSPECTIVE JUROR: Yeah.

And, you know, it was just stuff going on all the time. I heard gunshots all the time. I called the police

115

a lot.

MR. ZUCKER:  I appreciate that.

It will not be charged in this case, but there will be evidence about guns.

PROSPECTIVE JUROR:  Uh-huh.

MR. ZUCKER:  Does that cause you concern about --

PROSPECTIVE JUROR:  No.

MR. ZUCKER:  You're shaking your head "no"?

PROSPECTIVE JUROR:  No.

MR. ZUCKER:  Then I don't even need to finish the question.

PROSPECTIVE JUROR:  Okay.  Yeah, I have -- you know, yeah, I can be impartial.

THE COURT:  Thank you very much.

(Open court)

DEPUTY CLERK:  Juror No. 0225.

(Bench conference)

THE COURT:  You're Juror 0225?

PROSPECTIVE JUROR:  Correct.

THE COURT:  Okay.  You answered four questions: Question 4, 6, 7, and 14.

Let's start with Question 4.

PROSPECTIVE JUROR:  Okay.

THE COURT:  That concerned knowing people in law enforcement.

PROSPECTIVE JUROR:  Yes.

VOIR DIRE ATTORNEY:  Can you tell me a little bit about that.

PROSPECTIVE JUROR:  I have a sister-in-law who is a --

THE COURT:  I'm just going to ask you to slide over.

PROSPECTIVE JUROR:  I have a sister-in-law who is a lawyer, and I have another sister-in-law who is a prosecutor in Maryland.

THE COURT:  Okay.

Your relatives who are lawyers, do any of them prosecute sex crime cases, to your knowledge?

PROSPECTIVE JUROR:  Yes.

THE COURT:  They do.  And have you discussed the types of cases with them?

PROSPECTIVE JUROR:  No.

THE COURT:  Anything about that relationship or anything that you may have learned from them would cause you to think you might not be able to be fair and impartial in this case?

PROSPECTIVE JUROR:  I don't think so.

THE COURT:  Okay.

Anybody else other than the lawyers that you know that are in law enforcement?

PROSPECTIVE JUROR:  No.

THE COURT:  Question 6 concerned lawyers that you know, so I think we've covered that.

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  Question 7, I asked whether you or anybody in the group has been arrested for, convicted of, or charged with a crime or been a victim or a witness to a crime.

PROSPECTIVE JUROR:  Victim.

THE COURT:  Can you tell me a little bit about that?

PROSPECTIVE JUROR:  Armed robbery in my store.

THE COURT:  In your store?

PROSPECTIVE JUROR:  Yeah.  Georgetown.

THE COURT:  And this case is going -- it may involve evidence regarding guns, although it's not a particular charged crime in this case.

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  Do you think that that experience that you've had would make it difficult for you to be fair and impartial in this case?

PROSPECTIVE JUROR:  I don't think it will make me be difficult, but I know what the impact is.

THE COURT:  Okay.  But in terms of your ability to view the evidence objectively and fairly to both sides, is

that something that would be affected by your experience?

PROSPECTIVE JUROR:  No.

THE COURT:  And then Question 14 is:  Have you served on a jury or as a grand juror previously?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  Can you tell me about that?

PROSPECTIVE JUROR:  One was an assault in a bar, and the other one was a sexual assault for -- of a minor.

THE COURT:  Okay.  You don't need to tell me what the verdicts were in those cases, but did the jury in those cases reach a verdict?

PROSPECTIVE JUROR:  Yes.

THE COURT:  And this case also involves -- well, this case may involve evidence of sexual abuse, possibly of a minor.  Would you be able to set aside what you heard in that prior case and weigh the evidence that you hear in this case?

PROSPECTIVE JUROR:  Wow.  This is -- that's going to be interesting, because this was a neighbor that was the sexual -- was --

THE COURT:  Was the abuser?

PROSPECTIVE JUROR:  Yeah, was the abuser, yeah.

THE COURT:  Okay.  All right.  Well, this case doesn't involve that kind of sexual abuse.  Rather, the charge here is sex trafficking, including a count involving

119

a minor.

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  Now, again, different cases, different evidence.  And do you think you would be able to focus on the evidence in this case and view it fairly and impartially to both sides?

PROSPECTIVE JUROR:  I think so.

THE COURT:  Any follow-up from the government?

MS. DAVIS:  No.

THE COURT:  Okay.  Mr. Zucker?

MR. ZUCKER:  Two things I wanted to follow up on.

PROSPECTIVE JUROR:  Sure.

MR. ZUCKER:  You said -- in relation to the Judge asking you about this case, you said, "Wow, that's interesting," talking about your prior jury service.

PROSPECTIVE JUROR:  Uh-huh.

MR. ZUCKER:  And then in connection with the guns, you said, "I could be fair and impartial, but I know the impact."

PROSPECTIVE JUROR:  Uh-huh.

MR. ZUCKER:  So the impact of being a victim of having a gun pointed at you?

PROSPECTIVE JUROR:  Yeah.

MR. ZUCKER:  Okay.

And I assume that has dramatic impact on you based

120

on your reaction.

PROSPECTIVE JUROR:  Yeah.  I survived it.

MR. ZUCKER:  Understood.  But you still think about it?

PROSPECTIVE JUROR:  No, no, because it happened maybe about, okay, 1997-ish.  So, no.

MR. ZUCKER:  It's not -- okay.

PROSPECTIVE JUROR:  No.

MR. ZUCKER:  All right.

I guess my question is this:  I expect -- there aren't any gun charges here.  But there's going to be evidence about guns, and there's going to be evidence about people pointing guns at other people in this case.

PROSPECTIVE JUROR:  Uh-huh.

MR. ZUCKER:  And my concern is -- and you tell me whether or not my concern is valid or I don't need to worry about it, that as a result of hearing that evidence, the guns were pointed at women in this case.

Will you have an emotional reaction to that?

PROSPECTIVE JUROR:  No, I don't think so.

MR. ZUCKER:  You don't think you'll be identifying with the victims?

PROSPECTIVE JUROR:  No.

MR. ZUCKER:  So you think you could be fair, notwithstanding that?

121

PROSPECTIVE JUROR:  Uh-huh.

MR. ZUCKER:  All right.

And -- I guess that's it.

THE COURT:  Okay.  Thank you.

MS. LARSON:  Judge, I just wanted to make sure the record is clear.  She did exactly what we all do when you're not aware of the stenographer.  She was saying "uh-huh, uh-huh," but she was nodding in the affirmative that she could be fair.

THE COURT:  Yes.  Right.  Right.

(Open court)

DEPUTY CLERK:  Juror No. 1084.

(Bench conference)

THE COURT:  You are Juror 1084?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  You answered four questions affirmatively:  4, 6, 7, and 14.

Let's start with 4:  People that you know who are in law enforcement.

PROSPECTIVE JUROR:  I have a high school friend who's a cop in D.C.

THE COURT:  Okay.

And your friend who is a police officer, do you know whether he or she has worked on sex trafficking cases?

PROSPECTIVE JUROR:  I don't think -- I mean, we

122

haven't talked that much about work.

THE COURT:  Okay.

PROSPECTIVE JUROR:  But I don't believe that's what he does.

THE COURT:  Any reason to believe that your friendship with this high school friend would cause you to give greater or less weight to a police officer's testimony?

PROSPECTIVE JUROR:  No, I don't think so.

THE COURT:  Question 6 is to whether you or someone you know who's close to you gone to law school, worked as a lawyer, or in a law office.

PROSPECTIVE JUROR:  My girlfriend is an attorney, and so --

THE COURT:  What kind of work does she do?

PROSPECTIVE JUROR:  Discovery.

THE COURT:  Okay.

PROSPECTIVE JUROR:  We have many acquaintances who are also attorneys who work in private and government practice.

THE COURT:  Anybody in that group who does criminal work?

PROSPECTIVE JUROR:  Yeah, but I don't know anything about what they do.

THE COURT:  All right.

Question 7 concerned whether any member of the

group had been arrested for, convicted of, or charged with a crime or been a victim of or witness to a crime.

PROSPECTIVE JUROR:  One of my best friends, I was the best man at his wedding, was falsely accused of a homicide.

THE COURT:  Okay.

PROSPECTIVE JUROR:  And I know it had a large impact on everyone that knew him.

THE COURT:  That must have been difficult for him and by extension, for you.

How do you think that would affect your ability to be fair and impartial in this case?  And would it affect your view of the government in this case?

PROSPECTIVE JUROR:  Ten years ago when I was closer to when it happened, I probably had stronger opinions than I do now, I guess.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I was not -- I mean, I was very unhappy with the way he was treated.

THE COURT:  And which -- where did that happen? What jurisdiction did that happen in?  Did that happen here in D.C. or somewhere else?

PROSPECTIVE JUROR:  In D.C., yeah.

THE COURT:  Okay.  So it was the Metropolitan Police Department and the U.S. Attorney's Office that

124

prosecuted him?

MR. ZUCKER:  Just for record purposes, you've got to say "yes," please.

PROSPECTIVE JUROR:  Oh.  Yes.

THE COURT:  So it's the same U.S. Attorney's Office now, but ten years later, different prosecutors --

PROSPECTIVE JUROR:  Yes.

THE COURT:  -- that are prosecuting this case.

Do you think you could be fair to them, notwithstanding what happened to your friend a decade ago?

PROSPECTIVE JUROR:  I believe so.

THE COURT:  And is there anything about that experience that would cause you to doubt your ability to be fair to the government in this case?

PROSPECTIVE JUROR:  Not -- not -- I was pretty bitter about it years ago, but I don't -- I don't think it's like it was then.

THE COURT:  Okay.  Fair enough.

14 concerns prior service as a juror in a criminal case or on a Grand Jury.

Can you tell me about that.

PROSPECTIVE JUROR:  Yeah.  I was on a criminal case before.

THE COURT:  Can you tell me a little bit about

that experience.

PROSPECTIVE JUROR:  It was a drug-related case, and we ended in a hung jury.

THE COURT:  Okay.

Was that in this court or in D.C. Superior Court; do you recall?

PROSPECTIVE JUROR:  It was in D.C.

THE COURT:  Would you be able to put aside that experience and anything you learned about the law in that case --

PROSPECTIVE JUROR:  Yep.

THE COURT:  -- and apply the law in this case?

PROSPECTIVE JUROR:  (Nodding head.)

THE COURT:  All right.  Any follow-up for the government?

MS. DAVIS:  Your friend that was --

THE COURT:  Keep your voice up.

MS. DAVIS:  Your friend that was wrongly accused back ten years ago, you said --

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  -- did he serve a sentence?

PROSPECTIVE JUROR:  No.  He was arrested and was eventually released on bail.  And they had a whole -- they were sort of convicted in the media.  And then so that, you know, they went through civil court and all other stuff.

126

But he -- you know, he wasn't allowed to work in his business. It happened at his business, and he was not allowed to work at his business for six months. And it was just an unpleasant event for everyone, you know.

MS. DAVIS: All of his friends and things --

PROSPECTIVE JUROR: And family.

MS. DAVIS: -- and everybody.

And are you still really close to him?

PROSPECTIVE JUROR: We're still good friends. We're not as close as we were ten years ago, but we're still in contact.

MS. DAVIS: Would you feel reservations about rendering -- if you found the defendant guilty here, would you feel reservations about sharing that with your friend? Would you feel any pressure that you couldn't communicate with him about that?

PROSPECTIVE JUROR: About being on the jury, you mean, or --

MS. DAVIS: Being on jury duty or when it came time to make a decision, would you feel like you would feel some pressure from your friendship with him in rendering a just verdict?

PROSPECTIVE JUROR: No.

MS. DAVIS: Okay.

PROSPECTIVE JUROR: I wouldn't talk to him about

127

it until afterwards, right?

MS. DAVIS:  Right.  Right.  That's the Judge's instructions, indeed.  You're not allowed to.

I'm asking about after the fact.  Like, are you -- do you think in the future you guys wouldn't be able to talk about it because you'd feel --

PROSPECTIVE JUROR:  I don't think -- I mean, I don't think it's a type of thing that we'd generally talk about.

MS. DAVIS:  Okay.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  I have nothing.  Thank you.

THE COURT:  All right.  Thank you, sir.  You can return to your seat.

(Open court)

DEPUTY CLERK:  Juror No. 1618.

(Bench conference)

MS. DAVIS:  We are going to move for cause on this juror.  I do think that his -- the impact of this case of his friend being wrongly convicted is something that he's bitter about and he continues to be even now.

MR. ZUCKER:  I don't think he ever said he was wrongly convicted.

THE COURT:  Well, he said he was falsely accused.

I'm going to deny the strike for cause.  I can

understand the emotion.

On the other hand, he said it was some time ago. And repeatedly pressed on the question of whether he could be fair or whether he would be biased against the government, he said he wouldn't.  So...

MS. DAVIS:  Okay.

THE COURT:  Come on up, ma'am.

You're Juror No. 1618.

PROSPECTIVE JUROR:  Right.

THE COURT:  Question 16, the hardship question, was the only answer -- the only question you answered affirmatively.

Can you tell me about that.

PROSPECTIVE JUROR:  Right.  That's because you spoke about the length of the trial.

THE COURT:  Yes.

PROSPECTIVE JUROR:  Just both my husband and I have medical appointments that first week in March.  He has leukemia, and I'm his caregiver.  And I usually go with him to the oncologist.  So I was just concerned about that.

THE COURT:  And what date is that; do you recall?

PROSPECTIVE JUROR:  His infusion is scheduled for the 2nd, which is Monday, March 2nd.

THE COURT:  And can you tell me how long of an appointment that would be?

PROSPECTIVE JUROR:  It usually runs about two and a half hours.  We get there about 9:30, and we're usually out by about noon.

THE COURT:  Okay.

All right.  So what I can tell you is that if you're selected, we would do what we could do to accommodate that.

PROSPECTIVE JUROR:  All right.  Okay.

THE COURT:  Any other follow-up questions?

MS. LARSON:  So if he's undergoing treatment, I would imagine you're the transporter or you're driving him back and forth?

PROSPECTIVE JUROR:  Right.  Right.

MS. LARSON:  Would you be able to then leave him in the afternoon, or is he -- would he be too --

PROSPECTIVE JUROR:  No.  I think he would be okay if I left him in the afternoon.

MR. ZUCKER:  And it was not directly to a medical point, but you said that you're his caregiver.  Are you his caregiver during the day?

PROSPECTIVE JUROR:  Not really.  No.  He can pretty much take care of himself.

MR. ZUCKER:  So it's only transportation to and from?

PROSPECTIVE JUROR:  It's transportation.  And also

130

just because I need to be there when the oncologist is talking to him because his memory is not really good anymore.  He's had many rounds of a chemotherapy, and that sort of affected his short-term memory.  So I need to be there for that.

MR. ZUCKER:  I appreciate that.

And I guess my other question is, you said that it starts at 9:30; you're out my noon.

PROSPECTIVE JUROR:  Yeah.

MR. ZUCKER:  If the Court accommodated you, what time could you be to court that day?

PROSPECTIVE JUROR:  Let's see.  I live in Northwest D.C.  So I could probably be here, if we got out by noon, I could be here by 1:00.

MR. ZUCKER:  So we'd have half a day, essentially.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  All right.  Thank you very much, ma'am.  I'll give you your card back.  Thank you.

(Open court)

DEPUTY CLERK:  Juror No. 0431.

(Bench conference)

MR. ZUCKER:  Scheduling-wise.

THE COURT:  I'm just going to put a hold on her. Let's see how many we get qualified, if that's okay with everybody.  So we'll just -- we've got enough jurors that I

doubt we'll need to use her.  But let's just -- we'll put her on hold.

Come on up, sir.

Okay.  You are Juror 0431?

PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  All right.  You answered two questions, Question 4 and 14.

Question 4 concerns knowledge of people in law enforcement.  Can you tell me a little bit about that.

PROSPECTIVE JUROR:  I have a sister who is an SPO.

And my brother-in-law works for DOJ.

THE COURT:  All right.

Your brother-in-law who works for the Department of Justice, can you tell me in what capacity he works.

PROSPECTIVE JUROR:  He works in the library.

THE COURT:  All right.  It's an important capacity.

Okay.  So he doesn't -- so he's not a lawyer or an agent?

PROSPECTIVE JUROR:  Oh, no.

THE COURT:  And the special -- person who's the SPO, is that more -- is that a law enforcement position, or is that more of the nature of somebody who's a security guard.

132

PROSPECTIVE JUROR:  Security guard.

THE COURT:  Question 14 concerns prior service in a criminal case as a juror or as a grand juror.

Can you tell me about that.

PROSPECTIVE JUROR:  D.C. Superior Court petit juror, but it's probably been more than ten years ago, armed robbery case, and there was a verdict.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Would you be able to, whatever you learned about your experience in the criminal law in that case, would you be able to set that aside and follow the instructions I give you in this case.

PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  All right.  Any follow-up?

MS. DAVIS:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  Unrelated to your answers, but I notice you work at University Legal Services.

How long have you been employed there?

THE COURT:  I'm sorry.  Mr. Zucker, I didn't hear you.

MR. ZUCKER:  Sure.  He works at University Legal Services, and I'm asking how long he's been employed there.

PROSPECTIVE JUROR:  22 years.

133

THE COURT:  And I'm sorry.  What's University Legal Services?

PROSPECTIVE JUROR:  We are a housing counseling agency.  We have a grant with the Department of Housing and Community Development.  We do first-time homebuyer counseling.

THE COURT:  Okay.

MR. ZUCKER:  Could I ask you to step aside for one minute.  I want to talk to the Judge.

(Juror exited)

MR. ZUCKER:  My wife used to work at University Legal Services.  Additionally, the other lawyer in our office used to work at University Legal Services.

The other lawyer -- so I don't think he's made the connection, and I'm concerned he could.  And I don't know if that would affect him.

The other lawyer in the office, I think, left more than 22 years ago.  I'm not as worried about her.

THE COURT:  The other lawyer in your office?

MR. ZUCKER:  Yeah, in our office.

THE COURT:  She's not somebody who's going to appear at trial?

MR. ZUCKER:  No.  No.

THE COURT:  Okay.  But does your wife share the same last name?

134

PROSPECTIVE JUROR:  No.

THE COURT:  All right.  So is there any reason to think he would -- so you've been at a Christmas party or a holiday party or some other function?

MS. DAVIS:  We may have, but I don't remember him.  So --

THE COURT:  Maybe he doesn't remember you.

MR. ZUCKER:  I think he would have said something it he did.  I'm just concerned -- I'm just disclosing to the Court because if it does come up in conversation that he's in trial, with other people at ULS, they may make the connection.  They may know my name.

And in all candor --

THE COURT:  I'm sorry.  That it comes up --

MR. ZUCKER:  If he's talking, you know, "I'm on jury duty, and John Zucker is one of the lawyers" --

THE COURT:  Right.

MR. ZUCKER:  -- if that happens to come up, which it shouldn't, but frequently people think they can talk about that kind of tough, it may come up that I'm here, that he knew my wife.

THE COURT:  Okay.

Any concerns from the government in terms of --

MS. DAVIS:  I think he'll be fine.

THE COURT:  Okay.  All right.

Sir, come on back up.

Thank you for your patience.

All right.  Any follow-up questions?

MR. ZUCKER:  Nothing.  Thank you.

THE COURT:  All right.  Thank you very much, sir. You may return to your seat.

(Open court)

DEPUTY CLERK:  Juror No. 1768.

(Bench conference)

THE COURT:  Sir, hang on one second.

Just so the record is clear, I appreciate Mr. Zucker's putting us on notice about that, but I think the likelihood of him making the connection is pretty attenuated at this point.

MS. DAVIS:  Okay.

THE COURT:  So, sir, come on up.

How are you?

PROSPECTIVE JUROR:  Good.  How are you?

THE COURT:  Good.  Thank you.

Okay.  You are Juror 1768; is that correct?

PROSPECTIVE JUROR:  Correct, yeah.

THE COURT:  You didn't answer any questions.  Did you have any difficulty understanding anything I asked?

PROSPECTIVE JUROR:  No, nothing at all.

I did want to mention, in terms of experience with

previous crime --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- when I was a professor, two of my students were shot in a drive-by shooting.

THE COURT:  Okay.

PROSPECTIVE JUROR:  That's something that's stuck with me for a long time.

THE COURT:  Okay.

PROSPECTIVE JUROR:  And I wasn't sure quite how to respond to the question about that.

THE COURT:  No.  I appreciate you letting us know that, obviously a traumatic event.

There is likely to be some evidence of gun -- gun evidence in this case; however, no evidence of anybody being shot by a gun.

Is there any reason that you think that your experience and what happened to your students would cause you difficulty in being fair and impartial in this case?

PROSPECTIVE JUROR:  Well, I just say it stuck with me for a long time, and it's difficult just to forget that.

THE COURT:  Sure.

PROSPECTIVE JUROR:  And when you hear about such traumatic crimes, then all those memories tend to come back.

THE COURT:  Sure.

And that's a perfectly human reaction.

137

You know, the question I have is slightly different in that, in terms of that, would you be able to set that aside?  And ultimately as a juror, you would be required, and under oath, to focus on the evidence that's presented in this case and assess that evidence without prejudice or bias.

Do you think that's something you could do?

PROSPECTIVE JUROR:  Well, I'd do my best to do that.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Okay.  All right.  Any reason to think you wouldn't be able to do that?

PROSPECTIVE JUROR:  No, I guess not.  No.

THE COURT:  Okay.  All right.  Government counsel, any follow-up?

MS. LARSON:  No.

MS. DAVIS:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  Is it fair to say when the Judge asked you -- and we appreciate your disclosing this, and you were thoughtful.  But there was a pretty long pause before you said you thought you could be fair and impartial.

PROSPECTIVE JUROR:  Uh-huh.

MR. ZUCKER:  Do you have concern about that?

138

PROSPECTIVE JUROR:  Well, you know, I'd say my experience with that previous crime, it does cause a lot of anger.  And so if those memories are triggered, then, you know, I'd do my best to set that aside, but, you know, human emotion can't always be controlled.  That's what I'd say in that regard.

MR. ZUCKER:  Sure.  I appreciate your candor.

Is it safe to say -- you seem to have some hesitancy about -- about it affecting you, that the anger -- I mean, you've talked about it, anger.  You've talked about -- we're trying to flesh that out.

PROSPECTIVE JUROR:  Yeah.  Yeah.  Uh-huh.

THE COURT:  That's all right.  I'll ask the question again.

It would be natural for anybody in your position to be angry and be upset about what happened to people you knew.  But, again, the question for you, as a juror, is a different one, which is that the evidence, as it's presented in this case, could you weigh it fairly and impartially and leave aside that experience and focus on the evidence in this case?

PROSPECTIVE JUROR:  I would do my best to do that.

THE COURT:  Okay.  All right.

MR. ZUCKER:  Can I just follow up?

You said it would provoke some anger.  I will tell

139

you, in all candor, that there will be evidence in this case that my client, who's not charged with guns in this case, but that there were guns involved and those guns were pointed at people.

You said it would cause you anger.  Would that be anger you would hold towards my client knowing that that's going to be some of the evidence in this case?

PROSPECTIVE JUROR:  Well, not intentionally directed --

MR. ZUCKER:  Of course not.

PROSPECTIVE JUROR:  -- towards your client, no.

MR. ZUCKER:  And we appreciate that you would do everything you could to be fair, and we appreciate your disclosing this.

But is it safe to -- safe conjecture would be that the anger would be towards my client because he was involved with guns and was pointing them at people?

THE COURT:  Well, I'm not sure he said we would be angry towards your client at all.

MR. ZUCKER:  You said you would feel anger.

PROSPECTIVE JUROR:  Well, I think that, yeah, when -- yeah.

MR. ZUCKER:  Okay.

And I'm agoing to represent to you that there will be evidence that my client pointed guns at people.

PROSPECTIVE JUROR:  Yeah.

MR. ZUCKER:  Is it safe to say that you will assume the anger would then be focused towards him?

PROSPECTIVE JUROR:  Towards the situation in general.

MR. ZUCKER:  Okay.

All right.  And --

THE COURT:  All right.  Thank you, sir.

All right.  Mr. Zucker, do you have a motion?

MR. ZUCKER:  Cause.  Motion for cause.

THE COURT:  Government, do you have a position on this?

MS. DAVIS:  I think that he said he would be fair and impartial.  He was pressed further, asked whether or not he would feel anger about the action.  But he would have to find that actions have happened in order to do that and he -- in order to sort of trigger that anger.

THE COURT:  Yeah.

MS. DAVIS:  And the questions are --

THE COURT:  I think -- I'm going to deny the motion to strike him for cause.

To say that he would be angry doesn't strike me as tantamount to saying he could not be fair and impartial in terms of weighing the evidence and determining how that evidence fits into the government's case.

141

Frankly, hearing that evidence ought to trigger some emotion in anyone; but it didn't strike me that he would be unable to be fair and impartial, which, at the end of the day, is what really matters.  So I'll deny that motion to strike 1768 for cause.

All right.

(Open court)

DEPUTY CLERK:  Juror No. 1086.

(Bench conference)

THE COURT:  Okay.  You're Juror 1086.

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  Now, you listed a number of -- a lot of numbers down.

PROSPECTIVE JUROR:  I know.  It's No. 14.

THE COURT:  Okay.  14 is the only one you had a "yes" answer to?

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  That was a question about whether you had prior jury service.

Can you tell me about that.

PROSPECTIVE JUROR:  It was about 40 years ago.

THE COURT:  40?

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  4-0?

That's a good stretch of time.

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  Do you remember what the case was even about?

PROSPECTIVE JUROR:  It was a murder case off of 14th Street.

THE COURT:  Okay.

And do you remember whether --

PROSPECTIVE JUROR:  We found him guilty.

THE COURT:  Okay.

Do you remember whether it involved a weapon or some --

PROSPECTIVE JUROR:  Guns.

THE COURT:  Guns?

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  Now, there may be some evidence -- there's likely to be evidence in this case about guns, but not the use of a gun as in a shooting.  And so there's been no shooting or any physical violence done to anybody.

Would you be able to put aside your experience from 40 years ago and focus in on the evidence if you were --

PROSPECTIVE JUROR:  No.

THE COURT:  -- selected as a juror in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  No?

143

PROSPECTIVE JUROR:  Huh-uh.

I meant to pick No. 7, too, because I have a nephew that's locked up for murder.

THE COURT:  Okay.

PROSPECTIVE JUROR:  So I didn't like that.

THE COURT:  Okay.  Now, again, this case doesn't involve an allegation of a homicide, and it doesn't involve any charge in which an actual shooting occurred.

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  As I said, there is evidence of gun possession and gun use, pointing of a gun.

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  Do you think that you could put aside your experiences and be fair and impartial?

PROSPECTIVE JUROR:  No.  The only thing I could do is try.

THE COURT:  Do you think you would have difficulty trying?

PROSPECTIVE JUROR:  No.  No, I don't think so.

THE COURT:  You don't think so.

PROSPECTIVE JUROR:  Huh-uh.

THE COURT:  Okay.  And you can be fair to the government in this case, you think?

PROSPECTIVE JUROR:  Yes.

THE COURT:  And what about the defendant; do you

think you can be fair to him if you heard evidence about possession of a gun and pointing a gun?

PROSPECTIVE JUROR:  Yes.

THE COURT:  You could.  Okay.

All right.  Any follow-up?

MS. DAVIS:  No.

MS. LARSON:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  I'm confused, if you could explain something for me.

The instructions from the Court were if you knew anybody who was accused of a crime or a victim of a crime, put "yes" on the card.

PROSPECTIVE JUROR:  Uh-huh.  For No. 14.

MR. ZUCKER:  I think it was No. 7.

PROSPECTIVE JUROR:  Oh, No. 7?  I was saying when we was talking about -- I was talking about my nephew.

MR. ZUCKER:  Okay.

And I guess my question is:  How come you didn't put a "yes" down in response to that question initially?

PROSPECTIVE JUROR:  I wasn't sure which question it was between 7 and 8.  I think it was 7.

MR. ZUCKER:  Okay.

PROSPECTIVE JUROR:  One mistake.

MR. ZUCKER:  We're human; we all make mistakes.

145

Other than that, did you understand all the other Judge's questions?

PROSPECTIVE JUROR:  Uh-huh.

MR. ZUCKER:  And you had no other answers to any of them?

PROSPECTIVE JUROR:  No.

MR. ZUCKER:  All right.

THE COURT:  Thank you.

Thank you, ma'am.  You may return to your seat.

MR. ZUCKER:  Judge, I just have concern, not with bias, but with just her ability to follow.  She seemed a little baffled and confused -- more than a little baffled and confused to me.

And in response to the kind of leading -- the equivalent of a leading question, she said, "Yeah, I could be try and I could be fair."  But, again, it's more the ability to follow the evidence and follow the rules of law is my concern, not bias particularly.

MS. DAVIS:  Well, I think we've had others who haven't put a number down; but their concerns fall within the numbers, and we haven't marked the numbers.

I'm not concerned about that, her inability to follow because she didn't mark that particular number.

MR. ZUCKER:  It wasn't just that.  I'll be very candid.  It wasn't just that.  It was more of a gut instinct

that she was just not following.

THE COURT:  I'm going to put a hold on her. I actually have some doubts about her ability to be fair. I was a little surprised at her reaction to the question about being fair and impartial and the immediate affirmative "no" answer she gave.

Now, she did sort of walk it back a little bit, but --

MR. ZUCKER:  That was a --

THE COURT:  That, in combination with not even putting down the number.  And she had a lot of numbers on the card; it suggests some amount of potential confusion.

So let's see where we are, but I'm going to put a hold on her as we go into the break.

I mean, right now, we're at 19 and we've gotten a whole slew of people ahead of us.  So we should be able to get plenty of qualified jurors, I think.

MS. DAVIS:  Are we going to take a lunch break after this next person?

THE COURT:  Yeah, after -- we're going to take a lunch break now.

MS. DAVIS:  Okay.

THE COURT:  Yeah.  Sorry.  We were just going through the row.

So, yeah, we'll take our lunch break, and we'll

147

re-start around 1:30 or so.

MS. DAVIS:  Thank you.

MR. ZUCKER:  Thank you, Your Honor.

(Open court)

THE COURT:  Okay.  Ladies and gentlemen, it is now 12:30.  That means we're going to have lunch.  It does not mean we are done, however.  There's still more to do, but I can report we're making pretty good progress.

I would say that when we come back from lunch around 1:30, I would estimate maybe another 60 to 90 minutes of having jurors come up to the bench.  That should put us around 3:00.

I think if all goes well -- I'm knocking on wood.  Don't hold me to this -- I think we ought to be done, hopefully, by 4:00 today.  But, again, that assumes everything goes smoothly.

But some of that will depend upon you.  So it's 12:30 now.  We'd like to start up around 1:35.  So I'll ask everybody to be back in the courtroom by 1:30 in the current seats that you are occupying.

A friendly reminder to please do no research about the case online.  Do not reach out to people electronically or otherwise to let them know that you are a potential juror in this case or discuss the case with any of your fellow potential jurors at this point.

148

MR. ZUCKER:  Could we approach for one second before the jurors leave?

THE COURT:  Yes, of course.  Come on up.

(Bench conference)

MR. ZUCKER:  I'd only ask that you give an instruction that they can't talk to us and we can't talk to them before they walk out.

(Open court)

THE COURT:  Ladies and gentlemen, before you exit, just one last quick instruction, and one of the lawyers rightly reminds me of this.

If you run into any of them or anybody associated with the case in the hallway, please do not approach them and try to talk to them.

Similarly, if they see you and walk in the other direction, they're not being rude; they just are under strict instructions not to talk to any potential jurors.

All right?

We'll see you all in about an hour.

Thanks, everyone.

DEPUTY CLERK:  All rise.  This court stands in recess.

(Recess from 12:33 p.m. to 1:38 p.m.)

DEPUTY CLERK:  All rise.  This court is in session; the Honorable Amit P. Mehta presiding.

149

THE COURT:  Good afternoon, everyone.

Please be seated.

Okay.  Ladies and gentlemen, thank you, all, very much for being back in a prompt manner.  I appreciate it.

We will keep going as we move forward, and, hopefully, we will finish up right around the time that I estimated before lunch.

All right.  Do you want to call the next juror?

Counsel, why don't you come on up.

DEPUTY CLERK:  Juror No. 0238.

(Bench conference)

THE COURT:  You're Juror 0238?

PROSPECTIVE JUROR:  Yeah.

THE COURT:  You answered one question, Question 4: You know people in law enforcement.

Can you tell me a little bit about that?

PROSPECTIVE JUROR:  But they retired.

THE COURT:  Okay.

PROSPECTIVE JUROR:  My mom.

THE COURT:  Your mother?

PROSPECTIVE JUROR:  Yeah.

THE COURT:  And can you tell me who she was employed by and what she did?

PROSPECTIVE JUROR:  FBI.

THE COURT:  FBI?

150

PROSPECTIVE JUROR:  Yeah.

THE COURT:  And did you mother work as an agent or in what capacity is she working?

PROSPECTIVE JUROR:  She more so, like, did, like, the fingerprinting and...

THE COURT:  Fingerprinting?

PROSPECTIVE JUROR:  Yeah.

THE COURT:  All right.

So did she -- do you know whether she worked on any cases involving sex trafficking?

PROSPECTIVE JUROR:  No.

THE COURT:  No.

PROSPECTIVE JUROR:  Not that I know of.

THE COURT:  And was she a fingerprint examiner or --

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Okay.

I don't know whether there's any fingerprint evidence in this case.

MS. DAVIS:  No.

MS. LARSON:  No.

THE COURT:  There's not.

Your mother has worked for the FBI.  Obviously, is in law enforcement and in support of prosecution efforts.

Do you have reason to believe that her job and the

work she did would affect your ability to be fair and impartial in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

Any follow-up questions?

MS. DAVIS:  No.

MS. LARSON:  No, Judge.

MR. ZUCKER:  Was your mom an agent or was she just an examiner?  Sometimes, they --

PROSPECTIVE JUROR:  No.  She was --

MR. ZUCKER:  She wasn't an agent or examiner?

PROSPECTIVE JUROR:  No.

MR. ZUCKER:  And you work in human relations?

PROSPECTIVE JUROR:  Yeah.  HR manager.

MR. ZUCKER:  For?

PROSPECTIVE JUROR:  Marriott International.

MR. ZUCKER:  I don't have anything else.

THE COURT:  Thank you, ma'am.

PROSPECTIVE JUROR:  Thanks.

(Open court)

DEPUTY CLERK:  Juror No. 1412.

(Bench conference)

THE COURT:  You're juror 1412?

PROSPECTIVE JUROR:  Correct.

THE COURT:  You answered questions 4, 6, and 14.

Let's start with 4, concerning people you know in law enforcement.

PROSPECTIVE JUROR:  So my father spent most of his career with the Department of Justice.

THE COURT:  Okay.

And can you tell me in what capacity?

PROSPECTIVE JUROR:  Sure.

He was in the Civil Rights Division.  He helped write the ADA.

THE COURT:  I'm sorry?

PROSPECTIVE JUROR:  He helped write the ADA.

THE COURT:  Okay.

Did he do any prosecution work --

PROSPECTIVE JUROR:  No.

THE COURT:  -- in the Civil Rights Division?

It was mainly on the policy front?

PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.

Question 6 concerned people who you know who've gone to law school, worked as a lawyer.  Anybody other than your father?

PROSPECTIVE JUROR:  Just my dad.

THE COURT:  All right.

And then question 14 concerns prior service in a criminal case or as a grand juror.

Can you tell me about that?

PROSPECTIVE JUROR:  Sure.

So I get called for jury duty all the time.

I served on a murder trial in the early 2000s.

And in 2018, I was in the Grand Jury.

THE COURT:  Here or --

PROSPECTIVE JUROR:  No.  Down the street.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Did any of the cases you've sat on as a grand juror involve sex trafficking or allegations of sex trafficking?

PROSPECTIVE JUROR:  No.  Most of them were drugs and guns.

THE COURT:  Drugs and guns.  All right.

So you've served on both.  But you understand that a grand juror reviews the evidence only for probable cause; whereas in a criminal jury trial, it's for beyond a reasonable doubt.  Do you understand that?

PROSPECTIVE JUROR:  Yep.

THE COURT:  And you don't need to tell me whether there was, in fact, a verdict rendered or what the verdict was, but can you tell me whether there was a verdict?

PROSPECTIVE JUROR:  In my murder trial, there was not.

THE COURT: There was not.

Any reason you think with respect to your earlier service as a juror that would cause you concern about serving as a juror in this case?

PROSPECTIVE JUROR: No.

THE COURT: All right.

Any follow-up?

MS. DAVIS: No.

MS. LARSON: No.

THE COURT: Mr. Zucker.

MR. ZUCKER: If I could, it lists you as a foundation director.

PROSPECTIVE JUROR: Uh-huh.

MR. ZUCKER: Can you give us an idea of what kind of --

PROSPECTIVE JUROR: Sure.

I work right down the street for the Wizards and Capitals, so I run their foundation.

MR. ZUCKER: Oh, I've heard of them.

PROSPECTIVE JUROR: So I run their foundation.

I can remember when I was on grand jury, because we won the Stanley Cup that year.

THE COURT: That's a fun job.

PROSPECTIVE JUROR: Yeah.

THE COURT: It was a good parade.

155

PROSPECTIVE JUROR:  Yeah.

And they just found out the other day they get another ring from this season winning.

THE COURT:  Oh, great.

MR. ZUCKER:  Well, thank you.

THE COURT:  Thank you very much.

PROSPECTIVE JUROR:  Thanks so much.

(Open court)

DEPUTY CLERK:  Juror No. 0990.

(Bench conference)

THE COURT:  Good afternoon.

PROSPECTIVE JUROR:  It is afternoon.

THE COURT:  It is.

All right.  So you're juror 0990?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.

You've answered question 14 and 16.

Let's start with the hardship question, which was 16.

You've written here that you have vacation starting on March the 4th in the evening?

PROSPECTIVE JUROR:  Right.

So if it ends in seven or eight days, I'm fine, but then I'm flying to Phoenix.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Sorry, I already had booked before this.

MR. ZUCKER:  Could you keep your voice up a little bit.

You said you booked --

PROSPECTIVE JUROR:  Oh, I'm sorry.

A trip to Phoenix.

MR. ZUCKER:  Right.

PROSPECTIVE JUROR:  But it's ten days from now.

MR. ZUCKER:  Got it.

PROSPECTIVE JUROR:  So it should be -- it seems like it would be okay, as long as it didn't extend longer.

THE COURT:  Okay.

And are those -- you've purchased plane tickets for that --

PROSPECTIVE JUROR:  Yeah.

THE COURT:  -- and you're traveling with family?

PROSPECTIVE JUROR:  Yeah.

My boyfriend.  We're going out.

MR. ZUCKER:  What day of the week is that on, the 4th is Wednesday?

PROSPECTIVE JUROR:  That's Wednesday.

THE COURT:  That's Wednesday.

PROSPECTIVE JUROR:  So it's late.  You know, it's a 6:00 p.m. flight or something.

THE COURT:  Okay.

PROSPECTIVE JUROR:  And then it is Southwest.
So if I had --

THE COURT:  I'm sorry?

PROSPECTIVE JUROR:  It is Southwest, so I can't
move it.

But we do have reservations already to go out.

THE COURT:  I'll ask you to return.
Thank you very much.

PROSPECTIVE JUROR:  You didn't need the 14 one?

THE COURT:  No.  Thank you very much.

MR. ZUCKER:  Cause.

THE COURT:  So I'll strike 0990 for cause due to
the hardship, travel conflict.

(Open court)

DEPUTY CLERK:  Juror No. 1525.

(Bench conference)

THE COURT:  Okay.

So you're juror 1525?

PROSPECTIVE JUROR:  1525.

THE COURT:  Now, you've listed all the numbers,
but you only have written "yes" next to the first one?

PROSPECTIVE JUROR:  Correct.

THE COURT:  So the first one concerned the case
itself.

158

PROSPECTIVE JUROR:  Something on the news I heard.

THE COURT:  You remember something about this case on the news?

PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  Was that on television, in the media?

PROSPECTIVE JUROR:  On television.

THE COURT:  What is it that you remember about the case?

PROSPECTIVE JUROR:  All I know is I remember that particular thing, where they said that somebody was trafficking or whatever.

I didn't catch it all because I was getting ready for work, but I do remember hearing about it.

THE COURT:  Okay.

Now, you know, the news media typically will report what simply has just been filed.

PROSPECTIVE JUROR:  Correct.

THE COURT:  And the fact that you may have heard about this case and the fact that it was filed, does that affect how you view the case in any way, shape, or form?

PROSPECTIVE JUROR:  No, not at all.

THE COURT:  You still think, notwithstanding having heard about it a little bit, that you would still be able to focus on the evidence?

PROSPECTIVE JUROR:  Sure.  Absolutely.

THE COURT:  And if the evidence was, in your mind, the government didn't carry its burden, would you have any difficulty in entering a not-guilty verdict?

PROSPECTIVE JUROR:  No.

THE COURT:  And likewise, if you felt the government had carried its burden, would you have any difficulty entering a guilty verdict?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

So, then, now you've listed these other numbers, but I take it --

PROSPECTIVE JUROR:  I just -- because it was "no."

THE COURT:  Sure.  All right.

So you didn't answer "yes" to any other questions?

PROSPECTIVE JUROR:  Correct.

THE COURT:  Okay.

Government counsel?

MS. DAVIS:  No.

THE COURT:  Mr. Zucker.

MR. ZUCKER:  When did this news report occur?

PROSPECTIVE JUROR:  It was some months, but I do recall hearing it.

MR. ZUCKER:  Go ahead, I'm sorry.

PROSPECTIVE JUROR:  It was some months back.

Because what I do in the morning, I click the news

160

on every day, and somewhere along the line, I caught -- did catch some of that.

MR. ZUCKER:  I guess my question is this:  Did you hear a report about sex trafficking and assume it's this case or did you hear --

PROSPECTIVE JUROR:  I heard --

MR. ZUCKER:  -- a name or something?

PROSPECTIVE JUROR:  -- sex trafficking.

I didn't hear the name, but I heard it was minors. And that was it, because I was getting ready for work.

MR. ZUCKER:  I understand that.

But I guess my question is this:  Are you assuming that it was this case?

PROSPECTIVE JUROR:  Maybe.

MR. ZUCKER:  Or could it have been --

PROSPECTIVE JUROR:  Could have been anybody else. Yep.

MR. ZUCKER:  That's what I'm trying to get.

PROSPECTIVE JUROR:  Yes, sir.

MR. ZUCKER:  You didn't hear anything about names or locations?

PROSPECTIVE JUROR:  No, didn't hear any names. Just heard that.

MR. ZUCKER:  Thank you.

And if I could ask, what do you do at Hertz?

PROSPECTIVE JUROR:  I am a customer service rep.

MR. ZUCKER:  Thank you.

PROSPECTIVE JUROR:  You got it.

THE COURT:  Thank you, ma'am.

PROSPECTIVE JUROR:  Yes, sir.  Thank you.

(Open court)

DEPUTY CLERK:  Juror No. 0607.

(Bench conference)

THE COURT:  All right.

So you have listed here each of the numbers of each of the questions.

PROSPECTIVE JUROR:  And nothing.

THE COURT:  But you have no "yes" answers to any of them?

PROSPECTIVE JUROR:  No.

THE COURT:  Did you have any difficulty understanding any of the questions I asked?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

Any follow-up questions from the government?

MS. DAVIS:  No, I don't think so.

THE COURT:  Mr. Zucker.

MR. ZUCKER:  How long have you lived in D.C., ma'am?

PROSPECTIVE JUROR:  I'm 53.  53 years.

162

MR. ZUCKER:  53 years.  Okay.

And you've never seen or don't know anybody who's been accused or a victim of a crime in those 53 years?

PROSPECTIVE JUROR:  No.

MR. ZUCKER:  You've been lucky.

PROSPECTIVE JUROR:  Now, I've sat on the Grand Jury to hear the prosecutor's side for charges, but I've never sat in the verdict.

MR. ZUCKER:  Oh, that wasn't my question.

My question to you was --

PROSPECTIVE JUROR:  Have I ever had anybody that did a crime?

MR. ZUCKER:  Either a witness to or a victim or accused of a crime.

PROSPECTIVE JUROR:  Have I?  No.

MR. ZUCKER:  Not have you personally been one.  Do you know anyone?

Because the question --

PROSPECTIVE JUROR:  No, I don't think so.

MR. ZUCKER:  Okay.

PROSPECTIVE JUROR:  I don't think so.

MR. ZUCKER:  But you did sit on a grand jury, you said?

PROSPECTIVE JUROR:  Yeah, but we didn't do verdicts.

163

MR. ZUCKER:  When -- where was that?

PROSPECTIVE JUROR:  We did charges.

MR. ZUCKER:  Okay.

Charging -- a grand jury that charges.

PROSPECTIVE JUROR:  Uh-huh.

MR. ZUCKER:  Did you overhear -- you said that you heard all the Judge's questions.

PROSPECTIVE JUROR:  He said "verdict."

MR. ZUCKER:  He did say one of those.  He did.

But there was another one about --

THE COURT:  Yeah, let me clarify, because I think, perhaps, the question is a little confusing.

MR. ZUCKER:  Right.

PROSPECTIVE JUROR:  Okay.

THE COURT:  But the question was:  Have you ever served as a juror in a criminal case or as a grand juror before?

And it sounds like you've served on a grand jury before; is that right?

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I've served on it for charges.

THE COURT:  For charges.

PROSPECTIVE JUROR:  To -- yeah.  For the jury to --

164

MR. ZUCKER:  Bring charges.

PROSPECTIVE JUROR:  Prosecute -- yeah.

THE COURT:  So you understand that the purpose of grand jury, as you've said, your -- the standard of proof is probable cause as to whether a crime has been committed; whereas here, it's much higher --

PROSPECTIVE JUROR:  -- right.

THE COURT:  -- beyond a reasonable doubt? You understand that?

PROSPECTIVE JUROR:  Right.

THE COURT:  Okay.

And did any of the cases, evidence that you heard involve sex trafficking when you were on the Grand Jury?

PROSPECTIVE JUROR:  No, I didn't have that.

THE COURT:  Okay.

PROSPECTIVE JUROR:  No.

THE COURT:  Any follow-up from the government?

MS. DAVIS:  What type of cases did you do in the grand jury?

PROSPECTIVE JUROR:  So we did, like, neighborhood store robberies, illegal sale of, what is that, the marijuana thing; like, robbery of stores; like, defendant fleeing the police, stuff like that.

THE COURT:  Right.

PROSPECTIVE JUROR:  Then one was a witness that

was -- they were trying to bring extra charges and they had to bring back the witness for a murder case.

MR. ZUCKER:  I'm sorry, could you repeat the last part?

They were trying to bring extra charges?

PROSPECTIVE JUROR:  The prosecutor was trying to add additional charges, because the witness had got threatened in a CVS --

MR. ZUCKER:  Okay.

PROSPECTIVE JUROR:  -- right -- on a murder charge.

So that's it.

THE COURT:  All right.

Any follow-up, Mr. Zucker?

MR. ZUCKER:  There's nothing that would affect your participation in this trial, is there?

That's what I'm trying to get at.

PROSPECTIVE JUROR:  No.  Okay.

MR. ZUCKER:  I got the words out.  It takes me a little while sometimes.

PROSPECTIVE JUROR:  All right.

THE COURT:  Thank you, ma'am.

(Open court)

DEPUTY CLERK:  Juror No. 1556.

(Bench conference)

166

THE COURT:  Okay.

You're juror 1556?

PROSPECTIVE JUROR:  Yes.

THE COURT:  I'm just going to ask you to speak up a little bit.

You've answered several questions "yes."

Let's start with the last one, 16, which there's a hardship.

Can you tell me about the hardship?

PROSPECTIVE JUROR:  Yes.

So I start my new job on the 2nd.

THE COURT:  Okay.

PROSPECTIVE JUROR:  So they were supposed to start me on Monday.  But I told them that I may be called for jury duty, so they said the 2nd, latest.

So if there's anything that delays it after that, I mean, I may not have a job.

THE COURT:  Right.

PROSPECTIVE JUROR:  They might go with someone else.  That's the hardship.

MR. ZUCKER:  Repeat the last part you said.

PROSPECTIVE JUROR:  I'm sorry.

So I have a job that starts the 2nd.

MR. ZUCKER:  That, I heard.  Yeah.

PROSPECTIVE JUROR:  So if I'm delayed after that,

167

they may not keep me for that job.

And right now, I'm unemployed.

THE COURT:  Okay.

MR. ZUCKER:  All right.

THE COURT:  All right.  Anything further from the government?

MS. DAVIS:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  Nothing.  Thank you.

THE COURT:  Thank you very much.

PROSPECTIVE JUROR:  Thank you.

THE COURT:  All right.  We'll strike 1556 for cause due to hardship.

(Open court)

DEPUTY CLERK:  Juror No. 1427.

(Bench conference)

THE COURT:  Hi, ma'am.  How are you?

PROSPECTIVE JUROR:  Okay.

THE COURT:  You are Juror 1427?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  You've answered Questions 4, 5, 6, 7, and 14 affirmatively.

PROSPECTIVE JUROR:  Yes.

THE COURT:  So let's start with 4.

PROSPECTIVE JUROR:  Okay.

168

THE COURT:  Knowledge of people in law enforcement.

PROSPECTIVE JUROR:  You asked -- I mean, I'm a lawyer.  I have friends who are U.S. formerly -- Assistant U.S. Attorneys or from the Justice Department.

THE COURT:  All right.  So that brings us to Question 6, so -- yes, 6.  So lawyers, sounds like you've known people who have prosecuted before?

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Anybody in that group who's prosecuted sex trafficking offenses?

PROSPECTIVE JUROR:  No.

THE COURT:  And anything about the fact that you know people in the Department of Justice and who have done law enforcement work that would cause you to doubt your ability to be fair and impartial in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  Have you done any -- are you a lawyer yourself?

PROSPECTIVE JUROR:  I'm a lawyer, but I don't do criminal work.

THE COURT:  Okay.  What kind of work do you do?

PROSPECTIVE JUROR:  I do like appellate litigation, civil.  I work for a law firm.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I was a law clerk a long time ago.

THE COURT:  All right.

PROSPECTIVE JUROR:  Federal District Court.

THE COURT:  Okay.  This one or a different one?

PROSPECTIVE JUROR:  No.  In Philadelphia.

THE COURT:  All right.

To the extent that you recall anything about the criminal law, would you be able to put aside your knowledge and your understanding and apply the instructions as I give them to you?

PROSPECTIVE JUROR:  I would apply the instructions as you give them to me.

THE COURT:  All right.  Question 5 concerns people who work for the court system.  Does that cover your --

PROSPECTIVE JUROR:  That was just --

THE COURT:  -- job as a claw clerk?

PROSPECTIVE JUROR:  I answered that "yes" because I was a law clerk.

THE COURT:  And then any member close to you, your group, who's been arrested for or convicted of, charged with a crime or victim or witness of a crime?

PROSPECTIVE JUROR:  Just I have had to answer to answer "yes" to that question because a very long time ago my husband was mugged, but...

170

THE COURT:  Okay.  Anything about that experience give you concern?

PROSPECTIVE JUROR:  No.

THE COURT:  All right.  Question 14 concerns prior service as a juror in a criminal case or on in a Grand Jury.

PROSPECTIVE JUROR:  I was a juror in a Superior Court in a criminal case, and we --

THE COURT:  And you don't need to tell me what the verdict was, but whether you -- did you reach a verdict in that case?

PROSPECTIVE JUROR:  Meaning?

THE COURT:  Did the jury reach a verdict in that case?

PROSPECTIVE JUROR:  No.

THE COURT:  All right.

Anything about that experience that would cause you to have concern about being fair and impartial in this case.

PROSPECTIVE JUROR:  No.

THE COURT:  Anything for the government?

MS. LARSON:  What is that you did -- you're doing appellate work on criminal cases --

PROSPECTIVE JUROR:  No.

MS. LARSON:  -- or civil litigation?

PROSPECTIVE JUROR:  Civil litigation.

171

MS. LARSON:  Civil litigation.  Okay.

Nothing further, Judge.

MR. ZUCKER:  I think I heard you say you had been a law clerk in a court.

PROSPECTIVE JUROR:  Uh-huh.

MR. ZUCKER:  I assume you had those criminal cases then.

PROSPECTIVE JUROR:  Yes.

RIGHT SPEAKER:  I don't want to pry, but about how long ago was that?

PROSPECTIVE JUROR:  It was like 30 years ago.

MR. ZUCKER:  Okay.  Safe to say that that's pretty much in the distant past and won't affect you?

PROSPECTIVE JUROR:  It's in the distant past.

THE COURT:  Be careful, Mr. Zucker.

MR. ZUCKER:  I've got longer.  Don't worry about it.

THE COURT:  Thank you very much.

(Open court)

DEPUTY CLERK:  Juror No. 1574.

(Bench conference)

THE COURT:  Okay.  You are Juror 1574.

PROSPECTIVE JUROR:  Correct.

THE COURT:  Now, you answered one, two, three, four, five questions --

172

PROSPECTIVE JUROR:  Yes.

THE COURT:  -- including Question 17.

PROSPECTIVE JUROR:  Yes.

THE COURT:  So let's start there, the catch-all question.  What's your concern about your ability to sit impartially?

PROSPECTIVE JUROR:  I have a business trip the 4th through the 6th of March.

THE COURT:  Oh, okay.  So this is actually a hardship question.

PROSPECTIVE JUROR:  Oh, I'm sorry.

THE COURT:  That's okay.  That business trip, can you tell me a little bit about it?

PROSPECTIVE JUROR:  Sure.  I'm CEO of a small business that does Federal Government contracting, and so it's a pre-proposal conference because the solicitation was announced last Tuesday.  So in order to be a part of that response to solicitation, they strongly advise that you attend the pre-proposal conference so you can ask any questions and get any clarity on any part of the proposal that you may have.

THE COURT:  Okay.

Are you able to send somebody as a substitute for you at that conference?

PROSPECTIVE JUROR:  I can.

173

THE COURT:  Okay.

PROSPECTIVE JUROR:  I can.

THE COURT:  Okay.  All right.

PROSPECTIVE JUROR:  I'd like to be there, but I can.

THE COURT:  All right.  Fair enough.  Okay.

All right.  So then let's turn to the earlier questions concerning law enforcement, who you know in law enforcement.  Can you tell me about that.

PROSPECTIVE JUROR:  Sure.

So No. 4, I believe, was.

THE COURT:  People you know who were in law enforcement.

PROSPECTIVE JUROR:  So my uncle used to work off of Indiana Avenue in the Clerk's Office.  My cousin is a judge.  My fiancé works for it DHS.  And I'm related to several FBI agents.

THE COURT:  Okay.  All right.  So let's unpack that a little bit.  Let's start with the FBI agents.

Do any of those relatives, do they do work in sex trafficking area, to your knowledge?

PROSPECTIVE JUROR:  We don't talk about that.

THE COURT:  You don't talk about that.

PROSPECTIVE JUROR:  We don't talk about any of that.

THE COURT:  Any reason to believe that because you're related to FBI agents, that you would give either greater or lesser weight to the testimony of a law enforcement official?

PROSPECTIVE JUROR:  No.

THE COURT:  You mentioned your uncle is a judge.

PROSPECTIVE JUROR:  Cousin is a judge.

THE COURT:  Cousin is a judge.

PROSPECTIVE JUROR:  Yes.

THE COURT:  And he or she, where --

PROSPECTIVE JUROR:  Montgomery County.

THE COURT:  Montgomery County.  Okay.  And does your cousin do criminal cases, civil cases, or --

PROSPECTIVE JUROR:  Criminal and family cases. I forget which one he's doing right now.

THE COURT:  Got you.

Anything about his experience as a judge that would cause you to think you might not be able to be fair in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  And then you mentioned your fiance is at DHS.

PROSPECTIVE JUROR:  Yes.

THE COURT:  In what capacity is he at DHS?

PROSPECTIVE JUROR:  He works in the SAYACK [phon.]

175

student exchange visa program, which is under ICE.

THE COURT:  And that -- you'll have to help me understand.  How is that law enforcement?

PROSPECTIVE JUROR:  Because he works -- he's closely tied to agents.

THE COURT:  Okay.

PROSPECTIVE JUROR:  So there's an actual regulation component of it, and then there's a criminal component of it.  And they kind of build cases based upon what school, students, visas, and the criminal aspect that ties the case together.

THE COURT:  Understood.

So your fiancé obviously works with the agency himself, has served in a law enforcement capacity.  Any reason to doubt your ability to be fair with respect to any law enforcement testimony or any other testimony you hear in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  All right.

Member of the groups that have gone to law school, I think we've talked about that.

PROSPECTIVE JUROR:  So family members that have gone to law school.  They're current attorneys in D.C., Maryland, and Virginia.

THE COURT:  Anybody do criminal work?

PROSPECTIVE JUROR:  Yes, criminal and corporate.

THE COURT:  And the person that does criminal work, what kind of work does he or she do?

PROSPECTIVE JUROR:  I'm not sure.  I just know it's criminal side.

THE COURT:  And then Question 7, member of the group who's been arrested for or convicted of or charged with a crime or victim or witness to a crime.

PROSPECTIVE JUROR:  So my son was recently a victim of a crime, of a robbery.

THE COURT:  I'm sorry.  You said your son.

PROSPECTIVE JUROR:  Uh-huh, he's 14.

THE COURT:  And was the person apprehended?

PROSPECTIVE JUROR:  The person actually showed up at his school as a student.

THE COURT:  Oh, okay.

And do you feel like your son was treated fairly as part of that process?

PROSPECTIVE JUROR:  No, not at all.

THE COURT:  Any reason to think that your son's experience would cause you to not be fair and impartial to the government in this case?

PROSPECTIVE JUROR:  I wouldn't exactly -- not pertaining to this case, but coming from a mother's perspective, where my son was just recently robbed and then

the kid ends up at school and the kid is still there, I don't think I'm the best person to kind of weigh in on personal feelings as it relates to that matter.

THE COURT:  Right.

PROSPECTIVE JUROR:  Now, being objective in other cases, I don't see why not.  But that's kind of still fresh in my mind right now.

THE COURT:  Sure.

Understood.  And I'm sorry that you and your son had to go through that.

In terms of if you were selected in this case, would you be -- do you think that that experience would affect your ability to be fair and impartial.

PROSPECTIVE JUROR:  Maybe, a little bit.

THE COURT:  A little bit?

PROSPECTIVE JUROR:  Yeah.

THE COURT:  What gives you some doubt?  Just because of how fresh it is?

PROSPECTIVE JUROR:  Because of how fresh it is. And we're still kind of going through it right now.

THE COURT:  Okay.

Now, of course, the prosecutors and the law enforcement folks who were involved in this case, at least I assume, are not involved in your son's case.

PROSPECTIVE JUROR:  No.

178

THE COURT:  Would that give you any -- do you think you would have any further level of comfort about being fair in this case.

PROSPECTIVE JUROR:  No, I don't know any further level -- I mean, can I be fair in this case?  Yeah, I think I could --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- maybe, probably.

THE COURT:  All right.  Government counsel?

MS. LARSON:  No.

MS. DAVIS:  No.

THE COURT:  All right.  Mr. Zucker?

MR. ZUCKER:  You said you have family members who are FBI.

PROSPECTIVE JUROR:  Yes.

MR. ZUCKER:  I'll tell you that this is partially an FBI case.

PROSPECTIVE JUROR:  Right.

MR. ZUCKER:  Will that affect your evaluation of the evidence, the fact that your family is FBI, FBI are bringing this case?

PROSPECTIVE JUROR:  No.

MR. ZUCKER:  Completely separate?

PROSPECTIVE JUROR:  Completely separate.

MR. ZUCKER:  And you said your son was a victim of

a robbery.  Was a gun involved?

PROSPECTIVE JUROR:  No.

MR. ZUCKER:  I think that's all I have.

THE COURT:  Okay.  All right.  Thank you, ma'am.

PROSPECTIVE JUROR:  Thank you.

(Open court)

DEPUTY CLERK:  Juror No. 0535.

(Bench conference)

THE COURT:  You are 0535?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Do you have your card?

PROSPECTIVE JUROR:  No.  I didn't mark anything on it.

THE COURT:  I'm sorry?

PROSPECTIVE JUROR:  I didn't mark anything on it.

THE COURT:  You didn't mark anything on your card?

PROSPECTIVE JUROR:  Huh-uh.

THE COURT:  You didn't answer any of the questions -- or you didn't answer "yes" to any of the questions; isn't that right?

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  Did you have any trouble understanding any of the questions that I asked?

PROSPECTIVE JUROR:  The people names, I didn't know them.

180

MR. ZUCKER:  I'm sorry.  You can keep your voice up a little, ma'am.

PROSPECTIVE JUROR:  What's the actual definition of "sex trafficking"?  I didn't know -- I didn't know what that word meant.

THE COURT:  Okay.

Well, at this point, the sex trafficking is a charge, in other words, that --

PROSPECTIVE JUROR:  Like a speeding ticket charge?

THE COURT:  No.  It's not quite like a speeding ticket.  It's something having to do with prostitution.

Do you know what that word means?

PROSPECTIVE JUROR:  Kind of.  Like a stripper?

THE COURT:  Not exactly, but somebody who --

PROSPECTIVE JUROR:  Oh, all right.

THE COURT:  So are you familiar with what that term means, "prostitution"?

PROSPECTIVE JUROR:  No.

THE COURT:  All right.  Any questions from the government, follow-up?

MS. DAVIS:  No.

THE COURT:  All right.  Thank you.  You may return to your seat.

PROSPECTIVE JUROR:  All right.

THE COURT:  Thanks so much.

181

(Open court)

THE COURT:  All right.  I'm going to strike 0535.  She clearly didn't --

MR. ZUCKER:  She's high as a kite.

THE COURT:  Did not seem to have an understanding of what was being asked, at least purported not to.

All right.  So let's go.

(Open court)

DEPUTY CLERK:  Juror No. 0282.

(Bench conference)

THE COURT:  Hello, ma'am.  How are you?

PROSPECTIVE JUROR:  I'm okay.  Yourself?

THE COURT:  Good.  Thank you.

0282?

PROSPECTIVE JUROR:  Yes, that's me.

THE COURT:  All right.  Do you have your card?

Thank you.

All right.  So you've listed here all 17 numbers.

PROSPECTIVE JUROR:  I was just writing it down so that I could --

THE COURT:  Trust me.  You're not the only one who has done that.  I just want to make sure.

Did you have a "yes" answer to any of them?

PROSPECTIVE JUROR:  No.

THE COURT:  All right.  Did you have any

182

difficulty understanding any of the questions that I asked?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  Any questions from the government?

MS. LARSON:  How long have you been with the postal service?

PROSPECTIVE JUROR:  It'll be five years in July.

MR. ZUCKER:  What part of town do you work in with the Postal Service?

PROSPECTIVE JUROR:  McLean, Virginia.

MR. ZUCKER:  Oh, okay.  All right.  Thank you.

THE COURT:  All right.  Thank you very much.  You may return to your seat.

(Open court)

DEPUTY CLERK:  Juror No. 1681.

(Bench conference)

THE COURT:  Hi.  How are you?

PROSPECTIVE JUROR:  Good.  How are you?

MS. DAVIS:  Good.  Thank you.

You're Juror 1681?

PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.  You've answered -- put down one question; that's Question 17, which is the catch-all question.

PROSPECTIVE JUROR:  Yeah.  Just general sense.

183

I treat a lot of sexual trauma.  So my concern is, you know, I immerse myself in their trauma neuropathically.  And a lot of prostitution is related -- a lot of people that are going to prostitution are sexually abused before prostitution.  So I have a concern about what's that -- am I going to be able to hear that in an even-handed way, depending on the level of trauma?

THE COURT:  Now, when you say "trauma," you treat --

PROSPECTIVE JUROR:  Sexual.

THE COURT:  -- physical trauma or what?

PROSPECTIVE JUROR:  Physical, but mostly sexual trauma is what I'm talking about.

THE COURT:  You mean sexual, you mean the emotional trauma that results?

PROSPECTIVE JUROR:  Well, it ends up as abuse.  I'm a psychologist.  So it ends up as psychological trauma; but it comes from physical trauma, usually sexual trauma.  That's where the concern is.

THE COURT:  All right.

PROSPECTIVE JUROR:  Because so many prostitutes enter it, having previously been sexually traumatized.

THE COURT:  Right.  So there is likely to be some evidence in this case, expert evidence from a psychologist concerning trauma, I think that's fair to say,

184

of abuse victims.

Do you think you could put aside what you've learned and experienced in your field and focus on the evidence that's presented through the experts in this case?

PROSPECTIVE JUROR:  Well, I mean, having expertise in that area myself, it depends on how the expert -- you know, where that person goes --

THE COURT:  Right.

PROSPECTIVE JUROR:  -- and the way they're representing the trauma.

THE COURT:  Right.

PROSPECTIVE JUROR:  I mean, I have certain views of trauma and the impact of people psychologically.

What I know is prostitution is a re-dramatization for the prostitutes.  They entered into prostitution, especially in a lot of cases, it's against one's will.

And so I'm concerned about how emotionally, you know, in hearing about that, whether I'll be completely fair in assessing:  Is this person a traumatizer, another traumatizer, guilty, or not guilty?

I mean, I may be able to, but I just -- you raised it.

THE COURT:  I appreciate it.

Say, for instance, the expert said something or testified to something that, based on your professional

experience, you disagreed with.

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  Would you be able to sort of set aside your own personal opinions, your professional opinions, and follow the evidence that's presented?

PROSPECTIVE JUROR:  You mean in deliberations?

THE COURT:  Yes.

PROSPECTIVE JUROR:  In deliberations, I would -- I don't know if I -- I would want to express my own views of trauma and that kind of thing.  If I had a disagreement, I'm not sure if I'd be allowed to; but, you know, if I was instructed not to share those views in deliberations, I wouldn't.  But it's hard for me not to bring that into the room --

THE COURT:  Sure.

PROSPECTIVE JUROR:  -- and especially if I think there's some kind of bias in some ways there in the way that it's being represented.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I mean, if it's being minimized in some ways, the impact in some ways, suggesting that somehow these women enter -- I'm assuming women -- entered this prostitution in a voluntary way, I'm not going to go along with it, because once you're abused, your capacity to opt out voluntarily is very limited.

THE COURT:  Okay.

PROSPECTIVE JUROR:  So that's going to be hard to keep out.

THE COURT:  All right.

Any follow-up from the government?

MS. DAVIS:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  No questions.

THE COURT:  All right.  Thank you very much. Appreciate your time.

MS. DAVIS:  Remove.

THE COURT:  I take it from Ms. Davis, she --

MR. ZUCKER:  Agrees.

THE COURT:  -- agrees that we'll strike 1681 for cause.

All right.  Next juror.

(Open court)

DEPUTY CLERK:  Juror No. 0702.

(Bench conference)

THE COURT:  Hi.  How are you, sir?

PROSPECTIVE JUROR:  Good.

THE COURT:  Okay.  0702?

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  All right.  You've answered Questions 4, 6, and 17.  Let's start with 17, which is the

catch-all question.

PROSPECTIVE JUROR:  Yeah.  Just -- so as a Catholic priest, unless you've been living in a cave for the last 20 years, you know that we don't have a good reputation in terms of protecting minors.  So I would feel compelled to be particularly harsh on someone accused of an offense against a minor.

THE COURT:  Okay.

PROSPECTIVE JUROR:  And it would be hard for me to be in the deliberative body that could acquit someone because of how that would be perceived.

I'm the President of Gonzaga High School, and I have to -- my first job has to be protecting young people.

THE COURT:  Sure.

PROSPECTIVE JUROR:  So if you're the defense, I'm your worst nightmare.  For them, I'm Merry Christmas.

MR. ZUCKER:  You're honest.  We all appreciate that.

THE COURT:  We appreciate the candor.

PROSPECTIVE JUROR:  Unfortunately, for someone in my position, it's all about perception and how -- so it would be really difficult for me to be a part of it.

THE COURT:  Okay.  Well, let me just, if I could ask you to step back for a second.  I appreciate the sensitivity of the work you do and understand what has

happened with the church.  But, again, this is not a case of abuse by a member of the church or any clergymen.  This is not that kind of case.

Do you think you could put your experiences aside and concerns about what's happened in the Catholic Church with respect to children and look at the evidence in this case and render a verdict in this case based on the evidence and the law that's presented?

PROSPECTIVE JUROR:  I just don't know until I know what -- the details of the case.

You know, I can't separate who I am and the last 20 years from how I perceive things and how I feel I have to perceive.  For any other issue, I probably wouldn't have any problem with it.

THE COURT:  Right.

PROSPECTIVE JUROR:  But this is particularly tricky.

THE COURT:  Okay.  Any follow-up from the government?

MS. DAVIS:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  No.

THE COURT:  Thank you very much for your time.

All right.  I'll strike 0702 for cause, given the response about being unable to be fair and impartial.

(Open court)

DEPUTY CLERK:  Juror No. 1098.

(Bench conference)

THE COURT:  Hi.  How are you?

PROSPECTIVE JUROR:  Good.  How are you?

THE COURT:  Thank you.

Okay.  You're Juror 1098?

PROSPECTIVE JUROR:  That's right.

THE COURT:  All right.  You answered one question, Question 4, concerns relationships with people in law enforcement.

Can you tell me about that.

PROSPECTIVE JUROR:  Yeah.  My close friend graduated from the D.C. Police Academy.

THE COURT:  Okay.

PROSPECTIVE JUROR:  But he was in it for maybe a couple months and then quit and moved to Colorado --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- where he's now in the Army.

THE COURT:  Okay.  All right.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  And the fact that your friend was in the academy and served as a Metropolitan Police Department officer, do you think that gives you any concern about being able to judge the testimony of police officers --

190

PROSPECTIVE JUROR:  No, it doesn't.

THE COURT:  -- any greater or more favorably than nonpolice officer witnesses?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  All right.  Any follow-up from the government?

MS. LARSON:  Can you tell me where you work.  It cut off on our sheet.

PROSPECTIVE JUROR:  It's the American Association of College of Nursing.

MS. LARSON:  Okay.

So are you a nurse there, or do you do something else.

PROSPECTIVE JUROR:  No.  I'm in policy, communications and policy.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  Do you know anything about why your friend left MPD so quickly?

PROSPECTIVE JUROR:  Oh.  He actually followed his partner originally out to Colorado, because he was in the Army.

MR. ZUCKER:  Okay.  Nothing to do with MPD or --

PROSPECTIVE JUROR:  No.  It was, like, you know, his relationship.

MR. ZUCKER:  Personal relationship?

191

PROSPECTIVE JUROR:  Personal relationship, yeah.

THE COURT:  Thank you very much.

PROSPECTIVE JUROR:  Thank you.

(Open court)

DEPUTY CLERK:  Juror No. 0269.

(Bench conference)

THE COURT:  Hi.  How are you?

PROSPECTIVE JUROR:  Good.  Thanks.

THE COURT:  You are 0269?

PROSPECTIVE JUROR:  That's correct.

THE COURT:  Okay.

You answered three questions, 4, 6, and 16.

Let's start with 16, which is the hardship question.

PROSPECTIVE JUROR:  Yeah.  I put that in brackets because I have some scheduling conflicts, but I don't -- I suspect they don't rise to the level of hardship or whatever it is.

I've got a client that wants to meet with me in Boston next Wednesday and some personal travel the week after.  But they're not, like, European vacations or things like that.

THE COURT:  All right.  And the business trip, is that something that you can reschedule until after the trial.

PROSPECTIVE JUROR:  If necessary or maybe see if somebody else can cover it.

THE COURT:  Okay.  Very good.

I appreciate that.

All right.  Question 4 concerned people you know in law enforcement.

PROSPECTIVE JUROR:  Yes.

So my grandfather was a New York City police officer.

THE COURT:  Okay.

PROSPECTIVE JUROR:  My sister works for INTERPOL.

And I've got a good friend who is an FBI agent.

And I'm a former DOJ attorney.

THE COURT:  Okay.

And your time at DOJ was in what capacity?

PROSPECTIVE JUROR:  I was a Deputy Assistant Attorney General and Chief of Staff in the Antitrust Division.

THE COURT:  Okay.  And are you in private practice now?

PROSPECTIVE JUROR:  I'm in private practice now, yeah.

THE COURT:  So, look, because of your experience and people you know, you've met a lot of people and gotten to know people in law enforcement, do you think, based on

that experience, you would tend to favor or disfavor the testimony of law enforcement officers relative to other witnesses?

PROSPECTIVE JUROR:  I would hope not.

THE COURT:  Do you have any concern about your ability to do so?

PROSPECTIVE JUROR:  No.  Candidly, no.

THE COURT:  Okay.  And is there any thing about your knowledge and experience in law enforcement that might make it difficult for you to be fair and impartial to the defense in this case?

PROSPECTIVE JUROR:  Again, nothing springs to mind.  I don't think so.

THE COURT:  All right.  And then I take it Question 6 concerning the lawyers, you, yourself, are a lawyer; you know lots of folks --

PROSPECTIVE JUROR:  Yeah.

THE COURT:  -- who have done criminal work.

Do you know anybody who has practiced in -- well, do you know anybody who's been a sex crimes prosecutor, say, for example?

PROSPECTIVE JUROR:  No.  I know a lot of people who are prosecutors or former prosecutors, but I don't know much really about what kinds of cases they worked on.  So it's possible, but I don't know.

194

THE COURT:  Right.  Very good.

Okay.  Any follow-up from the government?

MS. DAVIS:  No.

MR. ZUCKER:  No.

THE COURT:  All right.  Mr. Zucker.

MR. ZUCKER:  When you were at DOJ, I know you said you were in antitrust.  Were you ever in any of the other divisions?

PROSPECTIVE JUROR:  No.  Exclusively antitrust. There was a mixture of civil and criminal work, but just antitrust-related.

MR. ZUCKER:  Did you do any criminal work with antitrust?

PROSPECTIVE JUROR:  Yes.

MR. ZUCKER:  Did that include trials, prosecutions?

PROSPECTIVE JUROR:  I personally didn't litigate the cases; the staff did.  I was in the front office.  So it was more approving grand jury, signing off on things, and opening investigations, that sort of thing.

MR. ZUCKER:  This kind of was covered, but do you have any lingering -- should we have any concern that you would be more inclined to favor the prosecution in a case because you used to be a prosecutor?

PROSPECTIVE JUROR:  Like I said, candidly, no.

I mean, I would hope not.  As a lawyer, I try to do my job.

MR. ZUCKER:  Are you confident in your abilities?  You said you would try.  But are you confident that you could?

PROSPECTIVE JUROR:  Yes.

MR. ZUCKER:  All right.  That's the only thing I ask.  Thank you.

THE COURT:  Thank you very much.

PROSPECTIVE JUROR:  Thanks.

(Open court)

DEPUTY CLERK:  Juror No. 0405.

(Bench conference).

THE COURT:  How are you?

Thank you.

PROSPECTIVE JUROR:  Good.  Thank you.

THE COURT:  Okay.  You're Juror 0405?

PROSPECTIVE JUROR:  I am.

THE COURT:  All right.  You've answered Questions 6, 14, and 16.

Let's start with 16, which is the hardship question.  What can you tell me about that?

PROSPECTIVE JUROR:  Can you read the question?

THE COURT:  Would serving as a juror in this case be an extreme hardship to anyone?

PROSPECTIVE JUROR:  I guess the only hardship

would be just in terms of my employment.  I have a commitment to -- I'm in government contracting, so it's -- the workload will continue even though I'm here.  I work right across the street, so I would have to continue meeting my responsibilities.

THE COURT:  Okay.

It will not surprise you to learn that other people have --

PROSPECTIVE JUROR:  Not at all.

THE COURT:  -- have work responsibilities, and sort of typical burdens of work aren't usually a basis to excuse people.

So let me ask you then about your other responses.  You say that you know people who have gone to law school, worked as lawyers, or worked in law offices.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Can you tell me about that.

PROSPECTIVE JUROR:  Yes.

A close friend of mine is a judge.

THE COURT:  Is he a judge?

PROSPECTIVE JUROR:  Yes.

THE COURT:  And he or she, where are they a judge?

PROSPECTIVE JUROR:  In D.C.  Currently, I believe it's National Labor Relations.

THE COURT:  Okay.  So they're in an administrative

law judge of some kind?

PROSPECTIVE JUROR:  Yes.

THE COURT:  And then Question 14 concerns prior service as a juror in a criminal case or on a grand jury.

PROSPECTIVE JUROR:  Through Superior Court.  Yes.

THE COURT:  Okay.  You've been a juror on a prior criminal case?

PROSPECTIVE JUROR:  I have.

THE COURT:  And without telling me what the verdict was, can you tell me whether the jury reached a verdict in your case.

PROSPECTIVE JUROR:  Yes.

THE COURT:  And anything about that experience that would cause you to question whether you can be fair and impartial in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  And whatever you may have learned about the criminal law in that case, would you be able to set that aside and follow the instructions I give in this case?

PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.  Any follow-up?

MS. DAVIS:  No.

MS. LARSON:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  What kind of case was it in Superior Court?

PROSPECTIVE JUROR:  It was a medical case.

MR. ZUCKER:  So it wasn't criminal.  Medical malpractice.

PROSPECTIVE JUROR:  Medical malpractice.

MR. ZUCKER:  Oh, okay.

PROSPECTIVE JUROR:  Is that considered criminal?

MR. ZUCKER:  No.  Medical malpractice, no.

THE COURT:  Right.

PROSPECTIVE JUROR:  Pardon me.  Okay.

MR. ZUCKER:  So somebody suing a doc or a hospital?

PROSPECTIVE JUROR:  Okay.  Yes, it was medical malpractice.

THE COURT:  Thank you.

PROSPECTIVE JUROR:  Sure.

(Open court)

DEPUTY CLERK:  Juror No. 0182.

(Bench conference)

THE COURT:  Hi.  How are you?

PROSPECTIVE JUROR:  I'm okay.

THE COURT:  Okay.  You are Juror 0182?

PROSPECTIVE JUROR:  Yes.

THE COURT:  You answered several questions, 4, 5,

6, 7, 8, but also 16, which is the hardship question.  So let's start there.

Can you tell me about that.

PROSPECTIVE JUROR:  The hardship question?

THE COURT:  Yes.

PROSPECTIVE JUROR:  That one, oh, my brother and his fiancée is having a baby.  It's due on February 29th, so that's the hardship, because the baby could be due anytime soon.

THE COURT:  Right.

PROSPECTIVE JUROR:  Yeah.  And I'm one of the people that are going to be in the room with them.

THE COURT:  Oh.  You're supposed to be in the room with them?

PROSPECTIVE JUROR:  Yes.  Yes.

THE COURT:  And how are you -- is the --

PROSPECTIVE JUROR:  The due date is the 29th.

THE COURT:  Oh.  Is that scheduled to --

PROSPECTIVE JUROR:  No.  She's going to just wait.

THE COURT:  Okay.

And let me ask:  Are you concerned, do you have a concern that, given your role in the birth, do you have a concern with your ability to pay attention in this case?

PROSPECTIVE JUROR:  No, not to pay attention, no.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I'll be able to still pay attention if I'm picked.

THE COURT:  I'm sorry?

PROSPECTIVE JUROR:  I will still be able to pay attention if I'm picked.

THE COURT:  And, say, in the middle of the day you got a page or a call -- I mean, because, you know, if you're sitting in the jury box, you won't have access to your cellphone, won't be on during the day.  I mean, you can obviously check it during breaks.

PROSPECTIVE JUROR:  Okay.

THE COURT:  But would that be a problem if you couldn't have your cellphone?

PROSPECTIVE JUROR:  No.  That would be fine.

THE COURT:  That would be fine?

PROSPECTIVE JUROR:  Yes.

THE COURT:  And say you got a notice during the lunch break, for example, that your -- is this your sister-in-law or your sister?

PROSPECTIVE JUROR:  Yes, my sister-in-law.

THE COURT:  -- is going into labor, would you ask to be excused at that point?

PROSPECTIVE JUROR:  No, because I know how labor goes.  It might take hours.

THE COURT:  Okay.

201

PROSPECTIVE JUROR:  Yeah.  So that's not a problem.  I just wanted to just put that out there, just mention it, yeah.

THE COURT:  Okay.

All right.  Let's talk about the other questions, Questions 4, 5, 6, 7, and 8.  4 is law enforcement that you know of.  Can you tell me who you know in law enforcement.

PROSPECTIVE JUROR:  That's law enforcement?  Well, I thought that was like the lawyer.

THE COURT:  That's Question 6.

PROSPECTIVE JUROR:  6.  Okay.

Law enforcement, I just have friends who are law enforcement.

THE COURT:  Okay.  Can you tell me in what capacity.

PROSPECTIVE JUROR:  One of my friends from high school, she's a police officer with D.C. police.  And then I have another friend who was in high school; he's also a D.C. police officer.

THE COURT:  Okay.  And do either of them do work in sex trafficking, prostitution, to your knowledge?

PROSPECTIVE JUROR:  I don't think so.

THE COURT:  And because of your relationship with them, do you have any reason to think that you might give greater or lesser weight to law enforcement officers'

testimony.

PROSPECTIVE JUROR:  No.

THE COURT:  Question 5, whether you know anybody that's worked in the court system.

PROSPECTIVE JUROR:  Yes.

THE COURT:  Can you tell me about that.

PROSPECTIVE JUROR:  My older brother, my godfather, and a bunch of -- like, a few cousins, they all are lawyers.

My brother is a lawyer.  He works for -- he works in a building right next to, like, Union Station. I'm not sure what kind of law he actually practiced.

My godfather is the dean of students for Georgetown Law School.

And then my cousin is a Lieutenant Governor.

THE COURT:  Your cousin is a Lieutenant Governor of?

PROSPECTIVE JUROR:  Virginia.

THE COURT:  Okay.

Those relationships, did any of those folks do criminal work in the time they practiced as lawyers?

PROSPECTIVE JUROR:  I believe my cousin did.

THE COURT:  Your cousin, the Lieutenant Governor.

PROSPECTIVE JUROR:  Yes.

THE COURT:  And do you know whether he worked as a

prosecutor or a defense lawyer?

PROSPECTIVE JUROR:  I'm not sure.

THE COURT:  Okay.

Any member of that group been arrested for or convicted of or charged with a crime or been a victim or witness of a crime?

PROSPECTIVE JUROR:  Yes.

I've been.

THE COURT:  You have been?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  Can you just tell me about that a little bit.

PROSPECTIVE JUROR:  I've been a victim of a crime.

THE COURT:  Okay.  And I don't mean to pry too much, but can you tell me a little bit about what that was.

PROSPECTIVE JUROR:  That was back in high school. I was sexually assaulted by my boyfriend at that time.

THE COURT:  I'm sorry you had that experience.

PROSPECTIVE JUROR:  Yep.

THE COURT:  How do you think that will affect -- that experience, how do you think that, if at all, will affect your ability to be fair and impartial in this case?

PROSPECTIVE JUROR:  I believe I would be fair because, you know, I've gone through the whole process of that.  But then being like my cousin is a Lieutenant

204

Governor, with all the stuff that he's going through, you know, our families trying to fight so he will have due process, so being that I was on both sides of the field, you know, I would want to hear both sides and give a fair trial.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  All right.

Any follow-up from the government?

MS. LARSON:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  I'm sorry.  I lost something.  You said your cousin, or whoever the Lieutenant Governor is, what he's going through?

PROSPECTIVE JUROR:  Yes.

THE COURT:  He's a cousin.  Justin Fairfax of the Commonwealth, who's been accused of sexual abuse.

MR. ZUCKER:  Oh.

PROSPECTIVE JUROR:  Yeah.

And --

MR. ZUCKER:  I didn't make the connection.  Thank you.

PROSPECTIVE JUROR:  Yeah.  So it's just trying to get all that cleared up.

THE COURT:  Understood.

PROSPECTIVE JUROR:  So it's just been on both

205

sides.  I've been through counseling, therapy, and everything from high school, still in therapy and everything.  So as far as, like, my past, I've come to terms with that.

But then, you know, being on the other side, my cousin going through it, really wanted to make sure that if he gets due process and -- you know, so I see the importance of hearing both sides.

THE COURT:  Both sides.

PROSPECTIVE JUROR:  Yeah.

I just wanted to be honest and put that --

THE COURT:  Yes.  We are grateful.  Thank you.

Anything further?

MR. ZUCKER:  No.  Thank you.

THE COURT:  Thank you, ma'am.

Government counsel.

I'm going to put a hold on her.

My biggest concern is just her role in the birth of the niece or nephew that's coming.  I mean, I really can't have her call one day and say -- or say in the afternoon, "I've got to go in," and it's unpredictable how long labor may last.

So I'm going to put a hold on her.  We're already 29 qualified, so I think we'll probably be in good shape.

MS. DAVIS:  Okay.

THE COURT:  Let's put a hold on her.

(Open court)

DEPUTY CLERK:  Juror No. 0272.

(Bench conference)

THE COURT:  Hi.  How are you?

PROSPECTIVE JUROR:  Good.  Thank you.

THE COURT:  All right.  You're Juror 0272?

PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.  You've answered Questions 6, 7, 8, and 15.  Let's start with Question 6.

Law school, worked as a lawyer?

PROSPECTIVE JUROR:  My uncle is a lawyer.

THE COURT:  And can you tell me what kind of work he does?

PROSPECTIVE JUROR:  Tax or estate.

THE COURT:  All right.  So he doesn't do any criminal tax work?

PROSPECTIVE JUROR:  Right.

THE COURT:  Okay.  Question 7, member of the group that's been arrested for or convicted of or charged with a crime or been a victim of or witness to a crime?

PROSPECTIVE JUROR:  20 years ago, somebody pointed a gun at my head from a distance, and then I ran into traffic.  I think it was a joke.

THE COURT:  I'm sorry?

207

PROSPECTIVE JUROR:  I think it was, like, with no mal-intent, but they just were trying to scare me.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Which I guess is mal-intent.

THE COURT:  So this is a case in which I expect to hear some evidence of a gun and a gun being pointed.  It's not charged as a specific offense, but I expect there to be evidence of that.

How do you think that would affect your ability to be fair and impartial?

PROSPECTIVE JUROR:  I don't think it would be -- I don't think it would affect me.

THE COURT:  Okay.

Question 8 --

PROSPECTIVE JUROR:  Can I -- I'm sorry.  Can I continue?  Because there is another --

THE COURT:  Yes.

PROSPECTIVE JUROR:  In 2006, 2008, I worked at the Latin American Youth Center.  I'm a social worker.  And my friend and coworker in the next cubicle over unraveled a sexual trafficking case via North Carolina and Honduras.  And I currently work with -- and the FBI got involved, and it was a whole big thing.

And I currently work with undocumented without insurance, mostly from Central America.  And so a lot of my

208

friends and co-workers currently work with people under 18 who are at risk of being trafficked.

THE COURT:  Okay.

Let's go back to what you said a few minutes ago about a colleague who unraveled.

Can you tell me what you mean by that.

PROSPECTIVE JUROR:  Yeah.  So she was working with a woman, a 16-year-old female who was born in Honduras but lived in D.C.  And she would go to North Carolina and come back with, like, $3,000 in cash.  And the social worker, through asking questions --

THE COURT:  I see.

Okay.  So this case does involve charges of sex trafficking.  And so how do you think that experience of knowing somebody who's been involved in a similar set of circumstances, potentially, and also work with a vulnerable population, how do you think that would effect your ability to be fair and impartial in this case?

PROSPECTIVE JUROR:  I would like to think that I could be fair.  I'm not -- I wouldn't bet my life on it.

THE COURT:  Okay.

MR. ZUCKER:  How much would you bet?

THE COURT:  That's sort of the next question.

PROSPECTIVE JUROR:  I would try my best.

THE COURT:  Okay.

209

PROSPECTIVE JUROR:  But I do have kind of a visceral reaction to it.  Because the people that we see that get trafficked or are maybe getting trafficked are so vulnerable, it's hard to deal with.

THE COURT:  Okay.

Do you think -- well, what's your level of confidence that you could be fair to the defendant in this case who's being accused of some of the conduct that you've just described and have had some experience with?

PROSPECTIVE JUROR:  Eight of ten, with ten being the maximum confidence.

THE COURT:  Okay.

Question 8, which you've already -- I think it sounds like you've touched on, concerns coming into contact with folks who've actually been charged with or knowledge of similar offenses.

All right.  Question 15, health or physical problems that make it difficult for you to serve.

PROSPECTIVE JUROR:  So I have been scheduled -- I have two neurological exams in the next week --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- in order to rule out multiple sclerosis or a tumor.  I have a note -- I have one of the orders for one of the exams.  One is a brain MRI that I have on Tuesday morning, and the next is a different

210

neurological exam on Friday morning.

THE COURT:  Okay.

I'm sorry you're grappling with that.

All right.  Any follow-up?

MS. DAVIS:  No.

MR. ZUCKER:  Good luck.

THE COURT:  All right.

PROSPECTIVE JUROR:  All right.  Thank you.

THE COURT:  Thank you.

Ms. Davis, I'm going to strike him for cause, given the health appointments and conflict.  Okay.

(Open court)

DEPUTY CLERK:  Juror No. 1799.

(Bench conference)

THE COURT:  Hi.  How are you?

PROSPECTIVE JUROR:  Good.

THE COURT:  Okay.  You're Juror 1799?

PROSPECTIVE JUROR:  Yep, correct.

THE COURT:  You have two questions answered "yes."  The first is No. 4 concerning law enforcement and people you know.

Can you tell me about that?

PROSPECTIVE JUROR:  Yeah.  A grandfather I was close to was a Highway Patrolman.

THE COURT:  Highway Patrolman.  And where

was that?

PROSPECTIVE JUROR:  Missouri.

THE COURT:  All right.  And there will be testimony in this case from law enforcement officials.  Does your relationship with your grandfather, do you think that would affect your ability to be fair and impartial?

PROSPECTIVE JUROR:  I don't believe so.

THE COURT:  Okay.

And could you assess the testimony of law enforcement officers just as you would any other witness?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Question 14 concerns prior jury service in either a criminal case or as a grand juror.

Can you tell me about that.

PROSPECTIVE JUROR:  Yeah.

Gun possession case three or four years ago.

THE COURT:  And was that in this Court or in the D.C. Superior Court?

PROSPECTIVE JUROR:  Across the street.

THE COURT:  And don't tell me -- you don't have to tell me what the verdict was, but did that jury reach a verdict?

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Anything about that experience to cause you to think you couldn't be fair and impartial in

212

this case?

PROSPECTIVE JUROR:  No.

THE COURT:  Would you be able to set aside anything that you learned in that case and follow the instructions that I give you in this case?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Government counsel?

MS. LARSON:  What kind of policy research are you involved in?

PROSPECTIVE JUROR:  I do health policy research.

MR. ZUCKER:  Could you flesh that out a little bit?

PROSPECTIVE JUROR:  Largely FDA-related drug development.

MR. ZUCKER:  I don't have anything else.  Thanks.

THE COURT:  All right.  Thank you very much.

PROSPECTIVE JUROR:  Thanks.

(Open court)

DEPUTY CLERK:  Juror No. 1606.

(Bench conference)

THE COURT:  Hi.  How are you, ma'am?

PROSPECTIVE JUROR:  Good.  And yourself?

THE COURT:  Good.  Thank you.

PROSPECTIVE JUROR:  Can you pull 5 up?

THE COURT:  I'm sorry?

PROSPECTIVE JUROR:  Number 5.

THE COURT:  Yes.  Hang on one second, though.

So you're Juror 1606?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  Now, you listed No. 5 here of the number of questions.  You answered "yes."  And it looks like you worked for DCPS Office of the General Counsel.

PROSPECTIVE JUROR:  Yes.

THE COURT:  Is that the work that you do?

PROSPECTIVE JUROR:  Yes.

THE COURT:  And are you a lawyer or work in some other capacity?

PROSPECTIVE JUROR:  No.  I just work for the department.

THE COURT:  Okay.

In your capacity in the office of the General Counsel for DCPS, have you come across cases or been in contact with cases involving sexual abuse of minors?

PROSPECTIVE JUROR:  No.

THE COURT:  All right.

Government counsel, any follow-up?

MS. DAVIS:  No.

MS. LARSON:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  What do you do at General Counsel's

214

Office, if you don't mind?

PROSPECTIVE JUROR:  No.  That's fine.

So I process FOIA requests and subpoena requests.

MS. DAVIS:  You process what now?

PROSPECTIVE JUROR:  FOIA and subpoenas.

MS. DAVIS:  Oh.

MR. ZUCKER:  No involvement with law enforcement in connection with that?

PROSPECTIVE JUROR:  No.

MR. ZUCKER:  All right.  Thanks.

PROSPECTIVE JUROR:  Thank you.

THE COURT:  Thank you.

(Open court)

DEPUTY CLERK:  Juror No. 0895.

(Bench conference)

THE COURT:  Hello, ma'am.  How are you?

PROSPECTIVE JUROR:  Okay.

There was one question that I didn't think of the answer until several questions later, and I don't remember the number.

THE COURT:  Okay.

Well, let's start with you are Juror 0895.

PROSPECTIVE JUROR:  I am.

THE COURT:  All right.  Now, it looks like you have answered some of these questions, 4, 7, and then --

215

PROSPECTIVE JUROR:  The unknown number.

THE COURT:  The unknown number.  It says, "Worked in court system," you've put on your card.

So let's start with No. 4, which concerned --

PROSPECTIVE JUROR:  Victim of a crime.

THE COURT:  -- people in law enforcement that you know.

PROSPECTIVE JUROR:  I thought that was -- okay.  Yeah.  Right.

My husband worked for 40 years in IRS.

THE COURT:  Okay.

PROSPECTIVE JUROR:  He didn't work in a law enforcement division or branch or anything, but it is a law enforcement agency.

THE COURT:  Right.  Okay.  That's your connection with law enforcement?

PROSPECTIVE JUROR:  Right.

THE COURT:  All right.  And then --

PROSPECTIVE JUROR:  Now, unless you count corrections.

THE COURT:  All right.  Well, tell me what you -- who you know in corrections?

PROSPECTIVE JUROR:  Well, I worked in the prison.  My first husband was a psychologist, forensic psychologist at the House of Correction.

216

I guess that's most of it.

THE COURT:  Okay.

Your experience and your husband's experience, how do you think -- would that affect your ability to be fair and impartial in this case?

PROSPECTIVE JUROR:  I don't think so.

He was a psychologist.  He didn't talk shop a whole lot with me.

I was a typist-clerk.

MR. ZUCKER:  You said you were what?

PROSPECTIVE JUROR:  Typist-clerk.  I ran the escape desk.

THE COURT:  All right.  So then we have Question 7, any member of the group that's been arrested for, convicted of, or charged with a crime, victim or witness to a crime.

PROSPECTIVE JUROR:  I was a victim of a crime.

THE COURT:  Okay.  Can you tell me a little bit about that.

PROSPECTIVE JUROR:  I was raped.

THE COURT:  Okay.

I'm sorry.

This case --

PROSPECTIVE JUROR:  It was a half a century ago. I made peace with it a long time ago.

217

THE COURT:  This case involves allegations of sexual trafficking.

PROSPECTIVE JUROR:  I am aware.

THE COURT:  I think you'll hear evidence of prostitution, potential sexual abuse.

Do you think, with your experience --

PROSPECTIVE JUROR:  Well --

THE COURT:  -- having been a victim, that --

PROSPECTIVE JUROR:  -- that was not the nature of my rape.

THE COURT:  Right.

PROSPECTIVE JUROR:  And as I say, I came to terms with it a long time ago.  And I don't really have any unfinished business about that.

THE COURT:  Okay.  Do you have any concerns about being -- your ability to be fair and impartial in this -- judging this case.

PROSPECTIVE JUROR:  I don't think so.

THE COURT:  Okay.  Do you have any -- you say, "I don't think."

Do you have any doubts?

PROSPECTIVE JUROR:  Not really, no.

THE COURT:  All right.

And then you've answered that, yes, you worked in the court system, and is that other than the corrections.

218

PROSPECTIVE JUROR:  Oh, that was a family member.

THE COURT:  Okay.  And who is that?

PROSPECTIVE JUROR:  My uncle was a probation judge.

THE COURT:  A probation judge?  All right.

Anything about that relationship and the things that you may have learned give you any reason to be concerned about your ability to be fair?

PROSPECTIVE JUROR:  No.

THE COURT:  Government counsel?

MS. DAVIS:  No.

MS. LARSON:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  I'm sorry.  Where was the -- you said you worked at House of Corrections.  Where was that?

PROSPECTIVE JUROR:  Jessup.

MR. ZUCKER:  Oh, okay.  I've been there.

PROSPECTIVE JUROR:  Yeah.

All it needed was James Cagney to make it fit.

MR. ZUCKER:  The Judge covered this, but I want to just return to it for a second.

This isn't a rape case, but it is --

PROSPECTIVE JUROR:  No.

MR. ZUCKER:  It is going to involve, more arguably, sexual assaults or a type of assaults.

219

PROSPECTIVE JUROR:  Absolutely.  Yeah.  I'm aware.

MR. ZUCKER:  Okay.

And does that cause you any concern, given your past, that you might be adversely affected in terms of assessing the evidence?

PROSPECTIVE JUROR:  Well, I would have to hear the evidence.

MR. ZUCKER:  And that's part of the problem.  Once you hear it, you're already on the jury --

PROSPECTIVE JUROR:  Right, yeah.

MR. ZUCKER:  -- so that's why I'm trying to figure it out now.

PROSPECTIVE JUROR:  I mean, I don't think it would -- I don't think I would give an unfair judgment based upon that experience.

MR. ZUCKER:  And you don't -- is there any concern on your part that, emotionally, it might affect you and cloud your judgment?

PROSPECTIVE JUROR:  Not at this point.  It was a half a century ago.

MR. ZUCKER:  So you think --

PROSPECTIVE JUROR:  I've come to terms with it.

MR. ZUCKER:  All right.

Thank you.

THE COURT:  Thank you, ma'am.

220

PROSPECTIVE JUROR:  All that said, I have to admit that sitting on jury is not my favorite thing to do.

MS. DAVIS:  What was that?  I'm sorry.

PROSPECTIVE JUROR:  Having said all that, I have to admit that sitting on a jury doesn't seem like my favorite thing to do.

(Open court)

DEPUTY CLERK:  Juror No. 1716.

(Bench conference)

THE COURT:  Hi.  How are you?

PROSPECTIVE JUROR:  Very well.  How are you?

THE COURT:  Good.  Thank you.

You're Juror 1716.

PROSPECTIVE JUROR:  Yes, sir.

THE COURT:  Do you have your card?

Thank you.

All right.  Looks like you answered several questions, including 4, 5, 6, 7, 9, and 16.

So let's start with 16, which is the hardship question.

Can you tell me what the hardship would be.

PROSPECTIVE JUROR:  I work as a bartender, and my shifts start between 3:30 and 4:30.  And I don't usually get out until 2:30 in the morning.

THE COURT:  2:30 a.m.  Right.

221

And is there any flexibility on that front in terms of your ability to start later in the day?

PROSPECTIVE JUROR:  Not really.  We only have two shifts, day shift and night shift.  When I'm a server, there's a little bit of flexibility.  But I'm a closing bartender.

THE COURT:  And would you be paid if you were to miss work?

PROSPECTIVE JUROR:  Not to the same extent that I would be paid if I were there.

THE COURT:  Right.  Understood.

All right.  Any questions from the government?

MS. DAVIS:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  Nothing.  Thank you.

THE COURT:  Thank you very much.

I'm going to strike 1716 for hardship due to work.

All right.

I'm at 32, so we'll qualify --

MR. ZUCKER:  I think 32 is our magic number, right?

MS. DAVIS:  36.

MR. ZUCKER:  No.  I think it's 14, 11, and 7.

THE COURT:  32 is the number, but I have to qualify just a few more just to be on the safe side.

222

MR. ZUCKER:  Well, are you counting the 3 on hold, or are you leaving them out?

THE COURT:  No.  I left them out.

MR. ZUCKER:  Okay.

(Open court)

DEPUTY CLERK:  Juror No. 0470.

(Bench conference)

THE COURT:  Hi, sir.  How are you?

PROSPECTIVE JUROR:  How are you doing?

THE COURT:  Good.

You're Juror 0470?

PROSPECTIVE JUROR:  Yeah.

THE COURT:  Okay.

Do you have your card with you?

PROSPECTIVE JUROR:  I didn't writing nothing on it.

THE COURT:  Okay.  Did you have an answer to any of the questions?  Did you answer "yes" to any of the questions.

PROSPECTIVE JUROR:  One of the joints that you said, the joint about -- I think it was the last one --

THE COURT:  Yeah.

PROSPECTIVE JUROR:  -- about -- I take care of, like, senior citizens at my place.  I live in, like, a senior citizen building.  And I'm like the best one out of

everybody in the building.  And a lot of people need me to, like, be there for them because they don't really got no family, people that really come there and see them.

And then my Godson, he's, like, kind of sick.  And I've got to, like, be there for him, too, you know what I'm saying?  To do what I've got to do for him.  So that's why I was, like, trying to, like, do what I can do so I can get me an award for doing stuff for senior citizens.  You know what I'm saying?  Because I do stuff -- I do stuff like that.

And then you see how I'm walking, too.  I got hit by a car while I was riding up the street, and I landed too.  It was my fault.  That's why I'm limping like that, too, because it's pain in there.  Then when it be raining or snowing, it be hurting me real bad.

THE COURT:  Okay.  All right.  Government counsel, do you have any follow-up questions?

MS. DAVIS:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  Nothing.  Thank you.

THE COURT:  You can return to your seat. Thank you, sir.

Government counsel.

I'm going to strike him for cause.

I also should note for the record that the

224

Courtroom Deputy told me at the lunch break that he had approached -- this particular juror approached him no less than four times with various excuses about how he needed to be relieved from jury duty, including pain in his leg and a death in the family and a whole host of things.

I have real concerns about not just his desire but his ability to serve for two weeks.  So I'll strike him for cause.

MR. ZUCKER:  He has listed his age as 48, which is hard to believe.

THE COURT:  All right.  Let's call the next juror.

(Open court)

DEPUTY CLERK:  Juror No. 0056.

(Bench conference)

THE COURT:  Hello, sir.  How are you?

PROSPECTIVE JUROR:  Fine, sir.

THE COURT:  Okay.  You are Juror 0056?

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  Okay.  You didn't list any of the questions.

Did you have any trouble or any questions about the questions I asked?

PROSPECTIVE JUROR:  No.

I'm fine.

THE COURT:  Okay.  All right.  You understood

225

them all.  Great.

MS. LARSON:  How long did you work for the Postal Service?

PROSPECTIVE JUROR:  25 years.

MR. ZUCKER:  And where do you work in the Postal Service now?  Letter carrier?

PROSPECTIVE JUROR:  Letter carrier.

MR. ZUCKER:  Which neighborhood?

PROSPECTIVE JUROR:  Capitol Hill.

THE COURT:  Okay.  I have nothing.  Thanks.

Thank you, sir.

(Open court)

DEPUTY CLERK:  Juror No. 0755.

(Bench conference)

THE COURT:  Hello, sir.  How are you?

PROSPECTIVE JUROR:  Good.

THE COURT:  Okay.  You are 0755?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  You put down a "yes" answer for 16, which is the hardship question, and you've written --

PROSPECTIVE JUROR:  Oh, hardship?  I meant the medical question.

THE COURT:  Medical question.  All right.  Maybe one and the same.

So tell me -- I can't quite make out what this is.

PROSPECTIVE JUROR:  I have a condition called sarcoidosis.  It's inflammation in the lung.  And I have uveitis, so it's hard for me to see.  I have cataracts in my left eye.

THE COURT:  Okay.

PROSPECTIVE JUROR:  But that's it.

THE COURT:  So your conditions, how does that affect your ability to sit for long periods of time.

PROSPECTIVE JUROR:  I just need a stretch out a little bit prior to --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- switch places or whatever.

THE COURT:  I'm sorry.  Say that again.

PROSPECTIVE JUROR:  I think I just need to stretch out, moving around a little bit with my arms.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Other than that, I'm good.

THE COURT:  So if we took breaks about every 90 minutes, would that be --

PROSPECTIVE JUROR:  Yeah, that's fine.

THE COURT:  In terms of your eyesight, you may need to be viewing some evidence during the course of the case.

PROSPECTIVE JUROR:  I have glasses.

THE COURT:  You have glasses, so there are no

227

vision problems?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  All right.  Any other reason in terms of your physical health that you think might cause you any problems in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  All right.  Excellent.

Government counsel?

MS. LARSON:  Nothing.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  If you can see everything, no.

PROSPECTIVE JUROR:  Okay.

THE COURT:  Thank you very much.

(Open court)

DEPUTY CLERK:  Juror No. 0322.

(Bench conference)

THE COURT:  Hello, sir.  How are you?

PROSPECTIVE JUROR:  I'm doing all right.

THE COURT:  You are Juror 0322; is that right?

PROSPECTIVE JUROR:  Correct.

THE COURT:  Now, you wrote either "no" or "none" --

PROSPECTIVE JUROR:  "None."

THE COURT:  -- in response to each of the questions.

228

PROSPECTIVE JUROR:  No.  Yeah, each of the questions.

THE COURT:  Did you have any difficulty understanding anything that I asked?

PROSPECTIVE JUROR:  I'm following the conversation, yes.

THE COURT:  You were able to follow the conversation?

PROSPECTIVE JUROR:  Yeah, sure.

THE COURT:  Okay.  Great.

Government counsel, do you have any questions?

MS. DAVIS:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  What kind of work do you do, sir?

PROSPECTIVE JUROR:  I'm a journalist, photographer for a newspaper, Hispanic papers.

THE COURT:  I'm sorry.  Can you speak up.

PROSPECTIVE JUROR:  I'm sorry.  Journalist, newspaper, photographer for a newspaper, a journalist.

THE COURT:  For what kind of newspaper?

PROSPECTIVE JUROR:  Hispanic newspaper.

THE COURT:  Hispanic newspaper, Is that a Spanish-language newspaper?

PROSPECTIVE JUROR:  Yes, correct.

"Washington Hispanic" is the name.

229

THE COURT:  And how long have you worked there, sir?

PROSPECTIVE JUROR:  Forever.  Many, many years. Many years.

THE COURT:  All right.  Excellent.

And you're still working?

PROSPECTIVE JUROR:  Still working.

THE COURT:  Excellent.

PROSPECTIVE JUROR:  Ever single day.

THE COURT:  All right.  Any further questions?

MS. LARSON:  No.

THE COURT:  Thank you, sir.  You may return to your seat.

PROSPECTIVE JUROR:  Thank you very much.

(Open court)

DEPUTY CLERK:  Juror No. 1082.

(Bench conference)

THE COURT:  Hi.  How are you?

PROSPECTIVE JUROR:  Fine.

THE COURT:  Okay.  You are Juror 1082?

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  Okay.

You've answered several questions, including 4, 5, 6, 7, 11, and 17.  So let's start with 17, which is the catch-all, final question.

230

PROSPECTIVE JUROR:  Okay.

THE COURT:  What concerns do you have about being able to be a fair and impartial juror?

PROSPECTIVE JUROR:  Just because my family had been involved in many --

MR. ZUCKER:  I'm sorry.  I need you to keep your voice up.

PROSPECTIVE JUROR:  I said my family has been involved in many situations in the past couple years. I just --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- don't think I would be fair in this situation.

THE COURT:  Okay.

And you'll forgive me for prying; but when you say "situations," can you give me a little bit more detail.

PROSPECTIVE JUROR:  My uncle was murdered.

THE COURT:  Okay.

PROSPECTIVE JUROR:  And my sister's boyfriend was murdered, and she was shot as well.  And they didn't -- hardly didn't get any jail time.

THE COURT:  Okay.  I'm sorry to hear all that.

And you think those experiences would -- how would they affect your ability to be fair and impartial in this case.

231

PROSPECTIVE JUROR:  I just don't think the judiciary system is fair --

THE COURT:  Okay.

PROSPECTIVE JUROR:  -- when it comes to crimes like that.

THE COURT:  Okay.

Now, of course, this case doesn't involve --

PROSPECTIVE JUROR:  It's different.  I know.

THE COURT:  It's a different case.  Do you think that would change your ability to be fair and impartial at all?

PROSPECTIVE JUROR:  I'm not sure.

THE COURT:  You're not sure?

PROSPECTIVE JUROR:  No.

THE COURT:  You have some reservations?

PROSPECTIVE JUROR:  Yes.

THE COURT:  All right.

Any follow-up from the government?

MS. DAVIS:  No.

MR. ZUCKER:  No.

THE COURT:  Thank you.  You may return to your seat.

PROSPECTIVE JUROR:  Thank you.

THE COURT:  Thanks so much.

Just strike 1082 for cause.

232

I'm at 35, so we just need one more.  Let's just try and get one more person qualified, and then we'll turn to our strikes.

(Open court)

DEPUTY CLERK:  Juror No. 1652.

(Bench conference)

THE COURT:  All right.  Hi.  How are you?

PROSPECTIVE JUROR:  Good.

THE COURT:  You're juror 1652?

PROSPECTIVE JUROR:  1652.

THE COURT:  Okay.  All right.  You answered several questions "yes."  So let's talk about that, starting with Question 4.

Do you know someone in law enforcement?

PROSPECTIVE JUROR:  Yeah.  My boyfriend is in the Coast Guard.

THE COURT:  In the Coast Guard?

PROSPECTIVE JUROR:  He's a commander who is captain of the ship that does work down in Florida for trafficking and drug -- sorry, human and drug trafficking.

THE COURT:  Oh, human and drug trafficking.

Now, this case does involve allegations of drug, excuse me, human trafficking.  It doesn't involve international trafficking but, nevertheless, does.

And your boyfriend works in that area.  How do you

233

think that would affect your ability to be fair and impartial in this case?

PROSPECTIVE JUROR:  I don't think that itself would.

THE COURT:  Okay.  Is there anything that would cause you to --

PROSPECTIVE JUROR:  So the thing that I'm worried about is I was assaulted about five years ago and got PTSD from it, panic attacks.  I think I just --

MR. ZUCKER:  No objection.

THE COURT:  All right.

Government counsel, any follow-up?

MS. DAVIS:  No.  No, Judge.

MR. ZUCKER:  Nothing.

THE COURT:  Thank you very much.

1652 is struck for cause.  She became visibly shaken when she began expounding on her experience in sexual assault.

All right.  See if we can get one last person.

(Open court)

DEPUTY CLERK:  Juror No. 0804.

(Bench conference)

THE COURT:  All right.  How are you?

PROSPECTIVE JUROR:  Good.

THE COURT:  Okay.  You have answered several

234

questions.  You're 0804?

PROSPECTIVE JUROR:  Correct.

THE COURT:  Let's start with Question 16, which is the hardship question.  You've written here that you have a flight on March the 5th.

PROSPECTIVE JUROR:  Yeah.  I'm going to be out of town, starting Thursday afternoon, Thursday evening, through Monday.  So like the 5th through the, whatever the four days are.

THE COURT:  And can you tell me the nature of the travel.

PROSPECTIVE JUROR:  My brother-in-law is getting married.

THE COURT:  Any follow-up questions?

MR. ZUCKER:  Nothing.  Thank you.

THE COURT:  All right.  Thank you very much.

All right.  Strike 0804 for cause due to travel conflict.

(Open court)

DEPUTY CLERK:  Juror No. 0414.

(Bench conference)

THE COURT:  How are you?

PROSPECTIVE JUROR:  Good.  How are you?

THE COURT:  Good.  Thank you.

All right.  You're 0414?

235

PROSPECTIVE JUROR:  Uh-huh.

THE COURT:  You answered several questions, including Question 17, so let's start there, which is the catch-all question.

PROSPECTIVE JUROR:  I am one of Jehovah's Witnesses, so I have do have strong moral standings based on Bible principles.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I thought I'd put it down just to make that aware so I can say that in front of you guys. I'll leave that up to you guys to decide whether or not that's a bias.

THE COURT:  So when you say you have a strong moral views based on Bible principles, can you tell me what that means in terms of your ability to serve as a juror and apply the secular law?

PROSPECTIVE JUROR:  Yeah.  I've never been in this situation before, so I'm not sure what it would look like for me.  But I have a lens of looking at things in a spiritual way.

It's hard for me to separate the two because I am, you know, geared towards living my life in a spiritual way at all times.

THE COURT:  Okay.

PROSPECTIVE JUROR:  And so being fair and honest,

I feel like I can potentially do that, but I know that it always has a certain lens to it that's colored -- maybe coloring the lens of it.

THE COURT:  Sure.  And everybody comes to jury service with their backgrounds, their experience, and their beliefs, in your case, religious beliefs.

Do you worry that your spiritual beliefs would affect your ability to judge someone?  Or that's true with some?

PROSPECTIVE JUROR:  I do.  I mean, I find it difficult to stand in judgment of anybody.

THE COURT:  Okay.

PROSPECTIVE JUROR:  That's uncomfortable for me.

But I do also understand that it's a duty.  But it's not something that I would ever choose to do or ever want to do.

THE COURT:  Okay.  And if you were put in that position, how do you think your --

PROSPECTIVE JUROR:  Uncomfortable.

THE COURT:  Government counsel, any questions?

MS. LARSON:  Do you think that that discomfort would prohibit you from being able to deliberate freely with your other jurors?  Like, would you be able to express your own views of the evidence?  Are you concerned about that?  Or more just about returning a verdict?

237

PROSPECTIVE JUROR:  No.  I would be able to express my thoughts or my opinions, my views, yeah.

I'm, you know, education-based and facts-based. For sure, I can separate the two.

THE COURT:  And in terms of your returning a verdict, would you have -- say, for instance -- well, would you have difficulty in returning a verdict or putting your vote to return a verdict?  Because that is a form of judgment.

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  All right.

MR. ZUCKER:  I don't need to follow up.

THE COURT:  Do you want to follow up?

MR. ZUCKER:  Forgive my ignorance, as Jehovah's Witness are you even allowed to sit in judgment?

Because I thought --

PROSPECTIVE JUROR:  It's a conscience matter. Some Jehovah's Witnesses will tell you, "Absolutely not."

MR. ZUCKER:  Right.

PROSPECTIVE JUROR:  Some will say that we recognize the government as the authority that has been put in place by Jehovah God.  And so some will say that it is a part of our duty; and if you're able to do it based on your own conscience, then do so.

MR. ZUCKER:  Okay.

PROSPECTIVE JUROR:  I kind of sit in the middle where it's difficult for me.  Like I said, I don't want to be placed in this situation.  It's not my choice to do so --

MR. ZUCKER:  Right.

THE COURT:  -- which is why it's like maybe the other answers will help.

MR. ZUCKER:  Get you out?

PROSPECTIVE JUROR:  Help in this circumstance?

MR. ZUCKER:  All right.

THE COURT:  All right.  Thank you very much.

PROSPECTIVE JUROR:  Thank you.

MR. ZUCKER:  I thought Jehovah's Witnesses were precluded.

THE COURT:  I thought so, too.  That's why I asked the question.  I was surprised.

Anyway, I strike her for cause for the concerns about her ability to serve due to judgment.

MR. WRIGHT:  While we have got everybody here, for the next person, I just want to flag for the Court, he actually lives in the apartment, I think it's probably directly below or one over from my sister-in-law and brother-in-law, who live right across the street from me.

THE COURT:  Okay.

MR. WRIGHT:  I think I've ridden the elevator with him a number of times, and I am going over to that apartment

tonight.  So -- I mean, they just had a baby.  They just --

THE COURT:  Okay.

MR. WRIGHT:  I wanted to flag it.

THE COURT:  We've had to strike the last four, so let's see if we can get one more.  This is like Alex Ovechkin trying to get his 700th goal.

(Open court)

DEPUTY CLERK:  Juror No. 0769.

(Bench conference)

THE COURT:  Hi.  How are you?

PROSPECTIVE JUROR:  Doing well.

THE COURT:  Okay.  You are 0769?

PROSPECTIVE JUROR:  That's me, yes.

THE COURT:  All right.  You answered one question affirmatively, and that is a question about lawyers and knowing lawyers.

Can you tell me a little bit about that.

PROSPECTIVE JUROR:  I'm a patent attorney.

THE COURT:  Have you at any point -- do you work for the government?  Private sector?

PROSPECTIVE JUROR:  I work for AstraZeneca, a pharmaceutical company, in-house.

THE COURT:  Have you, in your capacity as a lawyer, done any pro bono work doing criminal work?

PROSPECTIVE JUROR:  No.  Only immigration.  I did

240

some immigration, asylum law pro bono, but that's it.

THE COURT:  And you obviously went to law school and, therefore, know lawyers.

Do you know people who do criminal law?

PROSPECTIVE JUROR:  No.  Nobody.

THE COURT:  All right.  Any follow-up from the government?

MS. LARSON:  No.

THE COURT:  Mr. Zucker?

MR. ZUCKER:  I don't have anything else.

THE COURT:  All right.  Thank you.  You may have a seat again.

Okay.  I'm at 36.  Is everybody in that area or that neighborhood?

MR. ZUCKER:  I haven't been counting.

THE COURT:  You haven't been counting.

JC, are you at 36?

DEPUTY CLERK:  36.

THE COURT:  Okay.  All right.

So just to clear up the record, we will, for cause, a couple of these jurors that we put on hold, 16, 18.

MR. ZUCKER:  I'm sorry, Judge.  Let me find it.

Okay.  That's No. 24 on page 1.

THE COURT:  Yeah, correct.

And then there's Juror 0182, who's No. 43 on

241

page 2.

MR. ZUCKER:  0182?

THE COURT:  Yeah.

MR. ZUCKER:  Got it.

THE COURT:  And is there anyone else?

MR. WRIGHT:  Number 27, which would be 1086.

THE COURT:  Oh, yes.  All right.  Okay.  I thought there were three.

MS. DAVIS:  What now?

THE COURT:  Juror 1086, who's No. 27 on the first page.  Thank you.

MR. ZUCKER:  Next to the bottom.

THE COURT:  Yep.  Okay.

Okay.  All right.  So just a reminder with respect to strikes, we're going to seat the first 14 qualified in the box.  Alternates are in seats 6 and 8.

You'll get your strike sheets and make your strikes after you've completed the strike sheets, exchange them so you know who the other side has stricken.  Then give the sheet to Mr. Douyon.  We'll remove those who have been stricken and then reshuffle, and then you'll get one more strike each for alternates, okay?

Any questions about that?

MS. DAVIS:  No.  I'm so sorry, Judge.

So you're going to put 14 on the bench.

THE COURT:  The first 14 qualified, correct.

MS. DAVIS:  Okay.

And then we'll each have an opportunity to use our strikes, shuffle.

But then you're saying, it might be another round. Not just that we get one more strike?

MR. ZUCKER:  Those are -- we do them all at once, and then we'll do the alternates.

THE COURT:  Right.

All your peremptories with respect to deliberating jurors, you'll do all at once.

MS. LARSON:  Okay.

THE COURT:  We'll then shuffle.  And then you'll each get one more to strike the alternate.

MS. LARSON:  Okay.

THE COURT:  Just because I think it's too hard to ask people to do a strike with the alternate, not knowing who's in the box, okay?

MS. LARSON:  Okay.

THE COURT:  Make sense?  Any questions as far as --

MR. ZUCKER:  Yeah.  This is going to take a few minutes.

THE COURT:  Yes, sure.  I understand that.  Okay.

(Open court)

243

THE COURT: All right. Ladies and gentlemen, so we are exactly where I hoped we would be. It's now 3:00. We have now gotten to the point where we have a qualified number of jurors.

PROSPECTIVE JUROR: That means we are now moving to the next phase of the jury selection process, which is narrowing down those who are qualified to those who will be serving.

It's my expectation that that should take no more than 45 minutes. And so I'll ask everybody to return to the seats you were in originally. If you are not sitting there right now, I'll ask you to return to those seats.

And did we have anybody leave, JC? I saw a couple of people head out.

So, again, ladies and gentlemen, you can continue to talk amongst yourselves, continue to read, and the like. This will just take a few minutes. Thank you for your time, and thank you for your patience.

(Bench conference)

THE COURT: All right. So I've got 0069 in seat 1.

1225 in seat 2.

1779 in seat 3.

0447 in seat 4.

1544 in seat 5.

244

0733 in seat 6.

1223 in seat 7.

0386 in seat 8.

0280 in 9.

1104 in 10.

1217 in 11.

I'm going to drop down to 0703 in 12.

0181 in 13.

0496 in 14.

Are you with me?

DEPUTY CLERK:  Yeah.

THE COURT:  Okay.

(Open court)

THE COURT:  All right, folks.  I'll just ask you all to pay attention because some of your numbers will be called and you'll be asked to move into the jury box.

DEPUTY CLERK:  Seat No. 1, Juror No. 0069.

In Seat No. 2, Juror No. 1225.

Seat 2, Juror No. 1225.

In Seat No. 3, Juror No. 1779.

Seat No. 4, Juror No. 0447.

Seat No. 5, Juror No. 1544.

Seat No. 6, Juror No. 0733.

And Seat No. 7, Juror 1223.

In Seat No. 8, Juror No. 0836.

245

                    Seat No. 9, Juror No. 0280.

                    Seat No. 10, Juror No. 1104.

                    Seat No. 11, Juror No. 1217.

                    Seat No. 12, Juror No. 0703.

                    Seat No. 13, Juror No. 0181.

                    And Seat No. 14, Juror No. 0496.

                    THE COURT:  As I said, folks, this will probably take, I don't know, 15 minutes or so.  Thank you for your patience.  Again, you can talk amongst yourselves, read, whatever you'd like to do in that time.

                    Counsel, just about five minutes.  Okay?

                    All right.  Counsel, you have 60 seconds and then I'll have you exchange your sheets.

                    MR. ZUCKER:  Judge, could I approach for clarification on one point?  Sure.

                    Thank you.

                    (Bench conference)

                    MR. ZUCKER:  We cannot strike 6 or 8, the alternates, on this round, right?

                    THE COURT:  Correct.

                    MR. ZUCKER:  I wanted to make sure.

                    MS. DAVIS:  You get 6 and they get 10.

                    MR. ZUCKER:  Right.

                    THE COURT:  You get 6 and they get 10, correct?

                    MS. DAVIS:  Uh-huh.

246

THE COURT:  All right.  Have you all made your strikes?

MR. ZUCKER:  I can use one more.

THE COURT:  Okay.

MR. ZUCKER:  60 seconds.

THE COURT:  60 seconds.

(Open court)

THE COURT:  All right, Counsel.

MR. ZUCKER:  We're done.

THE COURT:  I'm sorry?

Have you all exchanged yet?

MR. ZUCKER:  No.  We're just crossing.

We're done.  We're just cleaning it up.

THE COURT:  Okay.

(Bench conference)

THE COURT:  Let's start with defense strikes.

1779, Seat 3.

0225, that's in the panel.

DEPUTY CLERK:  22.

THE COURT:  22, yeah.

1768, that's in the panel at 26.

0496, that's Seat 14.

0261, that's page 2, line 41.

1225 is the juror in Seat 2.

1412 on the second page, line 29.

Then 574, page 2, line 45.

1427, second page, line 34.

104 --

DEPUTY CLERK:  Seat 10?

THE COURT:  Seat 10.

All right.  How many strikes?

1611, line 21, page 1.

0496.

DEPUTY CLERK:  Seat 14.

THE COURT:  Okay.  Seat 14.

1544.

DEPUTY CLERK:  Seat No. 4.

THE COURT:  Seat 5.

1233.

DEPUTY CLERK:  There's a 1223?

THE COURT:  Yeah.  Counsel, can I ask counsel to approach?

Ms. Davis and Ms. Larson, 1223 [sic] is in line 4 of your strike sheet, but there is no 1233.  There's a 1223, who's in Seat 7.  Is that who you mean?

MS. LARSON:  I believe.

MR. ZUCKER:  Yes.

MS. DAVIS:  What number are they?

MR. ZUCKER:  That's what I had, 1223.

MS. DAVIS:  Yes.

248

THE COURT:  That's what you mean?

I'll just make that correction.

MS. DAVIS:  Do you need me to initial it?

THE COURT:  No.  That's fine.

Great.  Thank you.

0703, Seat 12.

And 1427.

That's already stricken, No. 34, second page.

Okay.  So let's see.

First juror I have going in Seat 1 is 1525; is that what you have?

DEPUTY CLERK:  Seat 2?

THE COURT:  I'm sorry.  Seat 2, yes.

DEPUTY CLERK:  1084, line 23.

THE COURT:  I'm sorry?

DEPUTY CLERK:  Line 23.  Or is that a strike?

THE COURT:  Oh, you're right.  I missed a number. You're right.

Seat 2, there's 1084.

Seat 3 goes 0431, right?

DEPUTY CLERK:  Yeah.

THE COURT:  Seat 5 goes 0238; is that what you've got?

And then we have 1525 goes in Seat 7.

0607 goes into 10.

249

And then I've got 0282 goes into 12.

DEPUTY CLERK:  Yep.

THE COURT:  And 1098 goes into 14.

Is that what you've got?

DEPUTY CLERK:  Yep.

THE COURT:  Okay.

(Open court)

THE COURT:  All right.  Folks, we're going to do a little bit of moving around, but we are getting close to the end.

DEPUTY CLERK:  In Seat No. 2, Juror No. 1084.

In Seat No. 2, Juror No. 1084.

Is Juror No. 1084 present?

In Seat No. 3, Juror No. 0431.

In Seat No. 5, Juror No. 0238.

In Seat No. 7, Juror No. 1525.

In Seat No. 10, Juror No. 0607.

Seat No. 12, Juror No. 0282.

And in Seat No. 14, Juror No. 1098.

THE COURT:  All right, Counsel.

MS. DAVIS:  The Court's indulgence.

THE COURT:  Mr. Wright, did they see your sheet?

MR. WRIGHT:  Yeah.  That's theirs.

THE COURT:  Do I have both of them?

MR. WRIGHT:  Not yet.

250

THE COURT:  Okay.

MR. WRIGHT:  Thank you.

(Bench conference)

THE COURT:  So last, the only defendant's strike is 0386 in Seat 8.

I've got 0405 that goes in.

And the government passed.

DEPUTY CLERK:  Okay.

(Open court)

THE COURT:  Okay.  Ladies and gentlemen, we have concluded our jury selection.  What that means is if you are in the box -- oh, hang on.  I'm sorry.  I spoke too soon. Sorry about that.

DEPUTY CLERK:  In Seat No. 8, Juror No. 0405.

In Seat No. 8, Juror No. 0405.

THE COURT:  Okay.  Now we are done with jury selection.

For those of you who are in the audience, thank you for attending today.  Thank you for your service.

I'm told that only if you need an attendance letter of some kind do you need to go back to the juror office; otherwise, you should continue to call in as you've been instructed to do.

Thank you, all, very much and enjoy your weekends.

(Prospective jurors exited the courtroom.)

THE COURT:  All right.  Ladies and gentlemen, you will be our jurors as we proceed forward with this trial, beginning on Monday.

First of all, I suspect none of you came in here today thinking, "I would love to be serving on a jury for two weeks."  I know nobody had that thought.  But thank you very much for serving.

As I said at the beginning of the day, jury service really is a critical, critical element of our justice system.  And it's only when people like yourselves give of your time and do so willingly and give the due attention and importance that this case is, does our system work as it's intended to.  So thank you very much for your service.

A few things before you depart for the day.

First and foremost, you have my promise that we will be very sensitive to your time.  What that means is that we will plan to start on time and go every day as long as we can to try and complete the evidence to get the case to you.

We will try and keep any bench conferences to a minimum, and we will keep any gaps in time to a minimum.  So if you all report on time, we can get started on time, and we can get in as much evidence as we can during the day to get the case to you.

We will start at 9:30 on Monday morning. What that means is you can tell your employer, your loved ones that you have now been selected to be on a jury; however, I'd ask you not to say a whole lot more than that, because, as I said, you can tell your employer, obviously. You can tell your loved ones. Make whatever arrangements you need for childcare and the like. But beyond saying that, the same restrictions that we put in place earlier in terms of no research over the weekend, online or otherwise, not posting online about jury service, all of that still applies.

And, again, it's very important that you keep an open mind and not discuss the case with anyone at this point. That's important both to the government and to the defense that you keep an open mind. But the temptation will be there to want to talk about what you're doing and what you will be doing. But I would urge you to resist that temptation while you are listening to the evidence and until such time you are adjourned for deliberations.

So I will ask all of you to be back here no later than 9:20 on Monday morning. Mr. Douyon will have some further instructions for you in terms of how you enter and exit the courthouse and get access to the room in the back, to the jury room. And with that, if there are any questions, you can direct them to him. Enjoy your weekend.

Thank you, all, very much.  We will see you on Monday morning.

(Jurors exited the courtroom.)

THE COURT:  Okay, everyone.

So I think the only thing that I have that I wanted to clarify is, in terms of -- I think I mentioned before -- everybody can have a seat.

When I do my opening instructions, I do provide a little bit of extra detail about the case.  And I think we were all in agreement that the case description that the government had provided as part of its original voir dire was appropriate and acceptable to everyone.

Is that correct?

MR. ZUCKER:  I'm sorry, Judge.

THE COURT:  I just wanted to confirm that the summary of the Indictment that the government had included in its original proposed voir dire was one that was acceptable to the defense.

MR. ZUCKER:  I think we limited it a little more in the second one.

I think -- wasn't there one in the joint voir dire, which was shorter?

THE COURT:  Well, that was the one I gave this morning.

But I typically give a slightly longer summary to

include reference of the actual charges in the opening instructions to the jury.

MR. ZUCKER: I mistakenly believed the other thing was what we were going to do for that, for the statement of the case.

Could I take a quick look at it?

THE COURT: I don't have it in front of me.

Does the government counsel have its original proposal?

MS. DAVIS: Yes, Your Honor, I think so.

MR. ZUCKER: The Court's indulgence.

Okay. It's paragraph 4 on page 4 of Appendix A, and that's fine.

THE COURT: I'll take a look at what you're looking at to make sure we're talking about the same thing.

Thanks.

Right. Okay. So you're okay with this.

All right. Good.

So I'll read that as a summary of the Indictment.

Do you all have a better sense of how long your openings will be?

MS. DAVIS: Oh, I was going to let you go first.

MR. ZUCKER: Beauty before age.

MS. DAVIS: I think approximately 30 minutes, 30 minutes to 45 minutes.

THE COURT:  Okay.

MS. DAVIS:  We had initially said that we would not use any exhibits.  There is one that I am going to preview with the defense.  And if they have objection, we certainly will raise it before we put it on.  But our tech person is supposed to be here at 4:00 to test out the equipment.

THE COURT:  Mr. Zucker.  Based solely on history, 45 minutes to an hour.  Because I really -- it's a work in progress.

Okay.  Well, I'll ask you to try and strive to 45, rather than an hour.

MR. ZUCKER:  Okay.  I'll try for that.

THE COURT:  I understand.  But it seems like 45 is a reasonable amount of time, given if the government is only going to go for a half hour.

Okay.  All right.  So the plan will be 9:30.  If there are issues that need to be raised before that, please let Mr. Douyon know so I can deal with those before we call the jury in.

And so, you know, I'll be here before 9:00.  And so if there are issues that need to be addressed, I'd rather do that before 9:30 so just I can be called and come out and handle that.

What am I missing?  Is there anything else we need

to deal with?

Have exhibit lists been provided to Mr. Douyon?

MS. DAVIS:  No.  We provided a draft to the defense, but we can certainly send it in.

THE COURT:  Yes.  Can you -- I'll need an exhibit list.  He'll need an exhibit list to keep track of what's being offered and what's being admitted.

MR. ZUCKER:  We can give you our copy to Xerox right now if you want.

THE COURT:  Just give it to Mr. Douyon, and he'll take care of that.

MR. ZUCKER:  The government will disclose today who their witnesses will be?

THE COURT:  Yes.  I'll ask you all to make sure by the end of the day, you disclose who you intend to call Monday morning.

You know, I don't know who you intend to call, but certainly be prepared to go through 5:00 on Monday with your witnesses.  And that'll be the schedule we keep.

You know, we'll start at 9:30, go till about 11:00, 15-minute break, go till 12:30, pick up at 1:30, go till about 3:00, 15-minute break, and go until the end of the day, give or take.  Okay?

MS. DAVIS:  If I may, approximately how long does it take you to do your opening instructions?

257

THE COURT:  Ten minutes.

MS. DAVIS:  Okay.

THE COURT:  It's short.  I mean, it's the traditional stuff.  It's nothing too complicated.

MS. DAVIS:  Okay.

THE COURT:  All right.  Hearing nothing else, thank you, all, very much.  Have a good weekend.  We will see you on Monday morning.

No need to wait for me.

(Proceedings concluded at 3:51 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__February 27, 2023____   /S/__William P. Zaremba_____

William P. Zaremba, RMR, CRR

**DEPUTY CLERK: [82]** 3/2 3/6 37/2 37/4 37/24 39/2 53/22 56/7 60/12 62/23 72/12 74/25 78/11 81/17 84/7 87/7 89/4 92/9 93/21 95/18 99/11 100/23 104/22 105/23 108/11 109/23 112/9 115/16 121/12 127/16 130/20 135/8 141/8 148/21 148/24 149/10 151/21 155/9 157/16 161/7 165/24 167/15 171/20 179/7 181/9 182/15 186/18 189/2 191/5 195/11 198/19 206/3 210/13 212/19 214/14 220/8 222/6 224/13 225/13 227/15 229/16 232/5 233/21 234/20 239/8 240/18 244/11 244/17 246/19 247/4 247/9 247/12 247/15 248/12 248/14 248/16 248/21 249/2 249/5 249/11 250/8 250/14

**MR. WRIGHT: [14]** 3/23 3/25 4/12 17/18 17/24 18/17 18/19 238/18 238/24 239/3 241/6 249/23 249/25 250/2

**MR. ZUCKER: [328]**
**MS. DAVIS: [145]** 4/22 5/11 6/3 6/12 6/14 6/17 6/20 7/3 7/18 12/23 13/1 15/6 16/7 16/13 16/15 16/20 16/23 23/6 24/4 24/6 25/13 25/16 25/23 26/18 29/2 29/4 29/17 34/18 34/24 35/10 35/13 35/15 35/22 36/2 36/19 37/18 37/22 44/12 55/4 57/18 58/18 62/12 67/21 68/2 68/11 68/14 70/25 71/23 74/15 74/22 76/24 77/7 77/10 81/5 82/11 82/13 82/16 82/22 82/24 87/2 88/14 91/10 92/24 95/13 95/22 100/16 100/19 100/21 105/11 105/14 105/18 107/17 109/11 110/2 111/22 114/12 119/9 125/16 125/18 126/5 126/7 126/12 126/19 126/24 127/2 127/10 127/18 128/6 132/16 134/5 134/24 135/15 137/18 140/13 140/19 144/6 145/19 146/18 146/22 147/2 150/20 151/6 154/8 159/18 161/21 164/18 167/7 178/11 180/21

188/20 194/3 197/23 205/25 210/5 213/22 214/4 214/6 218/11 220/3 221/13 221/22 223/18 228/12 231/19 233/13 241/9 241/24 242/2 245/22 245/25 247/23 247/25 248/3 249/21 254/10 254/22 254/24 255/2 256/3 256/24 257/2 257/5

**MS. LARSON: [40]** 13/2 21/22 21/24 22/12 55/5 98/16 98/21 100/12 104/3 104/6 104/9 121/5 129/10 129/14 137/17 144/7 150/21 151/7 154/9 170/21 170/24 171/1 178/10 182/5 190/7 190/11 197/24 204/9 212/8 213/23 218/12 225/2 227/9 229/11 236/21 240/8 242/12 242/15 242/19 247/21

**PROSPECTIVE JUROR: [964]**
**PROSPECTIVE JURORS: [2]** 38/7 39/1
**RIGHT SPEAKER: [1]** 171/9
**THE COURT: [1081]**
**VOIR DIRE ATTORNEY: [1]** 116/2

**$**

**$3,000 [1]** 208/10

**/**

**/fem [1]** 7/1
**/S [1]** 258/7

**0**

**0056 [2]** 224/13 224/17
**0069 [4]** 53/22 54/3 243/20 244/17
**0130 [3]** 95/18 96/1 99/3
**0181 [4]** 104/22 105/1 244/8 245/5
**0182 [4]** 198/19 198/23 240/25 241/2
**0225 [3]** 115/16 115/18 246/18
**0238 [4]** 149/10 149/12 248/22 249/15
**0261 [1]** 246/23
**0269 [2]** 191/5 191/9
**0272 [2]** 206/3 206/7
**0280 [5]** 87/7 87/12 87/15 244/4 245/1
**0282 [4]** 181/9 181/14 249/1 249/18
**0322 [2]** 227/15 227/19
**0386 [4]** 84/7 84/10 244/3 250/5

250/6 250/14 250/15
**0414 [2]** 234/20 234/25
**0431 [4]** 130/20 131/4 248/20 249/14
**0447 [4]** 72/12 72/21 243/24 244/21
**0470 [2]** 222/6 222/11
**0494 [3]** 108/11 108/16 109/25
**0496 [6]** 105/23 106/1 244/9 245/6 246/22 247/8
**0535 [3]** 179/7 179/9 181/2
**0573 [3]** 60/12 60/23 62/19
**0607 [3]** 161/7 248/25 249/17
**07 [1]** 78/19
**0702 [3]** 186/18 186/22 188/24
**0703 [5]** 100/23 100/25 244/7 245/4 248/6
**0733 [4]** 78/11 78/22 244/1 244/23
**0755 [2]** 225/13 225/17
**0769 [2]** 239/8 239/12
**0784 [1]** 1/21
**0804 [3]** 233/21 234/1 234/17
**0836 [1]** 244/25
**0865 [3]** 99/11 99/13 100/17
**0895 [2]** 214/14 214/22
**0990 [3]** 155/9 155/14 157/13

**1**

**10 [19]** 13/4 49/4 49/9 63/3 65/1 95/25 96/5 96/7 96/8 96/9 99/15 244/5 245/2 245/22 245/24 247/4 247/5 248/25 249/17
**100 [1]** 99/21
**104 [1]** 247/3
**1066 [1]** 9/16
**1082 [3]** 229/16 229/20 231/25
**1084 [7]** 121/12 121/14 248/14 248/19 249/11 249/12 249/13
**1086 [4]** 141/8 141/10 241/6 241/10
**1098 [4]** 189/2 189/7 249/3 249/19
**10:21 a.m [1]** 37/3
**10:30 [1]** 36/23
**10:42 a.m [1]** 37/3
**11 [11]** 49/13 49/13 49/17 49/19 84/13 85/11 108/19 221/23 229/24 244/6 245/3
**1104 [4]** 89/4 89/6 244/5 245/2
**11:00 [1]** 256/21
**12 [9]** 49/21 50/7 93/9

248/6 249/1 249/18
**1217 [4]** 92/9 92/10 244/6 245/3
**1223 [8]** 81/17 81/20 244/2 244/24 247/15 247/18 247/19 247/24
**1225 [6]** 56/8 56/10 243/22 244/18 244/19 246/24
**1233 [2]** 247/14 247/19
**1243 [3]** 93/21 93/24 95/20
**12:30 [3]** 147/6 147/18 256/21
**12:33 [1]** 148/23
**13 [9]** 15/9 50/18 50/25 63/3 65/18 89/9 90/1 244/8 245/5
**130 [1]** 99/9
**14 [44]** 51/7 51/10 54/6 56/14 63/3 66/24 84/13 86/7 90/8 90/9 101/3 103/8 112/17 113/19 115/21 118/3 121/17 124/20 131/7 132/2 141/14 141/15 144/14 151/25 152/24 155/17 157/10 167/22 170/4 176/12 195/19 197/3 211/12 221/23 241/15 241/25 242/1 244/9 245/6 246/22 247/9 247/10 249/3 249/19
**14-year-old [1]** 114/21
**1412 [3]** 151/21 151/23 246/25
**1427 [4]** 167/15 167/19 247/2 248/7
**14th Street [1]** 142/5
**15 [6]** 51/13 51/16 96/5 206/10 209/17 245/8
**15-minute [2]** 256/21 256/22
**1525 [6]** 157/16 157/19 157/20 248/10 248/24 249/16
**1544 [5]** 74/25 75/2 243/25 244/22 247/11
**1556 [3]** 165/24 166/2 167/12
**1574 [2]** 171/20 171/22
**1591 [9]** 8/11 8/12 8/21 9/10 9/14 9/21 10/2 10/4 12/2
**16 [29]** 51/19 51/21 72/24 73/1 94/2 94/3 96/5 97/8 99/16 99/16 108/19 108/21 110/8 110/14 110/15 128/10 155/17 155/19 166/7 191/12 191/13 195/19 195/20 199/1 220/18 220/19 225/20 234/3 240/21
**16-year-old [1]** 208/8
**1606 [2]** 212/19 213/3
**1611 [3]** 112/9 112/14

**1618 [2]** 127/16 128/8
**1652 [4]** 232/5 232/9 232/10 233/16
**1681 [3]** 182/15 182/20 186/14
**17 [15]** 12/24 41/5 41/16 52/21 61/2 96/5 97/5 172/2 181/18 182/23 186/25 186/25 229/24 229/24 235/3
**1716 [3]** 220/8 220/13 221/17
**1755 [3]** 109/23 110/5 112/7
**1768 [4]** 135/8 135/20 141/5 246/21
**1779 [6]** 62/23 62/25 72/10 243/23 244/20 246/17
**1799 [2]** 210/13 210/17
**18 [6]** 42/18 42/19 43/6 43/6 208/1 240/21
**18 U.S.C [2]** 8/11 8/12
**18 U.S.C. 1591 [2]** 9/10 10/2
**18 U.S.C. 3247 [1]** 10/5
**19 [1]** 146/15
**19-369 [1]** 1/4
**1990 [2]** 79/8 80/11
**1997-ish [1]** 120/6
**1998 [1]** 79/5
**1999 [1]** 8/5
**1:00 [1]** 130/14
**1:30 [4]** 147/1 147/10 147/19 256/21
**1:35 [1]** 147/18
**1:38 [1]** 148/23

**2**

**20 [4]** 96/13 187/4 188/12 206/22
**200 [1]** 1/20
**20001 [1]** 2/6
**20002 [1]** 1/20
**2000s [1]** 153/4
**20017 [1]** 1/15
**2006 [1]** 207/18
**2008 [1]** 207/18
**2013 [1]** 9/16
**2015 [8]** 8/15 8/17 8/21 9/3 9/11 10/2 42/16 43/4
**2017 [1]** 9/8
**2018 [6]** 19/23 20/8 82/21 82/23 82/23 153/5
**2019 [5]** 19/23 20/8 42/16 43/4 82/23
**202 [3]** 1/15 1/21 2/6
**2020 [1]** 1/5
**2023 [1]** 258/7
**20th [1]** 20/6
**21 [2]** 1/5 247/7
**22 [4]** 132/25 133/18 246/19 246/20
**23 [2]** 248/14 248/16
**24 [2]** 20/24 240/23

**2**

**24 hours [1]** 19/10
**24-hour [1]** 21/2
**24th [1]** 52/7
**25 [1]** 225/4
**252-7059 [1]** 1/15
**25th [1]** 8/20
**26 [1]** 246/21
**27 [3]** 241/6 241/10 258/7
**275 [1]** 8/5
**28 [1]** 9/11
**28th [6]** 8/15 8/17 8/20 9/3 9/11 10/2
**29 [2]** 205/24 246/25
**29th [2]** 199/7 199/17
**2:30 [2]** 220/24 220/25
**2nd [7]** 52/7 110/19 128/23 128/23 166/11 166/15 166/23

**3**

**3-hour [1]** 98/20
**30 [2]** 17/20 171/11
**30 minutes [2]** 254/24 254/25
**302 [1]** 22/23
**302s [6]** 20/7 21/19 23/20 23/24 24/2 24/7
**32 [3]** 221/19 221/20 221/24
**3247 [1]** 10/5
**3249 [1]** 2/6
**333 [1]** 2/5
**34 [3]** 37/16 247/2 248/8
**35 [1]** 232/1
**354-3249 [1]** 2/6
**36 [6]** 37/17 37/19 221/22 240/13 240/17 240/18
**369 [2]** 1/4 3/7
**369e [1]** 37/25
**37 [1]** 1/19
**38 [1]** 37/18
**3:00 [3]** 147/12 243/2 256/22
**3:30 [1]** 220/23
**3:51 [1]** 257/10

**4**

**4-0 [1]** 141/24
**40 [5]** 104/7 141/21 141/22 142/20 215/10
**404 [1]** 4/9
**41 [1]** 246/23
**43 [1]** 240/25
**45 [5]** 243/10 247/1 255/9 255/11 255/14
**45 minutes [1]** 254/25
**48 [1]** 224/9
**4:00 [2]** 147/15 255/6
**4:30 [1]** 220/23
**4th [4]** 59/13 155/21 156/21 172/7

**5**

**500 Indiana [1]** 59/16
**528 U.S. 275 [1]** 9/6
**53 [4]** 161/25 161/25 162/1 162/3
**555 [1]** 1/14
**555 Fourth Street [1]** 55/8
**574 [1]** 247/1
**5:00 [3]** 52/9 98/18 256/18
**5:30 [2]** 97/6 98/17
**5th [4]** 59/14 108/24 234/5 234/8

**6**

**60 [4]** 147/10 245/12 246/5 246/6
**624-0784 [1]** 1/21
**6511 [1]** 2/5
**679 F.App'x 1 [1]** 9/8
**6:00 [2]** 98/20 156/25
**6th [1]** 172/8

**7**

**700th [1]** 239/6
**702 F.3d 1066 [1]** 9/16
**7059 [1]** 1/15
**72 [1]** 37/14
**7:00 [1]** 98/19

**8**

**80 [2]** 33/25 37/14

**9**

**90 [1]** 147/10
**90 minutes [1]** 226/19
**9:00 [3]** 98/17 98/18 255/21
**9:20 [1]** 252/21
**9:30 [8]** 52/9 97/6 129/2 130/8 252/1 255/17 255/23 256/20
**9:35 [1]** 1/6

**A**

**a.m [4]** 1/6 37/3 37/3 220/25
**abide [1]** 14/5
**abilities [1]** 195/3
**ability [36]** 20/19 71/10 72/8 76/1 77/11 102/1 111/17 117/24 123/11 124/14 145/11 145/17 146/3 151/1 168/16 172/5 175/15 177/13 193/6 199/23 203/22 207/9 208/17 211/6 216/4 217/16 218/8 221/2 224/7 226/8 230/24 231/10 233/1 235/15 236/8 238/17
**able [55]** 14/23 24/22 33/7 41/6 57/10 57/13 57/15 64/23 67/15 68/7 72/2 85/8 86/4 86/22 88/20 91/5 94/14 95/9 96/22 97/13 98/18 99/7 99/24 103/21 114/8 116/20 118/15 119/4 125/8 127/5 129/14

**137/13 142/19 146/16**
158/24 169/9 172/23 174/18 183/6 184/21 185/3 189/25 197/18 200/1 200/4 212/3 228/7 230/3 236/22 236/23 237/1 237/23
**about [272]**
**about it [1]** 171/17
**about that [1]** 117/11
**about the [2]** 51/24 67/22
**above [3]** 6/20 36/24 258/4
**above-titled [1]** 258/4
**absolutely [6]** 19/4 85/5 103/25 158/25 219/1 237/18
**abundantly [1]** 7/18
**abuse [18]** 56/18 57/6 57/6 57/10 58/21 64/12 98/5 98/5 98/8 111/15 118/14 118/24 183/16 184/1 188/2 204/16 213/18 217/5
**abused [3]** 63/21 183/4 185/24
**abuser [2]** 118/21 118/22
**abusive [1]** 69/9
**academy [2]** 189/14 189/23
**accept [1]** 11/3
**acceptable [5]** 15/3 15/6 16/6 253/12 253/18
**access [5]** 7/7 29/21 92/3 200/8 252/23
**accommodate [1]** 129/7
**accommodated [1]** 130/10
**according [3]** 8/19 10/21 36/23
**account [3]** 5/12 29/21 35/9
**accused [13]** 42/11 42/24 69/16 70/5 123/4 125/18 127/24 144/12 162/3 162/14 187/6 204/16 209/8
**acknowledge [1]** 73/5
**acquaintances [1]** 122/17
**acquisitions [2]** 93/1 93/4
**acquit [1]** 187/10
**acquittal [1]** 12/7
**across [6]** 49/15 49/16 196/4 211/19 213/17 238/22
**act [2]** 11/22 25/16
**action [2]** 84/24 140/15
**actions [1]** 140/16
**activities [1]** 7/12
**activity [2]** 42/14 43/2
**acts [6]** 8/25 9/4 9/19

**actual [5]** 11/10 143/8 175/7 180/3 254/1
**actually [16]** 10/10 10/13 10/24 11/18 11/19 22/22 58/6 79/14 104/17 146/3 172/9 176/14 190/19 202/12 209/15 238/20
**ADA [2]** 152/9 152/11
**add [2]** 3/20 165/7
**addition [3]** 11/6 28/9 45/6
**additional [3]** 22/18 38/12 165/7
**Additionally [4]** 43/17 44/1 53/11 133/12
**address [3]** 24/6 51/24 83/5
**addressed [1]** 255/22
**addresses [1]** 24/9
**adjourned [1]** 252/19
**adjudicate [3]** 91/17 91/19 91/23
**administrative [1]** 196/25
**admit [2]** 220/1 220/5
**admitted [1]** 256/7
**ads [3]** 6/4 6/6 7/22
**adult [1]** 93/11
**advance [2]** 19/10 38/20
**adversely [2]** 70/5 219/4
**advertise [1]** 8/18
**advertisement [1]** 6/24
**advertisements [4]** 5/4 5/21 8/22 9/9
**advertises [1]** 8/16
**advertising [9]** 7/5 7/5 9/3 9/18 9/24 10/4 10/8 10/10 11/6
**advise [1]** 172/18
**advocacy [1]** 78/2
**affect [31]** 17/14 33/11 33/17 69/17 70/1 72/8 76/1 88/17 102/1 107/2 111/17 123/11 123/12 133/16 151/1 158/20 165/15 171/13 177/13 178/19 203/20 203/22 207/9 207/12 211/6 216/4 219/17 226/8 230/24 233/1 236/8
**affected [4]** 55/25 118/1 130/4 219/4
**affecting [1]** 138/9
**affects [3]** 32/6 33/4 35/8
**affiliated [1]** 77/12
**affirmative [3]** 58/1 121/8 146/5
**affirmatively [7]** 54/6 56/14 72/7 121/17 128/12 167/22 239/15
**after [13]** 12/7 33/17 41/16 43/11 73/6 127/4 146/19 146/20 166/16

**191/21 191/24 241/18**
**after-hours [1]** 73/6
**afternoon [8]** 39/14 129/15 129/17 149/1 155/11 155/12 205/21 234/7
**afterwards [2]** 40/3 127/1
**AG [2]** 65/23 66/1
**again [30]** 10/9 22/11 22/21 23/22 25/18 27/21 30/8 30/12 46/17 47/6 47/13 49/4 53/14 64/10 64/14 65/13 96/20 119/3 138/14 138/17 143/6 145/16 147/15 188/1 193/12 226/13 240/12 243/15 245/9 252/12
**against [4]** 71/20 128/4 184/16 187/7
**age [6]** 42/18 42/19 43/6 43/6 224/9 254/23
**agency [9]** 45/23 46/3 46/9 46/15 89/15 89/16 133/4 175/13 215/14
**agent [7]** 99/18 99/20 131/20 150/2 151/8 151/11 192/12
**agents [4]** 173/17 173/19 174/2 175/5
**ago [28]** 56/19 59/18 79/4 82/2 90/14 90/14 123/14 124/11 124/17 125/19 126/10 128/2 132/6 133/18 141/21 142/20 169/2 169/24 171/10 171/11 206/22 208/4 211/16 216/24 216/25 217/13 219/20 233/8
**agoing [1]** 139/24
**agree [3]** 8/13 33/10 71/25
**agreement [1]** 253/10
**agrees [3]** 9/17 186/13 186/14
**ahead [6]** 8/3 71/6 79/2 80/14 146/16 159/23
**aided [1]** 2/9
**air [1]** 34/12
**aisle [2]** 49/15 49/16
**Alaska [1]** 7/9
**albeit [1]** 9/7
**Alex [1]** 239/6
**Alex Ovechkin [1]** 239/6
**Alexandria [1]** 10/19
**algorithmic [1]** 108/2
**all [339]**
**all right [35]** 3/12 16/14 34/15 45/11 45/16 60/15 62/20 64/25 70/8 78/8 90/23 97/1 121/2 129/8 138/23 141/6 145/7 148/18 167/4 169/3

Case 1:19-cr-00369-ARM Document 161-8 63 Filed 03/08/23 Page 261 of 289

261

**A**

**all right... [15]** 173/7 180/15 181/2 183/20 188/24 206/16 209/17 210/8 219/23 232/7 233/19 234/17 244/14 245/12 246/8

**allegation [4]** 61/25 90/25 96/20 143/7

**allegations [6]** 57/5 103/19 111/12 153/11 217/1 232/22

**alleged [9]** 4/14 10/1 42/13 42/14 42/17 43/1 43/2 43/5 86/14

**allowed [5]** 126/1 126/3 127/3 185/11 237/15

**almost [1]** 19/22

**alone [5]** 26/16 33/8 48/3 83/21 83/22

**along [4]** 86/3 101/21 160/1 185/24

**already [12]** 10/15 25/25 26/2 61/8 61/11 71/1 156/1 157/7 205/23 209/13 219/9 248/8

**also [19]** 4/8 10/17 22/6 24/21 29/11 41/21 44/18 44/22 53/13 77/3 85/15 118/13 122/18 129/25 199/1 201/18 208/16 223/25 236/14

**alternate [4]** 67/3 113/25 242/14 242/17

**alternates [4]** 241/16 241/22 242/8 245/19

**although [1]** 117/16

**always [4]** 20/23 24/10 138/5 236/2

**am [18]** 4/1 12/21 28/23 33/9 33/14 40/16 93/9 161/1 183/5 188/11 195/17 214/23 217/3 235/5 235/21 238/25 255/3 255/25

**amended [1]** 8/15

**AMERICA [4]** 1/3 3/7 37/25 207/25

**American [4]** 63/16 63/17 190/9 207/19

**AMIT [5]** 1/10 3/3 37/5 38/8 148/25

**Amit Mehta [1]** 38/8

**Amit P. Mehta [1]** 37/5

**Amman [1]** 94/8

**amongst [3]** 39/18 243/16 245/9

**amount [5]** 4/5 17/19 39/16 146/12 255/15

**Amy [5]** 1/13 3/9 38/2 43/14 43/24

**Amy E. Larson [1]** 43/14

**Amy Larson [3]** 3/9 38/2 43/24

**amy.larson2 [1]** 1/16

**analogous [1]** 132/8

**analyst [2]** 106/9 114/13

**anger [11]** 138/3 138/9 138/10 138/25 139/5 139/6 139/16 139/20 140/3 140/15 140/17

**angry [3]** 138/16 139/19 140/22

**announced [1]** 172/17

**another [13]** 17/14 18/21 53/12 69/18 80/4 116/9 147/10 155/3 163/10 184/19 201/18 207/16 242/5

**answer [34]** 17/9 32/15 39/11 41/6 41/7 41/8 41/10 41/14 57/25 58/1 58/8 58/21 72/6 78/17 78/24 79/13 87/16 88/7 96/6 97/16 128/11 135/22 141/16 146/6 159/14 169/23 169/24 179/18 179/19 181/23 214/19 222/17 222/18 225/19

**answered [50]** 41/18 54/5 56/14 56/15 60/25 63/2 65/3 72/23 75/4 81/22 84/12 89/8 92/12 94/1 97/2 99/15 101/2 102/4 106/3 108/18 110/7 112/16 115/20 121/16 128/11 131/6 149/14 151/25 155/17 166/6 167/21 169/18 171/24 182/22 186/24 189/9 191/12 195/18 198/25 206/9 210/19 213/6 214/25 217/24 220/17 229/23 232/11 233/25 235/2 239/14

**answering [1]** 68/18

**answers [8]** 41/23 42/2 53/8 99/6 132/18 145/4 161/13 238/6

**anticipate [1]** 45/2

**antitrust [5]** 192/17 194/7 194/9 194/11 194/13

**antitrust-related [1]** 194/11

**any [247]** 7/12 12/2 15/4 16/10 16/25 17/3 20/17 24/1 24/13 25/9 27/4 28/20 40/2 40/5 41/8 41/18 42/2 43/20 44/3 44/9 44/10 45/12 45/15 45/23 46/3 46/9 46/9 46/14 46/16 46/20 46/21 46/23 46/24 47/2 47/5 47/7 47/10 47/13 47/15 47/21 47/23 49/17 49/19 49/24 50/10 52/14 52/23 53/8 53/15 53/18 54/24 54/25 55/3 55/25 57/6 57/17 57/25 58/17 61/2

64/4 64/22 66/12 67/20 73/19 74/7 74/14 74/17 76/4 76/23 78/17 78/25 78/25 79/13 79/14 79/15 79/19 79/25 81/3 81/23 82/5 82/9 83/3 84/2 84/14 85/4 85/24 85/24 87/1 87/17 88/1 88/7 88/9 88/13 92/20 92/23 95/11 97/2 98/10 98/14 98/22 100/11 101/20 102/20 103/18 104/2 105/6 105/7 105/10 106/23 107/5 107/6 107/16 109/10 111/21 112/3 113/1 113/4 116/12 119/8 120/11 122/5 122/25 125/14 126/15 129/9 132/15 134/2 134/23 135/3 135/22 135/23 136/16 137/12 137/16 142/18 143/8 144/5 145/4 147/24 148/12 148/17 150/10 150/18 151/5 152/13 153/10 154/2 154/7 158/20 159/2 159/6 159/14 160/22 161/13 161/16 161/17 161/20 164/12 164/17 165/14 168/18 169/20 172/19 172/20 172/20 173/20 173/24 174/1 175/14 175/15 175/16 176/20 178/1 178/2 178/4 179/18 179/19 179/22 179/23 180/19 181/23 181/25 182/1 182/3 186/5 188/2 188/13 188/13 188/18 189/24 190/2 190/5 193/5 193/8 194/2 194/7 194/12 194/22 194/22 197/22 201/24 202/20 203/4 204/8 206/16 210/4 211/10 213/21 216/14 217/13 217/15 217/19 217/21 218/7 219/3 219/16 221/1 221/12 222/17 222/18 223/17 224/19 224/21 224/21 227/3 227/5 228/3 228/11 229/10 230/21 231/18 233/12 234/14 236/20 239/19 239/24 240/6 241/23 242/20 251/21 251/22 252/24 255/3

**anybody [31]** 3/19 3/20 7/7 14/20 46/8 89/10 102/5 102/5 102/10 107/9 112/23 113/1 116/24 117/6 122/20 136/14 138/15 142/18 144/12 148/12 152/20 160/16 162/2 162/11

193/20 202/3 236/11 243/13

**anymore [1]** 130/3

**anyone [31]** 7/20 15/16 15/25 40/4 41/2 45/19 45/21 45/22 46/6 48/11 48/23 50/3 50/14 50/19 50/25 51/7 51/10 51/13 51/16 51/20 51/22 52/11 92/15 111/3 111/5 112/19 141/2 162/17 195/24 241/5 252/13

**anything [70]** 3/20 4/18 7/16 12/9 18/20 26/2 27/22 28/24 30/9 30/22 31/7 31/11 36/20 41/15 42/20 43/9 53/12 53/16 58/13 63/23 63/24 69/5 71/2 74/21 75/25 76/10 76/19 77/1 80/24 82/8 85/25 87/9 88/10 89/22 91/5 101/21 103/3 113/15 114/5 116/18 116/19 122/23 124/13 125/9 135/23 151/17 160/20 166/16 167/5 168/13 169/8 170/1 170/16 170/20 174/17 179/12 179/15 179/16 190/17 197/13 205/13 211/24 212/4 212/15 215/13 218/6 228/4 233/5 240/10 255/25

**anytime [1]** 199/8

**Anyway [1]** 238/16

**anywhere [1]** 7/10

**apartment [2]** 238/20 238/25

**APCO [1]** 81/8

**apparently [1]** 100/18

**Appeals [1]** 28/2

**appear [1]** 133/22

**APPEARANCES [2]** 1/12 2/1

**appears [1]** 10/25

**appellate [2]** 168/23 170/22

**appended [1]** 6/5

**Appendix [1]** 254/12

**Appendix A [1]** 254/12

**applications [1]** 108/3

**applies [3]** 89/13 89/13 252/11

**apply [11]** 14/23 62/6 67/17 85/8 91/7 96/24 103/23 125/12 169/10 169/12 235/16

**applying [1]** 62/3

**appointment [1]** 128/25

**appointments [2]** 128/18 210/11

**appreciate [23]** 31/9 36/8 58/12 61/23 69/14 70/9 71/15 88/15 115/2

135/11 136/11 137/21 138/7 139/12 139/13 149/4 184/23 186/10 187/18 187/19 187/24 192/4

**appreciate that [1]** 187/18

**apprehended [2]** 80/23 176/13

**approach [4]** 148/1 148/13 245/14 247/17

**approached [2]** 224/2 224/2

**approaching [1]** 36/5

**appropriate [2]** 27/20 253/12

**appropriately [1]** 26/13

**approving [1]** 194/19

**approximately [3]** 17/20 254/24 256/24

**are [219]** 3/15 3/16 5/5 6/4 6/6 12/20 14/8 14/15 17/25 19/6 19/12 20/5 20/8 20/9 20/15 20/16 21/18 22/18 23/11 23/19 23/24 23/24 24/8 26/24 27/7 28/4 29/8 29/10 29/18 29/19 29/24 30/4 30/14 30/15 30/17 32/6 32/6 34/19 34/20 34/21 36/5 36/10 36/10 36/13 38/9 38/18 39/11 39/17 40/4 40/9 40/17 45/4 52/6 53/5 53/6 53/9 53/16 53/25 54/1 54/3 55/22 56/10 58/3 59/22 60/14 60/23 64/3 64/7 65/15 68/8 68/17 69/2 69/2 69/8 69/9 72/14 75/2 78/13 78/14 78/19 81/19 84/9 92/19 93/23 95/5 95/25 96/20 98/8 99/13 100/25 101/7 101/25 102/15 102/19 103/19 105/17 106/6 106/23 108/13 108/14 108/16 109/7 110/10 112/11 112/12 116/12 116/25 121/14 121/18 122/18 124/9 126/8 127/4 127/18 129/19 131/4 133/3 135/17 135/18 135/20 138/3 140/19 146/13 146/18 147/7 147/20 147/23 148/16 156/14 160/12 167/17 167/19 168/4 168/18 171/22 172/23 177/24 178/14 178/20 179/9 180/16 181/11 182/17 182/18 183/4 183/4 186/20 189/4 189/5 190/12 191/7 191/9 192/19 193/15 193/23 195/2 195/3 195/13 196/22 198/21 198/23 199/12 199/16

**A**

are... [56] 199/21 201/12 202/9 205/12 206/5 208/2 209/3 209/3 210/15 212/8 212/21 213/11 214/16 214/22 220/10 220/11 222/1 222/2 222/8 222/9 224/15 224/17 225/15 225/17 226/25 227/17 227/19 229/18 229/20 232/7 233/23 234/9 234/22 234/23 236/24 237/15 239/10 239/12 240/17 241/16 242/7 243/2 243/5 243/7 243/11 244/10 247/23 249/9 250/11 250/16 250/18 252/18 252/19 252/24 255/18 255/22

area [8] 4/17 5/4 5/13 5/16 173/21 184/6 232/25 240/13

areas [2] 7/25 8/1

aren't [4] 30/16 73/11 120/11 196/11

arguably [1] 218/25

argument [3] 4/23 11/21 11/25

arises [1] 8/14

arising [2] 42/12 42/25

Arlington [1] 17/22

armed [2] 117/12 132/7

arms [1] 226/15

ARMSTEAD [17] 1/6 3/8 3/13 18/12 28/3 28/18 37/12 38/1 38/10 42/11 42/11 42/24 42/24 43/15 43/24 45/7 64/14

Armstead's [3] 28/10 30/8 45/7

Army [2] 189/19 190/21

around [14] 27/4 36/23 49/14 77/2 77/2 77/5 77/10 147/1 147/10 147/12 147/18 149/6 226/15 249/9

arrangements [1] 252/6

arrested [15] 47/8 47/11 47/16 47/24 76/5 111/2 113/5 117/6 123/1 125/22 169/21 176/7 203/4 206/20 216/14

art [1] 93/16

as [218] 4/7 5/1 6/7 6/7 8/11 8/11 8/23 10/2 10/4 10/9 11/12 11/18 13/7 13/11 14/23 15/24 17/18 17/18 19/6 22/17 22/19 22/19 23/24 26/5 26/18 28/9 30/3 30/17 30/19 30/19 31/7 31/24 31/24 32/1 32/2 32/2 34/19 34/20 35/3 35/17 35/24 38/9 38/15 42/1 42/9 42/14 43/2 43/20 45/8 45/9 45/19 45/25 46/11 46/19 46/22 46/25 47/3 47/15 47/18 47/22 47/25 48/5 48/15 48/17 49/2 49/23 50/7 50/10 50/18 51/7 51/8 51/10 51/11 51/19 51/21 52/10 52/16 52/20 52/21 52/25 53/4 53/6 53/11 54/7 54/7 54/14 54/24 55/24 56/16 56/19 57/11 58/7 60/3 60/4 60/4 62/2 63/9 63/23 64/15 64/19 66/25 67/17 70/13 70/16 70/17 73/20 75/8 79/20 81/24 84/15 84/21 85/9 86/7 86/8 86/21 86/24 90/11 91/13 92/13 92/21 96/5 97/3 102/6 102/20 102/20 102/25 103/9 103/9 103/22 103/23 107/10 112/20 113/15 113/20 113/20 118/4 120/17 122/11 124/20 126/10 126/10 132/3 132/3 133/18 137/3 138/17 138/18 140/22 142/17 142/23 143/10 146/14 149/5 150/2 152/20 152/25 153/10 154/3 154/4 154/11 156/12 156/12 163/16 163/16 164/4 164/5 169/11 169/13 169/17 170/5 172/23 174/17 176/15 176/18 177/3 181/4 183/16 183/17 187/2 189/23 195/1 195/23 196/15 197/4 202/21 202/25 205/3 205/3 206/11 207/7 211/10 211/13 217/12 220/22 224/9 230/20 235/15 237/14 237/21 239/23 242/20 242/21 245/7 250/22 251/2 251/8 251/13 251/18 251/19 251/24 251/24 252/5 253/11 254/19

ascertain [1] 8/7

Ashley [1] 44/15

aside [32] 24/12 57/10 64/16 65/7 66/16 67/15 68/8 70/14 72/1 72/2 83/8 85/8 86/22 91/6 96/22 103/22 114/8 118/15 125/8 132/12 133/8 137/3 138/4 138/20 142/19 143/13 169/9 184/2 185/3 188/4 197/19 212/3

ask [52] 14/11 21/5 39/24 40/16 41/2 41/19 42/2 43/11 44/6 44/8 56/12 67/24 68/1 70/10 76/11 78/19 79/13 83/5 83/7 83/10 83/18 85/23 95/3 108/7 110/3 116/6 133/8 138/13 147/18 148/5 157/8 160/25 166/4 172/19 187/24 195/7 196/13 199/21 200/21 242/17 243/10 243/12 244/14 247/16 252/4 252/20 255/11 256/14

asked [23] 20/15 23/24 52/14 52/23 61/2 79/15 87/18 88/10 99/5 105/7 117/5 135/23 137/21 140/14 161/17 168/3 179/23 181/6 182/1 224/22 228/4 238/14 244/16

asking [9] 13/5 31/7 31/11 39/9 72/4 119/14 127/4 132/24 208/11

asks [3] 14/22 52/13 52/23

asleep [1] 80/17

aspect [1] 175/10

assault [5] 111/10 111/16 118/7 118/8 233/18

assaulted [2] 203/17 233/8

assaults [2] 218/25 218/25

asserted [1] 34/13

assertion [1] 11/22

assess [2] 137/5 211/9

assessing [3] 69/16 184/19 219/5

Assets [2] 94/19 94/21

assist [1] 100/6

assistant [7] 43/23 94/18 95/8 107/21 114/14 168/4 192/16

Assistant U.S. Attorney [1] 95/8

Assistant United States [1] 43/23

assisting [2] 43/18 44/2

associated [5] 16/1 50/20 51/2 65/19 148/12

Association [1] 190/9

assume [8] 58/22 85/1 109/13 119/25 140/3 160/4 171/6 177/24

assumes [1] 147/15

assuming [2] 160/12 185/22

assured [3] 28/16 40/17 40/21

AstraZeneca [1] 239/21

asylum [1] 240/1

attacks [1] 230/9

attend [1] 172/19

attendance [1] 250/20

attending [1] 250/19

attention [9] 44/6 88/23 88/25 199/23 199/24 200/2 200/5 244/15 251/12

attention here [1] 88/23

attentively [3] 52/16 52/25 99/8

attenuated [1] 135/14

attorney [13] 30/10 45/25 46/1 66/2 66/4 67/22 68/4 68/5 95/8 122/12 192/13 192/17 239/18

Attorney General [4] 66/2 66/4 68/4 192/17

ATTORNEY'S [10] 1/14 16/2 50/21 51/2 65/20 66/10 68/4 90/3 123/25 124/6

Attorney's Office [9] 16/2 50/21 51/2 65/20 66/10 68/4 90/3 123/25 124/6

attorney-client [1] 30/10

attorneys [7] 43/14 43/23 46/12 46/12 122/18 168/5 175/23

audience [1] 250/18

authority [1] 237/21

available [5] 9/18 9/20 9/24 9/25 38/14

Avenue [3] 1/19 2/5 173/15

avoid [2] 48/10 48/22

award [1] 223/8

aware [6] 18/15 35/17 121/7 217/3 219/1 235/10

away [1] 87/25

**B**

babies [1] 98/11

baby [3] 199/7 199/8 239/1

back [25] 20/2 30/1 34/25 79/11 81/20 84/1 96/18 125/19 129/12 130/18 135/1 136/23 146/7 147/9 147/19 149/4 159/24 165/2 187/24 203/16 208/4 208/10 250/21 252/20 252/23

background [2] 26/2 91/17

backgrounds [1] 236/5

Backpage [4] 5/17 6/7 7/7 22/8

backpage.com [7] 5/22 5/23 6/1 6/8 8/22 8/24 10/11

backs [1] 98/2

bad [4] 19/2 63/4 113/8 223/15

baffled [2] 145/12 145/12

bail [1] 125/23

balance [3] 27/11 28/1 34/11

Balka [1] 30/4

Balka's [3] 29/11 30/13 31/20

banks [1] 104/17

bar [1] 118/7

bartender [2] 220/22 221/6

based [17] 29/12 40/22 40/24 57/11 72/6 119/25 175/9 184/25 188/7 192/25 219/14 235/7 235/14 237/3 237/3 237/23 255/8

basically [4] 68/22 77/25 93/10 104/14

basis [7] 13/25 26/14 30/1 48/10 48/22 58/4 196/11

be [368]

bears [1] 83/13

Beauty [1] 254/23

became [2] 35/17 233/16

because [87] 5/19 8/14 15/22 18/23 19/1 25/2 27/6 28/12 30/5 30/17 30/22 30/25 31/13 32/14 32/16 33/3 34/2 38/23 44/7 48/14 49/1 50/1 50/12 55/21 59/2 63/20 67/6 69/7 69/24 73/5 80/21 87/10 96/12 97/3 97/10 98/11 98/19 118/19 120/5 127/6 128/14 130/1 130/2 134/10 139/16 143/2 145/23 154/21 158/12 159/12 159/25 160/10 162/18 163/11 165/7 169/18 169/24 172/16 174/1 175/4 177/18 177/19 183/21 185/24 187/11 190/20 191/16 192/23 194/24 199/8 200/7 200/23 201/23 203/24 207/16 209/2 223/2 223/9 223/14 230/4 235/21 237/8 237/16 242/16 244/15 252/4 255/9

become [1] 4/8

becomes [1] 10/3

been [109] 4/17 19/5 19/24 20/1 20/23 21/1 21/12 21/18 25/25 26/2 26/22 27/24 28/24 28/25 29/9 29/13 30/13 31/6 31/22 33/7 34/5 34/19 34/21 34/22 35/2 35/22 35/24 36/12 39/10 42/18 43/5 44/10

Case 1:19-cr-00369-APM Document 161 Filed 03/08/22 Page 263 of 289

263

**B**

**been... [77]** 45/13 45/15 47/8 47/9 47/11 47/12 47/14 47/16 47/21 47/23 54/20 55/16 70/17 76/5 76/6 76/17 90/13 110/11 111/2 111/4 111/6 111/10 111/16 113/5 113/6 117/6 117/7 123/1 123/2 123/9 132/6 132/20 132/24 134/3 142/17 158/16 160/15 160/16 162/3 162/5 162/16 164/5 169/21 171/3 176/7 182/5 183/22 187/3 193/20 197/6 203/4 203/5 203/8 203/9 203/13 204/16 204/25 205/1 206/20 206/21 208/15 209/15 209/19 213/17 216/14 217/8 218/17 230/5 230/8 235/17 237/21 240/15 240/16 241/20 250/23 252/3 256/2
**before [52]** 1/10 3/17 5/5 5/21 5/23 8/15 10/2 20/9 21/10 23/12 23/13 28/11 28/15 30/3 37/13 38/13 38/21 39/12 51/8 51/11 54/8 54/9 67/1 70/11 71/1 79/23 83/5 86/8 90/11 103/9 109/1 113/21 124/24 137/22 148/2 148/7 148/9 149/7 156/2 163/17 163/19 168/8 183/4 235/18 251/15 253/7 254/23 255/5 255/18 255/19 255/21 255/23
**began [2]** 10/6 233/17
**begin [3]** 8/4 38/21 52/2
**beginning [4]** 5/15 52/5 251/3 251/8
**behavior [1]** 91/25
**behind [2]** 49/14 49/16
**being [48]** 7/19 10/13 11/19 20/8 22/18 22/25 23/24 26/19 29/10 30/1 30/18 31/23 32/2 33/14 34/12 53/6 56/1 87/25 119/21 126/17 126/19 127/20 136/14 136/18 146/5 148/16 149/4 170/17 177/5 178/3 181/6 185/18 185/20 188/25 189/24 203/25 204/3 205/5 207/6 208/2 209/8 209/10 217/16 230/2 235/25 236/22 256/7 256/7
**beliefs [3]** 236/6 236/6 236/7
**believe [25]** 5/3 22/4 52/17 53/1 57/7 58/16

85/10 92/25 103/4 122/3 122/5 124/12 150/25 173/11 174/1 196/23 202/22 203/23 211/7 224/10 247/21
**believed [1]** 254/3
**believes [3]** 28/23 48/11 48/23
**below [1]** 238/21
**bench [72]** 37/11 41/17 41/19 42/1 42/4 53/10 53/24 56/9 60/13 62/24 72/13 75/1 78/12 80/22 81/18 84/8 87/8 89/5 93/22 95/19 95/24 99/12 100/24 104/23 105/24 108/12 109/24 112/10 115/17 121/13 127/17 130/21 135/9 141/9 147/11 148/4 149/11 151/22 155/10 157/17 161/8 165/25 167/16 171/21 179/8 181/10 182/16 186/19 189/3 191/6 195/12 198/20 206/4 210/14 212/20 214/15 220/9 222/7 224/14 225/14 227/16 229/17 232/6 233/22 234/21 239/9 241/25 243/19 245/17 246/15 250/3 251/21
**benefits [1]** 85/25
**best [12]** 58/11 73/18 73/23 75/11 123/3 123/4 137/8 138/4 138/22 177/2 208/24 222/25
**bet [2]** 208/20 208/22
**better [4]** 69/3 71/21 80/2 254/20
**between [8]** 30/4 32/24 42/16 43/4 52/1 98/17 144/22 220/23
**beyond [4]** 54/21 153/18 164/8 252/7
**bias [5]** 137/6 145/11 145/18 185/17 235/12
**biased [2]** 40/23 128/4
**biases [1]** 64/16
**Bible [2]** 235/7 235/14
**Biddle [2]** 84/20 84/21
**big [1]** 207/23
**bigger [2]** 23/17 33/13
**bigger-picture [1]** 23/17
**biggest [1]** 205/18
**birth [3]** 24/8 199/22 205/18
**bit [35]** 13/11 47/19 56/17 65/21 67/24 78/20 81/25 99/6 99/19 102/7 106/14 107/20 116/2 117/10 124/25 131/9 149/16 156/4 158/23 166/5 172/13 173/19 177/14 177/15

216/18 221/5 226/10 226/15 230/16 239/17 249/9 253/9
**bit, [1]** 146/8
**bit, but [1]** 146/8
**bitter [2]** 124/17 127/21
**blanks [1]** 23/21
**body [1]** 187/10
**bono [2]** 239/24 240/1
**book [1]** 39/19
**booked [2]** 156/1 156/5
**books [1]** 79/23
**born [2]** 79/23 208/8
**Boston [1]** 191/20
**both [17]** 7/23 49/14 103/1 103/2 103/5 107/6 117/25 119/6 128/17 153/16 204/3 204/4 204/25 205/8 205/9 249/24 252/14
**bottom [2]** 26/4 241/12
**bound [1]** 39/11
**box [5]** 200/8 241/16 242/18 244/16 250/12
**boxes [1]** 78/7
**boyfriend [5]** 156/19 203/17 230/19 232/15 232/25
**brackets [1]** 191/15
**brain [1]** 209/24
**branch [1]** 215/13
**break [11]** 27/4 36/23 98/20 146/14 146/18 146/21 146/25 200/18 224/1 256/21 256/22
**breaks [2]** 200/10 226/18
**bridge [9]** 10/20 10/24 11/1 11/3 11/5 11/10 11/15 11/19 11/19
**brief [1]** 111/22
**briefing [1]** 110/18
**bring [9]** 3/17 11/18 22/19 31/10 164/1 165/1 165/2 165/5 185/13
**bringing [2]** 61/21 178/21
**brings [1]** 168/6
**broad [2]** 9/13 12/1
**broke [1]** 80/17
**brother [10]** 76/7 76/11 76/17 131/11 131/13 199/6 202/7 202/10 234/12 238/22
**brother's [2]** 76/10 76/20
**brought [4]** 39/20 53/12 71/16 71/18
**Budget [1]** 77/24
**build [1]** 175/9
**building [3]** 202/11 222/25 223/1
**bulk [1]** 45/2
**bunch [2]** 6/11 202/8
**burden [2]** 159/2 159/6

**burdens [1]** 159/6
**burglarized [1]** 79/8
**Burglary [2]** 80/9 80/10
**bus [1]** 80/22
**business [10]** 69/12 99/22 126/2 126/2 126/3 172/7 172/12 172/15 191/23 217/14

**C**

**Cagney [1]** 218/19
**California [1]** 7/8
**call [26]** 17/6 17/7 17/9 17/12 17/17 17/19 17/21 17/25 21/6 41/17 41/17 42/1 42/4 45/5 52/13 52/22 53/7 72/5 149/8 200/7 205/20 224/11 250/22 255/19 256/15 256/17
**called [8]** 45/8 58/7 114/25 153/3 166/14 226/1 244/16 255/23
**calling [4]** 20/24 21/4 44/22 45/5
**calls [5]** 16/23 16/25 18/8 20/5 29/14
**came [6]** 22/22 30/21 79/4 126/19 217/12 251/4
**can [149]** 5/25 6/9 6/10 7/22 17/7 18/5 18/6 18/19 19/12 19/13 22/10 27/14 28/1 29/20 29/22 29/23 33/13 34/10 36/25 37/12 39/7 40/21 42/5 53/7 56/17 61/5 65/21 66/23 67/25 73/2 73/22 74/7 75/9 75/17 81/19 81/25 83/7 84/1 85/14 86/9 88/25 91/15 92/1 94/4 99/17 99/22 101/8 102/7 103/10 104/4 106/7 106/11 110/9 110/21 113/23 115/13 116/2 117/10 118/6 124/22 124/25 127/13 127/25 128/13 128/24 129/5 129/21 131/9 131/14 132/4 134/19 138/24 141/20 143/22 144/1 147/8 149/16 149/22 152/6 153/1 153/23 154/14 154/21 166/9 172/12 172/19 172/25 173/2 173/5 173/9 178/5 180/1 189/12 190/7 191/24 192/2 195/21 195/22 196/17 197/10 197/14 199/3 200/9 201/7 201/14 202/6 203/11 203/15 206/13 207/15 207/15 208/6 210/22 211/14 212/24 216/18 220/21 223/7 223/7 223/21 227/11 228/17 230/16

234/10 235/10 235/14 236/1 237/4 239/5 239/17 243/15 245/9 246/3 247/16 251/19 251/23 251/24 251/24 252/2 252/5 252/5 252/25 253/7 255/19 255/23 256/4 256/5 256/8
**can't [18]** 17/7 20/3 20/10 25/1 25/17 25/21 32/15 83/11 96/4 97/16 106/23 138/5 148/6 148/6 157/5 188/11 205/20 225/25
**candid [2]** 33/6 145/25
**candidly [2]** 193/7 194/25
**candor [6]** 70/9 71/15 134/13 138/7 139/1 187/19
**cannot [3]** 48/12 59/2 245/18
**capacity [17]** 46/20 46/23 59/24 60/1 60/2 131/14 131/18 150/3 152/6 174/24 175/14 185/25 192/15 201/15 213/12 213/16 239/23
**Capitals [1]** 154/18
**Capitol [1]** 225/9
**captain [1]** 232/19
**car [1]** 223/12
**card [11]** 72/16 104/24 130/18 144/13 146/12 179/11 179/16 181/16 215/3 220/15 222/14
**cards [1]** 42/3
**care [3]** 129/22 222/23 256/11
**career [1]** 152/4
**careful [1]** 171/15
**carefully [1]** 99/8
**caregiver [3]** 128/19 129/19 129/20
**Carolina [2]** 207/21 208/9
**carried [1]** 159/6
**carrier [2]** 225/6 225/7
**carry [1]** 159/2
**case [268]**
**Case No. 19-369 [1]** 3/7
**cases [35]** 10/16 13/23 27/16 54/24 55/12 74/10 74/11 74/18 80/1 103/12 103/13 103/18 106/12 116/13 116/16 118/10 118/11 119/3 121/24 150/10 153/10 164/12 164/18 170/22 171/7 174/13 174/13 174/14 175/9 177/6 184/16 193/24 194/18 213/17 213/18
**cases then [1]** 171/7
**cash [1]** 208/10
**cataracts [1]** 226/3

**C**

catch [11] 14/5 52/13 52/22 61/1 158/12 160/2 172/4 182/24 187/1 229/25 235/4
catch-all [9] 14/5 52/13 52/22 61/1 172/4 182/24 187/1 229/25 235/4
Catholic [2] 187/3 188/5
caught [1] 160/1
cause [51] 54/17 62/19 71/14 72/9 95/20 99/2 99/3 99/9 100/18 109/25 112/6 112/7 113/16 115/6 116/19 122/6 124/14 127/18 127/25 136/17 138/2 139/5 140/10 140/10 140/21 141/5 153/17 154/3 157/12 157/13 164/5 167/13 168/15 170/16 174/18 176/21 186/15 188/24 197/14 210/10 211/25 219/3 223/24 224/8 227/4 231/25 233/6 233/16 234/17 238/16 240/21
causes [2] 32/11 69/6
cave [1] 187/3
CBPP [1] 77/22
CDs [2] 19/24 23/14
cell [13] 4/17 28/10 29/8 29/9 29/11 30/2 30/9 30/13 30/14 31/4 31/21 31/22 90/20
cellphone [2] 200/9 200/13
center [4] 77/24 97/12 98/20 207/19
Central [1] 207/25
century [2] 216/24 219/20
CEO [1] 172/14
certain [7] 17/1 29/20 29/22 44/13 64/15 184/12 236/2
certainly [8] 6/12 9/20 21/11 26/16 68/2 255/5 256/4 256/18
Certified [1] 2/3
certify [2] 97/21 258/2
challenges [1] 31/9
change [1] 231/10
changed [1] 7/5
changing [3] 15/5 87/22 87/23
characterization [3] 26/21 69/22 71/23
characterized [1] 34/19
charge [7] 61/25 114/3 118/25 143/8 165/11 180/8 180/9
charged [25] 8/10 47/8 47/11 47/15 47/16 47/18 47/23 47/24 48/1

115/3 117/7 117/17 123/1 139/2 169/21 176/7 203/5 206/20 207/7 209/15 216/15
charges [17] 54/25 67/10 68/22 69/17 71/20 120/11 162/7 163/2 163/4 163/22 163/23 164/1 165/1 165/5 165/7 208/13 254/1
Charging [1] 163/4
check [1] 200/10
checks [1] 26/2
chef [2] 87/22 87/24
Chekesha [1] 45/7
Chekesha Armstead [1] 45/7
chemotherapy [1] 130/3
Chief [1] 192/17
child [4] 98/1 98/4 98/5 98/7
childcare [5] 97/12 97/23 98/11 98/20 252/7
children [2] 98/11 188/6
Chitra [1] 44/23
choice [1] 238/3
choose [1] 236/15
Christmas [2] 134/3 187/16
Christopher [2] 23/1 44/15
Christopher Koch [2] 23/1 44/15
church [3] 188/1 188/2 188/5
Circuit [1] 9/16
Circuit's [1] 9/7
circumstance [1] 238/8
circumstances [2] 65/15 208/16
circumstances are [1] 65/15
CisCom [1] 104/16
cited [2] 10/16 12/2
citizen [1] 222/25
citizens [3] 38/17 222/24 223/8
City [1] 192/8
civil [10] 58/24 125/25 152/8 152/15 168/24 170/24 170/25 171/1 174/13 194/10
clarification [1] 245/15
clarify [4] 35/16 91/12 163/11 253/6
clarity [1] 172/20
Class [1] 84/24
classes [1] 98/1
classic [1] 7/4
classmate [2] 83/9 83/13
classmates [1] 101/17

clean [1] 36/21
cleaning [1] 246/13
clear [17] 5/9 5/15 7/18 8/17 9/22 12/16 19/25 20/22 21/1 27/22 32/19 34/19 35/1 35/18 121/6 135/11 240/20
clearance [1] 92/3
clearances [1] 92/4
cleared [1] 204/23
clearer [1] 21/12
clearly [2] 28/18 181/3
clergymen [1] 188/2
clerk [11] 43/17 44/1 46/19 46/22 102/6 169/1 169/17 169/19 171/4 216/9 216/11
Clerk's [1] 173/15
click [1] 159/25
client [10] 20/20 30/10 32/25 139/2 139/6 139/11 139/16 139/19 139/25 191/19
client's [1] 34/12
clients [1] 105/16
climate [1] 65/22
Clinton [1] 45/8
clip [1] 18/3
clipped [1] 17/24
clipping [1] 18/7
clock [1] 36/24
close [30] 12/8 21/10 45/17 45/18 45/21 45/21 46/7 46/7 46/17 46/18 47/6 47/7 58/2 58/2 71/15 72/5 76/17 85/4 92/16 92/18 106/6 112/19 122/10 126/8 126/10 169/20 189/13 196/19 210/24 249/9
closely [4] 55/21 55/24 95/7 175/5
closer [3] 19/6 19/6 123/15
closing [1] 221/5
cloud [1] 219/18
co [1] 208/1
co-workers [1] 208/1
Coast [2] 232/16 232/17
Code [2] 42/12 42/25
codes [2] 4/17 29/18
Coffee [1] 63/16
Coffee Creek [1] 63/16
colleague [1] 208/5
collect [1] 17/21
Collection [2] 93/8 93/15
College [1] 190/10
color [1] 15/10
Colorado [2] 189/17 190/20
colored [1] 236/2
coloring [1] 236/3
COLUMBIA [21] 1/1 2/4 6/6 9/1 10/9 10/11 10/13 10/22 11/6 11/8

16/2 42/15 43/3 46/10 50/21 51/3 66/5
combination [1] 146/10
come [30] 11/9 27/18 29/12 32/11 33/19 37/8 53/21 79/10 84/1 92/2 110/3 128/7 131/3 134/10 134/18 134/20 135/1 135/16 136/23 144/19 147/9 147/11 148/3 149/9 205/3 208/9 213/17 219/22 223/3 255/23
comes [12] 4/9 11/14 11/15 17/19 25/12 29/14 34/2 70/12 134/14 183/18 231/4 236/4
comfort [1] 178/2
coming [10] 4/17 28/14 31/18 36/15 70/11 94/10 99/22 176/24 205/19 209/14
commander [1] 232/18
commence [1] 3/15
comments [1] 28/9
commercial [4] 8/24 9/4 9/19 9/24
commissary [1] 29/22
commission [1] 99/21
commitment [1] 196/2
committed [2] 54/20 164/5
Commonwealth [1] 204/16
communicate [5] 26/25 29/21 29/24 40/4 126/15
communication [2] 27/5 53/18
communications [6] 29/13 30/4 32/24 34/22 36/6 190/15
community [2] 110/18 133/5
companies [1] 104/17
company [2] 104/16 239/22
compelled [1] 187/5
compelling [2] 48/12 48/24
compensation [1] 85/25
competing [2] 28/1 31/12
complain [1] 20/4
complaining [1] 18/24
complete [1] 251/19
completed [2] 10/6 241/18
completely [3] 178/23 178/24 184/18
complicated [1] 257/4
component [2] 175/8 175/9
computer [3] 2/9 97/20

computer-aided [1] 2/9
concede [1] 26/20
concentrate [1] 88/24
concern [28] 16/25 19/7 27/10 27/23 28/13 30/5 91/24 115/6 120/15 120/16 137/25 145/10 145/18 154/3 170/2 170/17 172/5 183/1 183/5 183/19 189/24 193/5 194/22 199/22 199/23 205/18 219/3 219/16
concerned [27] 4/1 4/5 27/1 27/7 31/23 32/2 33/9 73/19 80/7 81/23 89/10 99/5 115/24 117/2 122/25 128/20 133/15 134/9 145/22 152/19 157/24 184/17 192/5 199/21 215/4 218/8 236/24
concerning [10] 75/7 92/13 101/7 111/1 111/20 152/1 173/8 183/25 193/15 210/20
concerns [30] 17/3 26/22 27/12 27/18 27/19 65/1 66/17 77/2 85/11 107/9 111/19 113/4 113/19 124/20 131/8 132/2 134/23 145/20 152/24 169/14 170/4 188/5 189/10 197/3 209/14 211/12 217/15 224/6 230/2 238/16
concluded [2] 250/11 257/10
conclusion [2] 9/6 92/2
condition [1] 226/1
conditions [1] 226/7
conduct [15] 4/13 4/15 4/23 4/24 5/5 5/8 8/7 8/9 8/14 9/4 10/1 14/16 14/18 111/20 209/8
conducted [1] 7/12
conference [67] 22/17 37/11 53/24 56/9 60/13 62/24 72/13 75/1 78/12 81/18 84/8 87/8 89/5 93/22 95/19 95/24 99/12 100/24 104/23 105/24 108/12 109/24 112/10 115/17 121/13 127/17 130/21 135/9 141/9 148/4 149/11 151/22 155/10 157/17 161/8 165/25 167/16 171/21 172/16 172/19 172/24 179/8 181/10 182/16 186/19 189/3 191/6 195/12 198/20 206/4 210/14 212/20 214/15 220/9 222/7

**conference... [12]** 224/14 225/14 227/16 229/17 232/6 233/22 234/21 239/9 243/19 245/17 246/15 250/3
**conferences [1]** 251/21
**conferred [2]** 24/5 29/3
**confidence [3]** 99/7 209/7 209/11
**confident [2]** 195/2 195/3
**confirm [2]** 87/12 253/15
**conflict [4]** 83/2 157/14 210/11 234/18
**conflicts [1]** 191/16
**confused [3]** 144/9 145/12 145/13
**confusing [1]** 163/12
**confusion [1]** 146/12
**Congratulation [1]** 104/12
**Congratulations [1]** 104/9
**Congress [1]** 8/15
**conjecture [1]** 139/15
**connection [7]** 119/17 133/15 134/12 135/13 204/20 214/8 215/15
**conscience [2]** 237/17 237/24
**consider [4]** 4/9 48/13 48/25 57/11
**considered [1]** 198/8
**consistent [1]** 26/6
**consortium [1]** 85/17
**conspiracy [1]** 8/11
**constant [1]** 26/24
**constitute [1]** 10/1
**constitutes [3]** 8/8 9/4 9/10
**Constitution [1]** 2/5
**construction [1]** 9/13
**consult [1]** 12/12
**contact [4]** 76/17 126/11 209/14 213/18
**contacted [2]** 7/14 28/12
**contain [1]** 32/20
**context [2]** 24/21 114/8
**continue [7]** 42/3 196/3 196/4 207/16 243/15 243/16 250/22
**continued [2]** 2/1 10/6
**continues [2]** 35/16 127/21
**continuing [5]** 4/24 5/5 10/4 30/6 34/22
**contracting [2]** 172/15 196/2
**contractor [1]** 104/16
**contracts [1]** 104/15
**contrary [1]** 7/13
**Control [2]** 94/19 94/21
**controlled [1]** 138/5
**conversation [3]**

**convict [1]** 14/17
**convicted [15]** 47/8 47/11 76/5 111/2 113/5 117/6 123/1 125/24 127/20 127/23 169/21 176/7 203/5 206/20 216/15
**convince [1]** 34/3
**cool [1]** 93/17
**cooperation [2]** 19/19 20/20
**cop [1]** 121/21
**copy [2]** 15/8 256/8
**Corley [1]** 9/8
**corner [1]** 6/25
**corporate [2]** 93/1 176/1
**Corpus [1]** 80/3
**Corpus Juris Secundum [1]** 80/3
**correct [28]** 12/22 54/3 56/11 60/23 84/11 92/17 101/1 111/7 111/8 115/19 135/20 135/21 151/24 157/23 158/17 159/15 171/23 191/10 210/18 227/20 228/24 234/2 240/24 242/1 245/20 245/24 253/13 258/3
**correction [2]** 215/25 248/2
**corrections [4]** 215/20 215/22 217/25 218/15
**could [85]** 4/6 7/7 7/8 7/8 7/8 7/9 7/9 14/4 16/20 17/24 19/12 37/8 40/14 48/24 52/4 53/22 56/7 59/19 62/6 62/9 64/20 65/10 66/16 70/18 72/2 72/4 72/7 73/15 79/1 88/4 88/5 88/16 91/12 93/6 94/12 97/1 100/6 100/7 101/13 107/2 107/5 107/20 119/18 120/24 121/9 124/10 128/3 129/6 130/11 130/13 130/14 133/8 133/15 137/7 137/23 138/19 139/13 140/23 143/13 143/15 144/4 144/9 145/15 145/16 148/1 154/11 156/3 160/15 160/16 160/25 165/3 178/6 181/20 184/2 187/10 187/23 188/4 195/4 199/8 208/20 209/7 211/9 212/11 245/14 254/6
**couldn't [8]** 59/17 80/25 93/2 103/5 113/16 126/15 200/13 211/25
**counsel [43]** 3/12 18/25 20/23 21/3 21/5 22/24 23/25 24/5 25/18

36/3 37/8 43/11 43/18 44/2 53/21 99/1 137/15 149/9 159/17 178/9 205/16 212/7 213/7 213/17 213/21 218/10 223/16 223/23 227/8 228/11 233/12 236/20 245/11 245/12 246/8 247/16 247/16 249/20 254/8
**counsel's [2]** 28/8 213/25
**counseling [3]** 133/3 133/6 205/1
**count [3]** 30/5 118/25 215/19
**counting [3]** 222/1 240/15 240/16
**country [1]** 80/4
**counts [6]** 3/19 4/14 8/10 12/5 42/12 42/25
**County [4]** 17/21 17/22 174/11 174/12
**couple [11]** 3/16 19/5 20/8 33/8 36/21 92/18 103/12 189/17 230/9 240/21 243/13
**course [9]** 12/5 23/16 32/18 37/1 139/10 148/3 177/22 226/22 231/7
**courses [1]** 97/19
**court [122]** 1/1 2/2 2/3 2/4 3/2 7/19 8/6 8/7 9/16 16/17 16/24 17/3 17/13 19/8 28/2 30/3 30/21 33/6 37/4 41/24 46/19 46/22 55/7 55/7 55/11 56/6 59/5 59/11 59/11 59/15 59/16 60/11 62/22 67/25 72/11 74/24 76/12 78/10 81/16 83/5 84/6 86/11 87/6 89/3 92/8 93/20 95/17 99/10 100/22 102/6 102/11 104/21 105/22 108/10 109/22 112/8 114/2 115/15 121/11 125/5 125/5 125/25 127/15 130/10 130/11 130/19 132/5 134/10 135/7 141/7 144/11 147/4 148/8 148/21 148/24 151/20 155/8 157/15 161/6 165/23 167/14 169/4 169/15 170/7 171/4 171/19 179/6 181/1 181/8 182/14 186/17 189/1 191/4 195/10 197/5 198/2 198/18 202/4 206/2 210/12 211/17 211/18 212/18 214/13 215/3 217/25 220/7 222/5 224/12 225/12 227/14 229/15 232/4 233/20

242/25 244/13 246/7 249/7 250/9
**court system [1]** 102/11
**Court's [7]** 16/13 24/4 29/2 62/12 105/11 249/21 254/11
**courtesy [1]** 19/17
**courthouse [1]** 252/23
**courtroom [10]** 3/11 38/4 39/21 41/25 70/17 77/6 147/19 224/1 250/25 253/3
**courts [7]** 4/23 4/24 9/13 12/1 38/18 102/5 102/18
**cousin [12]** 173/15 174/7 174/8 174/13 202/15 202/16 202/22 202/23 203/25 204/12 204/15 205/6
**cousins [1]** 202/8
**cover [2]** 169/15 192/2
**covered [4]** 80/6 117/3 194/21 218/20
**covert [3]** 58/3 60/1 60/2
**coworker [1]** 207/20
**CR [1]** 1/4
**created [1]** 35/7
**creating [1]** 9/9
**Creek [1]** 63/16
**crime [58]** 10/6 13/8 25/16 47/9 47/9 47/12 47/12 47/15 47/15 47/16 47/17 47/22 47/22 47/24 47/25 54/19 69/17 69/18 69/19 70/6 71/21 71/24 76/5 76/6 106/8 106/15 111/2 113/6 113/6 113/16 116/13 117/7 117/8 117/17 123/2 123/2 136/1 138/2 144/12 144/12 162/3 162/12 162/14 164/5 169/22 169/22 176/8 176/8 176/10 203/5 203/6 203/13 206/21 206/21 215/5 216/15 216/16 216/17
**crimes [5]** 69/2 69/2 136/23 193/20 231/4
**criminal [87]** 3/6 13/13 13/19 26/1 37/24 38/11 42/10 42/23 49/6 49/10 51/8 51/11 51/12 54/7 56/1 56/16 58/22 63/14 65/2 65/5 65/9 66/25 67/2 74/7 75/18 75/19 75/22 77/6 77/13 79/19 80/1 82/6 82/8 85/2 85/7 86/8 90/11 90/12 91/25 92/20 94/8 96/10 102/20 103/9 103/11 103/12 103/13 103/23 113/1 113/2 113/20

122/21 124/20 124/23 132/3 132/11 152/25 153/18 163/16 168/21 169/9 170/5 170/7 170/22 171/6 174/13 174/14 175/8 175/10 175/25 176/1 176/2 176/5 193/18 194/10 194/12 197/4 197/7 197/18 198/4 198/8 202/21 206/17 211/13 239/24 240/4
**criminality [1]** 14/16
**critical [3]** 38/16 251/9 251/9
**criticizing [1]** 35/4
**crossing [1]** 246/12
**CRR [2]** 258/2 258/8
**cubicle [1]** 207/20
**cumbersome [1]** 15/23
**Cup [1]** 154/22
**current [2]** 147/19 175/23
**currently [5]** 82/12 196/23 207/22 207/24 208/1
**custodian [1]** 22/8
**customer [1]** 161/1
**customers [3]** 8/25 10/8 10/13
**cut [4]** 17/25 18/3 68/17 190/8
**cut-ins [1]** 17/25
**CVRA [1]** 25/13
**CVS [1]** 165/8

**D**

**D.C [38]** 1/5 1/15 1/20 2/6 5/4 5/13 5/17 5/22 6/1 6/7 7/8 7/12 7/12 7/16 7/20 7/21 7/23 8/24 11/1 11/3 59/8 59/9 74/5 74/6 112/22 121/21 123/22 123/23 125/5 125/7 130/13 161/23 175/23 189/14 196/23 201/17 201/19 208/9
**D.C. [4]** 59/15 59/16 132/5 211/18
**D.C. Superior [3]** 59/15 132/5 211/18
**D.C. Superior Court [1]** 59/16
**dad [2]** 107/11 152/22
**danger [1]** 30/16
**Daniel [1]** 44/20
**Daniel Ohr [1]** 44/20
**data [1]** 106/16
**date [3]** 128/21 199/17 258/7
**dates [1]** 24/8
**Davis [14]** 1/13 3/9 4/20 27/16 35/1 38/2 43/14 43/23 44/17 105/13 114/11 186/12 210/10 247/18
**day [32]** 19/8 20/25

**day... [30]** 21/2 21/6 21/7 21/7 22/23 28/11 32/5 35/4 52/9 88/3 98/18 129/20 130/11 130/15 141/4 155/2 156/20 160/1 200/6 200/9 205/20 221/2 221/4 229/9 251/8 251/15 251/18 251/24 256/15 256/23

**days [9]** 19/2 20/9 23/13 33/8 52/2 52/3 155/23 156/9 234/9

**days are [1]** 234/9

**DC [1]** 1/14

**DCPS [3]** 82/15 213/7 213/17

**deal [7]** 3/17 27/20 32/13 34/4 209/4 255/19 256/1

**dealing [2]** 27/2 27/3

**dean [1]** 202/13

**death [2]** 98/1 224/5

**decade [1]** 124/11

**December [1]** 82/21

**decide [3]** 18/4 33/24 235/11

**decided [2]** 4/24 54/11

**decision [8]** 9/7 17/13 32/21 38/18 39/8 54/17 92/1 126/20

**decision-makers [1]** 38/18

**decision-making [3]** 32/21 39/8 54/17

**declarant [2]** 24/13 24/22

**deem [1]** 30/6

**deemed [2]** 5/7 30/10

**defendant [24]** 1/7 1/17 3/11 5/2 5/3 5/6 7/11 8/10 8/20 8/22 9/2 9/25 10/20 17/12 26/24 29/15 30/4 38/4 43/15 43/24 126/13 143/25 164/22 209/7

**defendant's [1]** 250/4

**defense [34]** 3/10 11/21 12/2 12/4 12/8 13/9 21/3 23/25 25/18 25/20 26/11 26/12 27/12 29/6 30/19 36/14 38/3 45/2 45/5 45/8 55/22 79/20 84/24 92/21 102/21 103/1 187/15 193/11 203/1 246/16 252/15 253/18 255/4 256/4

**defense's [1]** 35/8

**defined [1]** 10/2

**definitely [1]** 88/20

**definition [1]** 180/3

**definitive [1]** 72/3

**degree [1]** 79/22

**degrees [1]** 73/11

**delay [3]** 31/14 34/5 36/12

**delayed [1]** 166/25

**delays [1]** 166/16

**deliberate [2]** 113/25 236/22

**deliberating [1]** 242/10

**deliberation [3]** 56/20 56/21 56/22

**deliberations [4]** 185/6 185/8 185/12 252/19

**deliberative [1]** 187/10

**demands [2]** 73/10 73/11

**democracy [1]** 38/17

**deny [5]** 12/4 72/9 127/25 140/20 141/4

**depart [1]** 251/15

**department [26]** 15/16 15/25 45/24 46/1 46/2 46/10 46/13 46/14 50/19 51/1 65/19 66/9 90/2 92/3 94/6 94/7 105/17 106/9 123/25 131/14 133/4 152/4 168/5 168/14 189/23 213/14

**depend [1]** 147/17

**depending [1]** 183/7

**depends [4]** 65/11 65/14 101/16 184/6

**Deputy [3]** 41/25 192/16 224/1

**described [1]** 209/9

**description [1]** 253/10

**design [1]** 108/2

**designed [1]** 14/19

**desire [4]** 18/16 40/18 40/18 224/6

**desk [1]** 216/12

**detail [2]** 230/16 253/9

**details [2]** 38/12 188/10

**determine [3]** 8/8 54/19 92/2

**determining [2]** 4/16 140/24

**developed [1]** 25/11

**development [3]** 105/16 133/5 212/14

**devices [3]** 39/22 39/25 40/2

**DHS [3]** 173/16 174/22 174/24

**did [93]** 4/2 5/2 5/3 8/18 9/25 10/23 51/8 51/12 54/24 54/25 56/24 57/5 57/22 57/23 57/25 58/1 58/7 58/7 67/10 72/7 74/17 79/14 79/19 79/25 80/18 80/21 82/24 82/25 85/19 86/19 88/9 91/2 96/5 100/18 101/20 103/16 103/18 104/7 104/13 105/6 118/10 121/6 123/20 123/21 123/21 125/21 134/9 135/22 135/25 145/1 146/7 149/23 150/2

**delayed [1]** 166/25

**direct [1]** 252/25

**did you [4]** 86/19 163/6 164/18 222/18

**didn't [54]** 15/13 15/19 28/5 30/25 31/21 36/7 36/8 67/6 68/17 77/15 78/15 78/24 79/13 79/14 87/9 87/16 88/1 88/7 99/4 113/25 132/21 135/22 141/2 143/5 144/19 145/23 156/12 157/10 158/12 159/2 159/14 160/9 160/20 160/22 162/24 164/14 179/12 179/15 179/16 179/18 179/19 179/24 180/4 180/4 181/3 194/17 204/20 214/18 215/12 216/7 222/15 224/19 230/20 230/21

**died [2]** 67/24 79/5

**different [16]** 15/10 27/3 54/13 54/15 68/20 96/15 104/17 119/3 119/3 124/6 137/2 138/18 169/5 209/25 231/8 231/9

**difficult [32]** 13/14 13/15 13/20 14/17 16/4 49/7 49/11 50/5 50/16 50/23 51/5 51/14 51/17 52/15 52/19 52/24 53/3 58/15 61/3 64/5 76/21 89/23 98/17 117/20 117/23 123/9 136/20 187/22 193/10 209/18 236/11 238/2

**difficulty [12]** 79/15 88/9 105/6 135/23 136/18 143/18 159/3 159/7 161/16 182/1 228/3 237/7

**difficulty trying [1]** 143/18

**digital [1]** 8/22

**diligent [1]** 32/2

**DiMauro [1]** 44/19

**dire [15]** 12/15 12/17 12/18 12/19 12/24 16/11 16/18 16/21 17/2 36/22 87/10 87/18 253/11 253/17 253/22

**dire-related [1]** 16/18

**direct [1]** 252/25

**directed [1]** 166/25

**direction [1]** 148/16

**directly [2]** 129/18 238/21

**director [3]** 94/18 114/14 154/12

**disagreed [1]** 185/1

**disagreement [1]** 185/10

**disagrees [1]** 69/14

**disclose [5]** 19/3 19/9 19/19 256/12 256/15

**disclosed [11]** 23/8 23/8 27/13 30/22 31/1 31/3 31/17 31/22 33/14 33/20 35/19

**disclosing [3]** 134/9 137/21 139/14

**disclosure [4]** 26/11 31/10 32/6 34/3

**disclosures [6]** 19/22 34/20 34/20 34/21 36/6 36/11

**discomfort [1]** 236/21

**discoverable [1]** 29/8

**discovery [6]** 18/25 19/22 20/1 28/13 31/1 122/15

**discuss [4]** 27/19 83/23 147/24 252/13

**discussed [5]** 4/3 10/15 77/1 106/11 116/15

**disfavor [1]** 193/1

**dismiss [3]** 3/18 11/2 12/5

**dismissal [2]** 11/21 12/5

**dismissed [1]** 67/5

**dispute [1]** 9/2

**disqualify [2]** 14/10 14/25

**disregard [1]** 17/16

**distance [1]** 206/23

**distant [2]** 171/13 171/14

**distasteful [4]** 48/7 48/9 48/19 48/21

**distinction [2]** 59/1 59/3

**distracting [1]** 88/17

**DISTRICT [27]** 1/1 1/1 1/10 2/4 2/4 6/6 9/1 10/9 10/11 10/13 10/22 11/6 11/8 11/9 11/11 11/14 11/20 16/2 42/15 43/3 45/24 46/10 50/21 51/3 66/5 66/11 169/4

**division [4]** 152/8 152/15 192/18 215/13

**divisions [1]** 194/8

**DMV [3]** 5/7 5/10 5/13

**DMV Supreme [2]** 5/7 5/10

**do [284]**

**do that [1]** 137/9

**do you [13]** 13/18 49/4 54/15 125/6 128/21

**director [3]** 182/8 184/2 190/12 213/25 225/5 239/19 254/20

**do you have [19]** 137/25 140/9 140/11 150/25 179/11 181/16 193/5 194/22 199/21 199/22 201/24 217/15 217/19 217/21 220/15 222/14 223/17 228/11 230/2

**do you know [14]** 43/8 43/20 44/3 45/12 45/14 63/14 82/5 150/9 180/12 190/17 193/19 193/20 202/25 232/14

**do you recognize [2]** 45/12 45/14

**do you remember [2]** 142/7 142/10

**do you think [2]** 76/1 117/19

**doc [1]** 198/12

**document [1]** 12/22

**documents [1]** 28/18

**does [57]** 3/19 3/20 9/2 10/1 15/15 15/24 21/19 40/25 41/2 45/19 45/21 46/6 50/3 50/14 50/18 50/25 51/13 51/16 63/13 63/14 68/12 73/5 74/4 74/7 75/24 76/1 77/4 106/13 106/15 106/16 106/19 107/1 115/6 122/4 122/14 122/20 133/24 134/10 138/2 147/6 158/19 169/15 172/15 174/12 176/2 176/3 206/14 208/13 211/4 219/3 226/7 232/19 232/22 232/24 251/12 254/8 256/24

**doesn't [16]** 17/8 18/11 33/10 64/11 66/12 118/24 131/19 134/7 140/22 143/6 143/7 190/1 206/16 220/5 231/7 232/23

**doing [21]** 30/19 31/24 33/22 34/10 35/6 36/2 40/11 73/6 74/10 82/13 92/25 93/1 170/21 174/15 222/9 223/8 227/18 239/11 239/24 252/16 252/17

**DOJ [4]** 131/11 192/13 192/15 194/6

**domain [1]** 26/10

**don't [141]** 14/6 15/19 16/16 18/24 20/15 24/11 25/2 25/10 26/20 28/2 28/14 28/19 29/17 31/13 31/14 31/18 33/1 33/2 33/3 33/3 33/4 33/11 36/11 36/22 53/21 57/2 57/8 58/16 59/3 59/12 59/21 59/24

Case 1:19-cr-00369-APM Document 161 Filed 03/08/22 Page 267 of 289

**D**

**don't... [109]** 62/9 64/24 65/10 76/13 77/14 77/16 77/17 77/22 79/10 81/2 81/9 83/10 83/19 86/18 87/10 87/24 88/21 89/12 89/13 89/15 90/19 91/3 95/7 97/11 97/14 99/7 101/23 103/15 106/18 106/18 107/4 107/8 113/3 115/10 116/22 117/22 118/9 120/16 120/20 120/21 121/25 122/3 122/8 122/22 124/17 124/17 127/7 127/8 127/22 133/14 133/15 134/5 143/19 143/20 147/14 149/9 150/18 151/17 153/21 161/21 162/2 162/19 162/21 168/20 170/8 171/9 171/16 173/22 173/23 173/24 177/2 177/6 178/4 185/9 187/4 188/9 191/16 191/17 193/13 193/23 193/25 201/22 203/14 207/11 207/12 211/7 211/20 211/20 212/15 214/1 214/19 216/6 217/13 217/18 217/20 219/13 219/14 219/16 220/23 223/2 230/12 231/1 233/3 237/12 238/2 240/10 245/8 254/7 256/17
**done [17]** 18/6 24/3 27/21 30/19 31/24 110/21 142/18 147/7 147/14 168/14 168/18 181/22 193/18 239/24 246/9 246/13 250/16
**doodled [1]** 72/17
**doodling [1]** 72/19
**doodling skills [1]** 72/19
**door [2]** 59/12 59/13
**doubt [11]** 26/13 54/21 64/22 107/5 124/14 131/1 153/19 164/8 168/15 175/15 177/17
**doubts [2]** 146/3 217/21
**Douyon [5]** 241/20 252/21 255/19 256/2 256/10
**down [24]** 11/14 41/9 41/11 41/13 67/24 78/25 79/14 87/9 88/1 96/5 105/3 141/13 144/20 145/20 146/11 153/7 154/17 181/19 182/23 225/19 232/19 235/9 243/7 244/7
**Dr. [1]** 44/23
**Dr. Chitra Raghavan [1]** 44/23

**draft [1]** 136/3
**dramatic [1]** 119/25
**dramatization [1]** 184/14
**Drew [1]** 83/13
**Drinker [5]** 84/18 84/20 84/21 84/22 85/16
**drive [1]** 136/4
**drive-by [1]** 136/4
**driven [2]** 10/18 27/17
**driving [1]** 129/11
**drop [1]** 244/7
**drug [7]** 14/13 125/2 212/13 232/20 232/20 232/21 232/22
**drug-related [1]** 125/2
**drugs [3]** 64/12 153/13 153/15
**due [13]** 97/13 109/25 157/13 167/13 199/7 199/8 199/17 204/2 205/7 221/17 234/17 238/17 251/11
**during [15]** 10/16 17/25 39/17 40/2 43/18 44/2 53/9 55/20 88/3 129/20 200/9 200/10 200/17 226/22 251/24
**duty [8]** 38/19 126/19 134/16 153/3 166/15 224/4 236/14 237/23

**E**

**E. [1]** 43/14
**each [15]** 38/13 40/25 41/6 41/17 42/1 44/7 53/6 53/7 161/10 161/11 227/24 228/1 241/22 242/3 242/14
**earlier [4]** 53/11 154/2 173/7 252/8
**early [1]** 153/4
**earn [1]** 41/25
**easy [1]** 66/22
**economic [1]** 78/1
**education [1]** 237/3
**education-based [1]** 237/3
**effect [2]** 68/22 208/17
**effects [1]** 30/17
**efforts [1]** 150/24
**eight [4]** 52/2 52/3 155/23 209/10
**Eighth [1]** 9/16
**either [20]** 16/3 32/19 49/25 50/4 50/11 50/15 50/22 51/4 58/15 63/23 76/2 79/20 92/21 102/20 110/20 162/13 174/2 201/20 211/13 227/21
**electronic [1]** 53/18
**electronically [1]** 147/22
**element [2]** 38/17 251/9
**elevator [1]** 238/24
**elicit [2]** 14/13 14/20

**else [1]** 3/2
**else [19]** 16/19 18/20 36/20 74/21 85/12 116/24 123/22 151/17 160/16 166/20 190/13 192/2 212/15 240/10 241/5 255/25 257/6
**elsewhere [2]** 42/15 43/3
**email [5]** 1/16 1/16 35/19 40/7 53/17
**embarrass [1]** 40/19
**emotion [3]** 128/1 138/5 141/2
**emotional [6]** 57/6 57/9 69/20 71/22 120/19 183/15
**emotionally [2]** 184/17 219/17
**employed [3]** 132/20 132/24 149/23
**employer [2]** 252/2 252/5
**employment [2]** 81/8 196/1
**enabled [1]** 39/21
**end [11]** 21/5 32/5 44/7 49/22 50/8 67/5 109/1 141/3 249/10 256/15 256/22
**ended [1]** 125/3
**ends [4]** 155/23 177/1 183/16 183/17
**enforcement [61]** 44/18 45/23 46/3 46/9 46/14 49/23 50/1 50/4 50/9 50/13 50/15 58/3 59/21 59/24 60/4 89/11 101/8 101/18 101/25 106/6 106/22 106/24 107/7 115/25 116/25 121/19 131/9 131/23 149/15 150/24 152/2 168/2 168/15 173/8 173/9 173/13 174/4 175/3 175/14 175/16 177/23 189/11 192/6 192/25 193/2 193/9 201/6 201/7 201/8 201/12 201/13 201/25 210/20 211/4 211/10 214/7 215/6 215/13 215/14 215/16 232/14
**enjoy [2]** 250/24 252/25
**enough [7]** 10/14 14/10 37/15 76/13 124/19 130/25 173/6
**ensure [2]** 27/13 41/23
**enter [3]** 183/22 185/22 252/22
**entered [2]** 184/15 185/23
**entering [2]** 159/3 159/7
**enterprise [2]** 5/7 5/15
**entire [3]** 40/14 87/22 87/23

**entitled [2]** 42/20 257/3
**equipment [1]** 255/7
**equivalent [1]** 145/15
**Erica [1]** 44/14
**Erin [2]** 43/18 44/1
**Erin Luibrand [2]** 43/18 44/1
**escape [1]** 216/12
**especially [2]** 184/16 185/16
**essential [3]** 4/13 4/15 4/23
**essentially [6]** 4/8 11/23 12/18 34/3 52/8 130/15
**establish [2]** 10/14 11/5
**establishing [1]** 11/7
**estate [3]** 99/18 99/20 206/15
**estimate [1]** 147/10
**estimated [1]** 149/7
**European [1]** 191/21
**evaluation [4]** 32/16 70/1 88/17 178/19
**eve [1]** 35/9
**even [15]** 9/2 10/2 18/7 30/10 31/21 33/6 41/18 88/2 115/10 127/21 142/3 146/10 183/6 196/3 237/15
**even about [1]** 142/3
**even-handed [1]** 183/6
**evening [4]** 35/19 99/25 155/21 234/7
**event [2]** 126/4 136/12
**eventually [1]** 125/23
**ever [20]** 7/11 7/15 27/23 45/22 46/18 46/21 46/24 47/2 47/8 47/11 54/7 55/16 76/25 127/22 162/11 163/15 194/7 229/9 236/15 236/15
**every [9]** 14/12 25/24 52/9 97/25 98/18 112/22 160/1 226/18 251/18
**everybody [13]** 36/4 70/12 74/4 111/25 126/7 130/25 147/19 223/1 236/4 238/18 240/13 243/10 253/7
**everyone [11]** 3/5 16/6 37/6 39/4 67/24 123/8 126/4 148/20 149/1 253/4 253/12
**everything [10]** 35/23 80/4 87/23 93/10 100/3 139/13 147/16 205/2 205/3 227/11
**evidence [89]** 7/11 7/13 8/21 29/12 29/14 31/16 31/18 31/20 33/14 35/3 35/7 35/17 35/17 39/6 40/24 48/6 48/7 48/9 48/13 48/14 48/15 48/18 48/19

**48/25 49/1 49/2 57/9 57/11 57/12 62/3 64/19 70/1 73/16 88/18 96/23 99/8 111/15 115/4 117/16 117/25 118/14 118/16 119/4 119/5 120/12 120/12 120/17 136/13 136/14 136/14 137/4 137/5 138/18 138/20 139/1 139/7 139/25 140/24 140/25 141/1 142/15 142/16 142/20 143/10 144/1 145/17 150/19 153/17 158/24 159/1 164/12 178/20 183/24 183/24 184/4 185/5 188/6 188/7 207/6 207/8 217/4 219/5 219/7 226/22 236/24 251/19 251/24 252/18
**exactly [6]** 5/25 59/24 121/6 176/23 180/14 243/2
**exam [1]** 210/1
**examination [1]** 45/3
**examined [1]** 30/9
**examiner [4]** 91/22 150/15 151/9 151/11
**examiner or [1]** 150/15
**example [8]** 6/14 6/23 41/12 41/13 77/4 102/2 193/21 200/18
**exams [2]** 209/20 209/24
**Excellent [3]** 227/7 229/5 229/8
**exchange [3]** 175/1 241/18 245/13
**exchanged [1]** 246/11
**exclude [1]** 13/25
**Exclusively [1]** 194/9
**excuse [6]** 40/22 42/4 72/24 95/25 196/12 232/23
**excused [1]** 200/22
**excuses [1]** 224/3
**exemplar [1]** 6/23
**exhibit [4]** 6/15 256/2 256/5 256/6
**exhibits [1]** 255/3
**existence [1]** 23/12
**exit [2]** 148/9 252/23
**exited [3]** 133/10 250/25 253/3
**expect [6]** 19/18 19/18 52/4 120/10 207/5 207/7
**expectation [2]** 21/11 243/9
**expected [2]** 26/12 52/1
**experience [39]** 57/10 67/13 76/20 80/24 91/6 103/22 114/5 117/19 118/1 124/14 125/1 125/9 132/11 135/25 136/17 138/2 138/20

**E**

experience... [22] 142/19 170/1 170/16 174/17 176/21 177/12 185/1 192/23 193/1 193/9 197/13 203/18 203/21 208/14 209/9 211/24 216/3 216/3 217/6 219/15 233/17 236/5

experienced [1] 184/3
experiences [5] 70/13 113/15 143/14 188/4 230/23
expert [3] 183/24 184/6 184/24
expertise [1] 184/5
experts [1] 184/4
explain [2] 27/19 144/9
explanation [2] 23/8 23/10
expounding [1] 233/17
express [4] 86/4 185/9 236/23 237/2
extend [2] 38/13 156/12
extension [1] 123/10
extent [5] 26/1 27/23 55/12 169/8 221/9
extra [4] 37/19 165/1 165/5 253/9
extreme [4] 51/20 51/22 52/11 195/24
eye [1] 226/4
eyesight [1] 226/21

**F**

F.3d [1] 9/16
F.App'x [1] 9/8
Facebook [2] 5/12 40/9
fact [21] 6/1 11/1 11/10 13/23 17/16 33/23 34/22 53/16 59/25 64/2 65/7 101/24 107/1 111/15 127/4 153/22 158/18 158/19 168/13 178/20 189/22
facts [6] 62/6 65/14 66/20 68/9 70/16 237/3
facts-based [1] 237/3
Faegre [4] 84/17 84/20 84/22 85/16
Faegre Drinker [1] 85/16
fair [100] 13/14 13/15 13/20 16/5 28/3 31/15 39/7 49/7 49/12 50/5 50/16 50/24 51/5 52/18 52/20 53/2 53/4 56/1 58/15 61/3 63/18 64/5 65/10 69/12 69/20 69/22 71/9 71/16 71/17 72/3 72/7 72/9 76/2 76/21 77/11 80/25 85/1 89/24 102/1 103/5 107/6 111/17 113/17 116/20 117/20 119/18 120/24 121/9 123/12 128/4 136/18 137/20 137/23 139/13 140/13 140/23 141/3 143/14 143/22 144/1 145/16 146/3 146/5 151/1 168/16 170/17 173/6 174/18 175/15 176/21 177/13 178/3 178/5 183/25 184/18 188/25 193/10 197/14 203/22 203/23 204/4 207/10 208/18 208/20 209/7 211/6 211/25 216/4 217/16 218/8 230/3 230/12 230/24 231/2 231/10 233/1 235/25
fairest [1] 40/20
Fairfax [1] 204/15
fairly [9] 52/15 52/24 76/11 99/8 114/16 117/25 119/5 138/19 176/17
fall [1] 145/20
falls [1] 114/1
falsely [2] 123/4 127/24
familiar [1] 180/16
families [1] 204/2
family [20] 30/16 40/8 45/17 45/20 46/7 46/17 47/6 85/4 111/9 126/6 156/17 174/14 175/22 178/13 178/20 218/1 223/3 224/5 230/4 230/8
far [3] 17/18 205/3 242/21
far as [1] 242/21
Farsi [2] 95/1 95/2
Faruqui [1] 95/7
fashion [2] 26/6 27/13
father [4] 79/5 79/17 152/3 152/21
fault [1] 223/13
faulting [1] 35/2
favor [2] 193/1 194/23
favorably [1] 190/2
favorite [2] 220/2 220/6
FBI [14] 46/1 46/12 149/24 149/25 150/23 173/17 173/19 174/2 178/14 178/17 178/20 178/20 192/12 207/22
FDA [1] 212/13
FDA-related [1] 212/13
February [6] 1/5 20/6 52/7 84/21 199/7 258/7
federal [5] 55/7 89/15 89/16 169/4 172/15
feel [18] 14/1 14/4 39/18 39/21 69/7 71/1 126/12 126/14 126/15 126/20 126/20 127/6 139/20 140/15 176/17 187/5 188/12 236/1
feelings [10] 15/16

51/1 65/18 70/22 90/2 177/3
fees [1] 77/6
fellow [1] 147/24
felt [2] 69/18 159/5
fem [1] 7/1
female [2] 7/1 208/8
females [2] 42/13 43/1
few [8] 23/13 37/19 202/8 208/4 221/25 242/23 243/17 251/15
few minutes [1] 242/23
fiance [1] 174/21
fiancé [2] 173/16 175/13
fiancée [1] 199/7
field [2] 184/3 204/3
fight [1] 204/2
figure [4] 20/10 24/23 27/25 219/11
figured [2] 33/7 111/25
filed [4] 4/2 12/17 158/16 158/19
fill [1] 23/21
filter [1] 28/16
final [5] 15/14 52/12 52/22 91/25 229/25
find [4] 26/25 140/16 236/10 240/22
fine [13] 20/6 23/9 134/24 155/23 200/14 200/15 214/2 224/16 224/24 226/20 229/19 248/4 254/13
fines [1] 77/6
fingerprint [2] 150/14 150/18
fingerprinting [2] 150/5 150/6
finish [2] 115/10 149/6
finished [3] 82/17 82/18 82/20
firearm [1] 76/8
firm [6] 81/11 85/19 85/20 85/24 105/16 168/24
firm, [1] 85/22
firm, yes [1] 85/22
first [36] 3/18 5/20 5/22 9/5 17/20 19/16 21/15 24/6 24/12 24/18 31/21 31/25 33/16 38/13 53/20 55/16 71/16 71/18 72/20 75/7 76/11 79/13 128/18 133/5 157/22 157/24 187/13 210/20 215/24 241/10 241/15 242/1 248/10 251/4 251/16 254/22
first-time [1] 133/5
fiscal [1] 77/25
fit [1] 218/19
fits [1] 140/25
five [6] 45/16 108/18 171/25 182/7 233/8 245/11

238/19 239/3
fleeing [1] 164/23
flesh [3] 107/20 138/11 212/11
flexibility [2] 221/1 221/5
flight [3] 108/23 156/25 234/5
floor [2] 80/18 85/17
Florida [3] 1/19 101/18 232/19
flying [1] 155/24
focus [15] 4/13 64/18 66/20 68/9 73/16 82/25 86/23 91/6 96/23 119/4 137/4 138/20 142/20 158/24 184/3
focused [4] 4/16 5/8 73/15 140/3
FOIA [2] 214/3 214/5
folks [11] 33/25 106/24 111/16 113/2 177/23 193/16 202/20 209/15 244/14 245/7 249/8
follow [72] 14/21 41/19 42/2 48/14 49/1 53/7 55/3 57/17 58/17 67/21 70/25 74/14 76/23 77/19 81/3 82/9 83/3 83/24 84/2 86/24 87/1 92/23 95/11 98/14 98/22 100/11 104/2 105/10 107/16 109/10 111/21 112/3 114/9 119/8 119/11 125/14 129/9 132/12 132/15 135/3 137/16 138/24 144/5 145/11 145/17 145/17 145/23 151/5 154/7 161/20 164/17 165/14 180/20 185/5 186/5 188/18 190/5 194/2 197/19 197/22 204/8 210/4 212/4 213/21 223/17 228/7 231/18 233/12 234/14 237/12 237/13 240/6
follow-up [52] 14/21 41/19 42/2 55/3 57/17 58/17 67/21 74/14 76/23 77/19 81/3 82/9 83/3 84/2 87/1 92/23 95/11 98/14 98/22 100/11 104/2 105/10 107/16 109/10 111/21 112/3 119/8 125/14 129/9 132/15 135/3 137/16 144/5 151/5 154/7 161/20 164/17 165/14 180/20 186/5 188/18 190/5 194/2 197/22 204/8 210/4 213/21 223/17 231/18 233/12 234/14 240/6
followed [1] 190/19
followers [1] 40/8
following [6] 12/7

52/5 52/6 146/1 228/5
follows [9] 13/11 15/24 26/5 42/9 43/20 45/19 50/7 50/18 52/21
foolish [1] 80/21
footnote [2] 5/1 5/2
foreclosing [2] 33/22 36/14
foregoing [1] 258/3
foreign [3] 94/19 94/21 95/1
foreign-language [1] 95/1
foremost [3] 24/18 72/20 251/16
forensic [3] 106/24 106/24 215/24
Forever [1] 229/3
forewarn [1] 39/13
forget [2] 136/20 174/15
forgive [4] 77/22 81/8 230/15 237/14
forgot [1] 37/13
form [3] 97/12 158/20 237/8
former [2] 192/13 193/23
formerly [1] 168/4
forth [3] 30/1 61/21 129/12
forward [7] 11/9 11/18 20/1 36/18 100/7 149/5 251/2
found [8] 47/16 47/24 94/6 94/11 94/13 126/13 142/8 155/2
foundation [3] 154/12 154/18 154/20
four [13] 19/23 23/13 60/25 63/2 94/1 101/2 115/20 121/16 171/25 211/16 224/3 234/8 239/4
Fourth [3] 1/14 55/8 55/9
Fourth Street [1] 55/9
frame [1] 7/13
Francisco [1] 106/9
frankly [3] 24/1 24/22 141/1
free [2] 39/18 39/22
freely [1] 236/22
frequently [1] 134/19
fresh [3] 177/6 177/18 177/19
Friday [4] 21/3 32/8 52/8 210/1
friend [23] 40/8 73/23 74/7 74/17 75/25 76/24 76/24 83/10 121/20 121/23 122/6 124/11 125/16 125/18 126/14 127/20 189/13 189/22 190/18 192/12 196/19 201/18 207/20
friendly [1] 147/21

**F**

friends [23] 45/18 45/21 46/7 46/18 47/7 58/2 58/14 59/20 75/11 85/4 92/19 101/25 102/15 102/19 111/9 112/25 123/3 126/5 126/9 168/4 201/12 201/16 208/1
friendship [2] 122/6 126/21
front [6] 110/3 152/16 194/18 221/1 235/10 254/7
Frost [1] 44/16
frustration [1] 34/8
full [3] 23/25 29/18 88/22
fully [1] 36/8
fun [1] 154/23
function [1] 134/4
fundamental [1] 38/16
further [9] 62/11 140/14 167/5 171/2 178/2 178/4 205/13 229/10 252/22
future [3] 27/15 94/11 127/5

**G**

GAO [1] 114/12
gaps [1] 251/22
gave [3] 19/8 146/6 253/23
geared [1] 235/22
general [11] 66/2 66/4 67/22 68/4 82/7 140/5 182/25 192/17 213/7 213/16 213/25
General's [1] 68/6
General's office [1] 68/6
generally [1] 127/8
gentlemen [13] 37/9 38/5 45/1 45/11 53/5 53/19 147/5 148/9 149/3 243/1 243/15 250/10 251/1
Georgetown [2] 117/14 202/14
get [43] 28/2 30/18 32/15 34/1 36/3 36/23 37/19 40/11 42/7 70/2 110/12 111/22 129/2 130/24 146/17 153/3 155/2 160/18 165/17 172/20 204/23 209/3 220/23 223/7 230/21 232/2 233/19 238/7 239/5 239/6 241/17 241/21 242/6 242/14 245/22 245/22 245/24 245/24 251/19 251/23 251/24 251/25 252/23
gets [2] 28/3 205/7
getting [13] 23/11 23/13 23/19 27/12 34/13 63/18 77/5

209/3 234/13 249/9
getting married [1] 234/13
girlfriend [1] 122/12
give [40] 17/6 17/10 20/24 21/8 36/16 36/21 49/25 50/11 64/19 67/17 70/17 91/7 91/15 93/6 103/23 114/9 122/7 130/18 132/13 148/5 154/14 169/11 169/13 170/2 174/2 178/1 197/19 201/24 204/4 212/5 218/7 219/14 230/16 241/19 251/11 251/11 253/25 256/8 256/10 256/23
given [18] 9/13 9/13 12/2 14/23 20/5 20/8 20/17 26/15 34/5 36/12 42/3 85/24 86/23 188/24 199/22 210/11 219/3 255/15
gives [2] 177/17 189/24
giving [2] 10/12 97/8
glad [1] 30/21
glasses [2] 226/24 226/25
gmail.com [2] 1/21 2/7
go [33] 8/3 14/3 20/1 32/7 33/7 52/3 54/12 71/6 79/2 80/14 88/4 110/23 111/22 128/19 146/14 157/7 159/23 166/19 177/10 181/7 185/24 205/21 208/4 208/9 250/21 251/18 254/22 255/16 256/18 256/20 256/21 256/21 256/22
Go ahead [4] 71/6 79/2 80/14 159/23
goal [1] 239/6
God [1] 237/22
godfather [2] 202/8 202/13
Godson [1] 223/4
goes [12] 23/14 147/13 147/16 184/7 200/24 248/20 248/22 248/24 248/25 249/1 249/3 250/6
going [75] 11/17 15/22 15/24 19/20 20/1 20/16 25/5 31/19 32/7 32/7 36/7 38/22 67/23 67/25 68/8 68/13 71/14 73/6 73/7 99/3 99/9 100/17 107/9 109/25 114/24 116/6 117/15 118/18 120/11 120/12 127/18 127/25 130/23 133/21 139/7 140/20 146/2 146/13 146/18 146/20 146/23 147/6 149/5 156/19 166/4 177/20

185/23 186/2 199/12 199/19 200/21 204/1 204/13 205/6 205/17 205/23 210/10 218/24 221/17 223/24 234/6 238/25 241/15 241/25 242/22 244/7 248/10 249/8 254/4 254/22 255/3 255/16
gone [17] 41/16 46/25 47/3 47/17 47/24 63/9 73/20 84/15 92/13 101/17 112/19 122/10 152/20 175/20 175/23 196/14 203/24
Gonzaga [1] 187/12
good [63] 3/4 3/13 3/14 3/23 3/24 9/5 21/22 21/23 37/6 38/6 38/7 41/4 44/12 45/1 53/25 60/14 72/14 72/15 72/18 84/9 87/16 93/23 108/14 108/15 109/2 112/12 112/13 126/9 130/2 135/18 135/19 141/25 147/8 149/1 154/25 155/11 181/13 182/18 182/19 186/21 187/4 189/5 191/8 192/3 192/12 194/1 195/15 205/24 206/6 210/6 210/16 212/22 212/23 220/12 222/10 225/16 226/17 232/8 233/24 234/23 234/24 254/18 257/7
good morning [9] 3/14 3/24 21/22 21/23 38/6 44/12 45/1 53/25 93/23
Google [2] 10/23 11/12
Google Maps [2] 10/23 11/12
got [48] 6/22 15/8 17/15 19/23 23/4 27/11 30/25 33/7 33/25 35/9 36/17 63/22 72/18 80/23 90/7 96/5 97/12 98/2 98/4 98/7 101/24 124/2 130/13 130/25 156/10 161/3 165/7 165/19 171/16 174/16 191/19 192/12 200/7 200/17 205/21 207/22 223/2 223/5 223/6 223/11 233/8 238/18 241/4 243/20 248/23 249/1 249/4 250/6
gotten [5] 19/6 19/21 146/15 192/24 243/3
government [103] 1/13 3/9 8/19 10/7 10/17 10/21 11/4 11/16 15/4 15/6 18/2 19/3 23/6 23/7 23/23 24/5 26/19 27/1 27/9 29/3 29/13 30/5 31/19 34/24 35/2 35/5 35/7 38/2 43/10

44/12 44/18 44/22 45/3 57/17 67/20 74/14 76/23 81/4 82/10 87/1 88/13 91/9 92/23 95/12 98/15 104/2 104/15 105/10 107/16 109/10 119/8 122/18 123/13 124/15 125/15 128/5 134/23 137/15 140/11 143/23 159/2 159/6 159/17 161/20 164/17 167/6 170/20 172/15 176/22 178/9 180/20 182/4 186/5 188/19 190/6 194/2 196/2 204/8 205/16 212/7 213/21 218/10 221/12 223/16 223/23 227/8 228/11 231/18 233/12 236/20 237/21 239/20 240/7 250/7 252/14 253/11 253/16 254/8 255/15 256/12
government's [9] 4/10 12/7 19/24 25/11 27/18 34/2 34/9 45/4 140/25
Governor [5] 202/15 202/17 202/23 204/1 204/12
Governor of [1] 202/17
grad [2] 82/17 82/18
graduate [1] 82/20
graduated [1] 189/14
grand [36] 21/20 51/8 51/11 54/7 54/9 54/14 54/16 54/25 55/6 55/20 56/16 67/1 86/8 90/11 103/9 113/20 118/4 124/21 132/3 152/25 153/5 153/11 153/17 154/21 162/6 162/22 163/4 163/16 163/18 164/4 164/13 164/19 170/5 194/19 197/4 211/13
grandfather [3] 192/8 210/23 211/5
grant [1] 133/4
grappling [1] 210/3
grateful [1] 205/12
gratitude [1] 38/14
great [5] 54/1 155/4 225/1 228/10 248/5
greater [6] 49/25 50/11 122/7 174/3 190/2 201/25
ground [1] 80/18
group [32] 45/20 45/22 45/22 46/6 46/8 46/17 46/21 46/24 47/2 47/5 47/7 47/11 47/13 47/16 47/21 47/23 63/9 73/20 76/4 81/23 84/15 102/10 113/5 117/6 122/20 123/1 168/10 169/21 176/7 203/4 206/19 216/14

groups [1] 175/20
guard [6] 89/15 89/16 131/25 132/1 232/16 232/17
guess [21] 17/7 23/18 24/11 24/12 31/5 64/8 65/11 66/8 69/7 86/13 120/10 121/3 123/16 130/7 137/14 144/19 160/3 160/12 195/25 207/4 216/1
guilty [8] 47/17 47/24 126/13 142/8 159/3 159/7 184/20 184/20
gun [18] 14/12 114/3 119/22 120/11 136/13 136/13 136/15 142/17 143/10 143/11 143/11 144/2 144/2 179/1 206/23 207/6 207/6 211/16
gunpoint [1] 114/22
guns [17] 113/13 114/17 115/4 117/16 120/12 120/13 120/18 139/2 139/3 139/3 139/17 139/25 142/12 142/13 142/16 153/14 153/15
guns, [1] 119/18
guns, you [1] 119/18
gunshots [1] 114/25
gut [1] 145/25
guys [4] 76/25 127/5 235/10 235/11

**H**

had [56] 7/15 13/5 15/9 17/3 19/4 19/24 28/18 30/22 37/14 54/19 55/14 56/20 56/21 63/6 67/14 68/3 68/20 71/21 79/22 83/13 87/17 90/1 105/19 117/20 123/1 123/7 123/15 125/23 130/3 141/15 141/19 145/4 145/19 146/11 156/1 157/3 159/6 162/11 165/1 165/7 169/23 171/3 171/6 177/10 185/10 203/18 209/9 224/1 230/4 239/1 239/4 247/24 251/6 253/11 253/16 255/2
hadn't [1] 17/1
half [7] 21/7 76/17 129/2 130/15 216/24 219/20 255/16
half-brother [1] 76/17
half-day [1] 21/7
hallway [1] 148/13
hamstringing [1] 20/19
hand [4] 38/23 41/3 73/15 128/2
handed [2] 26/20 183/6
handle [3] 26/13 83/12

**handle... [1]** 255/24
**hang [10]** 5/19 60/20 67/23 78/16 78/18 87/11 110/12 135/10 213/2 250/12
**happen [6]** 24/19 33/23 64/11 123/20 123/21 123/21
**happened [10]** 90/20 120/5 123/15 124/11 126/2 136/17 138/16 140/16 188/1 188/5
**happening [1]** 66/17
**happens [4]** 14/24 41/13 41/14 134/18
**hard [14]** 32/1 52/18 53/2 70/22 87/19 88/1 185/13 186/2 187/9 209/4 224/10 226/3 235/21 242/16
**Hardie [1]** 44/19
**hardly [1]** 230/21
**hardship [41]** 51/20 51/22 52/11 73/2 73/2 94/3 95/21 97/7 99/16 99/17 100/19 108/21 108/22 109/16 110/1 110/8 110/9 110/14 111/24 128/10 155/18 157/14 166/8 166/9 166/20 167/13 172/10 191/13 191/17 195/20 195/24 195/25 199/1 199/4 199/8 220/20 220/21 221/17 225/20 225/21 234/4
**hardship question [1]** 220/20
**harsh [1]** 187/6
**has [65]** 10/7 10/17 12/2 12/24 16/2 16/24 19/9 20/1 20/23 21/17 23/7 24/7 25/25 26/5 26/19 28/22 28/24 28/25 29/12 29/21 34/13 35/3 45/22 46/16 46/21 46/24 47/2 47/5 47/7 47/10 47/13 47/15 47/21 47/23 50/21 51/3 51/7 51/10 55/25 63/24 67/24 74/9 84/14 93/11 111/4 111/6 112/19 113/5 117/6 119/25 121/24 128/18 150/23 158/16 164/5 175/14 181/22 187/13 187/25 193/19 224/9 230/8 236/2 237/21 241/19
**hasn't [2]** 31/22 36/12
**have [314]**
**have to [1]** 109/18
**haven't [19]** 31/6 31/16 32/14 32/15 32/17 32/18 33/6 34/5 35/2 41/18 52/14 52/23 70/25 76/17 122/1 145/20 145/21 240/15

**having [12]** 48/8 48/20 92/13 119/22 147/11 158/23 180/11 183/22 184/5 199/7 217/8 220/4
**Hawaii [2]** 110/18 111/22
**he [107]** 5/7 5/10 5/16 5/21 17/12 17/16 17/16 21/19 21/20 24/7 26/5 28/22 28/23 34/13 35/17 36/8 43/16 43/24 48/12 48/24 79/19 79/22 79/22 79/23 80/20 80/21 80/21 83/11 95/9 107/12 107/13 121/24 122/4 123/19 125/21 125/22 126/1 126/1 126/2 127/21 127/22 127/22 127/24 127/24 128/2 128/3 128/4 128/5 128/5 128/18 129/15 129/15 129/16 129/21 131/15 131/16 131/19 132/23 133/15 134/3 134/7 134/8 134/9 134/21 139/16 139/18 140/13 140/13 140/14 140/15 140/15 140/17 140/22 140/23 141/2 152/8 152/8 152/11 152/13 163/8 163/9 163/9 174/10 174/24 174/25 175/4 176/3 189/16 190/19 190/20 196/20 196/22 202/10 202/10 202/12 202/25 204/2 205/7 206/14 206/16 215/12 216/7 216/7 224/1 224/3 224/9 238/19
**He didn't [1]** 215/12
**he said [3]** 127/24 139/18 163/8
**he works [1]** 131/15
**he'll [5]** 83/23 83/24 134/24 256/6 256/10
**he's [27]** 28/20 35/24 64/15 65/24 76/16 83/23 89/18 95/8 95/8 127/20 129/10 130/3 131/19 132/24 133/14 134/10 134/15 174/15 175/4 176/12 189/19 201/18 204/1 204/13 204/15 223/4 232/18
**head [7]** 12/23 93/9 109/8 115/8 125/13 206/23 243/14
**headphones [1]** 36/25
**health [7]** 51/13 51/16 114/13 209/17 210/11 212/10 227/4
**healthcare [1]** 108/3
**hear [32]** 32/3 37/12 39/6 44/13 48/6 48/8

67/25 73/10 77/15 93/2 106/22 118/16 132/22 136/22 160/4 160/5 160/9 160/20 160/22 162/7 175/16 183/6 204/4 207/6 217/4 219/6 219/9 230/22
**hear you [1]** 132/22
**heard [24]** 5/20 5/22 17/11 31/6 31/21 41/24 42/20 43/8 71/2 102/2 114/25 118/15 144/1 154/19 158/1 158/18 158/23 160/6 160/9 160/23 163/7 164/12 166/24 171/3
**hearing [13]** 4/6 10/15 10/16 77/11 91/21 97/22 120/17 141/1 158/13 159/22 184/18 205/8 257/6
**heavily [1]** 20/9
**heavy [1]** 26/20
**heavy-handed [1]** 26/20
**held [2]** 20/2 114/21
**held back [1]** 20/2
**Hello [6]** 78/13 181/11 214/16 224/15 225/15 227/17
**help [5]** 39/8 51/24 175/2 238/6 238/8
**helped [2]** 152/8 152/11
**helpful [1]** 7/2
**helping [1]** 63/17
**her [35]** 5/17 7/19 7/25 30/17 31/21 71/15 72/8 75/18 75/25 75/25 83/11 83/19 85/25 86/1 99/5 106/12 130/23 131/1 131/2 133/18 145/11 145/22 146/2 146/3 146/4 146/14 150/25 205/17 205/18 205/20 205/23 206/1 233/17 238/16 238/17
**Herbert [1]** 44/20
**here [37]** 3/15 8/10 10/7 31/13 33/19 34/14 38/9 54/8 54/20 59/10 59/10 72/3 73/16 88/3 88/23 97/6 98/18 118/25 120/11 123/21 126/13 130/13 130/14 134/20 153/6 155/20 161/10 164/6 181/18 196/3 213/5 234/4 238/18 251/4 252/20 255/6 255/21
**Here's [1]** 46/16
**Hertz [1]** 160/25
**hesitancy [1]** 138/9
**Hezbollah [1]** 94/9
**Hi [17]** 78/14 108/13 112/11 167/17 182/17 186/20 189/4 191/7

212/21 220/10 222/8 229/18 232/7 239/10
**hide [2]** 19/3 19/3
**high [9]** 101/17 121/20 122/6 181/4 187/12 201/16 201/18 203/16 205/2
**higher [3]** 54/20 101/15 164/6
**highlighted [2]** 15/9 15/20
**highly [1]** 27/1
**Highway [2]** 210/24 210/25
**Hill [1]** 225/9
**him [34]** 24/19 25/25 26/3 35/20 71/20 80/18 83/11 95/8 123/8 123/9 124/1 126/8 126/16 126/21 126/25 128/19 129/11 129/14 129/17 130/2 133/16 135/13 140/3 140/21 142/8 144/1 210/10 223/5 223/6 223/24 224/2 224/7 238/25 252/25
**him, [1]** 76/18
**him, so [1]** 76/18
**him. [1]** 134/6
**him. So [1]** 134/6
**himself [4]** 5/7 5/14 129/22 175/14
**his [37]** 5/6 5/6 5/8 5/8 5/12 5/12 5/14 24/19 26/21 29/8 29/9 30/12 83/9 123/4 126/2 126/2 126/3 126/5 127/19 127/20 128/19 128/22 129/19 129/19 130/2 130/4 152/3 174/17 176/15 190/19 190/24 199/7 224/4 224/6 224/7 224/9 239/6
**Hispanic [4]** 228/16 228/21 228/22 228/25
**history [1]** 255/8
**hit [1]** 223/11
**hold [20]** 13/5 13/12 13/18 14/15 49/5 49/9 65/1 71/20 96/9 130/23 131/2 139/6 146/2 146/14 147/14 205/17 205/23 206/1 222/1 240/21
**holding [2]** 14/8 34/24
**holds [2]** 14/14 14/20
**holiday [1]** 134/4
**home [3]** 79/8 80/16 80/17
**homebuyer [1]** 133/5
**Homeland [4]** 46/2 46/13 60/17 94/7
**homicide [2]** 123/5 143/7
**Honduras [2]** 207/21 208/8
**honest [4]** 73/8 187/17

235/25
**honestly [6]** 31/15 48/11 48/23 59/2 62/8 73/7
**Honor [17]** 3/6 3/23 4/1 4/3 4/22 6/3 13/1 16/7 18/17 21/22 29/4 35/10 37/24 73/13 83/19 147/3 254/10
**HONORABLE [4]** 1/10 3/3 37/5 148/25
**hope [8]** 7/25 64/21 66/19 66/22 66/23 68/10 193/4 195/1
**hoped [1]** 243/2
**hopefully [2]** 147/15 149/6
**hospital [1]** 198/13
**host [1]** 224/5
**hour [6]** 21/2 98/20 148/19 255/9 255/12 255/16
**hours [5]** 19/10 73/6 98/16 129/2 200/24
**hours' [1]** 20/24
**house [4]** 80/17 215/25 218/15 239/22
**housing [2]** 133/3 133/4
**how [100]** 4/9 28/1 29/18 32/4 32/5 32/6 32/16 32/19 33/3 33/4 35/22 53/25 54/1 60/14 65/12 69/17 71/1 72/14 78/13 78/14 80/21 83/12 93/23 107/2 108/13 108/14 112/11 112/12 123/11 128/24 130/24 132/20 132/24 135/17 135/18 136/9 140/24 144/19 158/20 161/23 167/17 171/9 175/3 177/18 177/19 181/11 182/5 182/17 182/18 184/6 184/17 186/20 187/11 187/21 188/12 188/12 189/4 189/5 191/7 195/13 198/21 199/16 200/23 203/20 203/21 205/21 206/5 207/9 208/14 208/17 208/22 210/15 212/21 214/16 216/3 220/10 220/11 222/8 222/9 223/11 224/3 224/15 225/2 225/15 226/7 227/17 229/1 229/18 230/23 232/7 232/25 233/23 234/22 234/23 236/18 239/10 247/6 252/22 254/20 256/24
**however [10]** 7/21 25/23 26/21 39/24 45/4 48/8 48/20 136/14 147/7 252/3
**HR [1]** 151/14
**huh [43]** 74/12 75/16

**H**

**huh... [41]** 77/7 91/14 91/20 92/15 102/22 103/14 115/5 117/4 117/18 119/2 119/16 119/20 120/14 121/1 121/7 121/8 125/20 137/24 138/12 141/17 141/23 142/1 142/14 143/1 143/9 143/12 143/21 144/14 145/3 154/13 163/5 171/5 176/12 179/17 179/21 185/2 186/23 224/18 229/21 235/1 245/25
**Huh-uh [3]** 143/1 143/21 179/17
**human [7]** 136/25 138/4 144/25 151/13 232/20 232/21 232/23
**hung [1]** 125/3
**hurt [1]** 114/20
**hurting [1]** 223/15
**husband [6]** 112/21 112/23 128/17 169/25 215/10 215/24
**husband's [1]** 216/3
**husher [2]** 41/23 53/10

**I**

**I actually [1]** 146/3
**I also [1]** 223/25
**I am [11]** 4/1 28/23 33/9 188/11 195/17 214/23 217/3 235/5 235/21 238/25 255/3
**I assume [3]** 109/13 171/6 177/24
**I believe [6]** 59/10 173/11 196/23 202/22 203/23 247/21
**I can [8]** 88/25 173/2 173/5 223/7 223/7 237/4 255/19 255/23
**I can't [4]** 20/3 157/5 188/11 225/25
**I couldn't [1]** 93/2
**I didn't [9]** 31/21 77/15 78/15 132/21 158/12 160/9 179/15 204/20 222/15
**I didn't know [1]** 180/4
**I don't [13]** 24/11 26/20 36/11 90/19 120/16 124/17 168/20 185/9 201/22 211/7 214/19 220/23 237/12
**I don't have [5]** 29/17 151/17 212/15 240/10 254/7
**I don't think [14]** 33/11 117/22 121/25 124/17 127/7 127/8 133/14 177/2 207/11 207/12 217/20 219/13 219/14 233/3
**I forget [1]** 174/15
**I gave [1]** 253/23

**I guess [12]** 23/3 24/12 66/8 86/13 120/10 121/3 123/16 144/19 160/12 195/25 207/4 216/1
**I have [37]** 21/8 31/15 43/21 44/3 61/4 75/10 87/4 97/10 97/11 116/4 116/8 127/12 131/10 143/2 166/23 168/4 172/7 179/3 183/5 184/12 188/12 196/1 197/8 201/18 209/19 209/20 209/23 209/25 220/1 221/24 224/6 225/10 226/1 226/3 235/6 235/19 248/10
**I haven't [1]** 240/15
**I hope [3]** 66/19 66/22 68/10
**I just [12]** 35/18 99/4 113/8 159/12 176/4 184/21 201/2 201/12 226/9 230/10 233/9 253/15
**I know [15]** 4/2 36/4 110/11 111/4 111/25 114/19 119/18 141/14 150/13 158/9 184/14 188/9 194/6 231/8 251/6
**I mean [35]** 18/6 19/24 21/2 23/14 24/1 24/12 27/9 33/18 35/4 35/11 36/14 55/16 59/2 61/13 64/6 65/4 66/8 69/11 77/3 121/25 127/7 138/10 146/15 166/17 168/3 178/5 184/5 184/12 184/21 185/20 195/1 200/7 200/9 205/19 257/3
**I recall [1]** 56/19
**I remember [1]** 59/4
**I think [39]** 4/8 17/24 18/2 18/5 19/18 19/22 21/14 65/4 71/23 80/3 80/8 83/22 90/18 114/2 134/24 139/21 140/20 144/15 146/17 147/13 163/11 171/3 175/21 178/5 179/3 206/24 209/13 217/4 221/20 221/23 222/21 226/14 233/9 238/20 238/24 242/16 253/6 253/9 254/24
**I thought [9]** 96/13 111/3 201/9 215/8 235/9 237/16 238/12 238/14 241/7
**I told [1]** 166/14
**I treat [1]** 183/1
**I understand [9]** 28/10 34/7 34/17 34/23 35/10 62/1 160/11 242/24 255/14
**I want [2]** 26/5 218/20

**I wanted [2]** 74/19
**I was [22]** 20/13 20/16 20/17 67/3 124/16 144/17 146/4 158/12 160/10 169/1 169/19 181/19 192/16 194/18 203/17 210/23 216/9 216/20 223/7 223/12 233/8 238/15
**I work [8]** 95/7 97/12 98/19 99/21 154/17 196/3 220/22 239/21
**I worked [3]** 104/16 207/18 215/23
**I wouldn't [4]** 85/3 176/23 185/13 208/20
**I'd [15]** 13/22 17/5 21/25 34/1 83/4 137/8 138/1 138/4 138/5 148/5 173/4 185/11 235/9 252/4 255/22
**I'll [47]** 6/14 11/2 14/21 17/6 19/15 21/12 24/6 32/12 33/6 33/21 34/4 41/2 41/24 42/1 43/11 44/6 56/12 72/9 73/18 78/19 95/20 110/3 130/18 138/13 141/4 145/24 147/18 157/8 157/13 178/16 184/18 188/24 200/1 224/7 235/11 243/10 243/12 244/14 245/13 248/2 254/14 254/19 255/11 255/13 255/21 256/5 256/14
**I'm [208]** 3/25 4/5 6/23 9/14 15/13 15/22 15/24 19/1 22/10 25/5 25/19 27/21 29/16 30/21 31/12 31/23 31/23 31/23 32/2 33/15 33/21 35/2 35/4 35/6 35/12 36/14 38/22 41/5 52/1 54/1 57/14 58/10 59/1 60/15 60/18 60/21 61/8 61/15 61/21 67/23 67/25 68/13 71/14 75/13 77/15 78/8 78/21 80/15 81/10 82/12 82/19 83/1 83/12 83/17 84/17 84/19 85/18 87/20 87/22 90/13 93/2 93/6 93/13 94/5 94/7 94/13 94/18 94/22 95/6 96/17 97/22 99/3 99/9 99/18 99/20 100/4 100/17 101/18 104/5 104/10 107/25 108/1 109/25 114/13 116/6 127/4 127/25 128/19 130/23 132/21 132/24 133/1 133/15 133/18 134/9 134/9 134/14 134/15 134/20 139/18 139/24 140/20 144/9 145/22 146/2 146/13

155/24 156/6 157/4 159/23 160/18 161/25 165/3 165/17 166/4 166/22 166/25 167/2 168/3 168/20 172/11 172/14 173/16 176/4 176/11 177/2 177/9 179/14 180/1 181/2 181/12 183/13 183/17 184/17 185/11 185/22 185/23 187/12 187/15 187/16 190/14 192/13 192/21 196/2 196/3 198/22 199/11 200/2 200/3 200/5 202/12 203/2 203/18 204/11 205/17 205/23 206/25 207/15 207/19 208/20 210/3 210/10 212/25 216/22 218/14 219/1 219/11 220/3 221/4 221/5 221/17 221/19 222/25 223/5 223/9 223/11 223/13 223/24 224/24 226/13 226/17 227/18 228/5 228/15 228/17 228/18 230/6 230/22 231/12 232/1 233/7 234/6 235/18 237/3 239/18 240/13 240/22 241/24 244/7 246/10 248/13 248/15 250/12 250/20 253/14
**I'm going [9]** 25/5 68/13 100/17 109/25 127/25 140/20 205/17 210/10 223/24
**I'm just [3]** 31/23 134/9 166/4
**I'm not [3]** 59/1 185/23 208/20
**I'm not sure [9]** 3/25 90/13 139/18 176/4 185/11 202/12 203/2 231/12 235/18
**I'm sorry [44]** 22/10 29/16 57/14 60/18 60/21 77/15 78/8 78/21 80/15 85/18 87/20 93/2 93/6 93/13 132/21 133/1 134/14 152/10 156/6 157/4 159/23 165/3 166/22 172/11 177/9 179/14 180/1 200/3 203/18 204/11 207/15 210/3 216/22 218/14 220/3 226/13 228/17 230/6 230/22 240/22 246/10 248/13 250/12 253/14
**I've [43]** 3/19 5/20 5/22 14/23 17/15 19/11 27/11 30/3 31/6 31/21 33/15 33/25 35/9 41/16 55/16 63/6 96/5 97/3 97/12 101/11 103/11 154/19 162/6 162/7

171/16 191/19 192/12 203/8 203/13 203/24 205/1 205/3 205/21 218/17 219/22 223/5 223/6 235/17 238/24 243/20 249/1 250/6
**i.e [1]** 69/17
**ICE [1]** 175/1
**idea [7]** 7/19 30/22 31/3 32/7 91/15 93/7 154/14
**identified [2]** 20/13 21/17
**identifying [5]** 24/9 25/12 26/9 26/17 120/21
**identities [1]** 26/16
**identity [1]** 24/13
**ignorance [1]** 237/14
**illegal [4]** 14/2 76/8 86/14 164/21
**Ilse [1]** 85/15
**Ilse Peterson [1]** 85/15
**imagine [1]** 129/11
**immediate [5]** 45/17 45/20 46/17 47/6 146/5
**immerse [1]** 183/2
**immigration [6]** 75/20 82/2 82/8 83/15 239/25 240/1
**impact [10]** 32/20 77/11 117/23 119/19 119/21 119/25 123/8 127/19 184/13 185/21
**impacted [4]** 16/3 50/22 51/3 65/20
**impacts [1]** 32/16
**impartial [59]** 13/16 13/21 16/5 39/7 40/20 48/13 48/25 49/8 49/12 50/5 50/16 50/24 51/5 52/20 53/4 64/5 72/3 72/8 72/9 76/2 76/21 80/25 89/24 102/1 103/5 107/6 111/17 113/17 115/13 116/20 117/21 119/18 123/12 136/18 137/23 140/14 140/23 141/3 143/14 146/5 151/2 168/16 170/17 176/21 177/13 188/25 193/10 197/15 203/22 207/10 208/18 211/6 211/25 216/5 217/16 230/3 230/24 231/10 233/2
**impartially [5]** 52/16 52/25 119/5 138/19 172/6
**importance [2]** 205/7 251/12
**important [6]** 38/19 40/1 41/8 131/17 252/12 252/14
**importantly [1]** 28/3
**impression [3]** 18/11 79/22 99/4

**I**

**improper [1]** 27/22
**inability [1]** 145/22
**incarcerate [1]** 17/13
**incarcerated [4]** 17/12 17/17 64/4 64/7
**incarceration [2]** 77/1 77/2
**inclined [2]** 69/25 194/23
**include [6]** 8/16 8/18 13/25 44/13 194/15 254/1
**included [1]** 253/16
**includes [3]** 17/20 45/23 46/9
**including [10]** 23/13 31/13 44/19 61/1 118/25 172/2 220/18 224/4 229/23 235/3
**incorrect [1]** 90/4
**indeed [2]** 38/16 127/3
**independent [2]** 86/4 104/15
**India [1]** 7/9
**Indian [1]** 63/17
**Indiana [2]** 59/16 173/15
**Indiana Avenue [1]** 173/15
**Indians [1]** 63/17
**indicated [3]** 22/3 30/3 90/10
**indication [1]** 5/18
**Indictment [3]** 3/19 253/16 254/19
**individual [2]** 42/4 53/9
**individually [1]** 41/17
**indulgence [7]** 16/13 24/4 29/2 62/12 105/11 249/21 254/11
**infant [1]** 98/1
**inference [1]** 10/12
**inflammation [1]** 226/2
**influence [1]** 85/25
**influenced [3]** 16/3 50/22 51/3
**informant [1]** 60/4
**information [11]** 24/9 25/12 25/14 25/24 26/1 26/9 26/17 51/23 58/12 104/8 104/10
**infusion [1]** 128/22
**initial [2]** 21/9 248/3
**initially [3]** 4/2 144/20 255/2
**initials [2]** 42/14 43/2
**initiatives [1]** 93/10
**inmates [2]** 63/16 90/18
**ins [1]** 17/25
**Instagram [2]** 5/12 40/9
**instance [3]** 69/18 184/24 237/6
**instead [2]** 4/24 13/10
**instinct [1]** 145/25
**Institute [4]** 75/12

**instruct [1]** 85/9
**instructed [3]** 83/23 185/12 250/23
**instructing [2]** 49/21 50/8
**instruction [8]** 17/6 17/10 18/9 18/13 19/8 83/24 148/6 148/10
**instructions [16]** 21/9 86/23 86/24 114/9 127/3 132/13 144/11 148/17 169/10 169/12 197/19 212/5 252/22 253/8 254/2 256/25
**insurance [1]** 207/25
**intelligence [1]** 110/17
**intelligent [1]** 108/6
**intend [3]** 21/6 256/15 256/17
**intended [1]** 251/13
**intends [2]** 11/4 11/16
**intent [2]** 207/2 207/4
**intention [2]** 40/18 40/18
**intentionally [1]** 139/8
**interactions [4]** 16/1 50/20 51/1 90/3
**interest [1]** 34/13
**interesting [2]** 118/19 119/15
**interests [4]** 27/12 28/1 31/13 34/12
**interject [1]** 18/13
**international [6]** 105/12 105/14 105/15 108/23 151/16 232/24
**Internet [1]** 39/23
**INTERPOL [1]** 192/11
**interpretation [1]** 12/1
**interrupt [1]** 28/6
**interrupt you [1]** 28/6
**interview [1]** 21/19
**interviews [1]** 20/7
**intimidation [1]** 30/7
**introduce [2]** 31/19 44/18
**introduced [5]** 22/19 44/11 45/13 45/15 71/24
**introduction [1]** 4/10
**inundated [2]** 19/25 23/11
**invade [1]** 40/19
**investigation [3]** 94/9 94/17 94/22
**investigations [2]** 91/18 194/20
**involve [18]** 54/25 57/5 66/12 67/10 79/25 103/18 117/16 118/14 118/24 143/7 143/7 153/11 164/13 208/13 218/24 231/7 232/22 232/23
**involved [16]** 29/19 54/17 86/13 90/24 95/9 139/3 139/16 142/10

207/22 208/15 212/9 230/5 230/9
**involvement [1]** 214/7
**involves [5]** 8/6 75/18 111/12 118/13 217/1
**involving [5]** 48/6 48/18 118/25 150/10 213/18
**IP [1]** 104/3
**irrelevant [1]** 4/8
**IRS [1]** 215/10
**is [450]**
**is a [1]** 116/5
**is that correct [3]** 54/3 60/23 135/20
**Is that fair [1]** 69/20
**is there [3]** 219/16 241/5 255/25
**ish [1]** 120/6
**isn't [2]** 179/20 218/22
**Issa [1]** 44/16
**issue [15]** 4/4 8/14 12/21 14/3 15/11 16/15 16/16 17/1 18/21 28/8 32/13 33/12 33/13 103/19 188/13
**issues [8]** 16/10 18/25 75/18 75/20 77/1 82/6 255/18 255/22
**issuing [1]** 35/24
**it [395]**
**it happened [2]** 120/5 123/15
**it would be [4]** 156/12 187/9 187/22 207/11
**It'll [1]** 182/7
**it's [128]** 4/13 6/15 11/17 13/22 14/3 14/11 14/12 15/6 15/20 17/9 17/19 19/1 19/17 19/25 20/4 20/19 22/8 22/23 24/22 25/13 27/15 27/18 31/5 31/18 32/1 32/9 32/19 34/9 36/6 58/11 60/17 61/14 61/16 61/17 61/19 61/24 61/25 64/11 65/5 66/22 69/11 70/21 71/15 72/5 74/5 74/6 77/19 79/11 80/5 83/12 84/21 87/18 89/14 90/13 91/24 93/7 97/19 102/9 105/15 105/16 107/21 109/5 114/20 117/16 120/7 124/5 124/18 127/8 129/23 129/25 131/17 132/6 136/20 138/18 141/14 145/16 147/17 153/18 156/9 156/24 156/24 160/4 164/6 171/14 172/16 176/5 180/10 180/11 184/16 185/13 185/18 185/20 187/21 190/9 193/25 196/2 196/24 199/7 204/22 204/25 205/21 207/6

226/2 226/3 231/8 231/9 235/21 236/14 236/15 237/17 238/2 238/3 238/5 238/20 242/16 243/2 243/9 251/10 251/13 252/12 254/12 255/9 257/3 257/3 257/4
**it's like [1]** 124/18
**items [1]** 29/5
**its [7]** 14/9 27/9 159/2 159/6 253/11 253/17 254/8
**itself [4]** 35/3 40/14 157/25 233/4
**itself would [1]** 233/4
**Iza [2]** 22/8 22/12
**Iza Martin [2]** 22/8 22/12

**J**

**J-u-n-g-e-r-s [1]** 9/15
**jail [10]** 16/23 17/9 17/21 17/22 27/5 29/14 47/17 76/8 90/20 230/21
**jail-recorded [1]** 17/9
**Jamal [1]** 44/17
**James [3]** 44/16 44/19 218/19
**James Hardie [1]** 44/19
**James Wells [1]** 44/16
**JC [2]** 240/17 243/13
**jealous [1]** 104/12
**Jehovah [1]** 237/22
**Jehovah's [4]** 235/6 237/15 237/18 238/12
**Jehovah's Witness [1]** 237/15
**Jehovah's Witnesses [3]** 235/6 237/18 238/12
**Jencks [5]** 19/4 20/13 21/16 22/7 22/15
**jeopardizes [1]** 40/13
**Jeremiah [1]** 44/20
**Jeremiah Johnson [1]** 44/20
**Jessica [1]** 44/14
**Jessup [1]** 218/16
**job [14]** 31/24 62/5 64/15 70/13 93/17 150/25 154/23 166/11 166/17 166/23 167/1 169/17 187/13 195/1
**John [1]** 134/16
**johns [1]** 4/16
**Johnson [1]** 44/20
**joint [3]** 12/18 222/21 253/21
**joints [1]** 222/20
**joke [1]** 206/24
**Jonathan [6]** 1/17 1/19 3/10 38/3 43/16 43/25
**Jonathan Zucker [3]** 3/10 38/3 43/25

jonathanzuckerlaw [1] 1/21
**Jordan [1]** 94/8
**Joseph [1]** 44/21
**Joseph Kauffman [1]** 44/21
**journalist [3]** 228/15 228/18 228/19
**judge [38]** 1/10 6/11 7/4 12/13 13/22 15/13 18/22 24/21 38/8 44/25 62/6 71/14 119/13 121/5 133/9 137/20 145/10 151/7 171/2 173/16 174/6 174/7 174/8 174/17 189/25 196/19 196/20 196/22 197/1 218/4 218/5 218/20 233/13 236/8 240/22 241/24 245/14 253/14
**Judge's [3]** 127/2 145/2 163/7
**judging [1]** 217/17
**judgment [8]** 12/6 27/17 219/14 219/18 236/11 237/9 237/15 238/17
**judiciary [1]** 231/2
**July [1]** 182/7
**juncture [1]** 24/8
**Jungers [1]** 9/15
**juries [2]** 38/15 103/16
**Juris [1]** 80/3
**jurisdiction [1]** 123/21
**juror [225]** 13/16 13/21 13/24 16/5 38/9 40/10 40/12 48/5 48/13 48/17 48/25 49/8 49/12 50/6 50/17 50/24 51/6 51/7 51/8 51/10 51/11 51/19 51/21 52/4 52/11 52/16 52/20 52/25 53/4 53/16 53/20 53/22 54/3 54/7 54/8 54/9 54/14 54/25 55/6 56/8 56/10 56/16 57/11 57/20 58/7 60/12 60/16 60/23 62/2 62/19 62/21 62/23 62/25 64/15 66/25 70/13 72/10 72/12 72/21 74/25 75/2 78/11 78/19 78/22 81/17 81/19 81/20 84/7 84/10 86/8 86/8 87/7 87/12 89/4 89/6 90/11 92/9 92/10 93/21 93/24 95/18 95/25 99/11 99/13 100/23 100/25 103/9 103/9 103/23 104/22 105/1 105/23 106/1 108/11 108/16 109/23 110/5 112/9 112/14 113/20 113/20 115/16 115/18 118/4 121/12 121/14 124/20 127/16 127/19 128/8 130/20 131/4 132/3 132/3

**J**

**juror... [111]** 132/6 133/10 135/8 135/20 137/3 138/17 141/8 141/10 142/23 147/23 149/8 149/10 149/12 151/21 151/23 152/25 153/11 153/17 154/3 154/4 155/9 155/14 157/16 157/19 161/7 163/16 163/16 165/24 166/2 167/15 167/19 170/5 170/6 171/20 171/22 179/7 181/9 182/15 182/20 186/16 186/18 189/2 189/7 191/5 195/11 195/16 195/23 197/4 197/6 198/19 198/23 206/3 206/7 210/13 210/17 211/13 212/19 213/3 214/14 214/22 220/8 220/13 222/6 222/11 224/2 224/11 224/13 224/17 225/13 227/15 227/19 229/16 229/20 230/3 232/5 232/9 233/21 234/20 235/15 239/8 240/25 241/10 244/17 244/18 244/19 244/20 244/21 244/22 244/23 244/24 244/25 245/1 245/2 245/3 245/4 245/5 245/6 246/24 248/10 249/11 249/12 249/13 249/14 249/15 249/16 249/17 249/18 249/19 250/14 250/15 250/21
**Juror 0056 [1]** 224/17
**Juror 0181 [1]** 105/1
**Juror 0182 [1]** 240/25
**Juror 0225 [1]** 115/18
**Juror 0238 [1]** 149/12
**Juror 0272 [1]** 206/7
**Juror 0280 [1]** 87/12
**Juror 0322 [1]** 227/19
**Juror 0386 [1]** 84/10
**Juror 0405 [1]** 195/16
**Juror 0431 [1]** 131/4
**Juror 0447 [1]** 72/21
**Juror 0470 [1]** 222/11
**Juror 0494 [1]** 108/16
**Juror 0573 [2]** 60/23 62/19
**Juror 0703 [1]** 100/25
**Juror 0733 [1]** 78/22
**Juror 0865 [1]** 99/13
**Juror 0895 [1]** 214/22
**Juror 1082 [1]** 229/20
**Juror 1084 [1]** 121/14
**Juror 1086 [1]** 141/10
**Juror 1098 [1]** 189/7
**Juror 1104 [1]** 89/6
**Juror 1223 [2]** 81/20 244/24
**Juror 1225 [1]** 56/10
**Juror 1427 [1]** 167/19

**Juror 1544 [1]** 202
**Juror 1574 [1]** 171/22
**Juror 1606 [1]** 213/3
**Juror 1611 [1]** 112/14
**Juror 1681 [1]** 182/20
**Juror 1716 [1]** 220/13
**Juror 1755 [1]** 110/5
**Juror 1768 [1]** 135/20
**Juror 1779 [1]** 72/10
**Juror 1799 [1]** 210/17
**Juror No. 0056 [1]** 224/13
**Juror No. 0069 [1]** 53/22
**Juror No. 0130 [1]** 95/18
**Juror No. 0181 [2]** 104/22 245/5
**Juror No. 0182 [1]** 198/19
**Juror No. 0225 [1]** 115/16
**Juror No. 0238 [2]** 149/10 249/15
**Juror No. 0269 [1]** 191/5
**Juror No. 0272 [1]** 206/3
**Juror No. 0280 [2]** 87/7 245/1
**Juror No. 0282 [2]** 181/9 249/18
**Juror No. 0322 [1]** 227/15
**Juror No. 0386 [1]** 84/7
**Juror No. 0405 [3]** 195/11 250/14 250/15
**Juror No. 0414 [1]** 234/20
**Juror No. 0431 [1]** 249/14
**Juror No. 0447 [2]** 72/12 244/21
**Juror No. 0470 [1]** 222/6
**Juror No. 0494 [1]** 108/11
**Juror No. 0496 [3]** 105/23 106/1 245/6
**Juror No. 0535 [1]** 179/7
**Juror No. 0573 [1]** 60/12
**Juror No. 0607 [1]** 249/17
**Juror No. 0702 [1]** 186/18
**Juror No. 0703 [2]** 100/23 245/4
**Juror No. 0733 [2]** 78/11 244/23
**Juror No. 0755 [1]** 225/13
**Juror No. 0769 [1]** 239/8
**Juror No. 0804 [1]** 233/21

**Juror No. 0836 [1]** 244/25
**Juror No. 0865 [1]** 99/11
**Juror No. 0895 [1]** 214/14
**Juror No. 1082 [1]** 229/16
**Juror No. 1084 [4]** 121/12 249/11 249/12 249/13
**Juror No. 1086 [1]** 141/8
**Juror No. 1098 [2]** 189/2 249/19
**Juror No. 1104 [2]** 89/4 245/2
**Juror No. 1217 [3]** 92/9 92/10 245/3
**Juror No. 1223 [1]** 81/17
**Juror No. 1225 [3]** 56/8 244/18 244/19
**Juror No. 1243 [2]** 93/21 93/24
**Juror No. 1427 [1]** 167/15
**Juror No. 1525 [1]** 249/16
**Juror No. 1544 [2]** 74/25 244/22
**Juror No. 1574 [1]** 171/20
**Juror No. 1606 [1]** 212/19
**Juror No. 1611 [1]** 112/9
**Juror No. 1618 [2]** 127/16 128/8
**Juror No. 1652 [1]** 232/5
**Juror No. 1681 [1]** 182/15
**Juror No. 1716 [1]** 220/8
**Juror No. 1755 [1]** 109/23
**Juror No. 1768 [1]** 135/8
**Juror No. 1779 [3]** 62/23 62/25 244/20
**Juror No. 1799 [1]** 210/13
**jurors [29]** 3/17 14/15 17/1 17/16 32/6 32/16 32/21 33/11 37/14 38/16 38/24 39/6 40/21 42/4 53/9 70/11 130/25 146/17 147/11 147/25 148/2 148/17 236/23 240/21 242/11 243/4 250/25 251/2 253/3
**jury [92]** 1/9 3/15 4/6 18/11 18/13 21/20 31/16 32/1 32/7 33/16 33/17 34/1 36/11 36/13 36/17 38/14 39/5 39/8 39/17 40/3 40/13 40/20

49/20 49/22 49/24 50/8 50/10 51/15 51/18 54/15 54/16 55/20 56/16 59/4 67/1 83/6 85/12 86/3 86/21 90/7 90/11 91/2 118/4 118/10 119/15 124/21 125/3 126/17 126/19 134/16 141/19 153/3 153/5 153/18 154/21 162/7 162/22 163/4 163/18 163/24 164/4 164/13 164/19 166/14 170/5 170/12 194/19 197/4 197/10 200/8 211/12 211/21 219/9 220/2 220/5 224/4 236/4 243/6 244/16 250/11 250/16 251/5 251/8 252/3 252/10 252/24 254/2 255/20
**just [180]** 3/25 4/12 4/22 5/9 6/10 6/14 6/23 7/18 8/3 9/22 12/16 15/22 17/2 17/18 18/15 19/17 19/24 20/11 21/25 22/1 25/11 25/17 25/19 27/22 27/22 28/9 30/14 30/23 31/23 32/3 32/12 33/9 34/18 35/18 35/24 36/13 36/21 37/8 37/9 37/13 38/21 41/24 43/11 43/21 44/3 45/13 45/15 56/12 58/20 61/24 67/21 68/1 68/9 70/10 70/25 73/4 73/11 74/1 76/10 76/24 78/19 78/20 79/3 82/7 82/17 82/18 83/7 83/21 83/22 87/11 89/13 89/14 89/14 91/12 91/23 92/16 94/6 94/11 95/3 95/20 97/8 99/4 99/6 102/7 110/3 110/10 113/8 114/1 114/24 116/6 121/5 124/2 126/4 126/22 128/17 128/20 130/1 130/23 130/25 131/1 134/9 134/9 135/11 136/19 136/20 138/24 145/10 145/11 145/24 145/25 146/1 146/23 148/10 148/16 151/8 152/22 155/2 158/16 159/12 160/23 166/4 169/16 169/23 176/4 176/25 177/17 181/19 181/22 182/25 184/21 187/2 187/23 188/9 194/10 196/1 199/19 201/2 201/2 201/2 201/12 203/11 204/22 204/25 205/11 205/18 207/2 209/9 211/10 213/13 218/21 221/25 221/25 224/6 226/9 226/14

230/10 231/1 231/25 232/1 232/1 233/9 235/9 236/25 238/19 239/1 239/1 240/20 241/14 242/6 242/16 243/17 244/14 245/11 246/12 246/13 248/2 253/15 255/23 256/10
**justice [19]** 15/17 16/1 38/15 46/2 46/13 50/20 65/19 66/10 75/12 75/18 75/19 77/13 78/1 90/2 131/14 152/4 168/5 168/14 251/10
**Justices [1]** 51/1
**Justin [1]** 204/15
**Justin Fairfax [1]** 204/15

**K**

**K. [1]** 43/14
**Kauffman [1]** 44/21
**keep [20]** 39/15 56/12 68/1 73/6 99/19 101/12 101/13 125/17 149/5 156/3 167/1 180/1 186/3 230/6 251/21 251/22 252/12 252/15 256/6 256/19
**Kenya [5]** 1/13 3/9 38/2 43/14 43/23
**Kenya Davis [3]** 3/9 38/2 43/23
**Kenya K. Davis [1]** 43/14
**kenya.davis [1]** 1/16
**kid [3]** 114/21 177/1 177/1
**kids [2]** 113/13 114/17
**kind [38]** 55/11 57/6 63/14 63/21 78/4 78/5 79/19 84/23 89/14 103/19 113/8 118/24 122/14 134/20 145/14 154/14 168/22 175/9 176/3 177/2 177/6 177/20 180/13 185/10 185/17 188/3 194/21 197/1 198/1 202/12 206/13 209/1 212/8 223/4 228/14 228/20 238/1 250/21
**kinds [2]** 106/12 193/24
**Kindwell [1]** 44/16
**kiosk [6]** 29/14 29/16 29/17 29/20 29/22 29/22
**kite [1]** 181/4
**knew [5]** 94/10 123/8 134/21 138/17 144/11
**knocking [1]** 147/13
**know [210]** 4/2 7/2 15/19 17/5 17/10 17/11 17/12 18/9 18/14 19/11 20/4 20/15 21/3 22/5 23/14 25/2 25/10 25/10

**K**

**know... [192]** 26/8 27/15 27/16 27/25 28/14 28/20 30/25 31/10 31/18 31/21 32/9 32/12 32/22 33/1 33/2 33/3 33/3 33/4 33/19 33/25 34/11 35/4 35/11 36/3 36/4 38/15 42/20 43/8 43/20 44/3 44/9 45/12 45/14 49/17 49/19 57/8 58/4 58/11 58/20 58/24 58/25 59/3 59/12 59/21 59/24 63/14 64/12 65/12 65/23 65/24 68/16 69/9 69/12 70/21 71/15 74/4 74/18 75/17 76/13 77/23 79/10 80/2 81/9 82/5 83/10 84/25 85/1 85/3 85/8 85/11 89/10 93/7 95/7 95/8 97/11 97/14 98/1 101/7 101/23 102/5 106/5 106/18 108/5 110/11 111/4 111/5 111/16 111/25 112/22 112/24 113/13 114/19 114/20 114/21 114/24 115/13 116/24 117/3 117/23 119/18 121/18 121/24 122/10 122/22 123/7 125/25 126/1 126/4 133/15 134/12 134/15 136/11 137/1 138/1 138/4 138/4 141/14 147/23 149/15 150/9 150/13 150/18 152/1 152/19 156/24 158/9 158/15 162/2 162/17 168/14 173/8 173/12 176/4 178/4 179/25 180/4 180/4 180/12 183/2 184/7 184/14 184/18 185/9 185/11 187/4 188/9 188/9 188/11 190/17 190/23 192/5 192/24 192/25 193/16 193/19 193/20 193/22 193/23 193/25 194/6 196/14 200/7 200/23 201/7 201/7 202/3 202/25 203/24 204/2 204/4 205/5 205/7 210/21 215/7 215/22 223/5 223/9 231/8 232/14 235/22 236/1 237/3 240/3 240/4 241/19 245/8 251/6 255/19 255/21 256/17 256/17 256/20
**know them [1]** 179/25
**know what [1]** 223/9
**knowing [6]** 31/16 115/24 139/6 208/15 239/16 242/17
**knowledge [11]** 74/8 101/20 101/22 116/13

173/21 193/9 201/21 209/15
**known [5]** 18/23 42/13 43/1 101/11 168/8
**Koch [2]** 23/1 44/15

**L**

**L-u-s-b-y [1]** 10/18
**labor [4]** 196/24 200/21 200/23 205/22
**lack [3]** 20/20 69/3 71/21
**ladies [13]** 37/9 38/5 45/1 45/11 53/5 53/19 147/5 148/9 149/3 243/1 243/15 250/10 251/1
**landed [1]** 223/12
**language [3]** 17/15 95/1 228/23
**large [1]** 123/7
**Largely [1]** 212/13
**larger [1]** 66/18
**larger public [1]** 66/18
**Larson [8]** 1/13 3/9 4/20 27/16 38/2 43/14 43/24 247/18
**last [37]** 10/15 10/16 19/21 19/25 20/14 20/18 22/14 22/21 22/22 22/24 29/5 30/22 31/17 33/8 33/18 35/19 52/1 52/12 58/6 72/6 82/13 93/2 102/8 108/1 133/25 148/10 165/3 166/7 166/21 172/17 187/4 188/11 205/22 222/21 233/19 239/4 250/4
**late [7]** 31/9 32/5 34/2 34/20 34/20 35/3 156/24
**later [4]** 124/6 214/19 221/2 252/20
**latest [1]** 166/15
**Latin [1]** 207/19
**laughing [1]** 112/1
**law [150]** 1/18 9/6 12/2 14/1 14/3 14/23 38/18 40/24 43/17 44/1 44/18 45/23 46/3 46/9 46/14 46/25 47/1 47/3 47/4 48/14 49/1 49/22 50/1 50/3 50/9 50/12 50/14 58/3 59/21 59/23 60/3 62/4 62/6 63/9 63/10 64/19 67/17 70/17 73/16 73/20 73/21 75/7 75/8 75/11 79/22 79/23 79/23 81/24 81/24 83/15 84/15 84/16 84/23 85/6 85/9 86/24 89/11 91/6 91/7 92/13 92/14 96/24 101/8 101/18 101/25 103/23 106/6 106/22 106/24 107/6 107/10 107/10

114/7 115/25 116/4 116/8 116/9 116/25 121/19 122/10 122/11 125/9 125/12 131/8 131/11 131/13 131/23 132/11 145/17 149/15 150/24 152/2 152/20 168/1 168/15 168/24 169/1 169/9 169/19 171/4 173/8 173/8 173/12 174/3 175/3 175/14 175/16 175/20 175/23 177/22 188/8 189/10 192/6 192/25 193/2 193/9 196/14 196/15 197/1 197/18 200/19 200/20 201/6 201/7 201/8 201/12 201/12 201/25 202/12 202/14 206/11 210/20 211/4 211/9 214/7 215/6 215/12 215/13 215/16 232/14 234/12 235/16 238/21 238/22 240/1 240/2 240/4
**law enforcement [1]** 115/25
**law office [2]** 47/1 47/4
**lawyer [45]** 46/25 47/3 63/9 63/11 63/24 64/3 73/20 74/4 75/8 75/11 79/5 79/20 81/24 82/2 84/15 84/25 85/16 92/13 92/21 95/5 102/21 107/10 112/20 112/21 112/22 116/9 122/11 131/19 133/12 133/14 133/17 133/19 152/20 168/4 168/18 168/20 193/16 195/1 201/9 202/10 203/1 206/11 206/12 213/11 239/24
**lawyers [23]** 40/19 41/21 53/15 55/22 85/1 92/19 102/12 102/13 102/19 103/1 116/12 116/24 117/2 134/16 148/10 168/7 193/15 196/15 202/9 202/21 239/15 239/16 240/3
**leading [4]** 4/1 94/22 145/14 145/15
**leaning [1]** 69/25
**learn [3]** 31/25 73/9 196/7
**learned [14]** 8/23 75/25 76/16 85/6 85/7 103/22 114/7 116/19 125/9 132/11 184/3 197/17 212/4 218/7
**learning [2]** 33/9 33/15
**least [10]** 8/14 15/17 18/3 19/9 19/23 32/10 32/24 36/16 177/23 181/6
**leave [10]** 18/4 18/11

129/14 138/20 148/2 235/11 243/13
**leaves [1]** 15/2
**leaving [1]** 222/2
**Lebanon [1]** 94/10
**Leboo [1]** 44/20
**left [5]** 129/17 133/17 190/18 222/3 226/4
**leg [1]** 224/4
**legal [6]** 28/19 132/19 132/23 133/2 133/12 133/13
**legality [1]** 14/9
**legalized [2]** 13/6 13/24
**legitimately [1]** 33/13
**length [2]** 51/24 128/15
**lens [3]** 235/19 236/2 236/3
**less [4]** 32/9 71/21 122/7 224/2
**lesser [4]** 49/25 50/11 174/3 201/25
**let [36]** 8/3 9/22 13/17 18/9 18/13 20/22 21/3 22/5 25/17 26/16 32/3 33/8 35/1 36/10 38/13 39/12 42/21 46/5 47/19 48/16 51/23 58/11 70/10 76/10 78/19 79/13 87/11 95/3 147/23 163/11 187/23 196/13 199/21 240/22 254/22 255/19
**let's [52]** 12/14 21/15 24/12 36/10 36/16 36/17 42/7 63/8 73/1 84/14 94/3 99/16 101/6 108/21 110/8 111/1 112/18 115/22 121/18 130/12 130/24 131/1 146/13 152/1 155/18 166/7 167/24 172/4 173/7 173/18 173/19 181/7 186/25 191/13 195/20 199/2 201/5 206/1 206/10 208/4 214/22 215/4 220/19 224/11 229/24 232/1 232/12 234/3 235/3 239/5 246/16 248/9
**let's see [4]** 130/12 130/24 146/13 239/5
**letter [3]** 225/6 225/7 250/21
**letting [1]** 136/11
**leukemia [1]** 128/19
**level [10]** 5/20 19/18 19/19 20/20 78/3 178/2 178/5 183/7 191/17 209/6
**library [1]** 131/16
**Lieutenant [5]** 202/15 202/16 202/23 203/25 204/12
**life [2]** 208/20 235/22
**light [1]** 34/21

like [90] 11/12 11/14 12/20 18/21 21/25 23/4 26/2 34/1 55/14 55/17 65/14 68/24 69/8 69/11 77/1 77/25 78/4 82/2 83/4 85/4 90/24 91/21 93/1 98/1 98/1 106/15 108/2 112/22 114/20 124/18 126/20 127/4 143/5 147/18 150/4 150/4 156/12 163/18 164/20 164/22 164/22 164/23 168/7 168/23 171/11 173/4 176/17 180/9 180/10 180/13 190/23 191/21 191/22 194/25 201/9 202/8 202/11 203/25 205/3 207/1 208/10 208/19 209/14 213/7 214/24 220/5 220/17 222/24 222/24 222/25 223/2 223/4 223/5 223/7 223/7 223/10 223/13 231/5 234/8 235/19 236/1 236/23 238/2 238/5 239/5 243/16 245/10 251/10 252/7 255/14
**like that [1]** 223/10
**like you're [1]** 65/14
**likelihood [1]** 135/13
**likely [5]** 49/2 59/11 136/13 142/16 183/23
**likewise [1]** 159/5
**limited [2]** 185/25 253/19
**limiting [5]** 17/6 17/10 17/19 18/8 18/13
**limping [1]** 223/13
**line [10]** 26/4 160/1 246/23 246/25 247/1 247/2 247/7 247/18 248/14 248/16
**line 45 [1]** 247/1
**lines [1]** 101/22
**lingering [1]** 194/22
**list [9]** 6/15 7/19 22/9 22/13 44/8 45/4 224/19 256/6 256/6
**listed [9]** 7/20 81/8 141/12 157/21 159/10 161/10 181/18 213/5 224/9
**listen [2]** 70/16 99/8
**listening [2]** 62/3 252/18
**lists [3]** 91/13 154/11 256/2
**literally [1]** 22/23
**litigate [1]** 194/17
**litigation [4]** 168/24 170/24 170/25 171/1
**litigator [1]** 73/24
**little [45]** 13/11 15/23 19/18 36/22 56/17 65/21 67/24 78/20 81/25 99/19 101/12

**L**

**little... [34]** 101/13 102/7 107/20 116/2 117/10 124/25 131/9 145/12 145/12 146/4 146/7 149/16 156/3 158/23 163/12 165/20 166/5 172/13 173/19 177/14 177/15 180/2 203/12 203/15 212/12 216/18 221/5 226/10 226/15 230/16 239/17 249/9 253/9 253/19

**little bit [1]** 212/12

**live [4]** 113/8 130/12 222/24 238/22

**lived [2]** 161/23 208/9

**lives [2]** 45/7 238/20

**living [3]** 79/24 187/3 235/22

**loaded [2]** 29/5 30/24

**located [1]** 11/20

**location [2]** 8/9 11/18

**locations [1]** 160/21

**locked [2]** 18/12 143/3

**long [28]** 56/20 56/21 56/22 73/7 73/7 79/4 97/13 128/24 132/20 132/24 136/7 136/20 137/22 156/12 161/23 169/1 169/24 171/10 182/5 205/22 216/25 217/13 225/2 226/8 229/1 251/18 254/20 256/24

**longer [4]** 71/19 156/12 171/16 253/25

**look [20]** 4/24 6/9 6/10 6/16 6/17 10/23 23/17 26/4 30/25 32/12 33/21 36/3 36/10 49/14 49/15 188/6 192/23 235/18 254/6 254/14

**looked [1]** 11/12

**looking [5]** 6/23 9/14 12/22 235/19 254/15

**looks [6]** 11/12 11/14 12/20 213/6 214/24 220/17

**lost [1]** 204/11

**lot [22]** 23/14 34/11 36/6 80/5 101/17 104/17 106/16 106/18 115/1 138/2 141/13 146/11 183/1 183/3 183/3 184/16 192/24 193/22 207/25 216/8 223/1 252/4

**lots [4]** 69/2 84/25 112/25 193/16

**love [1]** 251/5

**loved [2]** 252/2 252/6

**Lower [1]** 101/14

**luck [1]** 210/6

**lucky [1]** 162/5

**Luibrand [2]** 43/18 44/1

**lunch [9]** 21/10 146/18

147/9 149/7 200/18 224/1

**lung [1]** 226/2

**Lusby [1]** 10/18

**M**

**ma'am [30]** 53/25 55/6 56/4 60/14 61/12 70/10 72/14 91/12 92/7 93/6 96/3 96/24 100/14 103/24 104/19 128/7 130/18 145/9 151/18 161/4 161/24 165/22 167/17 179/4 180/2 181/11 205/15 212/21 214/16 219/25

**made [11]** 17/12 17/13 19/11 26/19 29/10 34/21 35/3 70/25 133/14 216/25 246/1

**magazine [1]** 39/19

**magic [2]** 37/16 221/20

**main [1]** 26/25

**mainly [2]** 64/12 152/16

**major [1]** 105/16

**majority [2]** 10/24 32/22

**make [66]** 7/18 9/18 9/23 9/25 12/16 13/14 13/15 13/20 14/17 16/17 17/8 18/15 18/24 20/22 26/5 27/17 30/14 33/23 34/18 49/7 49/11 50/5 50/16 50/23 51/14 51/17 52/15 52/18 52/19 52/24 53/2 53/3 58/14 61/3 64/4 69/9 76/20 76/20 78/19 80/25 88/16 89/23 91/25 103/4 103/4 117/20 117/22 121/5 126/20 134/11 144/25 181/22 193/10 204/20 205/6 209/18 218/19 225/25 235/10 241/17 242/20 245/21 248/2 252/6 254/15 256/14

**makers [1]** 38/18

**makes [1]** 5/14

**making [15]** 9/19 13/12 13/19 32/21 35/6 38/14 39/8 49/5 49/10 54/17 65/2 65/9 96/10 135/13 147/8

**mal [2]** 207/2 207/4

**mal-intent [2]** 207/2 207/4

**malpractice [4]** 198/5 198/6 198/9 198/15

**man [2]** 83/14 123/4

**manage [5]** 87/25 88/5 93/10 100/7 108/5

**manager [2]** 114/14 151/14

**mandated [1]** 98/8

**manner [1]** 149/4

many... [13] 56/19 122/17 130/3 130/24 183/21 229/3 229/3 229/4 230/5 230/9 247/6

**mapping [1]** 106/15

**maps [3]** 10/23 11/12 106/15

**March [8]** 42/16 43/4 52/7 128/18 128/23 155/21 172/8 234/5

**marginally [1]** 32/20

**marijuana [3]** 13/23 13/24 164/22

**mark [4]** 145/23 179/12 179/15 179/16

**marked [1]** 145/21

**married [1]** 234/13

**Marriott [1]** 151/16

**Martin [2]** 22/8 22/12

**Mary [1]** 44/14

**Maryland [9]** 5/13 7/14 9/1 10/18 10/25 45/8 108/1 116/10 175/24

**mass [1]** 77/1

**material [9]** 21/16 22/7 22/15 23/4 26/13 27/13 32/10 32/11 32/22

**materials [11]** 23/12 26/6 29/8 29/9 29/11 30/8 30/11 30/12 30/13 30/15 32/20

**matter [6]** 19/17 90/16 90/16 177/3 237/17 258/4

**matters [3]** 3/16 40/17 141/4

**Matthew [1]** 44/16

**Matthew Frost [1]** 44/16

**maximum [1]** 209/11

**may [71]** 4/16 7/1 7/4 8/15 8/17 8/20 8/20 9/3 9/11 9/11 10/2 24/21 28/5 39/3 39/19 40/1 40/16 41/19 41/21 43/18 44/1 44/18 45/5 45/8 48/7 48/19 53/11 53/13 56/4 57/8 57/9 58/3 60/8 62/4 62/4 62/15 66/17 79/22 85/6 85/23 86/5 95/15 104/19 109/19 111/14 116/19 117/15 118/14 134/5 134/11 134/12 134/20 135/6 142/15 145/9 158/18 166/14 166/17 167/1 172/21 180/22 182/13 184/21 197/17 205/22 218/7 226/22 229/12 231/21 240/11 256/24

**may need [1]** 226/22

**maybe [22]** 5/23 12/21 19/1 32/15 36/7 65/8 80/20 90/13 96/7 114/1 120/6 134/7 147/10 160/14 177/14 178/8

225/23 236/2 238/5

**McLean [1]** 182/10

**me [178]** 5/21 8/3 9/22 13/17 13/22 18/9 18/15 18/23 19/7 20/5 20/22 26/14 27/18 28/9 28/16 28/18 28/19 31/11 32/3 32/18 32/19 32/23 33/13 34/3 35/1 36/12 36/16 36/21 37/12 38/13 39/12 40/22 41/24 42/4 42/21 46/5 47/19 48/16 51/23 56/17 57/2 58/11 61/5 65/21 67/6 70/10 72/24 73/2 73/10 73/22 74/7 75/9 75/18 76/10 77/22 78/19 79/4 79/13 81/8 81/25 83/10 83/18 85/14 86/9 86/18 87/11 87/25 91/3 94/4 95/3 95/25 99/17 101/8 102/7 103/10 103/15 104/4 106/7 106/11 110/9 110/23 113/23 114/21 116/2 117/10 117/22 118/6 118/9 120/15 124/22 124/25 128/13 128/24 131/9 131/14 132/4 136/7 136/20 140/22 141/2 141/20 144/10 145/13 147/14 148/11 149/16 149/22 152/6 153/1 153/21 153/23 163/11 165/19 166/9 166/14 167/1 169/13 170/8 172/13 173/9 175/2 181/15 181/21 185/13 187/9 187/22 187/23 189/12 190/7 191/19 195/21 196/13 196/17 197/9 197/10 198/11 199/3 199/21 201/7 201/14 202/6 203/11 203/15 206/13 207/2 207/12 208/6 210/22 211/14 211/20 211/21 215/21 216/8 216/18 220/21 223/1 223/8 223/15 224/1 225/25 226/3 230/15 230/16 232/23 234/10 235/14 235/19 235/21 236/13 238/2 238/22 239/13 239/17 240/22 244/10 248/3 254/7 257/9

**mean [62]** 5/20 6/2 14/11 18/6 19/24 21/2 23/14 24/1 24/12 25/20 27/9 28/5 31/9 32/4 33/18 35/4 35/11 36/14 52/4 55/16 59/2 61/5 61/11 61/13 64/6 65/4 65/11 66/2 66/8 68/12 69/11 70/21 77/3 121/25 123/18 126/18

138/10 146/15 147/7 166/17 168/3 178/5 183/14 183/14 184/5 184/12 184/21 185/6 185/20 195/1 200/7 200/9 203/14 205/19 208/6 219/13 236/10 239/1 247/20 248/1 257/3

**meandered [1]** 99/6

**meaning [5]** 5/7 5/13 31/6 91/24 170/11

**means [15]** 5/25 9/17 9/18 9/23 39/10 40/7 93/10 147/6 180/12 180/17 235/15 243/5 250/11 251/17 252/2

**meant [4]** 15/10 143/2 180/5 225/21

**mechanical [1]** 2/8

**media [4]** 53/17 125/24 158/5 158/15

**medical [9]** 128/18 129/18 198/3 198/4 198/6 198/9 198/14 225/22 225/23

**meet [1]** 191/19

**meeting [1]** 196/4

**MEHTA [5]** 1/10 3/3 37/5 38/8 148/25

**member [29]** 40/8 46/16 46/21 46/24 47/2 47/5 47/7 47/10 47/13 47/15 47/21 47/23 49/18 49/19 63/8 73/19 76/4 81/23 84/14 113/5 122/25 169/20 175/20 176/6 188/2 203/4 206/19 216/14 218/1

**members [9]** 30/16 45/17 45/20 46/6 46/17 47/6 111/9 175/22 178/13

**memories [2]** 136/23 138/3

**memory [2]** 130/2 130/4

**mention [3]** 37/13 135/25 201/3

**mentioned [4]** 68/5 174/6 174/21 253/6

**mentioning [2]** 24/23 25/24

**menu [1]** 87/23

**mere [1]** 14/8

**mergers [2]** 93/1 93/4

**Merit [1]** 2/2

**Merry [1]** 187/16

**Merry Christmas [1]** 187/16

**message [1]** 29/23

**messages [2]** 29/19 29/25

**messaging [1]** 53/17

**met [2]** 96/12 192/24

**Metropolitan [2]** 123/24 189/23

**microphone [2]** 67/25

Case 1:19-cr-00369-APM Document 161 Filed 03/08/23 Page 276 of 289

**M**

**microphone... [1]** 110/4
**middle [2]** 200/6 238/1
**might [16]** 13/24 52/15 52/24 61/3 97/13 98/5 116/20 166/19 174/18 193/9 200/24 201/24 219/4 219/17 227/4 242/5
**mind [11]** 52/10 61/22 71/1 79/4 83/4 159/1 177/7 193/13 214/1 252/13 252/15
**mine [2]** 83/10 196/19
**minimized [1]** 185/21
**minimum [3]** 39/16 251/22 251/22
**minor [13]** 4/7 7/13 42/18 43/5 48/6 48/15 48/18 49/2 96/21 118/8 118/15 119/1 187/7
**minors [3]** 160/9 187/5 213/18
**minute [3]** 133/9 256/21 256/22
**minutes [15]** 18/1 36/21 147/10 208/4 226/19 242/23 243/10 243/17 245/8 245/11 254/24 254/25 254/25 255/9 257/1
**miscommunication [1]** 22/1
**miss [1]** 221/8
**missed [2]** 5/24 248/17
**missing [1]** 255/25
**Missouri [1]** 211/2
**mistake [1]** 144/24
**mistakenly [1]** 254/3
**mistakes [1]** 144/25
**mitigated [2]** 92/1 92/2
**mixture [1]** 194/10
**MJOA [1]** 4/4
**mobile [2]** 39/22 40/2
**mode [2]** 39/25 53/18
**modern [1]** 93/16
**modest [1]** 12/18
**modification [1]** 12/19
**mom [3]** 82/1 149/19 151/8
**mom's [1]** 82/5
**moment [4]** 12/12 37/9 38/11 38/21
**Monday [22]** 19/13 21/4 21/6 21/6 32/8 33/19 34/1 36/13 52/2 52/5 52/8 110/18 128/23 166/14 234/8 251/3 252/1 252/21 253/2 256/16 256/18 257/8
**money [1]** 69/9
**moniker [2]** 5/10 5/11
**Montgomery [3]** 17/21 174/11 174/12
**Montgomery County [1]** 174/11

**months [4]** 126/3 159/21 159/24 189/17
**moral [5]** 52/17 53/1 61/4 235/6 235/14
**more [55]** 10/9 11/17 13/11 19/19 20/3 21/1 27/24 28/3 28/13 32/23 34/4 36/15 42/19 42/22 43/6 43/22 46/5 47/10 47/20 48/16 49/9 50/7 52/21 59/11 63/6 69/18 69/25 71/20 106/16 131/23 131/24 132/6 133/17 145/12 145/16 145/25 147/7 150/4 190/2 194/19 194/23 218/24 221/25 230/16 232/1 232/2 236/25 239/5 241/21 242/6 242/14 243/9 246/3 252/4 253/19
**Moreno [2]** 8/5 9/5
**moreover [3]** 5/1 5/4 10/17
**morning [39]** 3/4 3/13 3/14 3/23 3/24 8/23 10/10 10/23 20/14 21/22 21/23 31/16 33/9 33/19 34/2 35/18 36/13 37/6 38/6 38/7 39/9 39/14 44/12 45/1 53/25 60/14 72/14 84/9 93/23 159/25 209/25 210/1 220/24 252/1 252/21 253/2 253/24 256/16 257/8
**most [12]** 9/6 12/20 21/7 24/23 40/20 55/12 64/7 69/8 96/13 152/3 153/13 216/1
**mostly [5]** 63/17 74/9 74/10 183/12 207/25
**mother [7]** 45/7 83/9 106/8 107/1 149/20 150/2 150/23
**mother's [1]** 176/24
**motion [13]** 3/18 3/21 4/2 5/2 11/2 12/4 12/6 12/10 12/11 140/9 140/10 140/21 141/5
**motions [4]** 6/6 10/15 10/16 35/24
**mouthful [1]** 47/19
**move [9]** 36/17 71/14 78/20 99/2 100/7 127/18 149/5 157/6 244/16
**moved [1]** 189/17
**moving [4]** 44/5 226/15 243/5 249/9
**MPD [2]** 190/18 190/22
**Mr [3]** 161/22 186/7 255/8
**Mr. [76]** 3/13 3/22 14/8 18/12 18/20 21/15 21/18 22/3 23/5 23/24 24/16 25/5 25/8 25/23 26/19 28/3 28/10 28/18

**more [1]** 35/16
37/12 42/11 42/24 44/24 45/7 57/19 58/19 64/14 68/15 71/24 74/16 77/18 81/6 83/3 84/2 87/3 91/11 93/5 98/22 107/18 112/3 114/15 119/10 127/11 132/17 132/21 135/12 137/19 140/9 144/8 154/10 159/19 165/14 167/8 171/15 178/12 188/21 190/16 194/5 197/25 204/10 213/24 218/13 221/14 223/19 227/10 228/13 240/9 241/20 249/22 252/21 255/19 256/2 256/10
**Mr. Armstead [8]** 3/13 18/12 28/3 28/18 37/12 42/11 42/24 64/14
**Mr. Armstead's [3]** 28/10 30/8 45/7
**Mr. Douyon [5]** 241/20 252/21 255/19 256/2 256/10
**Mr. Wright [2]** 3/22 249/22
**Mr. Zucker [57]** 14/8 18/20 21/15 21/18 22/3 23/5 23/24 24/16 25/5 25/8 25/23 26/19 31/5 35/16 36/7 44/24 57/19 58/19 68/15 71/24 74/16 77/18 81/6 83/3 84/2 87/3 91/11 93/5 98/22 107/18 112/3 114/15 119/10 127/11 132/17 132/21 137/19 140/9 144/8 154/10 159/19 165/14 167/8 171/15 178/12 188/21 190/16 194/5 197/25 204/10 213/24 218/13 221/14 223/19 227/10 228/13 240/9
**Mr. Zucker's [1]** 135/12
**MRI [1]** 209/24
**Ms. [15]** 4/20 4/20 27/16 27/16 29/11 30/4 30/13 31/20 35/1 105/13 114/11 186/12 210/10 247/18 247/18
**Ms. Balka [1]** 30/4
**Ms. Balka's [3]** 29/11 30/13 31/20
**Ms. Davis [8]** 4/20 27/16 35/1 105/13 114/11 186/12 210/10 247/18
**Ms. Larson [3]** 4/20 27/16 247/18
**much [54]** 27/4 56/4 58/11 59/3 60/10 69/19 71/13 78/9 80/4 82/3 82/7 87/5 89/1 93/18 98/24 100/14 108/8

130/17 135/5 149/4 155/6 155/7 157/9 157/11 164/6 167/10 171/13 171/18 180/25 182/12 186/9 188/23 191/2 193/24 195/8 203/15 208/22 212/16 221/16 227/13 229/14 231/24 233/15 234/16 238/10 250/24 251/7 251/13 251/24 253/1 257/7
**mugged [1]** 169/25
**multiple [5]** 42/12 42/25 110/11 111/9 209/23
**murder [6]** 142/4 143/3 153/4 153/24 165/2 165/10
**murdered [2]** 230/17 230/20
**museum [1]** 93/16
**must [6]** 8/7 8/8 11/23 11/23 90/7 123/9
**my [139]** 20/23 21/11 31/24 38/8 38/13 39/11 40/18 52/13 52/21 52/22 61/22 63/11 65/23 69/13 69/22 73/5 73/18 73/23 75/10 76/7 77/3 79/5 79/7 79/22 80/13 80/16 82/1 85/4 85/4 85/17 87/19 87/21 100/16 101/17 106/8 107/11 108/2 111/9 112/21 117/12 120/10 120/15 120/16 122/12 123/3 128/17 130/7 130/8 131/11 133/11 134/12 134/21 136/4 137/8 138/1 138/4 138/22 139/2 139/6 139/16 139/25 144/17 144/19 145/18 149/19 152/3 152/22 153/24 156/19 160/3 160/12 162/9 162/10 166/11 169/25 173/14 173/15 173/16 176/9 176/25 177/7 183/1 185/9 187/13 187/21 189/13 192/8 192/11 195/1 196/1 196/5 199/6 200/20 201/16 202/7 202/7 202/10 202/13 202/15 202/22 203/17 203/25 205/3 205/5 205/18 206/12 206/23 207/19 207/25 208/20 208/24 215/10 215/24 217/10 218/3 220/2 220/5 220/22 222/24 223/4 223/13 226/3 226/15 230/4 230/8 230/17 230/19 232/15 234/12 235/22 237/2 237/2 237/2 237/14

238/21 243/9 251/16 253/8
**my rape [1]** 217/10
**myself [2]** 183/2 184/6

**N**

**name [9]** 22/11 38/8 43/17 44/7 133/25 134/12 160/7 160/9 228/25
**name again [1]** 22/11
**named [3]** 43/21 44/3 44/8
**names [7]** 26/8 43/12 44/9 44/10 160/20 160/22 179/24
**narrowing [1]** 243/7
**National [1]** 196/24
**natural [1]** 138/15
**nature [9]** 4/18 62/4 68/21 69/17 71/20 98/16 131/24 217/9 234/10
**NCIC [1]** 25/24
**NE [1]** 1/19
**near [1]** 80/22
**nearly [1]** 14/12
**necessarily [1]** 14/10
**necessary [2]** 98/23 192/1
**need [47]** 3/16 4/21 14/3 14/6 18/15 25/8 32/5 32/12 34/4 36/15 36/16 36/21 38/23 41/10 57/2 67/6 78/7 86/18 91/3 103/15 105/13 115/10 118/9 120/16 130/1 130/4 131/1 153/21 157/10 170/8 223/1 226/9 226/14 226/22 230/6 232/1 237/12 248/3 250/20 250/21 252/6 255/18 255/22 255/25 256/5 256/6 257/9
**needed [3]** 26/1 218/19 224/3
**needs [1]** 4/15
**negative [5]** 16/4 50/4 50/15 50/23 51/4
**neighbor [4]** 65/23 66/1 68/5 118/19
**neighborhood [4]** 113/8 164/20 225/8 240/14
**nephew [3]** 143/3 144/17 205/19
**neurological [2]** 209/20 210/1
**neuropathically [1]** 183/2
**neutral [5]** 13/11 39/6 69/18 71/21 71/24
**never [8]** 30/11 33/15 107/12 107/13 114/20 162/2 162/8 235/17
**nevertheless [2]** 21/11 232/24

**N**

**new [3]** 33/8 166/11 192/8
**New York [1]** 192/8
**newly [1]** 21/16
**news [5]** 158/1 158/3 158/15 159/20 159/25
**newspaper [7]** 228/16 228/19 228/19 228/20 228/21 228/22 228/23
**next [24]** 20/24 24/13 45/16 52/2 52/5 59/12 59/13 62/21 94/8 97/13 146/19 149/8 157/22 186/16 191/20 202/11 207/20 208/23 209/20 209/25 224/11 238/19 241/12 243/6
**niece [4]** 63/11 63/13 64/3 205/19
**niece's [1]** 63/23
**night [9]** 20/14 20/18 22/21 22/24 29/5 30/22 31/17 88/4 221/4
**nightmare [1]** 187/16
**no [289]**
**No. [113]** 3/7 37/25 41/13 53/22 56/8 60/12 62/23 62/25 72/12 74/25 78/11 81/17 84/7 87/7 89/4 92/9 92/10 93/21 93/24 95/18 99/11 100/23 104/22 105/23 106/1 108/11 109/23 112/9 115/16 121/12 127/16 128/8 135/8 141/8 141/14 144/14 144/15 149/10 167/15 171/20 179/7 181/9 182/15 186/18 189/2 191/5 195/11 198/19 206/3 210/13 210/20 212/19 213/5 214/14 220/8 222/6 224/13 225/13 227/15 229/16 232/5 233/21 234/20 239/8 240/25 244/18 244/18 244/19 244/20 244/20 244/21 244/21 244/22 244/22 244/23 244/23 244/24 244/25 244/25 245/1 245/1 245/2 245/2 245/3 245/3 245/4 245/4 245/5 245/5 245/6 245/6 248/8 249/11 249/11 249/12 249/12 249/13 249/14 249/14 249/15 249/15 249/16 249/16 249/17 249/17 249/18 249/18 249/19 249/19 250/14 250/14 250/15 250/15
**No. 14 [2]** 141/14 144/14
**No. 19-369e [1]** 37/25
**No. 3 [1]** 41/13
**No. 34 [1]** 248/8

**No. 43 [1]** 240/25
**No. 5 [1]** 213/5
**No. 7 [1]** 144/15
**nobody [6]** 26/8 33/22 69/14 69/14 240/5 251/6
**nodding [4]** 12/23 109/8 121/8 125/13
**non [2]** 85/16 109/13
**non-lawyer/scientist [1]** 85/16
**non-refundable [1]** 109/13
**none [5]** 28/1 105/3 227/22 227/23 251/4
**nonpolice [1]** 190/3
**nonprofit [2]** 63/12 105/16
**noon [3]** 129/3 130/8 130/14
**North [2]** 207/21 208/9
**North Carolina [2]** 207/21 208/9
**Northern [3]** 6/7 7/21 7/24
**Northern Virginia [1]** 7/24
**Northwest [1]** 130/13
**nos [1]** 69/3
**not [191]** 3/25 4/13 4/16 4/23 5/15 7/6 7/19 8/18 9/2 11/25 12/11 13/24 14/3 14/4 14/9 16/25 19/3 20/11 20/17 21/4 22/4 23/12 23/25 24/19 24/22 25/19 25/22 25/24 27/4 27/17 27/21 28/20 30/15 32/6 32/19 33/21 34/19 34/20 34/24 35/2 35/4 36/14 40/2 40/7 40/11 40/17 40/22 40/23 41/2 41/11 41/15 45/5 48/9 48/21 48/24 49/24 50/11 57/25 58/1 58/4 58/7 58/7 59/1 59/7 59/19 59/21 62/4 63/4 63/20 66/22 67/8 69/11 71/3 71/25 72/2 72/8 73/5 80/18 81/7 82/7 82/8 83/12 83/23 88/19 89/14 90/13 92/1 92/3 95/6 95/8 97/18 98/23 100/18 109/17 115/3 116/20 117/16 120/7 120/16 121/7 123/18 124/16 124/16 126/2 126/10 127/3 129/18 129/21 130/2 131/19 133/18 133/21 137/14 139/2 139/8 139/10 139/18 140/14 140/23 142/17 145/10 145/18 145/22 146/1 146/10 147/6 147/22 148/13 148/16 148/17 150/13 150/22 153/25 154/1

166/17 167/1 174/18 176/4 176/19 176/21 176/23 177/6 177/24 180/10 180/14 181/5 181/6 181/21 184/20 185/11 185/12 185/13 185/23 188/1 188/3 191/21 193/4 195/1 196/7 196/9 199/24 201/1 202/12 203/2 207/7 208/20 217/9 217/22 219/19 220/2 221/3 221/9 224/6 231/12 231/13 235/11 235/18 236/15 237/18 238/3 242/6 242/17 243/11 249/25 252/4 252/9 252/13 255/3
**not-guilty [1]** 159/3
**notably [1]** 9/7
**note [4]** 3/25 42/3 209/23 223/25
**notecard [5]** 40/25 41/10 41/14 41/15 54/8
**noted [2]** 5/1 6/15
**notes [2]** 21/19 21/19
**nothing [25]** 28/25 55/15 84/3 87/4 100/13 104/25 108/5 127/12 135/4 135/24 161/12 165/15 167/9 171/2 190/22 193/12 221/15 222/15 223/20 225/10 227/9 233/14 234/15 257/4 257/6
**notice [5]** 20/24 21/2 132/19 135/12 200/17
**notified [1]** 22/24
**notify [2]** 21/5 35/20
**notwithstanding [6]** 14/22 34/8 36/11 120/25 124/11 158/22
**now [82]** 17/7 20/3 21/6 32/10 33/21 34/1 34/5 39/10 39/12 40/1 40/16 40/25 41/5 41/8 44/6 45/22 46/8 48/2 53/7 54/14 57/5 57/8 60/25 63/15 64/10 64/14 66/7 68/8 74/10 77/5 85/23 96/16 96/20 101/24 104/5 104/6 104/11 106/22 119/3 123/16 124/6 127/21 141/12 142/15 143/6 146/7 146/15 146/21 147/5 147/18 156/9 157/21 158/15 159/10 162/6 167/2 171/24 174/15 177/5 177/7 177/20 177/22 183/8 189/19 192/20 213/5 214/4 214/24 215/19 219/12 225/6 227/21 231/7 232/22 241/9 243/2 243/3 243/5 243/12 250/16 252/3

**now, [1]** 192/22
**now, yeah [1]** 192/22
**number [26]** 37/16 39/9 41/9 41/11 42/5 79/14 96/7 96/8 96/9 97/3 141/12 145/20 145/23 146/11 213/1 213/6 214/20 215/1 215/2 221/20 221/24 238/25 241/6 243/4 247/23 248/17
**number 10 [1]** 96/8
**Number 5 [1]** 213/1
**numbers [14]** 4/18 24/8 25/17 78/25 97/4 141/13 145/21 145/21 146/11 157/21 159/10 161/10 181/18 244/15
**nurse [1]** 190/12
**Nursing [1]** 190/10
**NW [2]** 1/14 2/5

**O**

**O.S [4]** 42/14 42/18 43/2 43/6
**oath [4]** 14/2 38/23 38/24 137/4
**object [1]** 15/19
**objection [8]** 13/4 13/9 15/11 15/14 62/14 95/22 233/10 255/4
**objective [1]** 177/5
**objectively [1]** 117/25
**observation [1]** 35/6
**obstruction [1]** 30/5
**obvious [1]** 17/8
**obviously [10]** 18/10 36/15 59/4 75/22 136/12 150/23 175/13 200/10 240/2 252/5
**occupying [1]** 147/20
**occur [2]** 4/6 159/20
**occurred [8]** 8/9 8/14 10/4 11/7 11/8 42/15 43/3 143/8
**OFAC [1]** 94/19
**off [10]** 18/3 24/5 29/3 30/11 68/17 99/23 142/4 173/14 190/8 194/19
**offense [16]** 8/8 9/4 10/1 10/5 11/7 13/13 13/19 49/6 49/11 62/5 65/3 65/5 65/9 96/11 187/6 207/7
**offenses [3]** 64/15 168/11 209/16
**offensive [4]** 48/7 48/9 48/19 48/21
**offered [1]** 256/7
**office [35]** 1/14 16/2 47/1 47/4 50/21 51/2 63/10 65/20 65/23 66/10 68/4 68/6 73/21 75/8 81/24 84/16 90/3 92/14 94/19 94/20 107/10 112/20 122/11

124/6 133/13 133/17 133/19 133/20 173/15 194/18 213/7 213/16 214/1 250/22
**officer [18]** 46/19 46/19 46/22 46/23 49/23 50/2 50/9 50/13 89/20 102/2 102/6 102/7 121/23 189/24 190/3 192/9 201/17 201/19
**officer's [1]** 122/7
**officers [12]** 45/25 46/11 50/4 50/15 60/4 77/12 101/18 101/25 106/23 189/25 193/2 211/10
**officers' [1]** 201/25
**offices [5]** 1/18 45/25 46/11 46/12 196/15
**official [2]** 2/3 174/4
**officials [2]** 106/24 211/4
**oh [36]** 15/18 20/14 77/24 93/17 96/17 101/14 109/21 110/15 113/7 124/4 131/21 144/16 154/19 155/4 156/6 162/9 172/9 172/11 176/16 180/15 182/11 190/19 198/7 199/6 199/13 199/18 204/17 214/6 218/1 218/17 225/21 232/21 241/7 248/17 250/12 254/22
**Ohr [1]** 44/20
**okay [426]**
**old [6]** 19/2 42/18 43/6 80/22 114/21 208/8
**older [1]** 202/7
**Olga [1]** 44/15
**once [7]** 42/22 43/22 47/10 185/24 219/8 242/7 242/11
**once more [1]** 42/22
**oncologist [2]** 128/20 130/1
**one [109]** 6/5 6/14 7/22 8/7 12/21 15/14 16/15 17/14 19/2 20/22 22/3 23/2 23/23 23/23 27/19 28/8 31/6 34/12 37/9 41/2 41/17 45/6 46/5 47/18 47/20 47/25 48/16 49/9 50/7 52/21 53/12 54/5 58/2 60/20 67/23 69/25 71/15 75/10 78/18 80/4 80/7 81/22 83/8 87/11 90/6 92/12 92/25 93/1 93/3 93/3 114/21 118/7 118/8 123/3 133/8 134/16 135/10 138/18 141/15 144/24 148/1 148/10 148/10 149/14 157/10 157/22 157/24 162/16 163/9 163/10

Case 1:19-cr-00369-APM Document 16 185/25 Filed 03/08/23 40/2 Page 278 of 289

## O

**one... [39]** 164/25 166/7 169/5 169/5 171/24 174/15 181/21 182/23 189/9 199/6 199/11 201/16 205/20 209/23 209/24 209/24 213/2 214/18 222/20 222/21 222/25 225/24 232/1 232/2 233/19 235/5 238/21 239/5 239/14 241/21 242/6 242/14 245/15 246/3 253/17 253/20 253/21 253/23 255/3
**one's [1]** 184/16
**ones [4]** 19/2 69/8 252/2 252/6
**online [7]** 9/9 39/23 40/5 40/11 147/22 252/9 252/10
**only [31]** 5/15 7/19 12/20 12/21 24/22 35/15 40/20 40/24 41/24 55/22 56/15 78/15 79/3 128/11 128/11 129/23 141/15 143/15 148/5 153/17 157/22 181/21 195/6 195/25 221/3 239/25 250/4 250/20 251/10 253/5 255/15
**open [65]** 56/6 60/11 62/22 72/11 74/24 78/10 81/16 84/6 87/6 89/3 92/8 93/20 95/17 99/10 100/22 104/21 105/22 108/10 109/22 112/8 115/15 121/11 127/15 130/19 135/7 141/7 147/4 148/8 151/20 155/8 157/15 161/6 165/23 167/14 171/19 179/6 181/1 181/8 182/14 186/17 189/1 191/4 195/10 198/18 206/2 210/12 212/18 214/13 220/7 222/5 224/12 225/12 227/14 229/15 232/4 233/20 234/19 239/7 242/25 244/13 246/7 249/7 250/9 252/13 252/15
**opening [5]** 21/9 194/20 253/8 254/1 256/25
**openings [1]** 254/21
**operate [1]** 5/17
**opinion [17]** 13/5 13/12 13/13 13/15 13/18 13/20 14/9 14/14 14/15 14/20 14/22 49/5 49/7 49/9 49/11 65/1 96/9
**opinion would [1]** 49/7
**opinions [4]** 123/15 185/4 185/4 237/2

**opportunity [1]** 242/3
**opt [1]** 185/25
**optimal [1]** 32/9
**optimally [1]** 18/5
**order [15]** 11/24 19/12 19/20 21/21 24/2 25/22 26/7 26/12 26/15 29/20 29/22 140/16 140/17 172/17 209/22
**orders [1]** 209/24
**ordinarily [1]** 17/5
**ordinary [2]** 38/17 73/11
**organization [3]** 77/4 77/20 78/1
**original [3]** 253/11 253/17 254/8
**originally [2]** 190/20 243/11
**other [78]** 16/10 18/25 19/8 20/17 21/2 23/11 24/23 28/8 30/15 30/16 30/25 31/20 35/15 39/22 45/6 46/3 46/14 46/20 46/23 49/17 49/19 49/24 50/10 52/14 52/19 52/23 53/3 53/18 60/4 60/5 60/6 61/2 69/25 80/22 88/7 88/15 97/2 112/22 116/24 118/8 120/13 125/25 128/2 129/9 130/7 133/12 133/14 133/17 133/19 134/4 134/11 145/1 145/1 145/4 148/15 152/20 155/2 159/10 159/14 175/16 177/5 180/8 188/13 193/2 194/7 196/7 196/13 201/5 205/5 211/10 213/12 217/25 226/17 227/3 236/23 238/6 241/19 254/3
**others [1]** 145/19
**otherwise [3]** 147/23 250/22 252/9
**ought [6]** 12/9 21/3 37/15 37/20 141/1 147/14
**our [32]** 6/15 19/20 20/19 20/20 23/2 29/25 31/2 36/11 36/17 38/15 38/17 38/18 40/20 79/8 80/17 85/17 105/16 133/12 133/20 146/25 190/8 204/2 221/20 232/3 237/23 242/3 250/11 251/2 251/9 251/12 255/5 256/8
**out [44]** 5/25 15/13 15/17 18/10 18/19 20/10 21/25 24/23 25/19 27/25 57/23 94/6 94/11 94/13 107/20 129/3 130/8 130/13 138/11 147/22 148/7 155/2 156/19 157/7

190/20 201/2 209/22 212/11 219/12 220/24 222/2 222/3 222/25 225/25 226/9 226/15 234/6 238/7 243/14 255/6 255/23
**outset [2]** 27/24 34/14
**outside [4]** 33/25 36/17 45/24 46/10
**Ovechkin [1]** 239/6
**over [25]** 10/20 11/4 11/15 21/18 22/22 22/24 28/15 28/24 28/25 29/9 30/13 30/18 31/25 33/20 35/22 40/15 78/20 82/2 85/25 114/16 116/7 207/20 238/21 238/25 252/9
**overhear [1]** 163/6
**own [7]** 5/6 70/13 113/10 185/4 185/9 236/24 237/24

## P

**P. [1]** 37/5
**p.m [4]** 148/23 148/23 156/25 257/10
**page [19]** 5/17 5/23 6/1 6/8 7/20 7/21 7/22 8/24 200/7 240/23 241/1 241/11 246/23 246/25 247/1 247/2 247/7 248/8 254/12
**page 1 [2]** 240/23 247/7
**page 2 [1]** 241/1
**paid [3]** 109/7 221/7 221/10
**pain [2]** 223/14 224/4
**panel [6]** 39/6 49/18 49/20 85/12 246/18 246/21
**panic [1]** 233/9
**papers [3]** 3/20 28/19 228/16
**paperwork [1]** 97/11
**parade [1]** 154/25
**paragraph [1]** 254/12
**Pardon [1]** 198/11
**Park [2]** 46/1 46/12
**parole [3]** 46/19 46/23 102/6
**part [18]** 5/5 7/6 8/15 55/12 67/8 69/22 93/3 165/4 166/21 172/17 172/20 176/18 182/8 187/22 219/8 219/17 237/23 253/11
**partially [1]** 178/16
**participation [1]** 165/16
**particular [7]** 7/25 14/16 95/9 117/17 145/23 158/10 224/2
**particularly [3]** 145/18 187/6 188/16
**parties [5]** 8/13 40/6

**parties' [1]** 3/20
**partner [2]** 84/17 190/20
**parts [1]** 8/6
**party [3]** 4/25 134/3 134/4
**pass [1]** 6/14
**passed [2]** 30/1 250/7
**past [8]** 46/8 89/21 101/9 171/13 171/14 205/3 219/4 230/9
**patent [1]** 239/18
**patience [3]** 135/2 243/18 245/9
**Patrolman [2]** 210/24 210/25
**pause [1]** 137/22
**pay [8]** 44/6 88/22 88/25 199/23 199/24 200/1 200/4 244/15
**peace [1]** 216/25
**pencil [2]** 41/1 81/20
**people [68]** 8/1 24/24 42/5 43/21 44/3 44/7 44/8 44/10 45/13 45/15 55/21 64/3 65/19 69/8 73/10 77/12 85/1 85/3 85/7 101/7 102/15 106/5 110/11 115/24 120/13 120/13 121/18 131/8 134/11 134/19 138/16 139/4 139/17 139/25 146/16 147/22 149/15 152/1 152/19 168/1 168/8 168/14 169/14 173/12 179/24 183/3 184/13 187/13 189/10 192/5 192/24 192/24 192/25 193/22 196/8 196/12 196/14 199/12 208/1 209/2 210/20 215/6 223/1 223/3 240/4 242/17 243/14 251/10
**people's [1]** 25/17
**per [1]** 69/6
**perceive [2]** 188/12 188/13
**perceived [1]** 187/11
**percent [1]** 99/21
**perception [1]** 187/21
**peremptories [1]** 242/10
**perfectly [2]** 23/9 136/25
**performing [1]** 38/19
**perhaps [7]** 21/1 26/16 27/23 39/14 52/16 52/25 163/12
**period [1]** 22/16
**periods [1]** 226/8
**person [16]** 27/3 29/23 89/23 112/22 131/22 146/19 176/2 176/13 176/14 177/2 184/7 184/19 232/2 233/19 238/19 255/6

**personal [16]** 24/9 30/17 40/17 45/18 45/21 46/7 46/18 47/6 92/18 109/4 109/5 177/3 185/4 190/25 191/1 191/20
**personally [5]** 25/12 26/9 49/4 162/16 194/17
**personnel [1]** 91/13
**persons [5]** 16/1 44/13 45/4 50/20 51/2
**perspective [1]** 176/25
**pertaining [1]** 176/24
**Peter [3]** 1/18 43/16 43/25
**Peter Wright [1]** 43/25
**Peterson [1]** 85/15
**petit [1]** 132/6
**petit juror [1]** 132/6
**Ph.D [1]** 108/2
**pharma [1]** 85/17
**pharmaceutical [1]** 239/22
**phase [1]** 243/6
**Philadelphia [1]** 169/6
**Phillips [2]** 93/7 93/15
**philosophical [2]** 52/17 53/1
**Phoenix [2]** 155/24 156/7
**phon [1]** 174/25
**phone [2]** 4/17 20/5
**phones [1]** 39/22
**photographed [1]** 28/23
**photographer [2]** 228/15 228/19
**physical [10]** 51/14 51/17 57/6 57/9 142/18 183/11 183/12 183/18 209/17 227/4
**physically [2]** 11/23 11/24
**pick [8]** 31/15 32/1 32/7 33/16 36/10 36/16 143/2 256/21
**picked [3]** 34/1 200/2 200/5
**picking [1]** 36/12
**picture [1]** 23/17
**pictures [2]** 6/20 29/7
**piece [1]** 21/15
**pieces [1]** 25/2
**place [6]** 10/3 28/17 39/24 222/24 237/22 252/8
**placed [5]** 8/22 10/11 38/23 38/24 238/3
**places [1]** 226/12
**Plaintiff [1]** 1/4
**plan [3]** 36/22 251/18 255/17
**plane [1]** 156/14
**play [2]** 23/20 38/16
**played [1]** 17/6
**playing [1]** 16/24
**please [20]** 3/4 37/7

**P**

**please... [18]** 37/10 38/22 39/18 44/6 49/15 53/14 53/21 53/23 56/7 72/16 91/16 101/12 104/24 124/3 147/21 148/13 149/2 255/18
**plenty [1]** 146/17
**point [25]** 4/22 11/14 18/24 21/25 26/18 31/8 31/11 35/12 35/15 40/2 57/23 61/24 80/4 94/10 114/21 129/19 135/14 147/25 180/7 200/22 219/19 239/19 243/3 245/15 252/14
**pointed [6]** 119/22 120/18 139/4 139/25 206/22 207/6
**pointing [4]** 120/13 139/17 143/11 144/2
**points [1]** 4/12
**police [23]** 45/24 45/24 46/1 46/9 46/11 46/12 77/12 101/18 101/25 102/2 106/9 114/25 121/23 122/7 123/25 164/23 189/14 189/23 189/25 192/9 201/17 201/17 201/19
**police officer [1]** 192/9
**policy [11]** 77/6 77/25 78/1 78/2 78/3 114/13 152/16 190/14 190/15 212/8 212/10
**politics [1]** 66/12
**population [1]** 208/17
**portion [11]** 10/11 11/1 11/3 11/10 11/13 11/13 11/15 11/19 18/3 42/17 43/4
**portions [2]** 43/19 44/2
**Portland [1]** 63/12
**pose [1]** 31/6
**posed [1]** 53/6
**position [7]** 27/11 86/1 131/23 138/15 140/11 187/21 236/18
**positive [5]** 16/3 50/4 50/15 50/22 51/4
**possession [6]** 76/8 86/14 86/15 143/11 144/2 211/16
**possible [2]** 40/21 193/25
**possibly [6]** 4/3 16/20 40/14 60/5 60/6 118/14
**post [2]** 40/9 53/15
**postal [4]** 182/6 182/9 225/3 225/6
**Postal Service [3]** 182/9 225/3 225/6
**posted [5]** 5/21 6/4 6/6 7/6 7/23
**posting [2]** 5/17 252/10
**posture [1]** 27/6
**potential [9]** 8/25 38/9

147/23 147/25 148/17 217/5
**potentially [2]** 208/16 236/1
**practice [9]** 5/8 20/23 25/11 74/2 82/5 84/23 122/19 192/20 192/21
**practice now [1]** 192/20
**practiced [7]** 79/23 83/14 107/12 107/13 193/19 202/12 202/21
**practicing [1]** 82/3
**pre [7]** 8/20 8/20 9/3 9/11 9/11 172/16 172/19
**pre-May [4]** 8/20 9/3 9/11 9/11
**pre-May 28th [1]** 8/20
**pre-proposal [2]** 172/16 172/19
**preamble [2]** 18/8 18/11
**precluded [1]** 238/13
**preconceptions [1]** 64/18
**prefer [1]** 109/17
**prejudge [1]** 40/23
**prejudice [4]** 4/6 12/6 61/4 137/6
**prejudice/moral [1]** 61/4
**prejudiced [2]** 40/22 98/5
**PreK [1]** 93/9
**prep [3]** 22/15 22/19 23/15
**preparation [2]** 33/5 35/8
**prepare [2]** 27/14 34/4
**prepared [2]** 33/14 256/18
**presence [1]** 110/21
**present [5]** 3/11 11/2 38/4 65/12 249/13
**presented [16]** 17/8 45/3 48/15 49/2 57/12 61/6 70/17 73/17 86/24 96/23 111/15 137/5 138/18 184/4 185/5 188/8
**presently [2]** 85/19 85/21
**President [1]** 187/12
**presiding [3]** 3/3 37/5 148/25
**pressed [2]** 128/3 140/14
**pressure [2]** 126/15 126/21
**presume [1]** 83/24
**Pretrial [2]** 21/21 22/17
**prettiest [1]** 96/14
**pretty [11]** 27/4 65/24 80/3 82/3 83/17 124/16 129/22 135/13 137/22 147/8 171/12

**preview [1]** 256/4
**previous [2]** 136/1 138/2
**previously [3]** 66/25 118/4 183/22
**priest [1]** 187/3
**principles [2]** 235/7 235/14
**print [1]** 15/13
**prior [16]** 6/5 8/17 22/14 56/16 57/10 118/16 119/15 124/20 132/2 141/19 152/24 170/4 197/3 197/6 211/12 226/10
**Priorities [1]** 77/25
**prison [1]** 215/23
**privacy [1]** 40/19
**private [5]** 74/1 122/18 192/19 192/21 239/20
**privilege [1]** 30/11
**pro [2]** 239/24 240/1
**probable [3]** 54/17 153/17 164/5
**probably [18]** 5/18 21/7 21/10 33/10 58/11 70/3 70/5 80/2 90/13 114/21 123/15 130/13 132/6 178/8 188/13 205/24 238/20 245/7
**probation [5]** 46/19 46/22 102/6 218/4 218/5
**probation judge [1]** 218/4
**probed [1]** 71/19
**problem [6]** 51/14 51/17 188/14 200/12 201/2 219/8
**problems [3]** 209/18 227/1 227/5
**proceed [3]** 19/14 20/11 251/2
**proceedings [7]** 1/9 2/8 28/19 34/6 55/20 257/10 258/4
**process [12]** 40/3 40/13 40/15 67/9 87/22 176/18 203/24 204/3 205/7 214/3 214/4 243/6
**produced [3]** 2/9 29/5 35/3
**produces [1]** 106/15
**producing [2]** 35/3 35/8
**production [2]** 22/24 25/20
**productions [1]** 25/6
**professional [3]** 19/17 184/25 185/4
**professor [1]** 136/3
**proffer [1]** 11/17
**proffered [3]** 10/7 10/10 10/17
**program [2]** 108/2 175/1
**progress [2]** 147/8

**prohibit [1]** 236/22
**project [1]** 77/5
**promise [2]** 39/15 251/16
**promoting [1]** 5/14
**promotion [1]** 5/6
**prompt [1]** 149/4
**prong [1]** 9/5
**proof [4]** 11/10 11/18 54/20 164/4
**proper [1]** 10/6
**proposal [4]** 172/16 172/19 172/20 254/9
**proposals [1]** 15/4
**propose [1]** 13/10
**proposed [5]** 12/19 12/24 13/5 15/9 253/17
**proposition [2]** 9/9 12/3
**prosecute [2]** 116/13 164/2
**prosecuted [3]** 124/1 168/8 168/10
**prosecuting [2]** 66/11 124/9
**prosecution [5]** 13/7 19/9 150/24 152/13 194/23
**prosecutions [1]** 194/16
**prosecutor [9]** 76/12 79/20 92/21 102/20 116/10 165/6 193/20 194/24 203/1
**prosecutor's [3]** 45/25 46/11 162/7
**prosecutors [10]** 19/19 28/12 55/21 55/23 55/25 102/25 124/7 177/22 193/23 193/23
**prospect [2]** 48/8 48/20
**prospective [3]** 10/8 38/24 250/25
**prostitute [1]** 96/13
**prostitute when [1]** 96/13
**prostitutes [3]** 69/9 183/21 184/15
**prostitution [30]** 13/6 13/7 13/12 13/13 13/18 13/19 14/2 14/9 49/5 49/6 49/10 49/10 65/2 65/2 68/23 69/5 69/8 96/10 96/10 101/21 180/11 180/17 183/3 183/4 183/5 184/14 184/15 185/23 201/21 217/5
**protected [1]** 28/4
**protecting [2]** 187/5 187/13
**protective [5]** 24/2 25/21 26/7 26/12 26/15
**prove [1]** 11/16
**provide [4]** 29/23 38/12 51/23 253/8

**provided [9]** 22/20 22/21 23/7 25/25 26/3 53/8 253/11 256/2 256/3
**providing [8]** 7/25 9/10 9/11 9/17 9/18 9/20 9/23 11/22
**provoke [1]** 138/25
**pry [2]** 171/9 203/14
**prying [1]** 230/15
**psychological [1]** 183/17
**psychologically [1]** 184/13
**psychologist [5]** 183/17 183/25 215/24 215/24 216/7
**PTSD [1]** 233/8
**public [4]** 25/19 26/10 66/18 81/10
**pull [1]** 212/24
**purchased [1]** 156/14
**purported [1]** 181/6
**purpose [2]** 39/5 164/3
**purposes [2]** 11/2 124/2
**purse [2]** 113/9 113/10
**put [50]** 25/1 30/15 57/10 64/16 66/16 67/15 68/7 70/14 72/2 78/7 78/24 79/14 85/8 87/9 88/1 91/6 96/18 96/22 103/22 114/8 125/8 130/23 131/1 142/19 143/13 144/13 144/20 145/20 146/2 146/13 147/11 169/9 182/22 184/2 188/4 191/15 201/2 205/11 205/17 205/23 206/1 215/3 225/19 235/9 236/17 237/21 240/21 241/25 252/8 255/5
**putting [5]** 25/19 29/19 135/12 146/11 237/7

**Q**

**qualified [9]** 42/5 130/24 146/17 205/24 232/2 241/15 242/1 243/3 243/7
**qualify [4]** 37/20 42/4 221/19 221/25
**quarter [1]** 21/7
**question [225]** 8/6 8/13 10/3 13/4 13/5 14/6 14/12 14/19 14/21 15/3 15/8 15/9 15/12 15/15 15/19 17/2 21/14 23/17 23/22 24/13 31/5 32/4 32/16 41/6 41/10 41/11 41/12 41/14 42/9 42/21 43/8 43/10 43/20 44/4 44/5 45/12 45/14 45/16 45/19 46/4 46/5 46/15 46/16 46/21 46/24 47/2 47/5 47/10 47/13 47/20 48/2 48/5

280

**Q**

**question... [173]** 48/16 49/4 49/9 49/13 49/13 49/17 49/19 49/21 50/7 50/18 50/25 51/7 51/10 51/13 51/16 51/19 51/21 51/25 52/12 52/12 52/13 52/13 52/21 52/22 52/22 54/5 54/6 56/14 56/15 56/15 57/23 58/1 58/8 58/13 61/1 61/2 63/3 65/1 65/3 65/8 65/18 66/24 67/21 68/3 68/20 68/21 69/13 72/1 72/6 73/2 73/19 76/4 81/22 81/23 83/5 84/13 84/14 85/11 86/7 89/9 89/9 89/10 90/1 90/8 92/12 92/12 94/4 97/8 97/8 99/17 100/19 101/7 102/4 103/8 105/19 106/4 106/5 107/9 108/22 110/9 110/14 110/14 111/19 111/19 113/4 113/19 115/11 115/21 115/22 117/2 117/5 118/3 120/10 122/9 122/25 128/3 128/10 128/10 128/11 130/7 131/7 131/8 132/2 136/10 137/1 138/14 138/17 141/18 144/19 144/20 144/21 145/15 146/4 149/14 149/14 152/19 152/24 155/17 155/18 160/3 160/12 162/9 162/10 162/18 163/12 163/15 168/7 169/14 169/24 170/4 172/2 172/5 172/10 176/6 182/23 182/23 182/24 187/1 189/9 189/10 191/14 192/5 193/15 195/21 195/22 197/3 197/14 199/1 199/4 201/10 202/3 206/10 206/19 207/14 208/23 209/13 209/17 211/12 214/18 216/14 220/20 225/20 225/22 225/23 229/25 232/13 234/3 234/4 235/3 235/4 238/15 239/14 239/15

**Question 1 [3]** 42/9 42/21 43/8

**Question 10 [4]** 13/4 49/4 49/9 65/1

**Question 11 [4]** 49/13 49/17 49/19 85/11

**Question 12 [2]** 49/21 50/7

**Question 13 [6]** 15/9 50/18 50/25 65/18 89/9 90/1

**Question 14 [13]** 51/7 51/10 54/6 56/14 66/24

118/3 132/2 170/4 197/3 211/12

**Question 15 [3]** 51/13 51/16 209/17

**Question 16 [6]** 51/19 51/21 97/8 110/14 128/10 234/3

**Question 17 [5]** 52/21 61/2 172/2 182/23 235/3

**Question 2 [3]** 43/10 43/20 44/4

**Question 3 [5]** 41/12 41/14 44/5 45/12 45/14

**Question 4 [19]** 45/16 45/19 46/4 46/5 46/15 57/23 58/1 89/9 89/10 101/7 106/5 115/21 115/22 131/7 131/8 149/14 189/10 192/5 232/13

**Question 5 [5]** 46/16 46/21 102/4 169/14 202/3

**Question 6 [16]** 46/24 47/2 63/3 73/19 81/23 84/13 84/14 92/12 106/4 107/9 117/2 122/9 168/7 193/15 201/10 206/10

**Question 7 [9]** 47/5 47/10 76/4 113/4 117/5 122/25 176/6 206/19 216/14

**Question 8 [5]** 47/13 47/20 111/19 207/14 209/13

**Question 9 [3]** 48/2 48/5 48/16

**questioning [1]** 71/25

**questions [109]** 12/15 12/25 39/9 39/11 39/12 40/16 41/5 41/9 41/16 41/18 41/19 41/21 42/2 42/8 45/16 48/4 53/6 53/8 55/3 57/17 61/1 62/11 62/13 63/3 67/20 72/23 75/4 78/25 79/15 84/2 84/12 87/17 88/7 88/13 89/8 90/7 94/1 96/6 97/2 99/5 101/2 105/4 105/7 106/3 106/4 108/6 108/18 110/8 112/16 115/20 121/16 129/9 131/7 135/3 135/22 140/19 145/2 151/5 151/25 159/14 161/11 161/17 161/20 163/7 166/6 167/21 171/25 172/20 173/8 179/19 179/20 179/23 180/19 182/1 182/3 186/8 186/25 191/12 195/19 198/25 201/5 201/6 206/10 208/11 210/19 213/6 214/19 214/25 220/18

223/17 224/20 224/21 224/22 227/25 228/2 228/11 229/10 229/23 232/12 234/1 234/14 235/2 236/20 241/23 242/20 252/25

**Questions 4 [3]** 106/4 167/21 186/25

**Questions 6 [2]** 195/19 206/10

**quick [2]** 148/10 254/6

**quickly [3]** 6/11 114/16 190/18

**quietly [2]** 39/18 53/12

**quit [1]** 189/17

**quite [5]** 56/20 79/4 136/9 180/10 225/25

**quote [1]** 9/17

**R**

**Rachel [1]** 44/19

**Rachel DiMauro [1]** 44/19

**Raghavan [1]** 44/23

**raining [1]** 223/14

**raise [8]** 16/15 16/25 17/3 18/23 32/13 38/22 41/3 255/5

**raised [2]** 184/22 255/18

**raised it [1]** 184/22

**raising [2]** 4/3 4/4

**ran [2]** 206/23 216/11

**rape [2]** 217/10 218/22

**raped [1]** 216/20

**rather [4]** 27/18 118/24 255/12 255/22

**re [7]** 4/4 13/17 15/22 15/24 25/8 147/1 184/14

**re-dramatization [1]** 184/14

**re-raising [1]** 4/4

**re-read [1]** 13/17

**re-sent [1]** 25/8

**re-start [1]** 147/1

**re-word [2]** 15/22 15/24

**reach [11]** 51/9 51/12 56/24 86/19 91/2 103/16 118/11 147/22 170/9 170/12 211/21

**reached [4]** 10/8 42/5 57/1 197/10

**reaction [7]** 69/20 71/22 120/1 120/19 136/25 146/4 209/2

**read [13]** 3/19 13/11 13/17 39/19 39/22 41/5 48/16 53/12 66/14 195/22 243/16 245/9 254/19

**ready [4]** 19/13 19/13 158/12 160/10

**real [4]** 99/18 99/20 223/15 224/6

**realize [2]** 66/13 66/15

17/1 20/19 26/14 62/5 70/1 70/21 76/13 89/12 89/13 89/14 97/16 107/4 126/8 129/21 130/2 141/4 187/22 193/24 205/6 205/19 217/13 217/22 221/3 223/2 223/3 251/9 255/9

**Realtime [1]** 2/3

**reason [32]** 9/6 24/2 34/5 36/12 36/16 48/12 48/24 52/14 52/17 52/19 52/23 53/1 53/3 61/2 64/2 64/4 64/6 64/22 73/11 107/5 122/5 134/2 136/16 137/12 150/25 154/2 174/1 175/15 176/20 201/24 218/7 227/3

**reasonable [6]** 10/12 23/10 54/21 153/19 164/8 255/15

**reasons [2]** 10/15 12/4

**Reath [2]** 84/20 84/21

**recalculate [1]** 4/9

**recall [11]** 55/13 56/19 59/3 67/14 82/4 90/15 106/23 125/6 128/21 159/22 169/8

**received [2]** 21/20 36/8

**recent [2]** 20/3 20/6

**recently [2]** 176/9 176/25

**recess [3]** 37/3 148/22 148/23

**recognize [4]** 44/10 45/12 45/14 237/21

**record [15]** 3/21 6/21 9/22 24/5 29/3 30/23 34/18 35/16 35/18 121/6 124/2 135/11 223/25 240/20 258/3

**recorded [2]** 2/8 17/9

**records [1]** 22/8

**redact [2]** 25/14 26/16

**redacted [7]** 20/9 23/19 23/24 24/1 24/10 24/14 30/18

**redacting [1]** 25/11

**redaction [1]** 30/14

**redactions [4]** 24/6 24/7 25/9 29/10

**refer [1]** 35/16

**reference [1]** 254/1

**referring [1]** 25/3

**referring to [1]** 25/3

**reform [1]** 77/8

**refundable [1]** 109/13

**regard [1]** 138/6

**regarding [1]** 117/16

**Registered [1]** 2/2

**regulation [1]** 175/8

**reiterating [1]** 4/12

**relate [1]** 45/17

**related [14]** 16/18 16/21 30/10 30/16

94/9 109/3 110/10 125/2 173/16 174/2 183/3 194/11 212/13

**relates [2]** 48/2 177/3

**relating [1]** 86/1

**relation [1]** 119/13

**relations [3]** 81/11 151/13 196/24

**relationship [11]** 58/14 75/24 89/23 103/3 116/18 190/24 190/25 191/1 201/23 211/5 218/6

**relationships [2]** 189/10 202/20

**relative [1]** 193/2

**relatively [1]** 20/6

**relatives [7]** 45/18 45/21 46/7 46/18 47/7 116/12 173/20

**released [1]** 125/23

**relevant [2]** 42/19 43/7

**relieved [1]** 224/4

**religious [3]** 52/17 53/1 236/6

**reluctantly [1]** 18/23

**rely [2]** 11/4 11/17

**remain [1]** 73/15

**remaining [2]** 18/1 48/3

**remedy [1]** 31/7

**remember [17]** 17/7 25/21 55/7 59/4 59/5 59/7 134/5 134/7 142/2 142/7 142/10 154/21 158/2 158/7 158/9 158/13 214/19

**remembers [1]** 19/2

**remind [1]** 53/14

**reminded [1]** 28/9

**reminder [2]** 147/21 241/14

**reminds [1]** 148/11

**remotely [1]** 30/10

**remove [3]** 73/12 186/11 241/20

**render [1]** 188/7

**rendered [1]** 153/22

**rendering [2]** 126/13 126/21

**renewal [1]** 12/6

**renewed [1]** 3/18

**rep [1]** 161/1

**repeat [5]** 42/21 46/5 47/19 165/3 166/21

**repeatedly [1]** 128/3

**report [6]** 98/8 147/8 158/16 159/20 160/4 251/23

**reporter [5]** 2/2 2/2 2/3 2/3 67/25

**reports [1]** 20/8

**represent [2]** 20/19 139/24

**represented [7]** 22/1 22/17 43/13 43/16 43/23 43/25 185/18

Case 1:19-cr-00269-APM Document 361-2 Filed 03/08/23 Page 281 of 289

**R**

representing [1] 184/10
reputation [1] 187/4
request [2] 19/11 33/24
requests [2] 214/3 214/3
require [3] 20/23 40/14 49/13
required [2] 25/13 137/4
requires [3] 92/3 110/23 110/24
reschedule [1] 191/24
research [10] 40/5 40/11 53/14 78/1 107/21 107/23 147/21 212/8 212/10 252/9
resemblance [1] 83/14
reservations [5] 71/10 126/12 126/14 157/7 231/15
reshuffle [1] 241/21
resist [1] 252/17
resolution [1] 83/2
resolve [1] 12/21
respect [15] 12/10 12/11 15/11 16/10 21/16 22/3 22/14 54/16 79/17 107/6 154/2 175/15 188/6 241/14 242/10
respond [6] 4/21 14/5 33/3 35/25 42/2 136/10
responded [1] 68/21
response [7] 20/17 41/12 144/20 145/14 172/18 188/25 227/24
responses [3] 41/20 41/22 196/13
responsibilities [2] 196/5 196/10
responsibility [2] 48/10 48/22
responsible [1] 62/3
rest [2] 21/14 40/17
restate [1] 9/22
restrictions [2] 40/13 252/8
rests [1] 11/21
result [3] 9/17 55/24 120/17
results [1] 183/15
retired [4] 104/5 104/6 104/11 149/17
return [20] 40/23 56/5 60/8 62/15 95/15 104/20 109/19 127/14 135/6 145/9 157/8 180/22 182/13 218/21 223/21 229/12 231/21 237/8 243/10 243/12
returning [3] 236/25 237/5 237/7
review [3] 28/15 32/10 33/16
reviewed [1] 31/16
reviews [1] 153/2
ridden [1] 238/24
riding [1] 223/12
right [319]
rightly [1] 148/11
Rights [3] 25/16 152/8 152/15
ring [1] 155/3
rise [7] 3/2 10/12 37/2 37/4 148/21 148/24 191/17
risk [1] 208/2
RMR [2] 258/2 258/8
robbed [1] 176/25
robberies [1] 164/21
robbery [7] 55/14 80/8 117/12 132/7 164/22 176/10 179/1
Rodriguez [2] 8/5 9/5
Rodriguez-Moreno [2] 8/5 9/5
role [8] 38/16 60/4 60/5 60/6 85/24 94/16 199/22 205/18
room [7] 2/5 49/14 185/14 199/12 199/13 252/23 252/24
round [2] 242/5 245/19
rounds [1] 130/3
row [1] 146/24
rude [1] 148/16
rule [3] 8/3 27/4 209/22
rules [1] 145/17
run [3] 148/12 154/18 154/20
runs [1] 129/1

**S**

S.B [10] 4/7 4/14 10/18 10/20 11/4 32/25 42/14 42/17 43/2 43/5
sacrifice [1] 88/16
Sadie [1] 44/14
safe [6] 138/8 139/15 139/15 140/2 171/12 221/25
said [77] 5/23 11/12 21/1 22/6 28/12 30/23 42/1 53/6 53/11 54/8 58/21 59/18 59/20 60/1 68/22 71/7 71/16 71/19 73/14 77/16 77/20 80/8 85/19 89/14 91/19 92/15 97/3 97/5 104/3 114/17 119/13 119/14 119/18 125/19 127/22 127/24 128/2 128/5 129/19 130/7 134/8 137/23 138/25 139/5 139/18 139/20 140/13 143/10 145/15 156/5 158/10 162/23 163/6 163/8 164/4 166/15 166/21 176/11 178/13 178/25 184/24 194/6 194/25 195/3 204/12 208/4 216/10 218/14 220/1 220/4 222/21
ridden [1] 238/24
sale [1] 164/21
same [19] 14/1 27/6 32/24 36/2 47/14 47/17 47/22 47/25 49/23 50/10 95/23 105/19 111/19 124/5 133/25 221/9 225/24 252/8 254/15
San [1] 106/9
San Francisco [1] 106/9
sarcoidosis [1] 226/2
sat [3] 153/10 162/6 162/8
satisfied [2] 11/25 18/10
satisfies [1] 9/20
satisfy [1] 11/22
saw [3] 30/11 57/21 243/13
say [57] 5/9 5/22 13/22 14/17 14/25 15/1 19/11 22/10 31/7 31/15 31/20 32/1 32/11 33/13 33/18 33/19 41/13 57/20 66/1 71/9 72/7 83/19 85/4 87/17 88/16 97/22 124/3 136/19 137/20 138/1 138/5 138/8 140/2 140/22 147/9 163/9 171/3 171/12 183/8 183/25 184/24 193/20 196/14 200/6 200/17 205/20 205/20 217/12 217/19 226/13 230/15 235/10 235/13 237/6 237/20 237/22 252/4
SAYACK [1] 174/25
saying [15] 17/25 24/16 25/19 33/1 35/12 36/15 65/14 100/1 121/7 140/23 144/16 223/6 223/9 242/5 252/7
says [4] 14/21 15/15 17/11 215/2
scare [1] 207/2
schedule [3] 52/10 97/9 256/19
scheduled [3] 128/22 199/18 209/19
scheduling [3] 31/13 130/22 191/16
Scheduling-wise [1] 130/22
school [34] 46/25 47/3 63/9 73/20 75/7 75/11 81/24 82/18 82/20 84/15 85/7 92/13 101/17 107/10 107/12 112/20 121/20 122/6 122/10 152/20 175/10 175/20 175/23 176/15 177/1 187/12 196/14 201/17 201/18 202/14
schools [1] 93/11
science [1] 107/25
scientist [1] 85/16
sclerosis [1] 209/23
se [1] 69/6
sealed [1] 30/11
search [5] 28/10 29/1 29/4 29/7 30/2
searched [2] 29/11 31/22
season [1] 155/3
seat [69] 56/5 60/9 62/16 95/16 104/20 109/20 127/14 135/6 145/9 180/23 182/13 223/21 229/13 231/22 240/12 241/15 243/21 243/22 243/23 243/24 243/25 244/1 244/2 244/3 244/17 244/18 244/19 244/20 244/21 244/22 244/23 244/24 244/25 245/1 245/2 245/3 245/4 245/5 245/6 246/17 246/22 246/24 247/4 247/5 247/9 247/10 247/12 247/13 247/20 248/6 248/10 248/12 248/13 248/19 248/20 248/22 248/24 249/11 249/12 249/14 249/15 249/16 249/17 249/18 249/19 250/5 250/14 250/15 253/7
seat 1 [2] 243/21 248/10
Seat 12 [1] 248/6
Seat 14 [1] 246/22
Seat 2 [2] 246/24 248/19
Seat 3 [2] 246/17 248/20
Seat 5 [1] 248/22
Seat 7 [1] 248/24
Seat 8 [1] 250/5
Seat No. 10 [2] 245/2 249/17
Seat No. 11 [1] 245/3
Seat No. 12 [2] 245/4 249/18
Seat No. 13 [1] 245/5
Seat No. 14 [2] 245/6 249/19
Seat No. 2 [3] 244/18 249/11 249/12
Seat No. 3 [2] 244/20 249/14
Seat No. 4 [1] 244/21
Seat No. 5 [2] 244/22 249/15
Seat No. 6 [1] 244/23
Seat No. 7 [2] 244/24 249/16
Seat No. 8 [3] 244/25 250/14 250/15
Seat No. 9 [1] 245/1
seated [4] 3/4 37/7 39/3 149/2
seats [4] 147/20 241/16 243/11 243/12
seats 6 [1] 241/16
second [22] 4/22 5/19 9/7 22/14 26/18 49/15 60/20 67/23 78/18 80/7 83/8 87/11 93/3 135/10 148/1 187/24 213/2 218/21 246/25 247/2 248/8 253/20
Second Circuit's [1] 9/7
secondary [1] 62/5
Secondly [1] 24/20
seconds [4] 17/20 245/12 246/5 246/6
Secret [2] 46/3 46/14
Secret Service [2] 46/3 46/14
Section [3] 8/21 9/14 9/21
Section 1591 [3] 8/21 9/14 9/21
sector [1] 239/20
secular [1] 235/16
Secundum [1] 80/3
security [14] 24/8 25/17 26/22 27/2 46/3 46/13 60/17 89/19 91/13 92/4 94/8 105/17 131/25 132/1
security guard [1] 131/25
see [37] 6/19 7/20 14/24 15/1 17/3 36/7 36/13 48/8 48/20 80/5 80/18 91/21 92/1 97/10 97/21 98/9 98/10 130/12 130/24 146/13 148/15 148/19 177/6 192/1 205/7 208/12 209/2 223/3 223/11 226/3 227/11 233/19 239/5 248/9 249/22 253/1 257/8
seem [4] 69/19 138/8 181/5 220/5
seemed [2] 79/4 145/11
seems [3] 26/14 156/11 255/14
seen [5] 32/15 32/17 32/19 33/15 162/2
seized [1] 31/20
select [4] 33/11 39/5 39/8 40/20
selected [11] 33/17 40/4 40/22 48/5 48/17 73/15 83/23 129/6 142/23 177/11 252/3
selecting [1] 32/6
selection [9] 1/9 3/16 39/5 39/17 40/3 40/13 243/6 250/11 250/17
send [2] 172/23 256/4

**S**

**senior [3]** 222/24 222/25 223/8
**sense [3]** 182/25 242/20 254/20
**sensitive [2]** 27/24 251/17
**sensitivity [1]** 187/25
**sent [8]** 12/19 20/14 20/17 21/18 23/24 25/8 35/19 36/8
**sentence [1]** 125/21
**separate [5]** 178/23 178/24 188/11 235/21 237/4
**September [2]** 42/16 43/4
**seriously [1]** 27/10
**serve [10]** 38/17 42/6 51/14 51/17 100/18 125/21 209/18 224/7 235/15 238/17
**served [19]** 51/7 51/10 54/7 54/9 66/25 86/7 90/6 90/10 103/8 103/11 113/20 118/4 153/4 153/16 163/16 163/18 163/22 175/14 189/23
**server [1]** 221/4
**service [27]** 38/14 38/20 46/3 46/14 48/10 48/22 54/16 56/16 119/15 124/20 132/2 141/19 152/24 154/3 161/1 170/5 182/6 182/9 197/4 211/13 225/3 225/6 236/5 250/19 251/9 251/14 252/10
**Services [5]** 132/19 132/24 133/2 133/12 133/13
**serving [8]** 51/19 51/21 52/10 154/4 195/23 243/8 251/5 251/7
**session [4]** 3/3 22/15 37/4 148/25
**set [10]** 80/22 86/22 118/15 132/12 137/3 138/4 185/3 197/19 208/15 212/3
**Seth [1]** 43/16
**settlements [2]** 100/2 100/5
**seven [5]** 19/22 52/2 52/3 90/14 155/23
**several [10]** 102/15 166/6 173/17 198/25 214/19 220/17 229/23 232/12 233/25 235/2
**sex [34]** 8/24 9/4 9/19 9/24 42/13 43/1 48/6 48/18 55/1 61/13 63/25 67/11 74/17 90/25 96/21 101/21 111/14 111/16 116/13 118/25 121/24 150/10 153/11

164/13 168/11 173/20 180/4 180/7 193/20 201/21 208/13
**sexual [18]** 111/10 111/15 118/8 118/14 118/20 118/24 183/1 183/10 183/12 183/14 183/18 204/16 207/21 213/18 217/2 217/5 218/25 233/18
**sexual assault [1]** 233/18
**sexually [3]** 183/4 183/22 203/17
**shaken [1]** 233/17
**shaking [1]** 115/8
**Shakun [1]** 83/13
**Shakun Drew [1]** 83/13
**shape [2]** 158/20 205/24
**share [2]** 133/24 185/12
**sharing [1]** 126/14
**she [76]** 7/14 7/14 7/15 7/19 45/8 48/12 48/24 63/14 63/15 63/16 71/15 71/16 71/16 71/17 71/18 71/19 71/19 71/19 71/21 72/2 72/3 72/3 72/7 72/7 74/9 82/2 83/14 85/15 85/18 85/19 86/3 86/5 96/13 99/4 99/7 100/18 106/12 106/13 106/15 106/15 106/16 106/19 121/6 121/7 121/8 121/8 121/24 122/14 145/11 145/15 145/23 146/1 146/6 146/7 146/11 149/22 149/23 150/3 150/4 150/9 150/9 150/14 151/1 151/8 151/10 151/11 174/10 176/3 181/3 186/12 196/22 208/7 208/9 230/20 233/16 233/17
**she does [1]** 106/13
**she's [9]** 7/23 63/24 74/1 74/10 85/16 133/21 181/4 199/19 201/17
**sheet [4]** 190/8 241/20 247/19 249/22
**sheets [3]** 241/17 241/18 245/13
**Sheriff's [1]** 46/2
**sheriffs [1]** 46/13
**shift [2]** 221/4 221/4
**shifts [2]** 220/23 221/4
**ship [1]** 232/19
**shooting [4]** 136/4 142/17 142/18 143/8
**shop [1]** 216/7
**short [2]** 130/4 257/3
**short-term [1]** 130/4

shorter [1] 253/2
**shorthand [1]** 7/1
**shot [3]** 136/4 136/15 230/20
**should [31]** 13/6 13/24 17/2 20/11 21/1 21/11 21/20 24/1 24/1 24/18 26/10 27/24 31/24 32/2 39/21 40/2 41/6 49/23 49/24 50/9 50/11 57/13 57/15 75/17 146/16 147/11 156/11 194/22 223/25 243/9 250/22
**shouldn't [2]** 17/14 134/19
**show [2]** 7/22 8/19
**showed [1]** 176/14
**showing [2]** 7/15 33/23
**showings [1]** 99/25
**shows [3]** 6/25 7/1 10/24
**shuffle [2]** 242/4 242/13
**Shyler [1]** 44/14
**sic [1]** 247/18
**sick [1]** 223/4
**side [10]** 44/7 58/15 64/8 76/2 106/16 162/7 176/5 205/5 221/25 241/19
**sides [9]** 103/5 107/6 117/25 119/6 204/3 204/4 205/1 205/8 205/9
**SIDS [2]** 98/1 98/2
**significant [1]** 4/5
**significantly [1]** 18/3
**signing [1]** 194/19
**silent [1]** 39/25
**similar [9]** 14/12 47/14 47/17 47/22 47/25 55/15 111/20 208/15 209/16
**similarly [3]** 19/21 20/12 148/15
**simply [8]** 14/19 17/11 35/6 48/14 49/1 50/1 50/12 158/16
**since [2]** 19/25 21/8
**single [1]** 229/9
**sir [38]** 60/8 60/24 78/13 81/7 83/8 84/1 84/4 89/1 93/23 93/25 95/15 105/2 108/17 112/5 127/13 131/3 131/5 132/14 135/1 135/5 135/10 135/16 140/8 158/4 160/19 161/5 186/20 220/14 222/8 223/22 224/15 224/16 225/11 225/15 227/17 228/14 229/2 229/12
**sister [9]** 116/4 116/8 116/9 131/10 192/11 200/19 200/19 200/20 238/21
**sister's [1]** 230/19

sir [16] 52/16 52/24 53/4 99/7 162/22 172/5 226/8 237/15 238/1
**sits [1]** 85/17
**sitting [8]** 33/25 36/17 52/8 80/21 200/8 220/2 220/5 243/11
**situation [8]** 87/19 87/19 87/20 87/21 140/4 230/13 235/18 238/3
**situations [3]** 68/8 230/9 230/16
**six [5]** 90/13 90/14 90/14 97/19 126/3
**skills [2]** 72/19 95/1
**sleep [1]** 98/2
**slew [1]** 146/16
**slide [1]** 116/7
**slide over [1]** 116/7
**slight [1]** 22/1
**slightly [4]** 15/9 15/22 137/1 253/25
**sliver [1]** 10/25
**small [3]** 113/7 114/17 172/14
**smaller [1]** 21/15
**smoothly [2]** 19/14 147/16
**Snapchat [1]** 40/7
**snowing [1]** 223/15
**so [326]**
**so I think [3]** 83/17 205/24 253/5
**So if [1]** 157/3
**so it's [3]** 61/19 156/24 196/2
**So purse stolen [1]** 113/9
**So this case [1]** 208/13
**So this is [2]** 172/9 207/5
**social [5]** 24/8 25/17 53/17 207/19 208/10
**solely [1]** 255/8
**solicitation [2]** 172/16 172/18
**solution [2]** 27/16 27/25
**some [67]** 11/19 17/15 17/25 20/3 20/5 24/2 28/22 28/22 38/12 39/13 39/16 41/19 41/21 48/12 48/24 51/23 52/19 53/3 58/2 60/4 60/5 60/6 71/9 77/4 80/22 94/10 97/11 126/21 128/2 134/4 136/13 138/8 138/25 139/7 141/2 142/11 142/15 146/3 146/12 147/17 159/21 159/24 160/2 177/17 183/24 185/17 185/17 185/21 185/21 191/16 191/20 197/1 207/6 209/8

sit [16] 213/11 214/25 226/22 231/15 236/9 237/18 237/20 237/22 240/1 244/15 250/21 252/21
**some evidence [1]** 183/24
**somebody [15]** 14/13 14/17 14/20 69/16 89/17 89/19 131/24 133/21 158/10 172/23 180/14 192/2 198/12 206/22 208/15
**somehow [1]** 185/22
**someone [13]** 14/10 29/21 80/17 85/12 92/3 100/6 122/10 166/19 187/6 187/10 187/20 232/14 236/8
**something [37]** 14/4 16/18 18/5 20/4 20/18 21/17 57/20 64/20 68/22 68/24 70/18 70/23 71/24 71/25 83/5 87/17 88/25 90/19 92/1 97/22 118/1 127/20 134/8 136/6 137/7 144/10 156/25 158/1 158/2 160/7 180/11 184/24 184/25 190/13 191/24 204/11 236/15
**something else [1]** 190/13
**sometimes [4]** 55/21 70/22 151/9 165/20
**somewhat [1]** 80/20
**somewhere [2]** 123/22 160/1
**son [6]** 176/9 176/11 176/17 176/25 177/9 178/25
**son's [2]** 176/20 177/24
**soon [3]** 30/19 199/9 250/12
**sorry [66]** 15/13 22/10 29/16 57/14 60/18 60/21 61/15 75/13 77/15 78/8 78/21 80/15 81/10 82/19 83/1 83/2 84/19 85/18 87/20 93/2 93/6 93/13 94/13 96/17 100/4 110/15 132/21 133/1 134/14 146/23 152/10 156/1 156/6 157/4 159/23 165/3 166/22 172/11 176/11 177/9 179/14 180/1 200/3 203/18 204/11 206/25 207/15 210/3 212/25 216/22 218/14 220/3 226/13 228/17 228/18 230/6 230/22 232/20 240/22 241/24 246/10 248/13 248/15 250/12 250/13 253/14
**sort [22]** 3/18 6/24 9/5 32/20 32/23 63/17

Case 1:19-cr-00369-APM Document 242-1 Filed 03/08/23 Page 283 of 289

**S**

**sort... [16]** 63/18 64/7 64/8 64/16 66/16 79/25 91/6 106/23 125/24 130/4 140/17 146/7 185/3 194/20 196/11 208/23

**sounds [7]** 18/21 23/4 65/13 90/24 163/18 168/7 209/14

**source [2]** 94/11 94/14

**sous [1]** 87/24

**sous-chef [1]** 87/24

**Southwest [2]** 157/2 157/5

**span [1]** 10/24

**Spanish [1]** 228/23

**Spanish-language [1]** 228/23

**speak [6]** 53/11 95/1 95/2 105/13 166/4 228/17

**special [3]** 45/24 46/10 131/22

**specialist [1]** 91/13

**specialize [1]** 101/20

**specific [1]** 207/7

**specifically [4]** 8/23 9/14 10/9 22/6

**specificity [1]** 5/20

**specify [1]** 25/6

**speeding [2]** 180/9 180/10

**spell [1]** 5/25

**spending [1]** 39/13

**spent [1]** 152/3

**sphere [1]** 25/20

**spiritual [3]** 235/20 235/22 236/7

**SPO [4]** 89/14 89/18 131/10 131/23

**spoke [2]** 128/15 250/12

**springs [1]** 193/12

**staff [3]** 41/24 192/17 194/18

**stand [3]** 38/22 43/11 236/11

**standard [4]** 17/15 17/20 54/20 164/4

**standings [1]** 235/7

**stands [3]** 42/11 42/24 148/21

**Stanley [1]** 154/22

**start [42]** 19/13 23/20 40/11 40/15 44/11 53/20 63/8 73/1 84/14 94/3 99/16 110/8 112/18 115/22 121/18 147/1 147/18 152/1 155/18 166/7 166/11 166/13 167/24 172/4 173/19 186/25 191/13 195/20 199/2 206/10 214/22 215/4 220/19 220/23 221/2 229/24 234/3 235/3 246/16 251/18 252/1 256/20

**started [3]** 36/23 42/7 251/23

**starting [3]** 155/21 232/12 234/7

**starts [3]** 15/17 130/8 166/23

**state [3]** 43/11 78/3 105/17

**State's [2]** 45/25 46/11

**state-level [1]** 78/3

**statement [1]** 254/4

**statements [1]** 22/18

**states [18]** 1/1 1/3 1/10 3/7 8/4 9/8 9/15 37/25 38/10 42/10 42/12 42/23 42/25 43/14 43/23 66/2 66/6 77/9

**Station [1]** 202/11

**statute [7]** 7/5 7/6 8/16 8/17 9/3 9/12 12/1

**stenographer [1]** 121/7

**stenography [1]** 2/8

**step [3]** 83/8 133/8 187/24

**stepfather [1]** 23/2

**steps [1]** 100/16

**still [28]** 14/23 17/25 18/8 20/9 23/19 28/22 29/10 30/14 31/1 32/5 68/18 102/15 120/3 126/8 126/9 126/10 147/7 158/22 158/23 177/1 177/6 177/20 200/1 200/4 205/2 229/6 229/7 252/10

**stolen [1]** 113/9

**stop [2]** 73/5 80/22

**stopped [1]** 82/3

**store [3]** 117/12 117/13 164/21

**stores [1]** 164/22

**story [2]** 80/16 96/15

**street [10]** 1/14 55/8 55/9 142/5 153/7 154/17 196/4 211/19 223/12 238/22

**stretch [5]** 79/5 79/11 141/25 226/9 226/14

**stricken [3]** 241/19 241/21 248/8

**strict [1]** 148/17

**strike [38]** 62/19 72/9 95/20 99/3 99/9 100/17 109/25 112/6 112/7 114/6 127/25 140/21 140/22 141/2 141/5 157/13 167/12 181/2 186/14 188/24 210/10 221/17 223/24 224/7 231/25 234/17 238/16 239/4 241/17 241/18 241/22 242/6 242/14 242/17 245/18 247/19 248/16 250/4

**strike that [1]** 114/6

**strikes [9]** 32/18 32/23 232/3 241/15 241/18

**striking [1]** 83/14

**stripper [1]** 180/13

**strive [1]** 255/11

**strong [14]** 14/14 15/16 15/25 50/3 50/14 50/19 50/25 65/9 65/18 69/6 70/22 90/2 235/6 235/13

**stronger [2]** 69/19 123/15

**strongest [1]** 5/18

**strongly [1]** 172/18

**struck [1]** 233/16

**stuck [2]** 136/6 136/19

**student [4]** 107/21 108/1 175/1 176/15

**students [4]** 136/4 136/17 175/10 202/13

**stuff [17]** 28/19 30/18 31/25 33/7 33/8 33/20 80/23 82/8 113/14 114/24 125/25 164/23 204/1 223/8 223/9 223/9 257/4

**subject [5]** 26/11 82/24 82/24 90/16 90/16

**submitted [1]** 12/17

**subpoena [1]** 214/3

**subpoenas [1]** 214/5

**substitute [2]** 82/15 172/23

**such [28]** 9/19 9/25 13/13 13/14 13/19 14/15 14/20 15/16 15/25 16/4 17/6 17/8 39/8 45/25 46/11 49/6 49/11 50/3 50/14 50/19 50/23 50/25 51/4 65/10 100/7 107/2 136/22 252/19

**suggesting [3]** 26/8 27/21 185/21

**suggests [1]** 146/12

**suing [1]** 198/12

**Suite [1]** 1/20

**sum [2]** 52/18 53/2

**summary [3]** 253/16 253/25 254/19

**Sunday [2]** 19/15 21/4

**super [1]** 85/4

**super-close [1]** 85/4

**Superior [12]** 55/7 55/11 59/15 59/16 86/11 114/2 125/5 132/5 170/6 197/5 198/2 211/18

**Superior Court [1]** 198/2

**supply [3]** 9/18 9/23 9/25

**Supplying [1]** 9/19

**support [1]** 150/24

**supported [1]** 11/25

**supports [3]** 9/6 9/9 85/17

**supposed [4]** 94/7

**Supreme [3]** 5/7 5/10 8/6

**Supreme Court [1]** 8/6

**sure [58]** 3/25 12/16 15/10 16/17 23/16 26/5 28/20 30/14 34/18 59/2 59/17 59/19 65/4 67/16 67/19 73/23 78/19 79/12 83/7 83/12 90/13 119/12 121/5 132/23 136/9 136/21 136/24 138/7 139/18 144/21 152/7 153/2 154/16 158/25 159/13 172/14 173/10 176/4 177/8 181/22 185/11 185/15 187/14 198/17 202/12 203/2 205/6 228/9 231/12 231/13 235/18 236/4 237/4 242/24 245/15 245/21 254/15 256/14

**surf [1]** 39/23

**surprise [2]** 73/9 196/7

**surprised [2]** 146/4 238/15

**survived [1]** 120/2

**suspect [5]** 58/2 59/22 83/17 191/17 251/4

**switch [1]** 226/12

**switched [1]** 90/7

**sworn [1]** 39/10

**syndrome [1]** 98/2

**system [14]** 38/15 46/19 46/22 76/12 77/13 102/6 102/11 169/15 202/4 215/3 217/25 231/2 251/10 251/12

**T**

**table [2]** 43/18 44/2

**taint [2]** 28/15 30/9

**take [34]** 6/9 6/10 21/10 21/15 24/19 27/9 27/10 30/24 35/9 36/22 49/14 49/15 81/20 97/19 97/25 99/22 129/22 146/18 146/20 146/25 159/11 186/12 193/14 200/24 222/23 242/22 243/9 243/17 245/8 254/6 254/14 256/11 256/23 256/25

**taken [4]** 10/19 14/2 28/20 28/21

**takes [1]** 165/19

**taking [1]** 18/10

**talk [26]** 12/10 12/14 27/25 39/18 83/11 83/19 101/6 106/21 126/25 127/5 127/8 133/9 134/19 148/6 148/6 148/14 148/17 173/22 173/23 173/24 201/5 216/7 232/12 243/16 245/9 252/16

**talked [7]** 5/5 63/24 70/11 122/1 138/10 138/10 175/21

**talking [11]** 20/10 25/6 29/15 52/6 119/15 130/2 134/15 144/17 144/17 183/13 254/15

**tank [3]** 78/4 78/5 78/6

**tantamount [1]** 140/23

**targeted [2]** 8/25 10/14

**targeting [1]** 7/24

**tax [2]** 206/15 206/17

**teacher [1]** 82/15

**teachers [1]** 93/11

**team [3]** 28/15 28/16 30/9

**tech [1]** 255/6

**tech person [1]** 255/6

**technology [2]** 104/8 104/10

**television [2]** 158/5 158/6

**tell [87]** 17/15 33/21 56/17 57/2 59/2 59/17 59/19 61/5 65/21 73/2 73/22 74/7 74/20 75/9 75/18 81/25 83/11 85/14 86/9 86/18 91/3 94/4 96/4 99/17 101/8 102/7 103/10 103/15 104/4 106/7 106/11 110/9 113/23 116/2 117/10 118/6 118/9 120/15 124/22 124/25 128/13 128/24 129/5 131/9 131/14 132/4 138/25 141/20 149/16 149/22 152/6 153/1 153/21 153/23 166/9 170/8 172/13 173/9 178/16 189/12 190/7 195/21 196/17 197/10 199/3 201/7 201/14 202/6 203/11 203/15 206/13 208/6 210/22 211/14 211/20 211/21 215/21 216/18 220/21 225/25 234/10 235/14 237/18 239/17 252/2 252/5 252/6

**telling [1]** 197/9

**temptation [2]** 252/15 252/18

**ten [10]** 82/2 123/14 124/6 125/19 126/10 132/6 156/9 209/10 209/10 257/1

**tend [2]** 136/23 193/1

**term [3]** 9/20 130/4 180/17

**terms [30]** 3/21 21/8 21/14 26/19 32/21 32/24 36/4 55/25 69/16 70/11 117/24 134/23 135/25 137/2 140/24 177/11 187/5 196/1 205/3 217/12 219/4 219/22 221/2 226/21

**T**

**terms... [6]** 227/4
235/15 237/5 252/8
252/22 253/6
**TERRELL [8]** 1/6 3/8
38/1 38/10 42/11 42/24
43/15 43/24
**Terrell Armstead [6]**
3/8 38/1 42/11 42/24
43/15 43/24
**terribly [1]** 83/4
**terrific [1]** 18/6
**test [1]** 255/6
**testified [1]** 184/25
**testify [1]** 20/16
**testifying [1]** 22/4
**testimony [22]** 4/7
21/8 21/20 49/22 49/24
49/25 50/9 50/10 50/12
77/12 102/2 107/2
107/7 122/7 174/3
175/16 175/16 189/25
193/2 202/1 211/4
211/9
**text [3]** 11/25 40/7
53/17
**than [23]** 11/17 20/17
32/9 42/19 43/6 71/20
80/3 88/15 116/24
123/16 132/6 133/18
145/1 145/12 152/20
190/2 217/25 224/3
226/17 243/10 252/4
252/21 255/12
**thank [144]** 6/13 12/13
37/22 37/23 38/20 39/2
44/25 45/10 53/19 56/3
56/4 60/7 60/8 60/10
62/15 62/17 62/18
71/12 71/13 72/16
74/23 78/9 81/14 81/15
84/3 84/4 84/5 87/4
87/5 89/1 92/6 92/7
93/12 93/18 93/19
95/15 98/24 98/25
100/14 100/15 104/1
104/18 104/19 105/21
105/25 108/9 108/15
109/19 112/5 112/13
115/14 121/4 127/12
127/13 130/17 130/18
135/2 135/4 135/5
135/19 140/8 145/8
145/9 147/2 147/3
149/3 151/18 155/5
155/6 157/9 157/11
160/24 161/2 161/4
161/5 165/22 167/9
167/10 167/11 171/18
179/4 179/5 180/22
181/13 181/17 182/11
182/12 182/19 186/9
188/23 189/6 191/2
191/3 195/7 195/8
195/14 195/15 198/16
204/21 205/12 205/14
205/15 206/6 210/8
210/9 212/16 212/23

219/25 220/12 220/16
221/15 221/16 223/20
223/22 225/11 227/13
229/12 229/14 231/21
231/23 233/15 234/15
234/16 234/24 238/10
238/11 240/11 241/11
243/17 243/18 245/8
245/16 248/5 250/2
250/19 250/19 250/24
251/7 251/13 253/1
257/7
**thank you [75]** 6/13
37/22 37/23 38/20 39/2
45/10 53/19 56/3 60/7
60/8 62/17 62/18 71/12
72/16 81/14 81/15 84/3
84/4 84/5 87/4 92/6
92/7 93/12 98/25
100/15 104/1 104/18
104/19 105/21 105/25
108/9 109/19 112/5
121/4 127/12 140/8
145/8 147/3 155/5
160/24 161/2 161/5
165/22 167/9 167/11
179/4 179/5 180/22
181/17 191/3 198/16
204/21 205/12 205/15
210/8 210/9 214/11
214/12 219/24 220/16
221/15 223/20 223/22
225/11 231/21 234/15
238/11 240/11 243/17
243/18 245/16 248/5
250/2 250/19 250/19
**thank you very much
[31]** 56/4 60/10 71/13
78/9 87/5 89/1 93/18
98/24 100/14 115/14
130/17 135/5 155/6
157/9 157/11 167/10
171/18 182/12 186/9
188/23 191/2 195/8
212/16 221/16 227/13
229/14 233/15 234/16
238/10 251/7 251/13
**Thanks [14]** 108/8
112/12 148/20 151/19
155/7 180/25 191/8
195/9 212/15 212/17
214/10 225/10 231/24
254/16
**that [984]**
**that case [4]** 56/23
56/25 125/10 170/13
**that experience [1]**
125/9
**that process [1]** 67/9
**that question [1]** 51/25
**that'll [2]** 14/25 256/19
**that's [140]** 4/14 5/11
5/11 5/19 6/1 7/2 7/4
9/10 9/15 10/18 20/6
21/11 22/20 23/9 23/9
23/17 25/1 26/2 26/6
26/21 26/21 27/17 28/7

33/23 35/11 36/9 47/19
54/6 54/6 56/11 56/14
57/12 60/3 60/22 63/4
72/4 72/18 73/16 73/20
74/19 78/18 78/23
81/10 81/12 82/3 83/25
90/4 94/9 96/15 96/18
96/23 97/13 97/13
98/13 98/16 101/1
101/13 110/12 110/16
111/15 111/24 118/18
119/14 121/3 122/3
127/2 128/14 130/24
136/6 136/6 136/25
137/4 137/7 138/5
138/13 139/6 141/25
143/3 154/23 156/22
156/23 160/18 165/12
165/17 166/20 171/12
172/12 177/6 179/3
181/15 182/23 183/19
183/25 184/4 185/5
186/2 188/8 189/8
191/10 195/6 199/8
201/1 201/8 201/10
202/4 205/19 206/20
208/23 214/2 215/15
216/1 216/14 219/8
219/11 223/6 223/13
226/6 226/20 235/12
236/2 236/8 236/13
238/14 239/13 240/1
240/23 246/18 246/21
246/22 246/23 247/24
248/1 248/4 248/8
249/23 252/14 254/13
**their [18]** 4/17 14/22
19/9 30/24 39/7 42/14
43/2 69/12 70/12 98/2
145/20 154/18 154/20
183/2 236/5 236/5
236/5 256/13
**theirs [1]** 249/23
**them [59]** 6/10 6/11
13/25 13/25 14/17
14/21 14/22 14/24
14/25 15/2 22/5 23/13
30/24 34/12 36/17
63/17 72/4 80/2 91/19
91/24 92/20 97/18
97/20 101/20 102/20
103/4 116/12 116/16
116/19 124/10 139/17
145/5 147/23 148/7
148/12 148/13 148/14
153/13 154/19 161/14
166/14 169/11 169/13
179/25 181/23 187/16
199/12 199/14 201/20
201/24 222/2 222/3
223/2 223/3 225/1
241/19 242/7 249/24
252/25
**them all [1]** 225/1
**then [73]** 4/7 4/12 10/3
14/21 14/25 15/1 15/8
17/10 18/12 27/5 52/5

80/7 80/21 83/18 86/23
98/4 109/1 115/10
118/3 119/17 124/18
125/24 129/14 136/23
138/3 140/3 152/24
155/24 157/2 159/10
164/25 169/20 171/7
173/7 174/21 175/8
176/6 176/25 189/17
193/14 196/13 197/3
201/17 202/15 203/25
205/5 206/23 214/25
215/18 216/13 217/24
223/4 223/11 223/14
232/2 237/24 240/25
241/19 241/21 241/21
242/3 242/5 242/8
242/13 242/13 245/12
247/1 248/24 249/1
**therapy [2]** 205/1
205/2
**there [122]** 3/16 6/11
7/11 7/21 12/9 12/20
13/4 13/9 14/15 15/10
15/11 16/23 17/2 17/25
20/5 20/12 21/25 22/6
22/15 22/18 22/22 24/1
25/23 26/14 26/15
26/22 26/24 27/6 28/9
28/13 28/16 29/10
29/13 29/18 29/25
30/15 30/15 34/22
36/12 45/4 45/6 48/11
48/11 48/23 48/23
52/18 52/23 53/2 54/17
55/22 55/22 57/1 57/8
57/9 69/5 96/19 97/2
97/4 102/16 106/23
110/24 111/14 115/3
120/10 124/13 129/2
130/1 130/5 132/7
132/20 132/24 134/2
136/13 136/16 137/22
139/1 139/3 139/24
142/15 143/10 153/22
153/23 153/24 154/1
163/10 165/16 172/4
173/4 177/1 183/23
185/17 190/12 193/8
194/10 199/2 201/2
207/7 207/16 211/3
214/18 218/17 219/16
221/1 221/10 223/2
223/3 223/5 223/14
226/25 233/5 235/3
241/5 241/8 243/11
247/19 252/16 252/24
253/21 255/3 255/18
255/22 255/25
**there's [37]** 7/15 7/21
7/24 16/15 19/5 23/14
24/2 25/21 31/19 33/1
33/20 36/6 52/14 55/22
61/2 69/2 96/20 99/22
100/2 120/11 120/12
142/16 142/17 147/7
150/18 150/22 165/15

175/8 185/17 221/5
240/25 247/15 247/19
248/19
**there, [1]** 229/2
**there, sir [1]** 229/2
**thereby [1]** 10/12
**therefore [4]** 10/1 10/5
38/18 240/3
**these [24]** 4/14 6/5
20/7 20/7 20/11
20/15 26/6 27/7 28/1
29/19 30/17 32/19
34/19 34/20 34/20
40/12 58/14 96/4 96/20
159/10 185/22 214/25
240/21
**they [84]** 7/7 7/8 7/8
7/9 7/9 14/4 14/4 14/5
14/16 14/21 14/25 15/1
15/9 19/4 20/16 27/13
28/15 30/23 30/24 31/3
31/20 34/19 36/15
44/13 45/5 59/22 59/23
65/12 65/12 67/6 69/12
70/16 79/11 90/18
90/19 92/24 98/2 99/6
99/6 102/25 116/15
122/23 125/23 125/23
125/25 134/11 134/12
134/19 148/6 148/7
148/15 148/16 149/17
151/9 155/2 155/2
158/10 165/1 165/1
165/5 166/13 166/15
166/19 167/1 172/18
173/20 175/9 184/15
191/17 193/24 196/22
202/8 202/21 207/2
223/2 230/20 230/24
239/1 239/1 245/22
245/24 247/23 249/22
255/4
**They just [1]** 239/1
**they'll [1]** 14/23
**they're [14]** 20/10
24/23 25/2 59/21 63/20
63/21 83/18 87/23
109/13 148/16 175/23
184/9 191/21 196/25
**they've [2]** 14/2 31/20
**thing [21]** 33/18 36/2
61/14 61/17 78/4 96/14
127/8 143/15 158/10
164/22 185/10 193/8
194/20 195/6 207/23
220/2 220/6 233/7
253/5 254/3 254/15
**things [23]** 19/5 20/11
29/20 29/23 34/25 36/5
72/2 78/7 79/3 80/18
80/21 106/16 113/7
114/17 119/11 126/5
188/12 191/21 194/19
218/6 224/5 235/19
251/15
**think [187]** 4/8 4/15
5/14 6/5 6/15 13/6 13/7

**T**

**think... [180]** 13/11 13/24 14/5 14/6 14/11 16/16 17/19 17/24 18/2 18/5 18/7 19/18 19/22 21/14 32/4 33/11 37/15 58/20 62/4 62/6 62/9 64/20 64/24 65/4 65/10 69/24 71/23 72/4 72/5 72/6 73/14 76/1 76/11 76/20 77/14 77/16 77/17 78/4 78/5 78/6 80/3 80/8 80/25 81/2 83/9 83/17 83/22 87/10 87/13 88/21 89/12 89/13 90/12 90/18 103/4 107/4 107/8 113/3 113/16 114/2 116/20 116/22 117/3 117/19 117/22 119/4 119/7 120/3 120/20 120/21 120/24 121/25 122/8 123/11 124/10 124/17 127/5 127/7 127/8 127/19 127/22 129/16 133/14 133/17 134/3 134/8 134/19 134/24 135/12 136/16 137/7 137/12 139/21 140/13 140/20 143/13 143/17 143/19 143/20 143/23 144/1 144/15 144/22 145/19 146/17 147/13 147/14 154/2 158/22 161/21 162/19 162/21 163/11 171/3 174/18 175/21 176/20 177/2 177/12 178/2 178/5 179/3 183/25 184/2 185/16 188/4 189/24 192/25 193/13 201/22 201/24 203/20 203/21 205/24 206/24 207/1 207/9 207/11 207/12 208/14 208/17 208/19 209/6 209/13 211/5 211/25 214/18 216/4 216/6 217/4 217/6 217/18 217/20 219/13 219/14 219/21 221/20 221/23 222/21 226/14 227/4 230/12 230/23 231/1 231/9 233/1 233/3 233/9 236/18 236/21 238/20 238/24 242/16 253/5 253/6 253/9 253/19 253/21 254/10 254/24
**think-tank [1]** 78/4
**thinking [5]** 4/1 58/10 61/8 61/12 251/5
**this [309]**
**this case [5]** 66/21 106/25 118/17 170/18 230/25
**this situation [1]** 235/18
**those [49]** 7/22 7/24

18/8 21/18 22/2 25/8 27/11 29/5 30/8 30/11 39/12 53/5 53/8 55/12 72/2 77/8 79/10 79/25 96/6 101/21 103/16 103/18 113/2 113/15 118/10 118/10 136/23 138/3 139/3 156/14 162/3 163/9 171/6 173/20 185/12 202/20 202/20 230/23 241/20 242/7 243/7 243/7 243/12 250/18 255/19
**though [4]** 45/6 70/10 196/3 213/2
**thought [15]** 17/1 37/14 57/21 85/18 96/13 111/3 137/23 201/9 215/8 235/9 237/16 238/12 238/14 241/7 251/6
**thoughtful [1]** 137/22
**thoughts [3]** 68/3 77/10 237/2
**threatened [1]** 165/8
**three [12]** 18/1 21/7 22/23 84/12 90/19 102/8 110/7 112/16 171/24 191/12 211/16 241/8
**three-day [1]** 22/23
**three-quarter [1]** 21/7
**through [29]** 5/3 5/16 11/8 17/1 29/13 31/2 33/7 41/16 45/3 52/8 53/17 66/10 85/7 125/25 146/24 172/8 177/10 177/20 184/4 197/5 203/24 204/1 204/13 205/1 205/6 208/11 234/7 234/8 256/18
**throughout [4]** 4/10 5/12 5/12 16/24
**Thursday [3]** 94/8 234/7 234/7
**thus [1]** 11/6
**ticket [2]** 180/9 180/11
**tickets [2]** 109/7 156/14
**tied [1]** 175/5
**ties [1]** 175/11
**till [3]** 256/20 256/21 256/22
**time [63]** 5/22 7/12 7/16 17/11 17/17 18/12 24/23 31/25 33/17 34/4 36/15 39/13 39/16 42/17 43/5 46/5 47/20 48/16 49/9 50/7 52/21 53/9 55/16 58/6 58/10 71/17 71/18 81/15 82/13 88/22 99/25 114/25 114/25 126/20 128/2 130/11 133/5 136/7 136/20 141/25 149/6 153/3 169/2

192/15 202/21 203/17 216/25 217/13 226/8 230/21 243/17 245/10 251/11 251/17 251/18 251/22 251/23 251/23 252/19 255/15
**time ago [1]** 169/2
**timely [2]** 27/13 34/21
**times [5]** 42/19 43/7 224/3 235/23 238/25
**timing [2]** 27/17 27/20
**Tinera [1]** 44/17
**titled [1]** 258/4
**today [13]** 21/13 30/21 32/7 32/8 32/14 36/11 38/9 38/19 100/16 147/15 250/19 251/5 256/12
**today's [1]** 34/6
**together [3]** 25/2 29/19 175/11
**told [9]** 5/21 19/15 19/15 20/13 20/16 52/1 166/14 224/1 250/20
**ton [1]** 99/21
**tonight [1]** 239/1
**too [13]** 40/4 67/11 129/15 143/2 203/14 223/5 223/11 223/12 223/13 238/14 242/16 250/12 257/4
**too, [1]** 109/14
**too, right [1]** 109/14
**took [2]** 80/18 226/18
**top, [1]** 6/18
**top, under [1]** 6/18
**topics [1]** 80/5
**touch [1]** 40/16
**touched [5]** 63/24 82/5 90/16 90/17 209/14
**touched on [1]** 90/17
**tough [1]** 134/20
**tours [1]** 93/11
**toward [1]** 6/24
**towards [7]** 139/6 139/11 139/16 139/19 140/3 140/4 235/22
**town [2]** 182/8 234/7
**track [1]** 256/6
**traditional [1]** 257/4
**traffic [1]** 206/24
**trafficked [3]** 208/2 209/3 209/3
**trafficking [37]** 42/13 43/1 48/6 48/14 48/18 49/1 55/1 61/13 63/25 67/11 74/18 90/25 96/21 101/21 111/14 118/25 121/24 150/10 153/11 153/12 158/11 160/4 160/8 164/13 168/11 173/21 180/4 180/7 201/21 207/21 208/14 217/2 232/20 232/20 232/21 232/23 232/24
**transcript [3]** 1/9 2/8

**transcription [1]** 2/9
**transport [1]** 11/8
**transportation [2]** 129/23 129/25
**transporter [1]** 129/11
**transporting [1]** 11/4
**trauma [14]** 183/1 183/2 183/7 183/8 183/11 183/13 183/15 183/17 183/18 183/18 183/25 184/10 184/13 185/10
**traumatic [2]** 136/12 136/23
**traumatized [1]** 183/22
**traumatizer [2]** 184/19 184/20
**travel [9]** 5/3 5/3 94/7 94/12 94/15 157/14 191/20 234/11 234/17
**traveled [1]** 7/15
**traveling [1]** 156/17
**treasury [2]** 94/6 94/23
**treat [2]** 183/1 183/9
**treated [5]** 49/23 50/9 76/11 123/19 176/17
**treatise [1]** 80/6
**treatment [2]** 63/18 129/10
**trial [55]** 3/16 11/5 12/8 16/24 19/6 19/14 19/25 20/9 20/25 21/2 22/15 23/13 23/15 23/20 26/10 28/3 31/14 32/8 33/4 33/14 34/13 35/9 36/5 40/14 40/15 43/19 44/2 47/25 48/15 49/3 49/22 50/8 51/24 52/1 52/2 52/2 52/3 54/12 54/15 56/1 56/1 67/6 73/7 73/8 90/19 128/15 133/22 134/11 153/4 153/18 153/24 165/16 191/25 204/4 251/2
**trial prep [1]** 23/15
**trial-day [1]** 21/2
**trials [1]** 194/15
**tricky [1]** 188/17
**tries [1]** 14/13
**trigger [2]** 140/17 141/1
**triggered [1]** 138/3
**trip [5]** 110/20 156/7 172/7 172/12 191/23
**trouble [3]** 28/2 179/22 224/21
**true [8]** 7/21 26/21 40/3 48/3 66/7 66/9 88/2 236/8
**truly [1]** 27/7
**Trust [1]** 181/21
**truthfully [1]** 39/11
**try [20]** 14/19 31/19 31/24 39/15 68/13 69/12 70/19 71/7 71/17 143/16 145/16 148/14 195/1 195/3 208/24

251/19 251/21 255/11 255/13
**trying [22]** 13/23 26/24 27/4 29/24 31/1 31/12 34/11 70/2 77/8 138/11 143/18 160/18 165/1 165/5 165/6 165/17 204/2 204/22 207/2 219/11 223/7 239/6
**TSA [2]** 60/17 60/19
**Tuesday [2]** 172/17 209/25
**tumor [1]** 209/23
**turn [4]** 39/12 108/21 173/7 232/2
**turnaround [1]** 22/23
**turned [6]** 28/15 28/24 28/25 29/9 30/13 31/25
**turning [1]** 35/22
**TV [1]** 80/22
**tweet [1]** 40/7
**two [28]** 8/6 8/8 12/20 20/12 22/2 42/13 43/1 58/2 72/23 75/4 79/3 80/16 87/25 89/8 99/22 106/3 119/11 129/1 131/6 136/3 171/24 209/20 210/19 221/3 224/7 235/21 237/4 251/6
**two-story [1]** 80/16
**twofold [1]** 23/22
**type [11]** 47/14 47/17 47/22 47/25 82/11 92/24 98/10 106/12 127/8 164/18 218/25
**types [3]** 7/22 32/21 116/16
**typical [1]** 196/11
**typically [3]** 21/2 158/15 253/25
**typist [2]** 216/9 216/11
**typist-clerk [2]** 216/9 216/11

**U**

**U.S [12]** 1/14 2/4 16/2 50/21 51/2 65/20 66/10 68/4 90/3 123/25 124/5 168/4
**U.S. [6]** 8/5 46/1 46/12 94/6 95/8 168/5
**U.S. Attorney [1]** 46/1
**U.S. Attorneys [1]** 168/5
**U.S. Attorneys Offices [1]** 46/12
**U.S. Treasury [1]** 94/6
**U.S.C [2]** 8/11 8/12
**U.S.C. [3]** 9/10 10/2 10/5
**uh [43]** 74/12 75/16 77/7 91/14 91/20 92/15 102/22 103/14 115/5 117/4 117/18 119/2 119/16 119/20 120/14 121/1 121/7 121/8 125/20 137/24 138/12

**U**

**uh... [22]** 141/17 141/23 142/1 142/14 143/1 143/9 143/12 143/21 144/14 145/3 154/13 163/5 171/5 176/12 179/17 179/21 185/2 186/23 224/18 229/21 235/1 245/25
**uh-huh [40]** 74/12 75/16 77/7 91/14 91/20 92/15 102/22 103/14 115/5 117/4 117/18 119/2 119/16 119/20 120/14 121/1 121/7 121/8 125/20 137/24 138/12 141/17 141/23 142/1 142/14 143/9 143/12 144/14 145/3 154/13 163/5 171/5 176/12 179/21 185/2 186/23 224/18 229/21 235/1 245/25
**ULS [1]** 134/11
**ultimate [1]** 72/1
**ultimately [3]** 33/11 70/14 137/3
**unable [2]** 141/3 188/25
**unavoidable [1]** 39/16
**uncle [5]** 173/14 174/6 206/12 218/3 230/17
**uncomfortable [2]** 236/13 236/19
**under [22]** 4/9 6/18 9/2 9/10 9/11 9/20 10/2 10/5 21/20 24/2 25/13 38/23 38/24 42/18 43/5 65/22 80/6 100/19 137/4 148/16 175/1 208/1
**underage [1]** 96/15
**undergoing [2]** 30/14 129/10
**understand [28]** 28/10 32/5 34/7 34/9 34/17 34/23 35/10 36/7 54/16 54/22 61/20 61/24 61/25 62/1 73/13 92/6 128/1 145/1 153/16 153/19 160/11 164/3 164/9 175/3 187/25 236/14 242/24 255/14
**understandable [1]** 36/9
**understanding [12]** 29/18 29/25 79/15 88/10 105/7 135/23 161/17 169/10 179/22 181/5 182/1 228/4
**understood [9]** 98/12 99/4 104/9 120/3 175/12 177/9 204/24 221/11 224/25
**underway [1]** 77/5
**undocumented [1]** 207/24
**unemployed [2]** 82/12

**unfair [2]** 64/7 219/14
**unfinished [1]** 217/14
**Unfortunately [2]** 110/22 187/20
**unhappy [2]** 65/24 123/19
**Union [1]** 202/11
**unit [1]** 94/23
**UNITED [17]** 1/1 1/3 1/10 3/7 8/4 9/8 9/14 37/25 38/10 42/10 42/12 42/23 42/25 43/14 43/23 66/2 66/6
**United States [9]** 8/4 9/8 38/10 42/10 42/23 42/25 43/14 66/2 66/6
**United States of [2]** 3/7 37/25
**University [6]** 108/1 132/19 132/23 133/2 133/11 133/13
**University Legal Services [1]** 133/2
**unknown [2]** 215/1 215/2
**unless [5]** 24/2 71/5 97/18 187/3 215/19
**unlicensed [1]** 86/14
**unpack [1]** 173/18
**unpleasant [5]** 48/7 48/9 48/19 48/21 126/4
**unpredictable [1]** 205/21
**unpublished [1]** 9/7
**unraveled [2]** 207/20 208/5
**unredacted [2]** 23/25 26/6
**Unrelated [1]** 132/18
**until [14]** 4/3 19/4 23/13 26/10 26/21 30/23 42/5 127/1 188/9 191/24 214/19 220/24 252/18 256/22
**up [115]** 6/14 11/16 14/21 18/12 26/21 36/21 36/24 37/8 41/18 41/19 42/2 42/4 53/7 53/7 53/21 55/3 56/13 57/17 58/17 67/21 68/1 70/25 71/1 71/16 71/18 74/14 76/23 77/19 81/3 82/9 83/3 83/12 84/1 84/2 87/1 92/23 94/10 95/11 96/19 98/14 98/22 99/19 99/22 100/11 101/12 101/13 104/2 105/10 105/13 107/16 109/10 111/21 112/3 114/21 119/8 119/11 125/14 125/17 128/7 129/9 131/3 132/15 134/10 134/14 134/18 134/20 135/1 135/3 135/16 137/16 138/24 143/3 144/5 147/11 147/18 148/3

154/7 156/3 161/20 164/17 165/14 166/4 176/14 177/1 180/2 180/20 183/16 183/17 186/5 188/18 190/5 194/2 197/22 204/8 204/23 210/4 212/24 213/21 223/12 223/17 228/17 230/7 231/18 233/12 234/14 235/11 237/12 237/13 240/6 240/20 246/13 256/21
**up there [1]** 96/19
**uphold [1]** 14/3
**uploaded [1]** 22/25
**upon [3]** 147/17 175/9 219/15
**upper [2]** 6/24 6/25
**upset [1]** 138/16
**urge [1]** 252/17
**us [15]** 20/8 21/10 28/2 33/17 39/8 91/15 93/6 107/20 135/12 136/11 146/16 147/11 148/6 154/14 168/6
**USAfx [4]** 22/25 30/25 35/19 35/20
**USAID [1]** 105/17
**usdoj.gov [2]** 1/16 1/16
**use [11]** 39/22 40/1 41/23 53/13 69/9 131/1 142/17 143/11 242/3 246/3 255/3
**used [6]** 5/11 113/8 133/11 133/13 173/14 194/24
**useful [1]** 14/11
**usually [11]** 17/10 37/19 37/19 63/18 88/25 128/19 129/1 129/2 183/18 196/11 220/23
**uveitis [1]** 226/3

**V**

**vacation [1]** 155/20
**vacations [1]** 191/21
**valid [1]** 120/16
**various [1]** 224/3
**varying [1]** 73/10
**vast [2]** 10/24 32/22
**venue [8]** 4/16 8/6 8/13 10/5 10/14 11/5 11/24 11/24
**Vera [4]** 75/12 75/14 75/15 76/25
**Vera Institute [3]** 75/14 75/15 76/25
**verb [3]** 8/16 8/18 9/23
**verdict [31]** 40/23 51/9 51/12 56/24 57/1 86/19 86/19 91/3 103/16 118/11 126/22 132/7 153/22 153/22 153/23 159/3 159/7 162/8 163/8 170/9 170/9

197/11 211/21 211/22 236/25 237/6 237/7 237/8
**verdicts [3]** 103/16 118/10 162/25
**verify [1]** 95/10
**version [3]** 8/21 9/12 23/25
**versus [9]** 3/7 8/4 9/8 9/15 37/25 38/10 42/11 42/24 69/19
**very [49]** 5/15 31/23 40/1 55/21 56/4 60/10 71/13 78/9 87/5 89/1 93/18 98/24 100/14 108/8 115/14 123/19 130/17 135/5 145/24 149/3 155/6 157/9 157/11 167/10 169/24 171/18 182/12 185/25 186/9 188/23 191/2 192/3 194/1 195/8 212/16 220/11 221/16 227/13 229/14 233/15 234/16 238/10 250/24 251/7 251/13 251/17 252/12 253/1 257/7
**veteran [2]** 74/10 74/11
**via [1]** 207/21
**victim [32]** 4/14 6/4 11/22 11/23 26/25 47/9 47/12 47/14 47/21 76/6 80/8 111/6 113/6 113/16 117/7 117/9 119/21 123/2 144/12 162/3 162/13 169/22 176/8 176/10 178/25 203/5 203/13 206/21 215/5 216/15 216/17 217/8
**victimless [1]** 13/7
**victims [9]** 23/2 25/16 27/5 110/11 111/10 111/16 111/20 120/22 184/1
**view [6]** 17/14 107/2 117/25 119/5 123/13 158/20
**viewing [1]** 226/22
**viewings [1]** 99/25
**views [17]** 16/3 50/22 51/4 65/9 65/20 66/17 68/7 70/13 86/4 86/5 96/22 184/12 185/9 185/12 235/14 236/24 237/2
**violate [1]** 8/12
**violated [1]** 8/20
**violates [1]** 40/12
**violating [3]** 8/11 42/12 42/25
**violation [1]** 10/4
**violence [1]** 142/18
**Virginia [10]** 5/14 6/7 7/15 7/22 7/24 9/1 10/19 175/24 182/10 202/18

**visas [1]** 175/1
**visas [1]** 175/10
**visceral [1]** 209/2
**visibly [1]** 233/16
**vision [1]** 227/1
**voice [9]** 56/13 68/1 99/19 101/12 101/13 125/17 156/3 180/1 230/7
**voice up [1]** 56/13
**voir [13]** 12/15 12/17 12/18 12/19 12/24 16/11 16/18 16/21 17/2 36/22 253/11 253/17 253/21
**voir dire [1]** 12/15
**voir dire-related [1]** 16/21
**voluntarily [1]** 185/25
**voluntary [1]** 185/23
**vote [1]** 237/8
**vs [1]** 1/5
**vulnerable [2]** 208/16 209/4

**W**

**wait [4]** 19/3 39/16 199/19 257/9
**waiting [4]** 4/3 39/13 39/15 39/17
**walk [3]** 146/7 148/7 148/15
**Walker [1]** 44/17
**walking [1]** 223/11
**wall [1]** 36/24
**want [31]** 3/25 4/20 6/17 18/8 26/5 27/22 31/13 32/21 33/18 34/18 35/18 57/23 68/17 83/10 83/12 83/18 100/18 133/9 135/25 149/8 171/9 181/22 185/9 204/4 218/20 236/16 237/13 238/2 238/19 252/16 256/9
**wanted [20]** 5/16 16/15 16/16 17/3 17/18 35/15 37/13 38/19 73/4 74/19 87/17 119/11 121/5 201/2 205/6 205/11 239/3 245/21 253/6 253/15
**wants [2]** 33/22 191/19
**warrant [1]** 30/2
**was [302]**
**was that [1]** 211/1
**was the [1]** 123/4
**Washington [9]** 1/5 1/15 1/20 2/6 5/4 6/7 7/20 8/24 228/25
**washington.dc.backpage.com [1]** 6/25
**wasn't [14]** 15/10 20/22 55/15 65/8 90/24 126/1 136/9 144/21 145/24 145/25 151/11 162/9 198/4 253/21

**water [1]** 105/17

**way [25]** 4/1 5/14 5/16 14/1 15/17 16/4 17/8 17/14 20/11 27/2 31/2 50/23 51/4 55/25 61/6 69/25 99/22 123/19 158/20 183/6 184/9 185/17 185/23 235/20 235/22

**ways [6]** 26/24 26/25 27/20 185/17 185/21 185/21

**we [193]** 3/15 3/16 3/17 4/2 4/2 4/9 5/1 5/3 5/5 12/9 13/23 14/3 14/6 17/1 18/19 19/12 19/12 19/13 19/18 19/23 20/10 20/13 20/14 20/17 22/4 22/5 22/17 22/19 22/19 22/20 23/11 23/19 23/20 24/22 25/1 25/2 25/14 27/2 27/3 27/6 27/7 28/1 28/13 30/6 30/6 30/11 30/18 30/25 31/14 33/6 33/7 33/11 35/22 36/10 36/10 36/13 36/22 36/25 37/14 37/14 37/14 37/20 38/21 38/21 39/12 42/3 42/5 52/6 52/7 53/7 53/7 53/22 55/14 56/7 56/20 68/3 71/18 71/25 77/4 78/1 80/17 80/18 87/25 88/5 88/15 91/23 94/10 94/11 97/5 97/25 98/8 106/21 109/1 114/16 121/6 121/25 122/17 125/3 126/10 127/18 129/2 129/6 129/6 130/13 130/24 133/3 133/4 133/5 134/5 137/21 139/12 139/13 139/18 142/8 144/17 144/25 145/21 146/13 146/14 146/16 146/18 146/23 147/7 147/9 147/14 148/1 148/6 149/5 149/5 149/6 154/22 157/7 162/24 163/2 164/20 170/7 173/22 173/24 187/4 187/17 187/19 194/22 205/12 209/2 216/13 221/3 226/18 232/1 233/19 237/20 238/18 239/5 240/20 240/21 242/6 242/7 243/2 243/2 243/3 243/3 243/5 243/13 245/18 248/24 249/9 250/10 250/16 251/2 251/17 251/18 251/19 251/21 251/22 251/23 251/24 251/24 252/1 252/8 253/1 253/9 253/19

255/4 255/5 255/19 255/25 256/3 256/4 256/8 256/19 257/7

**we believe [1]** 5/3

**we will [11]** 42/3 87/25 149/5 149/6 240/20 251/17 251/18 251/21 251/22 253/1 257/7

**we'd [3]** 127/8 130/15 147/18

**we'll [26]** 14/24 15/1 33/16 36/13 36/23 44/11 53/19 62/19 110/12 112/7 130/25 131/1 131/1 146/25 146/25 148/19 167/12 186/14 205/24 221/19 232/2 241/20 242/3 242/8 242/13 256/20

**we're [38]** 23/12 23/20 27/6 30/19 31/1 32/7 33/8 33/15 34/11 36/2 44/5 70/2 72/4 77/5 77/25 87/21 104/12 109/2 126/9 126/10 126/10 129/2 138/11 144/25 146/15 146/20 147/6 147/8 156/19 177/20 205/23 241/15 246/9 246/12 246/13 246/13 249/8 254/15

**we've [14]** 8/23 19/6 19/21 19/24 36/17 70/11 98/4 98/7 117/3 130/25 145/19 146/15 175/21 239/4

**weapon [2]** 86/14 142/10

**wedding [1]** 123/4

**Wednesday [5]** 29/4 156/21 156/22 156/23 191/20

**week [12]** 19/21 19/25 26/22 52/5 52/6 52/6 52/7 97/13 128/18 156/20 191/20 209/20

**week's [1]** 22/15

**weekend [8]** 22/22 22/22 32/10 33/20 97/19 252/9 252/25 257/7

**weekends [1]** 250/24

**weeks [4]** 87/25 99/23 224/7 251/6

**weeks off [1]** 99/23

**weigh [4]** 31/12 118/16 138/19 177/2

**weighing [1]** 140/24

**weight [5]** 49/25 50/11 122/7 174/3 201/25

**welcome [2]** 38/6 89/2

**well [62]** 6/7 8/11 14/8 18/4 20/17 21/15 24/12 25/13 25/18 26/4 28/13 30/17 31/24 32/3 32/11 34/10 45/9 58/23 63/15 64/6 64/10 65/8 65/22

82/18 99/24 101/16 114/5 118/13 118/23 127/24 136/19 137/8 138/1 139/8 139/18 139/21 145/19 147/13 155/5 180/7 183/16 184/5 187/23 193/19 201/8 209/6 214/22 215/21 215/23 217/7 219/6 220/11 222/1 230/20 237/6 239/11 253/23 255/11

**Wells [1]** 44/16

**went [7]** 22/24 75/11 76/7 107/11 114/16 125/25 240/2

**were [70]** 6/5 6/11 8/25 10/13 13/23 20/12 23/12 24/22 27/2 27/3 29/5 29/5 29/25 30/1 30/9 38/24 54/25 55/6 55/12 59/6 73/14 79/7 79/11 80/8 80/16 80/17 82/13 86/3 86/23 88/3 88/3 90/18 90/19 90/19 97/2 99/5 99/6 118/10 120/18 125/24 126/10 136/4 137/22 139/3 139/3 142/21 144/11 146/23 153/13 164/13 165/1 165/5 166/13 173/12 177/11 177/23 194/6 194/7 194/7 207/2 216/10 221/7 221/10 228/7 236/17 238/13 241/8 243/11 253/10 254/4

**were in [1]** 59/6

**were precluded [1]** 238/13

**westernmost [3]** 11/1 11/13 11/15

**what [182]** 4/9 4/15 4/23 5/25 6/1 12/17 13/10 14/24 15/14 17/5 18/15 19/11 19/12 19/15 20/16 20/22 22/1 22/20 25/15 25/23 28/20 30/6 31/3 31/7 31/10 32/23 33/1 33/4 33/11 33/19 33/24 34/9 34/10 36/8 36/8 39/10 52/3 52/13 52/22 55/11 57/2 58/25 59/5 59/24 61/5 61/11 62/4 65/12 65/14 66/17 67/14 68/12 70/2 72/4 73/2 77/23 81/9 82/11 82/13 82/19 82/24 82/24 83/1 84/19 84/23 86/18 90/16 91/3 91/15 92/24 93/7 93/17 94/13 96/7 97/5 97/22 99/17 102/8 103/15 106/19 107/23 107/23 108/22 110/9 114/12 117/23 118/9 118/15 121/6 122/4

124/11 128/21 129/5 129/6 130/10 131/14 136/17 138/5 138/16 141/4 142/2 143/25 149/23 150/3 152/6 153/22 154/14 156/20 158/7 158/16 159/25 160/18 160/25 164/18 164/21 165/17 168/22 170/8 170/21 174/24 175/10 176/3 177/17 180/4 180/12 180/16 181/6 182/8 183/11 183/13 184/2 184/14 187/25 188/10 192/15 193/24 195/21 197/9 198/1 201/14 202/12 203/15 204/13 206/13 208/4 208/6 211/21 212/8 213/25 214/4 215/21 216/10 220/3 220/21 223/5 223/6 223/7 223/9 225/25 228/14 228/20 230/2 235/14 235/18 241/9 247/23 247/24 248/1 248/11 248/22 249/4 250/11 251/17 252/1 252/16 252/16 254/4 254/14 255/25

**what's [14]** 28/14 29/16 37/16 94/16 105/12 105/14 133/1 172/5 180/3 183/5 188/5 209/6 256/6 256/7

**whatever [23]** 21/19 25/5 32/19 39/19 67/13 68/7 68/8 85/6 86/5 86/22 91/24 91/25 91/25 103/22 114/7 132/10 158/11 191/17 197/17 226/12 234/8 245/10 252/6

**when [54]** 4/2 4/13 5/9 7/6 8/15 13/23 17/6 19/2 21/1 23/8 23/20 25/12 31/24 32/13 33/14 35/7 36/5 36/5 54/25 58/7 58/21 66/1 71/18 77/11 94/11 94/14 96/13 100/2 104/16 121/6 123/14 123/15 126/19 130/1 136/3 136/22 137/20 139/22 144/16 147/9 154/21 159/20 163/1 164/13 183/8 194/6 221/4 223/14 230/15 231/4 233/17 235/13 251/10 253/8

**where [36]** 4/15 4/16 6/16 7/23 8/9 10/3 10/6 15/1 25/1 28/14 29/17 36/4 36/10 36/13 55/6 69/12 81/12 104/4 123/20 146/13 158/10

174/10 176/25 183/19 184/7 189/19 190/7 196/22 210/25 218/14 218/15 225/5 238/2 243/2 243/3

**whereas [2]** 153/18 164/6

**whether [69]** 14/12 14/13 14/20 14/22 16/25 17/7 18/5 25/10 25/21 27/15 27/19 28/20 32/11 36/6 44/9 52/14 52/23 54/6 54/17 54/19 59/21 61/2 63/14 65/8 65/18 72/2 75/18 81/23 82/4 82/5 85/11 86/7 89/10 90/1 90/15 91/24 92/2 96/4 102/5 103/8 106/5 106/11 106/23 112/19 113/4 113/19 117/5 120/16 121/24 122/9 122/25 128/3 128/4 140/14 141/18 142/7 142/10 150/9 150/18 153/21 153/23 164/5 170/9 184/18 197/10 197/14 202/3 202/25 235/11

**which [59]** 4/1 7/1 8/15 10/19 10/20 19/22 20/23 21/9 21/16 23/23 24/22 25/6 26/5 29/11 30/1 34/13 35/2 40/14 41/2 61/2 64/14 71/25 73/1 90/6 93/10 94/3 94/19 99/16 123/20 128/23 134/18 138/18 141/3 143/8 144/21 155/18 166/7 174/15 175/1 182/23 186/25 191/13 195/20 199/1 207/4 207/5 209/13 215/4 220/19 224/9 225/8 225/20 229/24 234/3 235/3 238/5 241/6 243/6 253/22

**while [12]** 18/24 39/17 40/1 73/16 79/11 80/17 82/2 104/15 165/20 223/12 238/18 252/18

**who [88]** 4/14 14/15 19/2 19/16 20/10 20/15 20/24 21/3 21/6 21/18 22/8 23/1 25/2 27/3 29/21 30/16 39/6 39/7 40/12 42/5 45/7 45/7 48/11 48/23 64/3 79/5 83/13 85/1 85/16 92/19 101/7 101/25 102/15 102/19 106/6 110/11 111/16 116/4 116/8 116/9 116/12 121/18 121/23 122/17 122/18 122/20 131/10 131/13 144/12 145/19 149/22 152/19 168/4 168/8 168/14 169/15 173/8 173/12 177/23 178/13

**W**

**who... [28]** 180/14 181/21 188/11 192/12 193/18 193/19 193/23 196/14 201/7 201/12 201/18 208/2 208/5 208/8 215/22 218/2 232/18 238/22 240/4 241/19 241/20 243/7 243/7 247/20 250/18 256/13 256/15 256/17

**who's [22]** 22/12 89/19 102/5 102/10 121/21 122/10 131/22 131/24 133/21 139/2 162/2 168/10 169/21 176/7 193/20 204/16 208/15 209/8 240/25 241/10 242/18 247/20

**who've [2]** 152/19 209/15

**whoever [2]** 70/5 204/12

**whole [7]** 125/23 146/16 203/24 207/23 216/8 224/5 252/4

**whom [2]** 93/14 104/13

**why [23]** 15/20 23/8 23/11 23/19 23/23 23/24 24/11 24/12 26/19 36/22 48/12 48/24 53/21 64/6 74/19 149/9 177/6 190/17 219/11 223/6 223/13 238/5 238/14

**wife [8]** 56/18 58/21 79/7 80/16 111/9 133/11 133/24 134/21

**wife-abuse [1]** 58/21

**WiFi [2]** 39/21 53/13

**WiFi-enabled [1]** 39/21

**will [103]** 8/19 11/9 11/17 12/4 14/15 16/16 16/23 16/24 16/25 17/15 19/16 20/24 21/5 21/7 21/9 21/10 22/4 22/18 26/13 29/20 33/17 37/9 38/11 38/21 39/6 39/8 39/13 39/15 40/3 40/22 40/22 40/23 41/16 41/17 41/23 41/24 42/3 44/8 44/8 44/13 45/2 48/3 48/5 48/15 48/17 49/13 49/21 50/7 51/24 53/7 53/10 53/14 87/25 88/1 88/5 110/18 115/3 115/4 117/22 120/19 138/25 139/1 139/24 140/2 147/17 149/5 149/6 158/15 178/19 184/16 196/3 196/7 200/4 203/20 203/21 204/2 211/3 237/18 237/20 237/22 238/6 240/20 243/7 243/17 244/15 245/7 251/2 251/17 251/18 251/21

252/17 252/20 252/21 253/1 254/21 255/5 255/17 256/12 256/13 257/7

**William [4]** 2/2 258/2 258/7 258/8

**WilliamPZaremba [1]** 2/7

**willing [1]** 18/2

**willingly [1]** 251/11

**Wilson [2]** 10/20 11/5

**winning [1]** 155/3

**Winrock [2]** 105/12 105/14

**wise [1]** 130/22

**wish [3]** 3/20 39/18 40/20

**within [6]** 10/21 11/23 11/24 42/15 43/3 145/20

**without [6]** 12/6 25/9 110/21 137/5 197/9 207/24

**witness [41]** 20/18 22/4 22/7 22/7 22/9 22/13 22/14 22/21 23/1 25/25 27/1 30/7 45/4 45/6 45/8 47/9 47/12 47/14 47/22 49/24 50/1 50/1 50/10 50/12 50/12 76/6 107/3 113/6 117/7 123/2 162/13 164/25 165/2 165/7 169/22 176/8 203/6 206/21 211/10 216/16 237/15

**witness list [1]** 22/13

**witnesses [27]** 19/9 19/12 19/16 19/20 20/12 20/15 21/17 21/18 22/2 22/19 26/9 26/9 26/23 27/5 27/7 28/4 30/15 44/9 44/19 45/3 190/3 193/3 235/6 237/18 238/12 256/13 256/19

**Wizards [1]** 154/17

**woman [1]** 208/8

**women [5]** 64/7 64/8 120/18 185/22 185/22

**won [1]** 154/22

**won't [5]** 18/12 73/9 171/13 200/8 200/9

**wood [1]** 147/13

**Woodrow [2]** 10/20 11/5

**word [10]** 8/18 15/22 15/24 24/19 27/9 30/24 69/3 71/21 180/5 180/12

**worded [1]** 65/8

**wording [1]** 15/3

**words [4]** 21/3 68/23 165/19 180/8

**work [109]** 18/19 28/19 31/1 45/22 46/8 55/21 63/14 63/23 73/5 73/6 73/10 73/11 74/8 75/18

81/12 82/11 85/2 85/7 85/19 87/19 87/20 87/21 91/16 92/21 92/24 93/7 95/7 97/12 97/23 98/11 98/19 99/21 101/21 102/20 102/25 104/3 104/4 106/12 106/21 107/1 109/3 110/17 113/1 113/2 122/1 122/14 122/18 122/21 126/1 126/3 132/19 133/11 133/13 150/2 151/1 151/13 152/13 154/17 158/13 160/10 168/15 168/21 168/22 168/24 169/15 170/22 173/14 173/20 175/25 176/3 176/3 182/8 187/25 190/7 193/18 194/10 194/12 196/3 196/10 196/11 201/20 202/21 206/13 206/17 207/22 207/24 208/1 208/16 213/9 213/11 213/13 215/12 220/22 221/8 221/17 225/2 225/5 228/14 232/19 239/19 239/21 239/24 239/24 251/13 255/9

**work-related [1]** 109/3

**worked [43]** 45/23 46/8 46/18 46/22 46/25 46/25 47/3 47/3 59/23 63/9 63/9 73/20 73/21 81/24 82/14 84/15 92/13 92/14 102/5 102/10 104/14 104/16 104/16 112/20 121/24 122/11 150/9 150/23 152/20 193/24 196/15 196/15 202/4 202/25 206/11 207/18 213/7 215/2 215/10 215/23 217/24 218/15 229/1

**worker [2]** 207/19 208/10

**workers [1]** 208/1

**working [10]** 55/24 58/3 75/8 88/3 102/16 107/10 150/3 208/7 229/6 229/7

**workload [1]** 196/3

**works [26]** 29/18 63/15 63/16 64/3 65/23 66/1 68/5 75/11 76/25 85/16 85/19 85/21 106/12 131/11 131/13 131/15 131/16 132/23 173/16 174/25 175/4 175/13 192/11 202/10 202/10 232/25

**world [3]** 7/10 20/10 33/18

**worried [2]** 133/18 233/7

**worry [3]** 120/16

**worst [1]** 187/16

**would [231]** 4/8 4/9 6/16 10/19 13/10 13/13 13/15 13/20 14/5 14/16 14/17 16/4 18/2 18/13 19/3 22/5 24/9 27/20 30/15 30/18 32/20 39/24 49/7 49/11 50/5 50/16 50/23 51/5 51/14 51/17 51/19 51/21 52/2 52/3 52/8 52/10 52/18 52/19 53/2 53/3 54/11 54/21 57/10 58/14 58/25 62/2 62/5 62/5 64/4 64/8 64/16 67/14 68/7 69/17 69/25 70/13 70/19 71/7 71/16 71/17 71/19 71/20 72/8 73/3 76/1 76/20 77/10 80/25 83/4 85/8 85/23 85/24 86/4 86/22 88/2 88/16 88/17 88/19 88/20 89/23 91/5 95/9 96/22 97/6 98/17 99/7 99/17 99/24 101/25 103/4 103/4 103/21 107/2 108/5 109/16 109/17 111/15 112/1 113/16 114/8 116/19 117/20 118/1 118/15 119/4 122/6 123/11 123/12 124/14 125/8 126/12 126/13 126/15 126/20 126/20 128/4 128/25 129/6 129/11 129/14 129/15 129/16 132/10 132/12 133/16 134/3 134/8 136/17 137/2 137/3 138/15 138/22 138/25 139/5 139/5 139/6 139/12 139/15 139/16 139/18 139/20 140/3 140/13 140/15 140/15 140/22 141/3 142/19 143/17 147/9 147/10 151/1 154/3 156/12 158/23 159/2 159/6 165/15 168/15 169/9 169/12 170/16 174/2 174/18 176/21 177/12 177/12 178/1 178/2 185/3 185/8 185/9 187/5 187/9 187/11 187/22 193/1 193/4 194/23 195/1 195/3 195/23 196/1 196/4 197/14 197/18 200/12 200/14 200/15 200/21 203/23 204/4 207/9 207/11 207/12 208/9 208/17 208/19 208/22 208/24 211/6 211/10 212/3 216/4 219/6 219/14 219/14 220/21 221/7 221/10 226/19 230/12 230/23 230/24 231/10 233/1

233/5 235/18 236/7 236/15 236/22 236/23 237/1 237/6 237/6 241/6 243/2 251/5 252/17 255/2

**would be [1]** 73/3

**would that [1]** 107/2

**would they [1]** 230/24

**wouldn't [11]** 27/6 59/3 85/3 126/25 127/5 128/5 137/13 176/23 185/13 188/13 208/20

**Wow [2]** 118/18 119/14

**Wright [5]** 1/18 3/22 43/16 43/25 249/22

**write [6]** 41/9 41/11 41/13 41/15 152/9 152/11

**writing [2]** 181/19 222/15

**written [7]** 61/4 97/3 105/3 155/20 157/22 225/20 234/4

**wrongly [3]** 125/18 127/20 127/23

**wrote [3]** 79/23 96/4 227/21

**X**

**Xerox [1]** 256/8

**Y**

**yeah [133]** 25/7 54/13 55/10 55/19 65/4 66/6 66/8 68/25 69/21 69/23 72/5 74/6 75/6 75/10 75/23 76/7 77/3 77/19 77/21 77/24 79/12 82/1 86/17 87/13 88/24 89/18 89/18 89/21 90/22 93/9 95/23 97/10 98/13 107/11 107/19 107/22 107/22 107/25 109/15 110/25 112/7 112/25 113/7 113/11 114/18 114/23 115/12 115/13 117/14 118/22 118/22 119/23 120/2 122/22 123/23 124/23 130/9 130/16 132/9 133/20 135/21 137/11 138/12 138/12 139/21 139/22 140/1 140/18 145/15 146/20 146/23 146/25 149/13 149/21 150/1 150/7 150/16 151/14 153/9 154/24 155/1 156/16 156/18 162/24 163/11 163/20 163/24 164/2 166/24 168/9 177/16 178/5 182/25 187/2 189/13 189/21 191/1 191/15 192/22 193/17 196/16 199/11 201/1 201/3 204/6 204/18 204/22 205/10 208/7 210/23 211/15 211/23 215/9

**Y**

**yeah... [20]** 218/18 219/1 219/10 222/12 222/22 226/20 228/1 228/9 232/15 234/6 235/17 237/2 240/24 241/3 242/22 244/11 246/20 247/16 248/21 249/23

**year [5]** 97/25 108/1 114/21 154/22 208/8

**years [36]** 42/18 42/19 43/6 43/6 56/19 59/18 82/2 90/14 90/14 104/7 104/8 123/14 124/6 124/17 125/19 126/10 132/6 132/25 133/18 141/21 142/20 161/25 162/1 162/3 171/11 182/7 187/4 188/12 206/22 211/16 215/10 225/4 229/3 229/4 230/9 233/8

**Yep [12]** 66/3 75/3 81/21 98/3 125/11 153/20 160/17 203/19 210/18 241/13 249/2 249/5

**yes [187]** 6/3 13/1 13/2 15/1 16/7 16/8 18/17 21/24 22/17 24/15 24/16 24/17 37/1 39/1 41/6 41/9 41/13 41/18 54/4 54/10 54/18 54/23 57/7 57/22 57/22 59/9 60/24 61/1 61/4 61/18 65/3 68/23 71/19 72/22 72/25 78/23 80/5 81/13 84/11 85/5 85/10 85/13 85/22 86/6 86/10 86/20 86/25 88/4 88/5 88/24 89/7 91/4 91/8 92/5 92/11 92/17 92/22 93/25 94/5 96/3 96/6 96/25 97/3 97/7 98/19 98/20 99/14 100/20 101/4 102/23 102/24 103/17 105/2 106/2 106/8 108/17 108/20 110/5 110/6 111/5 111/5 111/8 111/23 112/2 112/15 113/22 113/24 114/10 116/1 116/14 118/5 118/12 121/10 121/15 124/3 124/4 124/8 128/16 131/5 132/14 141/11 141/16 143/24 144/3 144/13 144/20 148/3 152/17 155/15 157/22 158/4 159/14 160/19 161/5 161/13 166/3 166/6 166/10 167/20 167/23 168/7 169/18 169/24 171/8 172/1 172/3 174/9 174/23 176/1 178/15 179/10 179/19 181/15 181/23

194/14 195/5 196/18 196/21 197/2 197/5 197/12 197/21 198/14 198/24 199/5 199/15 199/15 200/16 200/20 202/5 202/24 203/7 203/10 204/14 205/12 206/8 207/17 210/19 211/11 212/6 213/2 213/4 213/6 213/8 213/10 217/24 220/14 222/18 225/18 225/19 228/6 228/24 231/16 232/12 237/10 239/13 241/7 242/24 247/22 247/25 248/13 254/10 256/5 256/14

**yeses [1]** 96/5

**yesterday [7]** 12/17 19/23 28/10 28/11 31/1 94/6 94/11

**yet [2]** 246/11 249/25

**York [1]** 192/8

**you [1318]**

**you could [1]** 195/4

**you do [1]** 107/24

**you know [18]** 17/12 25/10 27/25 31/10 32/22 35/11 65/23 65/24 69/12 84/25 112/24 138/1 156/24 205/7 210/21 215/7 235/22 255/21

**you mean [1]** 126/18

**you recall [1]** 55/13

**you treat [1]** 183/9

**you understand [5]** 61/20 61/25 153/16 164/3 164/9

**you worked [1]** 82/14

**you'd [5]** 32/21 64/22 69/24 127/6 245/10

**you'll [14]** 21/8 32/9 33/23 36/15 106/22 120/21 175/2 217/4 230/15 241/17 241/21 242/11 242/13 244/16

**you're [79]** 5/9 18/10 21/4 25/6 25/19 31/7 31/10 32/1 32/1 36/5 60/16 61/11 62/25 65/14 66/1 72/20 73/16 77/11 78/22 84/25 87/12 89/2 89/6 91/21 92/10 93/24 99/25 104/6 105/1 106/1 112/14 115/8 115/18 121/6 127/3 128/8 129/6 129/11 129/11 129/19 130/8 141/10 149/12 151/23 155/14 156/17 157/19 166/2 170/21 174/2 181/21 182/20 185/24 187/15 187/17 189/7 195/16 199/13 200/7 206/7 210/3 210/17 213/3

229/6 231/13 232/9 234/1 234/25 237/23 241/25 242/5 248/17 248/18 252/16 254/14 254/17

**You're Juror [1]** 60/16

**you've [62]** 5/21 17/11 18/23 23/4 27/21 39/10 42/3 53/12 54/8 54/9 61/3 71/2 72/18 75/25 86/7 90/10 101/24 103/8 105/3 106/11 111/2 113/19 117/20 124/2 134/3 138/10 138/10 153/10 153/16 155/17 155/20 156/14 157/21 159/10 162/2 162/5 163/18 164/4 166/6 167/21 168/7 181/18 182/22 184/2 186/24 187/3 192/24 195/18 197/6 206/9 209/8 209/13 209/14 215/3 217/24 225/20 229/23 234/4 241/18 248/23 249/4 250/22

**you've got [1]** 248/23

**you, [1]** 69/15

**you, okay [1]** 69/15

**young [1]** 187/13

**your [302]**

**Your Honor [16]** 3/6 3/23 4/1 4/3 4/22 6/3 13/1 16/7 18/17 21/22 29/4 35/10 37/24 73/13 147/3 254/10

**your seat [2]** 62/16 109/20

**your strikes [1]** 246/2

**yours [1]** 102/19

**yourself [8]** 38/14 80/8 95/5 97/22 168/19 181/12 193/15 212/22

**yourselves [4]** 39/19 243/16 245/9 251/10

**Youth [1]** 207/19

**Z**

**Zaremba [4]** 2/2 258/2 258/7 258/8

**Zia [1]** 95/7

**Zia Faruqui [1]** 95/7

**Zucker [67]** 1/17 1/19 3/10 14/8 18/20 21/15 21/18 22/3 23/5 23/24 24/16 25/5 25/8 25/23 26/19 31/5 35/16 36/7 38/3 43/16 43/25 44/24 57/19 58/19 68/15 71/24 74/16 77/18 81/6 83/3 84/2 87/3 91/11 93/5 98/22 107/18 112/3 114/15 119/10 127/11 132/17 132/21 134/16 137/19 140/9 144/8 154/10 159/19 161/22 165/14 167/8

188/21 190/16 194/5 197/25 204/10 213/24 218/13 221/14 223/19 227/10 228/13 240/9 255/8

**Zucker's [1]** 135/12