IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )
                                   )      CR No. 19-369
                                   )      Washington, D.C.
     vs.                           )      February 24, 2020
                                   )      9:15 a.m.
TERRELL ARMSTEAD,                  )
                                   )
        Defendant.                 )
_____)


TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:        Kenya K. Davis
                           Amy E. Larson
                           U.S. ATTORNEY'S OFFICE - DC
                           555 Fourth Street, NW
                           Washington, D.C. 20017
                           (202) 252-7059
                           Email: kenya.davis@usdoj.gov
                           Email: amy.larson2@usdoj.gov


For the Defendant:         Jonathan S. Zucker
                           Peter Wright
                           LAW OFFICES
                           OF JONATHAN ZUCKER
                           37 Florida Avenue, NE
                           Suite 200
                           Washington, D.C. 20002
                           (202) 624-0784
                           jonathanzuckerlaw@gmail.com

APPEARANCES CONTINUED:

Court Reporter:                   William P. Zaremba
                                  Registered Merit Reporter
                                  Certified Realtime Reporter
                                  Official Court Reporter
                                  U.S. District Court
                                  for the District of Columbia
                                  333 Constitution Avenue, NW
                                  Room 6511
                                  Washington, D.C. 20001
                                  (202) 354-3249
                                  WilliamPZaremba@gmail.com


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

DEPUTY CLERK:  All rise.  This court is in session; the Honorable Amit P. Mehta presiding.

THE COURT:  Good morning, everyone.

Please be seated.

DEPUTY CLERK:  Your Honor, this is Criminal Case No. 19-369, the United States of America versus Terrell Armstead.

Kenya Davis and Amy Larson for the government.

Jonathan Zucker and Peter Wright for the defendant.

The defendant is present in the courtroom.

THE COURT:  All right.  Counsel, good morning.

Mr. Armstead, good morning to you.

All right.  Let's talk about how we're going to proceed.

We received via email, to make sure this letter gets posted to the record, Mr. Zucker, a letter from Mr. Zucker essentially stating that recent discovery disclosures have made it difficult, if not impossible, for him to be fully prepared for trial this morning.

There's an extensive recitation of the timing of disclosures and the nature of those disclosures and how Mr. Zucker feels that his work is incomplete.

The Government then filed late last evening an

4

opposition or response to the request for a continuance that sort of disputes some of the characterizations contained in Mr. Zucker's letter.

Let me just ask the question, Mr. Zucker, in terms of what it is that you think you still need to accomplish and how long it will take you to accomplish it.

MR. ZUCKER: It's difficult to answer, Judge, because, in all candor, there are literally -- I don't know how many, but I estimate well in excess of 100, probably a couple of hundred files that I have not even opened. I don't know what's in there.

And Mr. Wright, I'm going to ask him to address the quantity because he's much better at the technology than I am.

But last night, 6:30, 7:00, I was trying -- I've been diligently trying to work my way through this, as has Mr. Wright, all weekend. And I opened up around 6:30, a file I'd never seen before, which was a transcript of 150, 200 pages. Admittedly, it related to an interview that had been disclosed, and I'd seen the tape of that interview the day before or two days before.

But we've gotten, by Mr. -- and much of this stuff is not only stuff I've not reviewed, but even that which I've reviewed has not been shown to Mr. Armstead.

Yesterday -- or over the weekend, I had my

investigator take out all of the 302s that related to the witness conferences that we received, I don't know, Thursday, Friday, somewhere in there. And so he's at least seen those.

But I haven't discussed them with him. I haven't discussed all of the interviews that were disclosed -- that were referenced in the letter were disclosed and reviewed without his participation.

I do not say this lightly. I've never said this in 35 years of practice to a Court before on the day of trial, let alone after a jury has been selected; but I have not reviewed all of the discovery. And not only have I not reviewed it, I haven't had -- it's -- the volume of it is such that I haven't had time to integrate it into trial preparation.

You have to not only have the transcript, but you have to be able to take it and figure out how you're going to use it in cross. You have to not only review the interviews, but you have to digest them and figure out how you're going to put them into a cross.

Now, I've done that with three of the seven interviews that were recently disclosed as best I could over the weekend and on, I guess, Friday night. But I'm simply not ready, and it's not for lack of trying.

Mr. Wright has been doing the same thing all

6

weekend.  And we had a law clerk during the week, as the stuff was coming in, trying to open and it up and digest it.

But there are literally hundreds of files I have not reviewed.  And if we go to trial and assuming there's a conviction and there's any claim for ineffective assistance, I will have to look -- I will to have to swear, because it's the truth, that I didn't review much of the discovery that was provided because there just wasn't enough time.

In terms of the volume, I think it might be better to let Mr. Wright address that.  But there were -- I remember opening them up and seeing over the weekend affidavits in support of search warrants that were, like, 50, 60 pages I've never seen before.  There was one -- there were 302s I'd never seen before.

THE COURT:  When did these come in?

MR. ZUCKER:  All of it -- well, all right. I tried to outline in the -- in my letter.  But, basically, we've had 11 discovery folders produced since February 10th. And we picked the jury, I think, February 21st.  And there have been more coming in over the weekends.

Now, some of those -- some of those, I think, related to witness conferences that were just done last week, so that's understandable.

But the rest of it, I mean, these things that came in a day, a couple days before the trial, there were

recorded interviews from March of 2019, September of 2019, November of 2019, and December of 2019.  One was from February.  But why in the world we got this stuff a week -- only a week before trial, I don't know.

I mean, the government is claiming witness security, witness security.

And before I ask Mr. Wright to address the technical stuff, because he really does have a much better handle on that, which has been disclosed, in the government's opposition, they claim that this is some contrivance by the defendant in order to get an opportunity to intimidate witnesses.

This decision was not made in consultation with Mr. Armstead.  He was not even aware of it until ten minutes ago.  I didn't have time to go over it.  He played no role in this.  This is strictly my concern about being ineffective.

THE COURT:  What is your travel schedule?

MR. ZUCKER:  I leave March 7th.  I come back March 16th.  And I have a trial at the end of March.  It's a homicide in Superior Court.  I can't remember the exact date, but I could tell you.

I would be ready -- I could be ready to try this right after that.

And the Court knows me and knows of me.  It's

8

not something I do lightly.  It's not something I've ever done before.

Do you want to hear from Mr. Wright about the volume or no?

THE COURT:  Sure.  Briefly.

MR. WRIGHT:  Good morning, Your Honor.

I think much of this was actually included in Mr. Zucker's motion, letter that he sent to the Court.  But there are over, I think it's approximately 1100 individual files that were disclosed.

I know of that, probably 450 are pictures that I'm not actually sure where all they came from.  I think a lot of them came from the Montgomery County case, but we haven't been through all of them.

It accumulates to over 7 gigabytes of data to try and get through, which is a not-insubstantial amount.

As far as the pages go, I know there's -- I don't have any sort of actual count, but it's got to be thousands upon thousands of pages.

And I know the government indicated in its response that it filed late last night that no Grand Jury materials were provided in that because that was all provided a month ago.  That's just not true.

On February 16th, they disclosed two different Grand Juries of Detective Leboo -- I think he's a detective

with MPD -- that were both from December 2018, is when he was taken into the grand jury.  Those were uploaded on February 16th.

I think also right around that same date, there was a grand jury of witness A.I. from a grand jury testimony that was offered in September of 2019.  So that's --

THE COURT:  In this case or in a different case?

MR. WRIGHT:  In this case -- well, I assume it was this case.  I don't know if it involved testimony for them investigating and building the case against S.B.  But it definitely relates to this case and has directly correlated from.

There are FBI case file materials that I found dating back to 2018 that were just disclosed within the past twelve days.

I believe on Saturday night at about 7:30, they uploaded -- the government uploaded agent FBI Agent DiMauro's handwritten notes from her interviews. Many of those were from the recent witness-prep interviews; but one of them was handwritten notes from an October 2019 interview with S.B.

And then I think this was also included in the letter, that there's the four video interviews from Arlington County that the assigned prosecutors didn't receive until, I think, late last week.  They gave them to

us on Thursday.  However, they have been in law enforcement's possession since the interviews occurred in June of 2015, and that's nine-five-and-a-half-plus hours of testimony.

Without disclosing too much of the details, some of it includes, based on just a cursory review, includes direct contradictions of expected testimony of the government's witnesses that will be probably central issues in how those people testify.

So it's significant material that we need to be able to review.

THE COURT:  Okay.

MR. ZUCKER:  Judge, if I can just...

I did not know until Mr. Wright just said it in the courtroom that DiMauro's notes are contained within the disclosure from Saturday night.  I've never looked at them; I didn't know they existed until just now.

That's the kind of --

THE COURT:  Okay.

Ms. Davis or Ms. Larson?

MS. LARSON:  Good morning, Judge.

THE COURT:  Good morning.

MS. LARSON:  I don't want to belabor any of the points that are in the government's response that we filed. Admittedly, filed it late last might but that's because the

first we heard of the defense motion for a continuance was late in the afternoon yesterday after the government had gone to, not just expense, but a tremendous amount of trouble to bring in witnesses who live outside the District of Columbia.

And these are, of course, vulnerable victims and witnesses, who, being back in the area where they were trafficked by the defendant, is incredibly traumatic for them.

There's really nothing that has changed between Friday and now.  And so why this wasn't asked for and considered on Friday prior to the government going through this with our witnesses, it just -- it makes absolutely no sense.

I do want to address some of the points that were just made, because they are completely factually inaccurate.

First, the government strongly objects to any characterization of a "late disclosure."  Mr. Zucker is very fond of putting that in his filings, but it doesn't make it true.  And the government needs to respond so that if there is any sort of appeal in this case, the record is clear.

There is no late disclosure.  The government is very comfortable with our discovery obligations in this case.  We understand what *Jencks*, *Brady*, and *Giglio* is.  And we have complied.

The grand jury transcripts in this case with our major witnesses have been turned over well in advance of trial.

The grand jury transcripts from Mr. Leboo were reproduced; however, Mr. Zucker has had them even prior to the inception of this case, because they pertained to the defendant's gun case, which he's already pled guilty to in this Court, and that was months and months ago that he pled guilty.  So this is not new information that has been provided to him.

With respect to the handwritten notes, the government has made the position clear in our filing that, one, it's not *Jencks*; two, even if the Court were to take the position that it was *Jencks*, it's not *Jencks* of any of the victims that are testifying in this case.  But even if it were, it was still produced well in advance of trial.

For Mr. Zucker to stand up before the Court and say that he does not have any of the FBI agents' notes is blatantly false.  The FBI case file has been produced in small batches, as well as completely reproduced, including the Serial 1As in production 15, which he had well over a week ago.

Now, with respect to witness conferences, those are trial prep sessions, short sessions that occurred in the days leading up to trial.

And as soon as there was a 302 generated, it was produced. And there were maybe three or four pages of handwritten notes that were produced over the weekend. But the substance of all of that had been previously turned over in 302s. And there's nothing inconsistent in those or anything that would rise to the level of *Giglio*, and certainly no *Brady* in that.

With respect to some of these audiotapes as the government alleged in their response, particularly the ones for 2015, it is just inaccurate to claim that that's nine and a half hours of testimony. It's just simply not.

There were four disks. One of the individuals was not interviewed. Two out of the four will not be called as government witnesses. The defendant made no statements. And one of the government's testifying witnesses was given a chance to be interviewed under less-than-ideal circumstances, but it was a very cursory interview.

And we strongly disagree with the characterization that this somehow is going to change the nature of the testimony or the nature of the cross-examination.

It seems abundantly clear that this is a delay tactic, that this is a concern that there was a posture where they believed that the government would not have certain witnesses available. We do. We're ready to proceed.

14

For all of these reasons, Your Honor, the government is asking that this late-stage motion for continuance be denied.

In the event that Mr. Zucker needs time to review this minimal amount of information, again, which had been previously produced, the FBI file largely contains things such as a one-page document saying, "See the Metropolitan Police officer's report about this interview," because this is a jointly run investigation; that if any continuance is granted, it's only a 24-hour continuance, which allows the jurors who have been selected to serve to remain in their roles and which allows the witnesses who are here and ready to testify to do so without further disruption to their lives.  Any other alternative would severely prejudice the government's case.

Thank you.

MR. ZUCKER:  Judge, it was raised Friday.  The magnitude of it wasn't realized until we started going through all the materials.

We knew there was a lot of stuff we hadn't seen and tried diligently to do it over the weekend.  And it's -- the volume is just such that it couldn't.

How the prosecution claimed that DiMauro's notes are not *Jencks*, I have no idea.  That's what they just said; the FBI notes aren't *Jencks*.

She's about to testify.  They've given me her notes Saturday -- I don't know when they gave it to us, but I've never seen them.

This is not the way it's supposed to go.

If Leboo's grand jury was included in Mr. Armstead's other case, that may be true.  I have no idea.  We didn't review it because we cut a deal real fast in that one.  And, frankly, I didn't go through all the discovery because we weren't going to go to trial.

So that grand jury might have been given to me in another case.  I'll take them at their word, but I had no reason to look for it in that case because we had already agreed.

THE COURT:  So, Mr. Zucker --

MR. ZUCKER:  And I certainly didn't prepare it in terms of getting ready for this case.

THE COURT:  -- let me ask you, look, first, a few things.

One, you're right; you did raise the issue on Friday.  And it was at my suggestion, if not insistence, that we proceed with jury selection.  And I left open the possibility of raising this today, and you have.

So I don't take issue with you raising it today.  And I understand there may have been more that filled in the blanks over the weekend.

16

We are in a tough spot in the following sense. Your schedule is such that you have to be on a plane on the 7th of March. The government is telling me they've got a number of out-of-town witnesses, including an expert whose schedule, I suspect, is not easy to accommodate.

I take you at your word that you're not ready, because, frankly, I don't think you would come in here and say otherwise, simply to game the system.

The question I have is whether we can, if we continue this for 48 hours, is that sufficient time to get through what you need to get through so that we open on Wednesday. That gives us full trial days Wednesday, Thursday, Friday, Monday, Tuesday, Wednesday of next week. That's six trial days, seven trial days on Thursday, and an eighth trial day on Friday, the 6th.

It's less than optimal, I appreciate, given your travel schedule. But, you know, if I give you two full days with Mr. Wright's assistance and your investigator's assistance, plus knowing who the government is going to be calling 24 hours in advance -- and, frankly, I can even, you know, push them a little bit to give you a two-day recitation of who they're going to be calling so that you can make sure you review that material first over the next two days.

MR. ZUCKER:  Well, actually, I would ask for more

17

than that, frankly, because they've identified witnesses in their list of witnesses; and then when we've said -- for instance, there were two or three people identified as witnesses that have given statements in the Maryland case. And then this morning they say, "We're not calling those witnesses."

So if they could give me a realistic list -- in part, I'm wasting time preparing for witnesses because they've listed them as witnesses and now they're saying they're not calling them.

If I accept Ms. Larson's representation, I think -- I'm looking at Mr. Wright to make sure I'm factually correct. There were people in the Montgomery County case on those disks.

THE COURT: I thought she was referring to Arlington.

MR. ZUCKER: I said -- yes, you're right.

In Arlington County, there were people listed that were interviewed, that were put on the witness list, and now they've announced that they're not really going to call them. So I don't need to waste time on that.

So if they can give me a realistic -- let me consult with Mr. Wright for 60 seconds.

(Defense counsel conferred off the record.)

MR. ZUCKER: My wife told me if I'm not on the

18

flight March 7th, we're divorced.

I don't know.  I'll try.  If that's what you want to do, I'll try.  Can I get -- it would help if I got -- what are the names of the two witnesses?

THE COURT:  I guess here's -- look, if we start Wednesday morning and I ask the government to provide you with the list of witnesses -- and it doesn't necessarily need to be in the actual order -- the list of witnesses they intend to call Wednesday, Thursday, Friday, that way you know, to the extent that you need to prepare for specific witnesses, who they are going to be.  You will then have the weekend -- again, I know none of this is optimal, but this is the life of a trial lawyer -- the weekend of the 29th and the 1st to be ready for next week, 2nd, 3rd, and 4th, 5th, and 6th.  You know, that seems to me to be a reasonable way to accommodate what are difficult circumstances.

MR. ZUCKER:  The other factor is, it doesn't really leave time -- that much time to consult with Mr. Armstead on these witnesses and on this testimony.

I mean, if that's the best the Court can do, I'll do it.

THE COURT:  It's the best I can to, in part, because it's not clear to me that anything that's been disclosed reveals new witnesses.  Maybe I'm wrong about

that.  But I haven't heard you say, for example, that you're now learning about certain witnesses for the first time.  So it may be that you have additional information about witnesses that you didn't have previously, but I'm not hearing you say that there are brand-new disclosures about brand-new percipient witnesses that might require you to consult extensively with Mr. Armstead and follow up with investigation about that particular witness.

And what I'm largely hearing you say is that there's a lot of prior statements out there that you all need to go through to make sure you're ready for cross-examination, which I understand.

MR. ZUCKER:  This goes back to what I said last week.  You don't know what you don't know in the files that haven't been opened, so I don't know what's in them.

THE COURT:  Sure.  I understand.

MR. ZUCKER:  There are new witnesses, but they seem to relate to 404(b) only.

Mr. Wright wanted to chime in.

Go ahead.

MR. WRIGHT:  I would say that's accurate.  We did learn of new witnesses when we received the government's witness list.  I think we raised Friday at the beginning of the day.  Particularly with one of them -- I believe it's S.B.'s stepfather -- we'd never heard the name before.  We

20

received no materials.

We did finally receive, at some point last week, I believe, a 302 as well as photographs and stuff that he had provided that I've done a cursory review of but not to the extent of preparing anything extensively, as well as, I believe, A.I., we just learned about within the past week or so.  Granted, that's somewhat of a 404 -- well, I don't even know that that would count as 404(b).  She was, I believe, in a holding cell with S.B.  So she's going to testify, presumably, about what she learned in that circumstance and how she observed S.B.

I'm not completely sure how she's being offered or what the government anticipates for her testimony, but we just learned of her with the witness list and then received materials subsequent to that.

THE COURT:  All right.

Ms. Davis, I wasn't sure whether you wanted to say something or Ms. Larson.

MS. LARSON:  I would put on the record that the grand jury testimony of Ashley ▓▓▓▓ was produced on December 13th, 2019.

There was also a 302 that was produced recently.

I'd like to address the scheduling issues, and then I think we need to circle back to the issue about redactions, because that continues to be an issue.  And

21

there have been -- there were, again, some mischaracterizations and misstatements in the letter that was filed, and I think we need to have a clear roadmap moving forward, regardless of whether we're starting today or 48 hours.

THE COURT:  I agree with that.

All right.  So here's what I'm going to do.

We'll start Wednesday morning.  You'll get the next 48 hours to get through the material that has been identified.

Look, I will tell you, folks, it is difficult for me sitting here to figure out who's right and who's not right.  And what I mean by that is, I don't have before me all of the material and an opportunity to sit down and figure out when it was disclosed and, arguably, when it should have been reviewed and what's new and what isn't new.

What I'm being told by veteran defense counsel is he's not ready and that there's a substantial volume of material that he still needs to get through to get ready.

At the same time, I'm being told by experienced government counsel that at least some of the material is not as extensive as has been suggested; and, perhaps, as importantly, they've got witnesses from out of town who -- and rescheduling this thing could take a decent amount of time, more time than I'm prepared to have happen, given

22

everybody's schedules and given how hard it was to even get these dates.

So let's do that.  We'll start Wednesday morning.

I will adjust the trial day slightly, so we'll go 9:00 to 5:00 every day.  We'll start at 9:00.  I may have a few matters that I'll just need to reschedule.  But I want to maximize the trial time as much as possible, and we'll just go as efficiently as possible through those days.

Mr. Zucker, if something happens during the course of trial and you say -- look, at a minimum, you and Mr. Wright have got to open everything up and figure out what it is.  Whether Mr. Wright has done that or you do that or both of you do that, that needs to be done.  That's the first order of business.

So if something takes you by surprise during the course of trial, you'll let me know.  But the bottom line is, you're going to have the next two days.  I'm going to ask the government to identify who their witnesses are going to be through -- on Wednesday, Thursday, Friday.  Again, it doesn't need to be in a particular order so that the defense can identify what the prior statements are or *Jencks* material that might apply to these witnesses and any other relevant evidence they need to review to be prepared to cross-examine the witness.  I think that is about the best I can do in these circumstances, okay?

MR. ZUCKER:  My hesitation, Judge, quite frankly, is that I have to be out of town on the 7th.  I appreciate that you're doing everything you can.

And, obviously, I will do everything I can, if you don't change your mind, to be ready Wednesday and to go straight through.

And, obviously, I know --

THE COURT:  That's eight trial days for a case that was expected to be six to seven.

MR. ZUCKER:  Well -- okay.  We both know that things frequently take longer.

I will say I think some of this 404(b) can be eliminated as we proceed because certain issues that the government may think are going to be contested won't.  I'll just leave it at that.  So the necessity of some of that evidence, I think -- that's what I have to say.  I think it won't be necessary.

THE COURT:  I mean, you can talk to the government about what you're prepared to concede or not concede.  And if they think it's going to obviate the need for the 404(b), great; but, you know --

MR. ZUCKER:  All right.

THE COURT:  -- that's not something I can compel, as you know.

MR. ZUCKER:  I think as the trial proceeds, it

24

will be apparent to you that certain things just don't fall within true.

THE COURT:  Don't fall within what?

MR. ZUCKER:  True.  Within 404(b).  They're not going to be at issue.

THE COURT:  Well, we can spend a few minutes today talking about what the 404(b) is admissible for.

MR. ZUCKER:  But let's get the jury out here.  Let me break the news to them to report on Wednesday and let them know that that's where we are.  Okay?

That's fine.

Mr. Wright has other matters in Superior Court he has to -- I told him he could attend to.  I told him I could handle this.

MR. WRIGHT:  Thank you.

THE COURT:  Okay.

(Pause)

(Jury entered the courtroom at 9:51 a.m.)

THE COURT:  Have a seat, everyone.

Ladies and gentlemen, good morning to all of you.

THE JURORS:  Good morning.

THE COURT:  And welcome back.

I trust everybody had a good weekend.

So I have been doing this job for about five years.  And before that, I was a trial lawyer.  And if

there's a rule of thumb when it comes to trials, it's to expect the unexpected.

Sometimes that means unexpected delays.  Sometimes that means inconveniencing jurors.  And sometimes that means sort of the best-laid plans get disrupted, and that's kind of where we are this morning.

There have been some developments.  And what that means is that, unfortunately, our trial to going to be delayed.  We will not be starting this morning.  We're going to start Wednesday morning instead.

I apologize for having to bring you all in this morning and disrupting what otherwise could have been a workday or day doing other things, but we did get you out here as quickly as we could after discussing things with counsel.

This is a consequence of a decision I've made and is not something that should be held against either side. You know, I make the scheduling decisions here.  All they do is make requests and tell me what the circumstances are, so the decision to put this over for a couple days is mine and mine alone.

So what that means is I'll ask you all to -- you'll be adjourned for today.  You're still members of this jury.  That part hasn't changed.  And so we will start on Wednesday instead of this morning.

26

I still expect that, consistent with the schedule that I gave you at the beginning, that your service will be required through the end of this week and through the end of the next week. That doesn't change because the number of trial days ought not have to changed. And so that's where we stand as of this morning around 10:00.

I'll remind you again, as we did last week, to not discuss the case with anyone, no research about the case, and please continue to keep an open mind, even though you haven't yet heard any evidence.

Thank you, all, very much. Please, we're going to start at 9:00 on Wednesday. As a result of losing these two days, I'm going to start us at 9:00 instead of 9:30 just so I can make sure we get in and maximize the amount of evidence we get in every single day.

So we're going to have long days, but they're going to be efficient days. And we're going to do everything we can to get in as much testimony as we can during trial days.

So I'll ask everybody to be in the back by 8:40 on Wednesday morning, and we'll start at 9:00 promptly.

Thank you, all, very much. Enjoy the rest of your day. Enjoy tomorrow. And we'll see you at 8:40 on Wednesday morning.

Thank you, all, very much.

27

(Jury exited the courtroom at 9:54 a.m.)

THE COURT:  Okay.  Let's talk about what we need to talk about.

Let's talk about redactions, first, and whether there's anything else that's controverted as far as the redactions go.

You know, I did get a call in chambers on Friday asking what ought to be redacted and what ought not to be redacted.  And I think my instruction was simply to redact consistent with what the protective order provides.

Now, if what you've received, Mr. Zucker, is inconsistent with that or you believe is inconsistent with that, you've got to let me know so that I can make a decision.  If I need to look at what it is that's being turned over, I'll do that.  I'll look at the redacted and the unredacted version.

But, you know, in the interest of avoiding delay, I would urge the government, to extent that there is substance in these 302s or other documents that have been redacted that you think doesn't endanger another investigation, which it may or may not -- I don't know -- to just turn it over so that that issue is removed from the calculus.

MR. ZUCKER:  Judge, names are still being redacted, I think.

28

I know that in one, there was a witness S.J. where close to half of the 302 -- again, it was Mr. Wright that was reviewing this more than me.  I read it, but he was the one working it.

THE COURT:  That's the one I understand was redacted a bit more than you might expect because I understand that the redacted portions have to do with a different investigation and not an investigation of your client.

MR. ZUCKER:  All right.

THE COURT:  Now, I trust that whatever's been redacted isn't of the nature that would be relevant to any cross-examination, but that I don't know.  I mean, you know, whether it deals with any incentives the witness may be receiving in a different case, I don't know if it's in there.  If it is, obviously, that's got to be turned over potentially as *Brady* material or *Giglio* material.  But I don't know what's in there.  And I'm happy to look at it, but, you know, you all tell me.

MR. ZUCKER:  That's fine.

MS. LARSON:  Yes, Your Honor.  I can speak to that briefly.  I think there's two issues.

Obviously, as we've stressed, there are concerns with witness security.  That deals with one type of redaction, which we're taking out personally identifying

29

information and full names of the victims in this case, consistent with the CVRA, et cetera.  That's one side.

And I think that we have addressed that, consistent with the Court's ruling.

There were no redactions with respect to that that occurred over the weekend.

You may remember on Friday that you specifically directed defense that if there were certain documents or certain portions of productions that they were having difficulty with, to let us know.  And I could go back and pull those files.  We didn't hear anything.  The first we heard was this motion for a continuance.

The second issue, the government can't do anything about.  It's what you've just identified.  When the FBI or MPD is interviewing these witnesses victims and witnesses, sometimes there are other investigations going on.

And I can't speak on the record -- we could approach -- specifically with respect to a 302 with Ms. Iverson.

There's various reasons why we may have had contact with that particular witness that have nothing to do with this investigation.  Those portions are redacted, the exact same thing that you've alluded to with S.J. in this case.

The government is very clear on what constitutes

30

*Brady* and *Giglio*.  And, quite frankly, we've erred on the side of an abundance of caution, which is why things have been produced.  They've been produced.  We have produced records in their entirety, and then we have produced smaller excerpts pointing defense in the direction of what we're going to be using.

So the government is clear on these obligations. We obviously have nothing to hide, and we can submit this pursuant to 3500(c), I believe, for in-camera review if there's some dispute about Rule 16, but I don't know exactly which documents are still at issue.

THE COURT:  Okay.

Well, I guess the bottom line is this.  If, Mr. Zucker, there are specific documents that you have concerns about --

MR. ZUCKER:  My recollection -- and maybe I misheard -- was that you had instructed them to produce them without the names being -- I don't care about anybody's Social Security numbers, but without the names being blocked out and that I --

THE COURT:  That I certainly said.

MR. ZUCKER:  Right.

THE COURT:  And I've heard them say that they have done that.

MR. ZUCKER:  They haven't.  The names are still

blocked out in most of the -- they didn't go -- the ones that were given to us before, they haven't given to us with the names not blocked out, which is I thought what you had instructed to be done.

THE COURT:  Maybe we're talking about two different sets of material.

MS. DAVIS:  Exactly.

And I think if Mr. Zucker can let us know what -- if he points us to the ones that he's concerned about, we can go back and make sure that those were ones that were reproduced without the redactions that we had previously provided.

I think one of the problems here is that Mr. Zucker is just now opening things that were produced before and assuming that those items don't comport with what the Court instructed us to do on Friday.

So he needs to let us know which ones he has concerns about.

THE COURT:  So bottom line is this:  It doesn't sound like we've got an issue -- or at least Mr. Zucker is not pushing the issue about the, I guess it's on S.B. or maybe it was on A.I.'s recent disclosure that the government has said doesn't deal with this investigation.

MR. ZUCKER:  I think that was S.J.

THE COURT:  Okay.  S.J.  I can't keep track of all

32

the different initials.

So we're going to put that to the side because, are you satisfied that that portion is being properly withheld?

MR. ZUCKER:  Truthfully, the fact that a witness is cooperating in multiple cases is an issue that we would want to -- it's an area that we would be entitled to explore on cross-examination.

If they are -- I don't need the details.  But if they are cooperating in other cases, that would be an issue, yes.  So I am --

THE COURT:  All right.  So, Ms. Davis, is there any objection to redacting that portion that you all believe relates to a different investigation?

MS. DAVIS:  Is there?

THE COURT:  Is there an objection?  I mean, you certainly suggested in your response that you'd be prepared to turn that over.

MS. DAVIS:  We would be prepared to provide it to Your Honor for in-camera review as to whether or not it's relevant to this particular case.  And we're open to doing that.  I mean, it's literally a paragraph.

THE COURT:  All right.  Just send it to me.

MS. DAVIS:  Sure thing.

THE COURT:  Send me both the redacted copy and a

33

clean copy so I know what I'm comparing.

MS. DAVIS:  Very well.

THE COURT:  And then I'll make whatever disclosures I believe are proper.

All right.  So there's that.

MR. ZUCKER:  And I will contact -- we'll go back through the 302s where those names are redacted and we think we should be getting them, and we can't figure it out.

THE COURT:  And can it be done before noon today, Ms. Davis, that you would provide Mr. Zucker the names of the witnesses you anticipate calling Wednesday, Thursday, Friday?

MS. DAVIS:  Yes, subject to any scheduling issues that we're going to run into when we call all these witnesses and tell them how they have been shifted.

THE COURT:  Okay, that's fine.

All right.  So Mr. Zucker, what you will have by noon is a list of witnesses for the first three days.  That means you need to prioritize, either looking back at materials relating to those witnesses that you have been redacted and shouldn't be; and then obviously any material that is yet to be opened or reviewed needs to be done with an eye towards those -- the witnesses for those three days, okay?

MR. ZUCKER:  Yes, Your Honor.

34

THE COURT:  All right.  That's redactions.

Let's talk about 404(b) evidence.

I went back and I looked at things a little bit after Friday, because I wanted to be prepared to give whatever limiting instruction I needed to give when that evidence is introduced.

And let me just kind of go back in time.  And I don't want to detain us here much longer, because Mr. Zucker has got work to do.

But, you know, I admitted evidence relating to the Arlington events in which Mr. Armstead pled guilty, I think, to disorderly conduct, at least as it was described, it was similar -- the conduct was similar to the conduct that's at issue in the actual case here that's been charged.  And then Mr. Armstead is accused of essentially running a prostitute out of a hotel in Arlington.  That was one.

And then, two, the Montgomery County case in which he actually pled to human trafficking -- that is the actual name of the charge that he pled to, "human trafficking"?

MS. LARSON:  Yes, Your Honor.

THE COURT:  And that there's a witness, S.J., I believe -- who's the witness in connection with Montgomery County.

MS. DAVIS:  E.G, Your Honor.

THE COURT:  E.G.  I'm sorry.

-- who would be testifying, along with, presumably, one or two other folks regarding those events.

You know, when I went back, I looked at my notes. I think I had said, "Look, this is admissible with respect to motive, intent.  I think I also used the term 'modus operandi.'"

And then I looked at what the government has proposed in terms of a 404(b) final instruction, which ordinarily is the same as the limiting instruction.  And I think I need to be more precise about what I think the 404(b) is admissible for.

On the issue of motive, I don't think it's admissible on motive, because, frankly, I'm not sure motive is really something the government needs to prove up here. And it's not motive in the traditional sense where it would be important to link up to the identity of the person, I mean, typically, government brings forward motive evidence to establish identity in these types of cases or in sort of more street crime types of cases.

I mean, the motive here is obvious; it's to make money.  And so it doesn't seem to me that bringing forward evidence of what happened in Arlington and Montgomery County is really probative of his motive to make money in this case.  And if that's what the evidence is being introduced for, I think it's probative value is, in fact, actually

36

outweighed substantially by the prejudicial effect.  So that's one.

Two, the government's already also suggested in its limiting -- or in its instruction that the 404(b) evidence could go to identity.  And that may have connected up, or at least I was -- connected up with the modis operandi language I was using the other day.

I took a quick look.  I know what the standard is in the D.C. Court of Appeals.  There's not a lot of cases in the D.C. Circuit.  There's an old case called *United States versus Burwell*, 642 F.3d 1062 from 2011.  It's not that old.  It's got a bit of a tortured history, but I think that opinion still stands.

And most significantly on the question of identity or modus operandi, it says that "In order for 404(b) evidence to be relevant to identity or modus operandi, it must amount to what is essentially a signature crime."

And that's, I think, consistent with what the rule is in the D.C. Court of Appeals, too.

I don't think what we have here is truly a signature crime.  You know, it's a mote of operation, but it's not a signature crime in the sense that it actually identifies who the person is because there's something unique about the way in which he's conducting his business.

So I don't think it is really probative as to

identity.  And, frankly, at the end of the day, I don't think identity is going to be in dispute, you know.

I doubt Mr. Armstead is going to say that somebody else was responsible for this.

And then there's common scheme or plan, which is another 404(b) exception.  And as far as I can tell, I haven't been told that there is any connection between these episodes, the Arlington and Montgomery County, D.C.  Maybe there's some overlap in the players, but it's not clear that there's a common connection that is required to establish 404(b) evidence if it is a common scheme or plan.

Now, maybe I'm wrong.  And you all can tell me that.  And there is a conspiracy that's been charged here, but the conspiracy is only relevant to S.B. and trafficking her as a minor.  And it doesn't allege a broader conspiracy to engage in trafficking of multiple women, in which case, you know, other conspiracies or other efforts might be relevant to common scheme or plan, but that's certainly not how the case has been charged.  So I want to be clear about what the 404(b) is not admissible to.

I do think, however, it is admissible to establish, acknowledge an absence of mistake.  The government does have to -- and, arguably, intent, although I was looking back at your instructions.  And none of these, I think, could be described -- well, it's not clear to me

38

any of these are specific-intent crimes.

There's certainly a knowledge component in that Mr. Armstead needs to knowingly be taking action to traffic using force, coercion, fraud, or the like. But it's not clear to me that amounts to a specific-intent crime in this case.

But all that said, I think the 404(b) evidence does go to knowledge. It goes to knowledge both in terms of knowing that his transporting of S.B. or O.S. in interstate commerce was being done for the purpose of trafficking and the use of force, threats, fraud, or coercion.

And I do think it's relevant to the absence of mistake, which the government must prove as well, or at least must negate in the event that that gets raised in some way as part of the defense.

Again, you know, I think intent, it's not an express element in the traditional specific-intent sense; but, nevertheless, I think it does relate to state of mind, of which I think goes to knowledge generally.

So I think for those reasons, the 404(b) instruction that the government had proposed I think was too broad, as it kind of swept in all of the different 404(b) exceptions.

So let me just give you all this. You don't need to opine on it right now, but this reflects what I've just

39

told you and what my thinking is on what the 404(b) is appropriately admitted for.  And what I would propose giving is this instruction when the government first introduces the 404(b) evidence.

And you all can either take a look at this now and give me your reactions, or we can deal with this later.  But since we're here, maybe it's worth taking a second or two to review it and giving me your thoughts.

Ms. Larson?

MS. DAVIS:  Your Honor, I was tracking absolutely what you said.

That being said, I do think that the government disagrees with respect to comments about identity not being at issue.

We simply don't know what the defense is at this point.  And that's Mr. Zucker's right, and I'm not casting any aspersions about that.

However, it's a very real possibility that part of the defense will be that he wasn't there or he wasn't part of at least portions of our charged conduct.

You have to remember, our charged conduct is almost five years.  It goes back to 2015.  And we stretch that gap between when one of our victims was a minor to when she's an adult, which is why we have the range of charges that we do.

40

So it could be possible that if he concedes identity on the later ones, where all of the victims are over the age of 18 but still disputes identity, so, therefore, any sort of motive and any sort of evidence on 404(b) might be completely probative of identity as the way the case develops.  We just don't know at this point.

THE COURT:  Fair enough.

And I guess all of this is subject to some adjustment at trial, depending on what the defense ends up being.

But, I mean, I traditionally have thought of identity as sort of the whodunit, right?  Was it Mr. Armstead, or was it someone else?

And I presume your witnesses are going to come in and say, "The person that did this to me was Terrell Armstead, and that he was there.  He was present. He was the one that did it."

Now, I suppose Mr. Armstead's defense could be, "It was it wasn't me.  It was somebody else who did this," in which case, you know, I guess these contesting identity.

But, you know, typically identity has to do with sort of misidentification and who's the person that actually did this.

And I guess what I would say in response is that we'll just have to wait and see because as it stands right

41

now, it's not clear to me into certainly admitting this type of evidence to suggest that it is a modus operandi or is the kind of motive evidence that would establish identity would be linked to identity, it's not clear to me at this point.

MS. DAVIS:  And I agree with that, Your Honor.

And I do think that will become clear to the Court as our case progresses.

You know, we also would disagree about the lack of sort of a signature crime.

It's not merely about running a woman who may or may not be a prostitute, however you choose to define that term, out of hotels.

There are specific instances in the way in which it's done that will link all this.  And, again, all of that will become apparent through the testimony of witnesses, documents, everything else as this case progresses.

The same thing about the overlapping nature.

Yes, there are common participants between Arlington, Montgomery, and the later crimes.  This is all occurring during the charged time period.  We have various witnesses who are together, that are both 404(b) as well as charged victims in this case.

It is all overlapping.

I do understand exactly the issue that the Court is addressing.

42

What I would propose -- and, again, we do have some time -- is a much more general opening limiting instruction, which, of course, addresses the idea that from the get-go, as we've identified for Mr. Zucker, our introductory witness, that being an FBI agent, will be talking about these prior investigations. So they're going to hear right off the bat that there have been other contacts with Mr. Armstead in the criminal justice system that are incredibly similar to why the jurors are seated in this case.

So I do think a limiting instruction is appropriate; however, if it could be more broadly written in the sense that they will hear this and for -- but they are not to use that to assume bad character, et cetera, I think we can work with that and then do a more specifically tailored final instruction or adjust it if another specific 404(b) witness is getting on the stand if there are ongoing concerns by defense.

I'm just worried about putting something out that, one, could be later claimed as prejudicing the jury if evidence does not come in the way we're anticipating at this point or it not exactly lining up with what we believe is the case.

THE COURT: So I guess I should have made sure this was clear on the record as to what I've suggested,

43

which is that -- the main paragraph down in proposed readings:  "If you find that Mr. Armstead engaged in this conduct" -- that is, the Arlington and Montgomery County conduct -- "you may use this device evidence only for the limited purpose of deciding whether the government has proved beyond a reasonable doubt that Mr. Armstead transported S.B. and/or O.S. in interstate commerce knowing that force -- threats or force, fraud or coercion would be used to cause S.B. and/or O.S. to engage in a commercial sex act for his financial benefit and that he did not act by mistake or by accident."

If, in your view, that is too narrow, I'm happy to consider alternative language.  Just, I think, everybody -- I certainly did try and track the proposed language in the Red Book instructions.

What I don't want to do is to provide the jury with a basis for their consideration of 404(b) evidence as part of a limiting instruction that then turns out not to be relevant and then I've got to back away from.  I'd rather avoid that altogether.

So something narrower is probably better at the beginning than something that's broader, it seems to me. But you have some time to think about that, okay?

All right.  So is there anything else -- I had just two small issues I wanted to raise this morning, unless

44

there's something else anybody else wants to talk about.

The two small issues are sort of related.

One is, I just want to know, in terms of how we are going to be referring to these witnesses, we've been going back and forth between initials and full names. What is the government's intention with respect to S.B., who, I gather, was a minor and is the subject of the minor counts but is now an adult and I also understand has been charged as an adult? Does the government intend to simply just refer to her by her full name?

MS. DAVIS:  Your Honor, to the extent that we refer to the -- both the victim and the witnesses who were victims in other cases connected to this case, we plan to refer to them in court by their first name only.

And to the extent that their full names become a part of the record, we're going to ask for that to be redacted at a later date in order to protect their identities.

But during the trial, we do intend to refer to them by their first names as opposed to initials.

THE COURT:  Okay.

MR. ZUCKER:  I think it makes more sense to use the full name because that's how they're going to be addressed.  And I don't want to be afoul of any rule if I use the full name.  If they want to redact afterwards, I

45

could care less.

THE COURT:  I think one of the issues I have is --
well, it's not unusual in cases of this nature to see the
government questioning someone using the person's first
name, particularly when it comes to a young person.

I rarely see a defense lawyer taking what may seem
like liberties by referring to a witness in their first
name.

So I don't know how you want to deal with that.
Certainly, when I tid this, I would always refer to the
witness as Mr. So-and-so or Ms. So-and-so.  I wouldn't call
them by their first name, except for in rare circumstances.

So how do we'll deal with what I think is a
natural inclination on the part of a defense lawyer to want
to use a person's last name when questioning them?

MS. DAVIS:  I think one of the things that the
Court has to weigh here are the witness security concerns
that we have.  That is the purpose behind referring to them
as -- in their first -- because -- referring to their first
names, because if we put their full names out in the public,
it is our concern that that will increase the witness
security issues in this case.

And, Your Honor, we understand that,
stylistically, we all have done things differently in
different cases.  But this case in particular, we have

46

continued to have to monitor the communications in this case much more closely, because there are these concerns about these witnesses and their security. And we would not be raising this with the Court if it were not a real concern. And so this is why we're asking for that accommodation.

I understand that Mr. Zucker's style may be different; but for witness security purposes, we would ask that they be referred to only by their first name.

THE COURT: Mr. Zucker?

MR. ZUCKER: I hadn't thought about this before because I didn't know it was going to be an issue.

Normally, I think it's more respectful to use Mr. and Ms. So-and-so. And that's what I'm accustomed to doing, and that's what I'm probably going to do out of habit.

I don't think the government seriously contends that Mr. Armstead doesn't know the last names of these people, most of whom he's been dealing with -- one of whom he's been living with for four years, five years. Are they kidding? That's a witness security issue? The others he's had contact with for years.

O.S., E.G, I mean, he's known these people for years. He knows their full name. How in the world does using their last name in the courtroom affect security. If they want it redacted from a transcript so it's not on the

47

public record, I don't care.

THE COURT:  Okay.

MS. DAVIS:  This would not just be about Mr. Armstead's knowledge, though.  There may be witnesses where he doesn't know their last names because their names were not important to the enterprise.  However, this is an open courtroom.  It's a very public forum.  And already there have been concerns about communications as to who's coming to court, who's going to be testifying.

And under the Crime Victims Rights Act, we have an obligation to protect witnesses, identifying information to the extent we can.  Of course, we are in these proceedings. We have to be able to identify people; however, there are some accommodations that the Court can make and that counsel can make to make sure that we are compliant to the CVRA.

THE COURT:  So let's do this.  To the extent possible, we'll refer to the witnesses by their first name and last initial -- first initial of their last name.

So, for example, S.B., we'll refer to her as Sadie B.  O.S., who I gather her first name is Olga -- is that right? -- Olga S.  And if we can kind of stick with that -- and I can tell the jury that that's been done at the Court's request so --

MR. ZUCKER:  I don't want to interrupt you, but --

THE COURT:  Go ahead.

48

MR. ZUCKER:  -- I do want to respond when you're --

THE COURT:  Go ahead.

MR. ZUCKER:  Oh.

These jurors have probably been in trials before, and I think what we're doing is signaling to them that there's heightened security concerns, which would be very prejudicial to Mr. Armstead.

THE COURT:  I guess let's do this.  I want to think about this.  Maybe I'll talk to a few folks.  I'll think about this over the next couple days.

MR. ZUCKER:  Also, I predict out of force of habit, I'll probably resort to what I usually do, which is using their last names.

THE COURT:  Look, I will just tell you, the government has -- and, again, out of force of habit, naturally, has from time to time slipped into calling these witnesses by their first name.  It's going to happen.

The question is:  Can we all try and strive to have a single convention and what that ought to be?  Fine.

So, look, the other thing I want to just change about the introductory instructions is in the summary of charges that you all have suggested.  It's a very minor change, but I do think it's important to make it so that the jury has some context.

49

You all had suggested that the defendant in this case is Terrell Armstead.  Mr. Armstead is charged with sex trafficking offenses related to the sex trafficking of two different individuals between March 2015 and August 2019.

I would propose identifying who those individuals are so that it reads, "Offenses relating to the sex trafficking of two different individuals, S.B. and O.S.," however we decide to refer to them, "between March 2015 and August 2019."

And then I would add the following sentence:  "For a portion of this time, S.B. is alleged to have been a minor."

And then continue from there and say, "Mr. Armstead is charged with," and then list what the charges are.  Okay?

MS. DAVIS:  Uh-huh.

MR. ZUCKER:  That's fine.

THE COURT:  Anything else before we adjourn for the day?

Okay.  We'll see everybody Wednesday morning.

The government, you all will submit to me the redacted 302 or whatever it is for my review.  Just get that to me via email to either Mr. Douyon or to my law clerk, and I'll get a decision to you all to you on that.

MS. DAVIS:  Thank you, Your Honor.

THE COURT:  Thank you, everyone.

No need to wait for me.

DEPUTY CLERK:  All rise.

This Court is adjourned until the return of court.

(Proceedings concluded at 10:26 a.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__February 27, 2023____   /S/__William P. Zaremba_____

William P. Zaremba, RMR, CRR

**DEPUTY CLERK: [3]** 3/2 3/6 50/3
**MR. WRIGHT: [4]** 8/6 9/8 19/21 24/15
**MR. ZUCKER: [35]** 4/7 6/16 7/19 10/13 14/17 15/15 16/25 17/17 17/25 18/18 19/13 19/17 23/1 23/10 23/22 23/25 24/4 24/8 27/24 28/10 28/20 30/16 30/22 30/25 31/24 32/5 33/6 33/25 44/22 46/10 47/24 48/1 48/4 48/12 49/17
**MS. DAVIS: [14]** 31/7 32/15 32/19 32/24 33/2 33/13 34/24 39/10 41/5 44/11 45/16 47/3 49/16 49/25
**MS. LARSON: [5]** 10/21 10/23 20/19 28/21 34/20
**THE COURT: [57]**
**THE JURORS: [1]** 24/21

'

**'modus [1]** 35/5

/

**/S [1]** 51/7

**0**

**0784 [1]** 1/21

**1**

**100 [1]** 4/9
**1062 [1]** 36/11
**10:00 [1]** 26/6
**10:26 a.m [1]** 50/5
**10th [1]** 6/18
**11 [1]** 6/18
**1100 [1]** 8/9
**13th [1]** 20/21
**15 [1]** 12/21
**150 [1]** 4/18
**16 [1]** 30/10
**16th [3]** 7/20 8/24 9/3
**18 [1]** 40/3
**19-369 [1]** 1/4
**1As [1]** 12/21
**1st [1]** 18/14

**2**

**200 [2]** 1/20 4/19
**20001 [1]** 2/6
**20002 [1]** 1/20
**20017 [1]** 1/15
**2011 [1]** 36/11
**2015 [5]** 10/3 13/10 39/22 49/4 49/8
**2018 [2]** 9/1 9/14
**2019 [9]** 7/1 7/1 7/2 7/2 9/6 9/20 20/21 49/4 49/9
**202 [3]** 1/15 1/21 2/6

**2020 [1]** 1/5
**2023 [1]** 51/7
**21st [1]** 6/19
**24 [2]** 1/5 16/20
**24-hour [1]** 14/10
**252-7059 [1]** 1/15
**27 [1]** 51/7
**29th [1]** 18/14
**2nd [1]** 18/14

**3**

**302 [6]** 13/1 20/3 20/22 28/2 29/18 49/22
**302s [5]** 5/1 6/14 13/5 27/19 33/7
**3249 [1]** 2/6
**333 [1]** 2/5
**35 [1]** 5/10
**3500 [1]** 30/9
**354-3249 [1]** 2/6
**369 [2]** 1/4 3/7
**37 [1]** 1/19
**3rd [1]** 18/14

**4**

**404 [24]** 19/18 20/7 20/8 23/12 23/20 24/4 24/7 34/2 35/8 35/11 36/4 36/15 37/6 37/11 37/20 38/7 38/20 38/22 39/1 39/4 40/5 41/21 42/17 43/17
**450 [1]** 8/11
**48 [3]** 16/10 21/5 21/9
**4th [1]** 18/15

**5**

**50 [1]** 6/13
**555 [1]** 1/14
**5:00 [1]** 22/5
**5th [1]** 18/15

**6**

**60 [2]** 6/13 17/23
**624-0784 [1]** 1/21
**642 F.3d 1062 [1]** 36/11
**6511 [1]** 2/5
**6:30 [2]** 4/15 4/17
**6th [2]** 16/15 18/15

**7**

**7059 [1]** 1/15
**7:00 [1]** 4/15
**7:30 [1]** 9/16
**7th [3]** 7/19 18/1 23/2

**8**

**8:40 [2]** 26/20 26/23

**9**

**9:00 [5]** 22/5 22/5 26/12 26/13 26/21
**9:15 [1]** 1/6
**9:30 [1]** 26/13
**9:51 a.m [1]** 24/18
**9:54 [1]** 27/1

**A**

**A.l [2]** 9/5 20/6
**A.I.'s [1]** 31/22
**a.m [4]** 1/6 24/18 27/1 50/5
**able [3]** 5/17 10/11 47/13
**about [50]** 3/15 7/16 8/3 9/16 14/8 15/1 18/25 19/2 19/3 19/5 19/8 20/6 20/10 20/24 22/24 23/19 24/7 24/24 26/8 27/2 27/3 27/4 29/14 30/10 30/15 30/18 31/5 31/9 31/18 31/21 34/2 35/10 36/24 37/19 39/13 39/17 41/8 41/10 41/17 42/6 42/19 43/23 44/1 46/2 46/10 47/3 47/8 48/10 48/11 48/22
**above [1]** 51/4
**above-titled [1]** 51/4
**absence [2]** 37/22 38/12
**absolutely [2]** 11/13 39/10
**abundance [1]** 30/2
**abundantly [1]** 13/21
**accept [1]** 17/11
**accident [1]** 43/11
**accommodate [2]** 16/5 18/16
**accommodation [1]** 46/5
**accommodations [1]** 47/14
**accomplish [2]** 4/5 4/6
**accumulates [1]** 8/15
**accurate [1]** 19/21
**accused [1]** 34/15
**accustomed [1]** 46/13
**acknowledge [1]** 37/22
**act [3]** 43/10 43/10 47/10
**action [1]** 38/3
**actual [4]** 8/18 18/8 34/14 34/18
**actually [7]** 8/7 8/12 16/25 34/18 35/25 36/22 40/22
**add [1]** 49/10
**additional [1]** 19/3
**address [5]** 4/12 6/10 7/7 11/15 20/23
**addressed [2]** 29/3 44/24
**addresses [1]** 42/3
**addressing [1]** 41/25
**adjourn [1]** 49/18
**adjourned [2]** 25/23 50/4
**adjust [2]** 22/4 42/16
**adjustment [1]** 40/9
**admissible [6]** 24/7 35/4 35/11 35/13 37/20 37/21
**admitted [2]** 34/10

**Admittedly [2]** 4/19 10/25
**admitting [1]** 41/1
**adult [3]** 39/24 44/8 44/9
**advance [3]** 12/2 12/16 16/20
**affect [1]** 46/24
**affidavits [1]** 6/12
**afoul [1]** 44/24
**after [5]** 5/11 7/24 11/2 25/14 34/4
**afternoon [1]** 11/2
**afterwards [1]** 44/25
**again [10]** 14/5 18/12 21/1 22/19 26/7 28/2 38/16 41/14 42/1 48/16
**against [2]** 9/10 25/17
**age [1]** 40/3
**agent [3]** 9/17 9/18 42/5
**agents' [1]** 12/18
**ago [4]** 7/15 8/23 12/8 12/22
**agree [2]** 21/6 41/5
**agreed [1]** 15/13
**ahead [3]** 19/20 47/25 48/3
**aided [1]** 2/9
**all [59]**
**all right [5]** 6/16 23/22 28/10 32/12 33/5
**allege [1]** 37/15
**alleged [2]** 13/9 49/11
**allows [2]** 14/10 14/12
**alluded [1]** 29/23
**almost [1]** 39/22
**alone [2]** 5/11 25/21
**along [1]** 35/1
**already [4]** 12/7 15/12 36/3 47/7
**also [8]** 9/4 9/22 20/22 35/5 36/3 41/8 44/8 48/12
**alternative [2]** 14/14 43/13
**although [1]** 37/23
**altogether [1]** 43/20
**always [1]** 45/10
**am [2]** 4/14 32/11
**AMERICA [2]** 1/3 3/7
**AMIT [2]** 1/10 3/3
**amount [6]** 8/16 11/3 14/5 21/24 26/14 36/17
**amounts [1]** 38/5
**Amy [2]** 1/13 3/9
**Amy Larson [1]** 3/9
**amy.larson2 [1]** 1/16
**announced [1]** 17/20
**another [4]** 15/11 27/20 37/6 42/16
**answer [1]** 4/7
**anticipate [1]** 33/11
**anticipates [1]** 20/13
**anticipating [1]** 42/21
**any [22]** 6/5 8/18 10/23 11/17 11/21 12/14

14/9 14/14 22/22 26/10 28/12 28/14 32/13 33/13 33/21 37/7 38/1 39/17 40/4 40/4 44/24
**anybody [1]** 44/1
**anybody's [1]** 30/18
**anyone [1]** 26/8
**anything [8]** 13/6 18/24 20/5 27/5 29/11 29/13 43/24 49/18
**apologize [1]** 25/11
**apparent [2]** 24/1 41/15
**appeal [1]** 11/21
**Appeals [2]** 36/9 36/19
**APPEARANCES [2]** 1/12 2/1
**apply [1]** 22/22
**appreciate [2]** 16/16 23/2
**approach [1]** 29/18
**appropriate [1]** 42/12
**appropriately [1]** 39/2
**approximately [1]** 8/9
**are [58]**
**area [2]** 11/7 32/7
**aren't [1]** 14/25
**arguably [2]** 21/15 37/23
**Arlington [9]** 9/24 17/16 17/18 34/11 34/16 35/22 37/8 41/19 43/3
**Arlington County [1]** 17/18
**ARMSTEAD [21]** 1/6 3/8 3/14 4/24 7/14 18/20 19/7 34/11 34/15 37/3 38/3 40/13 40/16 42/8 43/2 43/6 46/17 48/8 49/2 49/2 49/14
**Armstead's [3]** 15/6 40/18 47/4
**around [3]** 4/17 9/4 26/6
**as [67]**
**Ashley [1]** 20/20
**ask [11]** 4/4 4/12 7/7 15/17 16/25 18/6 22/18 25/22 26/20 44/16 46/7
**asked [1]** 11/11
**asking [3]** 14/2 27/8 46/5
**aspersions [1]** 39/17
**assigned [1]** 9/24
**assistance [3]** 6/5 16/18 16/19
**assume [2]** 9/8 42/14
**assuming [2]** 6/4 31/15
**attend [1]** 24/13
**ATTORNEY'S [1]** 1/14
**audiotapes [1]** 13/8
**August [2]** 49/4 49/9
**August 2019 [2]** 49/4 49/9
**available [1]** 13/24
**Avenue [2]** 1/19 2/5

Case 1:19-cr-00369-APM Document 162 Filed 03/08/20 Page 53 of 60

**A**

avoid [1] 43/20
avoiding [1] 27/17
aware [1] 7/14
away [1] 43/19

**B**

back [18] 7/19 9/14
11/7 19/13 20/24 24/22
26/20 29/10 31/10 33/6
33/19 34/3 34/7 35/3
37/24 39/22 43/19 44/5
bad [1] 42/14
based [1] 10/6
basically [1] 6/17
basis [1] 43/17
bat [1] 42/7
batches [1] 12/20
be [92]
because [33] 4/8 4/13
6/6 6/8 7/8 8/22 10/25
11/16 12/6 14/8 15/7
15/9 15/12 16/7 17/1
17/8 18/24 20/25 23/13
26/4 28/6 32/2 34/4
34/8 35/13 36/23 40/25
44/23 45/19 45/20 46/2
46/11 47/5
become [3] 41/6 41/15
44/15
been [45] 4/16 4/20
4/24 5/11 5/25 6/20 7/9
8/14 10/1 12/2 12/9
12/19 13/4 14/5 14/11
15/10 15/24 18/24
19/15 21/1 21/9 21/16
21/22 24/24 25/7 25/12
27/19 28/11 30/3 30/3
33/15 33/20 34/14 37/7
37/13 37/19 42/7 44/4
44/8 46/18 46/19 47/8
47/22 48/5 49/11
before [21] 1/10 4/18
4/21 4/21 5/10 6/13
6/14 6/25 7/4 7/7 8/2
12/17 19/25 21/13
24/25 31/2 31/15 33/9
46/10 48/5 49/18
beginning [3] 19/23
26/2 43/22
behind [1] 45/18
being [16] 7/16 11/7
20/12 21/17 21/20
27/14 27/24 30/18
30/19 32/3 35/24 38/10
39/12 39/13 40/10 42/5
belabor [1] 10/23
believe [11] 9/16 19/24
20/3 20/6 20/9 27/12
30/9 32/13 33/4 34/22
42/22
believed [1] 13/23
benefit [1] 43/10
best [5] 5/22 18/21
18/23 22/24 25/5
best-laid [1] 25/5
better [4] 4/13 6/9 7/8
43/21

between [7] 11/10
39/23 41/18 44/5 49/4
49/8
beyond [1] 43/6
bit [4] 16/21 28/6 34/3
36/12
blanks [1] 15/25
blatantly [1] 12/19
blocked [3] 30/19 31/1
31/3
Book [1] 43/15
both [7] 9/1 22/13
23/10 32/25 38/8 41/21
44/12
bottom [3] 22/16 30/13
31/19
Brady [4] 11/24 13/7
28/17 30/1
brand [2] 19/5 19/6
brand-new [2] 19/5
19/6
break [1] 24/9
briefly [2] 8/5 28/22
bring [2] 11/4 25/11
bringing [1] 35/21
brings [1] 35/17
broad [1] 38/22
broader [2] 37/15
43/22
broadly [1] 42/12
building [1] 9/10
Burwell [1] 36/11
business [2] 22/14
36/24

**C**

calculus [1] 27/23
call [5] 17/20 18/9 27/7
33/14 45/11
called [2] 13/13 36/10
calling [6] 16/20 16/22
17/5 17/10 33/11 48/17
came [3] 6/24 8/12
8/13
camera [2] 30/9 32/20
can [36] 10/13 16/9
16/20 16/23 17/22 18/3
18/21 18/23 22/21
22/25 23/3 23/4 23/12
23/18 23/23 24/6 26/14
26/18 26/18 27/13
28/21 30/8 31/8 31/10
33/9 37/6 37/12 39/5
39/6 42/15 47/12 47/14
47/15 47/21 47/22
48/19
can't [5] 7/21 29/13
29/17 31/25 33/8
candor [1] 4/8
care [3] 30/18 45/1
47/1
case [49] 3/7 8/13 9/7
9/7 9/8 9/9 9/10 9/11
9/13 11/21 11/24 12/1
12/6 12/7 12/15 12/19
14/15 15/6 15/11 15/12
15/16 17/4 17/14 23/8
26/8 26/8 28/15 29/1

34/17 35/24 36/10
37/16 37/19 38/6 40/6
40/20 41/7 41/16 41/22
42/10 42/23 44/13
45/22 45/25 46/1 49/2
Case No. 19-369 [1]
3/7
cases [8] 32/6 32/10
35/18 35/19 36/9 44/13
45/3 45/25
casting [1] 39/16
cause [1] 43/9
caution [1] 30/2
cell [1] 20/9
central [1] 10/8
certain [6] 13/24 19/2
23/13 24/1 29/8 29/9
certainly [9] 13/7 15/15
30/21 32/17 37/18 38/2
41/1 43/14 45/10
Certified [1] 2/3
certify [1] 51/2
cetera [2] 29/2 42/14
chambers [1] 27/7
chance [1] 13/16
change [5] 13/19 23/5
26/4 48/21 48/24
changed [3] 11/10
25/24 26/5
character [1] 42/14
characterization [2]
11/18 13/18
characterizations [1]
4/2
charge [1] 34/19
charged [10] 34/14
37/13 37/19 39/20
39/21 41/20 41/22 44/8
49/2 49/14
charges [3] 39/24
48/23 49/15
chime [1] 19/19
choose [1] 41/11
circle [1] 20/24
Circuit [1] 36/10
circumstance [1]
20/11
circumstances [5]
13/17 18/17 22/25
25/19 45/12
claim [3] 6/5 7/10
13/10
claimed [2] 14/23
42/20
claiming [1] 7/5
clean [1] 33/1
clear [15] 11/21 12/12
13/21 18/24 21/3 29/25
30/7 37/9 37/19 37/25
38/5 41/1 41/4 41/6
42/25
clerk [2] 6/1 49/23
client [1] 28/9
close [1] 28/2
closely [1] 46/2
coercion [3] 38/4
38/11 43/8

11/5
come [5] 6/15 7/19
16/7 40/14 42/21
comes [2] 25/1 45/5
comfortable [1] 11/23
coming [3] 6/2 6/20
47/9
comments [1] 39/13
commerce [2] 38/10
43/7
commercial [1] 43/9
common [5] 37/5
37/10 37/11 37/18
41/18
communications [2]
46/1 47/8
comparing [1] 33/1
compel [1] 23/23
completely [4] 11/16
12/20 20/12 40/5
compliant [1] 47/15
complied [1] 11/25
component [1] 38/2
comport [1] 31/15
computer [1] 2/9
computer-aided [1]
2/9
concede [2] 23/19
23/19
concedes [1] 40/1
concern [4] 7/16 13/22
45/21 46/4
concerned [1] 31/9
concerns [8] 28/23
30/15 31/18 42/18
45/17 46/2 47/8 48/7
concluded [1] 50/5
conduct [7] 34/12
34/13 34/13 39/20
39/21 43/3 43/4
conducting [1] 36/24
conferences [3] 5/2
6/22 12/23
conferred [1] 17/24
connected [3] 36/6
36/6 44/13
connected up [1] 36/6
connection [3] 34/22
37/7 37/10
consequence [1]
25/16
consider [1] 43/13
consideration [1]
43/17
considered [1] 11/12
consistent [5] 26/1
27/10 29/2 29/4 36/18
conspiracies [1] 37/17
conspiracy [3] 37/13
37/14 37/15
constitutes [1] 29/25
Constitution [1] 2/5
consult [3] 17/23 18/19
19/7
consultation [1] 7/13
contact [3] 29/21 33/6
46/21

contacts [1] 42/8
contained [2] 4/2
10/15
contains [1] 14/6
contends [1] 46/16
contested [1] 23/14
contesting [1] 40/20
context [1] 48/25
continuance [6] 4/1
11/1 14/3 14/9 14/10
29/12
continue [3] 16/10
26/9 49/13
continued [2] 2/1 46/1
continues [1] 20/25
contradictions [1]
10/7
contrivance [1] 7/11
controverted [1] 27/5
convention [1] 48/20
conviction [1] 6/5
cooperating [2] 32/6
32/10
copy [2] 32/25 33/1
correct [2] 17/13 51/3
correlated [1] 9/12
could [18] 5/22 7/22
7/23 17/7 21/24 24/13
24/13 25/12 25/14
29/10 29/17 36/5 37/25
40/1 40/18 42/12 42/20
45/1
couldn't [1] 14/22
counsel [6] 3/13 17/24
21/17 21/21 25/15
47/14
count [2] 8/18 20/8
counts [1] 44/7
County [9] 8/13 9/24
17/14 17/18 34/17
34/23 35/22 37/8 43/3
couple [4] 4/10 6/25
25/20 48/11
course [5] 11/6 22/9
22/16 42/3 47/12
court [26] 1/1 2/2 2/3
2/4 3/2 5/10 7/21 7/25
8/8 12/8 12/13 12/17
18/21 24/12 31/16 36/9
36/19 41/6 41/24 44/14
45/17 46/4 47/9 47/14
50/4 50/4
Court's [2] 29/4 47/23
courtroom [6] 3/12
10/15 24/18 27/1 46/24
47/7
CR [1] 1/4
crime [7] 35/19 36/17
36/21 36/22 38/5 41/9
47/10
crimes [2] 38/1 41/19
criminal [2] 3/6 42/8
cross [7] 5/18 5/20
13/20 19/12 22/24
28/13 32/8
cross-examination [4]
13/20 19/12 28/13 32/8
cross-examine [1]

## C

**cross-examine... [1]** 22/24
**CRR [2]** 51/2 51/8
**cursory [3]** 10/6 13/17 20/4
**cut [1]** 15/7
**CVRA [2]** 29/2 47/15

## D

**D.C [5]** 1/5 1/15 1/20 2/6 37/8
**D.C. [3]** 36/9 36/10 36/19
**D.C. Circuit [1]** 36/10
**data [1]** 8/15
**date [4]** 7/22 9/4 44/17 51/7
**dates [1]** 22/2
**dating [1]** 9/14
**Davis [6]** 1/13 3/9 10/20 20/17 32/12 33/10
**day [14]** 4/21 5/10 6/25 16/15 16/21 19/24 22/4 22/5 25/13 26/15 26/23 36/7 37/1 49/19
**days [21]** 4/21 6/25 9/15 12/25 16/12 16/14 16/14 16/17 16/24 22/8 22/17 23/8 25/20 26/5 26/13 26/16 26/17 26/19 33/18 33/23 48/11
**DC [1]** 1/14
**deal [5]** 15/7 31/23 39/6 45/9 45/13
**dealing [1]** 46/18
**deals [2]** 28/14 28/24
**December [3]** 7/2 9/1 20/21
**decent [1]** 21/24
**decide [1]** 49/8
**deciding [1]** 43/5
**decision [5]** 7/13 25/16 25/20 27/14 49/24
**decisions [1]** 25/18
**defendant [8]** 1/7 1/17 3/11 3/12 7/11 11/8 13/14 49/1
**defendant's [1]** 12/7
**defense [14]** 11/1 17/24 21/17 22/20 29/8 30/5 38/15 39/15 39/19 40/9 40/18 42/18 45/6 45/14
**define [1]** 41/11
**definitely [1]** 9/11
**delay [2]** 13/21 27/17
**delayed [1]** 25/9
**delays [1]** 25/3
**denied [1]** 14/3
**depending [1]** 40/9
**described [2]** 34/12 37/25
**details [2]** 10/5 32/9
**detain [1]** 34/8
**detective [2]** 8/25 8/25

**Detective Leboo [1]** 8/25
**developments [1]** 25/7
**develops [1]** 40/6
**device [1]** 43/4
**did [14]** 6/15 10/14 15/19 19/21 20/2 25/13 26/7 27/7 40/15 40/17 40/19 40/23 43/10 43/14
**didn't [11]** 6/7 7/15 9/24 10/17 15/7 15/8 15/15 19/4 29/11 31/1 46/11
**different [12]** 8/24 9/7 28/8 28/15 31/6 32/1 32/14 38/22 45/25 46/7 49/4 49/7
**differently [1]** 45/24
**difficult [4]** 3/20 4/7 18/16 21/11
**difficulty [1]** 29/10
**digest [2]** 5/19 6/2
**diligently [2]** 4/16 14/21
**DiMauro's [3]** 9/18 10/15 14/23
**direct [1]** 10/7
**directed [1]** 29/8
**direction [1]** 30/5
**directly [1]** 9/11
**disagree [2]** 13/18 41/8
**disagrees [1]** 39/13
**disclosed [10]** 4/20 5/6 5/7 5/22 7/9 8/10 8/24 9/14 18/25 21/15
**disclosing [1]** 10/5
**disclosure [4]** 10/16 11/18 11/22 31/22
**disclosures [5]** 3/20 3/23 3/23 19/5 33/4
**discovery [6]** 3/19 5/12 6/7 6/18 11/23 15/9
**discuss [1]** 26/8
**discussed [2]** 5/5 5/6
**discussing [1]** 25/14
**disks [2]** 13/12 17/14
**disorderly [1]** 34/12
**dispute [2]** 30/10 37/2
**disputes [2]** 4/2 40/3
**disrupted [1]** 25/5
**disrupting [1]** 25/12
**disruption [1]** 14/13
**DISTRICT [6]** 1/1 1/1 1/10 2/4 2/4 11/5
**divorced [1]** 18/1
**do [43]** 5/9 8/1 8/3 11/15 13/24 14/13 14/21 18/3 18/21 18/22 21/7 22/3 22/12 22/13 22/25 23/4 25/18 26/17 27/15 28/7 29/13 29/21 31/16 34/9 37/21 38/12 39/12 39/25 40/21 41/6 41/24 42/1 42/11 42/15 43/16 44/19 45/13 46/14 47/16 48/1 48/9 48/13 48/24

**document [1]** 8/25
**documents [5]** 27/19 29/8 30/11 30/14 41/16
**does [8]** 7/8 12/18 37/23 38/8 38/18 42/21 44/9 46/23
**doesn't [12]** 11/19 18/7 18/18 22/20 26/4 27/20 31/19 31/23 35/21 37/15 46/17 47/5
**doing [7]** 5/25 23/3 24/24 25/13 32/21 46/14 48/6
**don't [42]** 4/8 4/11 5/2 7/4 8/17 9/9 10/23 15/2 15/23 16/7 17/21 18/2 19/14 19/14 19/15 20/7 21/13 23/5 24/1 24/3 27/21 28/13 28/15 28/18 30/10 30/18 31/15 32/9 34/8 35/12 36/20 36/25 37/2 38/24 39/15 40/6 43/16 44/24 45/9 46/16 47/1 47/24
**done [14]** 5/21 6/22 8/2 20/4 22/12 22/13 30/24 31/4 33/9 33/22 38/10 41/14 45/24 47/22
**done before [1]** 8/2
**doubt [2]** 37/3 43/6
**Douyon [1]** 49/23
**down [2]** 21/14 43/1
**during [6]** 6/1 22/9 22/15 26/19 41/20 44/19

## E

**E.G [3]** 34/24 34/25 46/22
**easy [1]** 16/5
**effect [1]** 36/1
**efficient [1]** 26/17
**efficiently [1]** 22/8
**efforts [1]** 37/17
**eight [1]** 23/8
**eighth [1]** 16/15
**either [4]** 25/17 33/19 39/5 49/23
**element [1]** 38/17
**eliminated [1]** 23/13
**else [9]** 27/5 37/4 40/13 40/19 41/16 43/24 44/1 44/1 49/18
**email [4]** 1/16 1/16 3/17 49/23
**end [4]** 7/20 26/3 26/3 37/1
**endanger [1]** 27/20
**ends [1]** 40/9
**enforcement's [1]** 10/2
**engage [2]** 37/16 43/9
**engaged [1]** 43/2
**Enjoy [2]** 26/22 26/23
**enough [2]** 6/8 40/7
**entered [1]** 24/18
**enterprise [1]** 47/6
**entirety [1]** 30/4
**entitled [1]** 32/7

**episodes [1]** 34/12
**erred [1]** 30/1
**essentially [3]** 3/19 34/15 36/17
**establish [4]** 35/18 37/10 37/22 41/3
**estimate [1]** 4/9
**et [2]** 29/2 42/14
**et cetera [2]** 29/2 42/14
**even [10]** 4/10 4/23 7/14 12/5 12/13 12/15 16/20 20/8 22/1 26/9
**evening [1]** 3/25
**event [2]** 14/4 38/14
**events [2]** 34/11 35/2
**ever [1]** 8/1
**every [2]** 22/5 26/15
**everybody [4]** 24/23 26/20 43/13 49/20
**everybody's [1]** 22/1
**everyone [3]** 3/4 24/19 50/1
**everything [5]** 22/11 23/3 23/4 26/18 41/16
**evidence [21]** 22/23 23/16 26/10 26/15 34/2 34/6 34/10 35/18 35/22 35/24 36/5 36/16 37/11 38/7 39/4 40/4 41/2 41/3 42/21 43/4 43/17
**exact [2]** 7/21 29/23
**exactly [4]** 30/10 31/7 41/24 42/22
**examination [4]** 13/20 19/12 28/13 32/8
**examine [1]** 22/24
**example [2]** 19/1 47/19
**except [1]** 45/12
**exception [1]** 37/6
**exceptions [1]** 38/23
**excerpts [1]** 30/5
**excess [1]** 4/9
**existed [1]** 10/17
**exited [1]** 27/1
**expect [3]** 25/2 26/1 28/6
**expected [2]** 10/7 23/9
**expense [1]** 11/3
**experienced [1]** 21/20
**expert [1]** 16/4
**explore [1]** 32/7
**express [1]** 38/17
**extensive [2]** 3/22 21/22
**extensively [2]** 19/7 20/5
**extent [7]** 18/10 20/5 27/18 44/11 44/15 47/12 47/16
**eye [1]** 33/23

## F

**F.3d [1]** 36/11
**fact [2]** 32/5 35/25
**factor [1]** 18/18
**factually [2]** 11/16 17/13
**Fair [1]** 40/7

**fab [2]** 24/1 24/3
**false [1]** 12/19
**far [3]** 8/17 27/5 37/6
**fast [1]** 15/7
**FBI [8]** 9/13 9/18 12/18 12/19 14/6 14/25 29/14 42/5
**FBI Agent DiMauro's [1]** 9/18
**February [7]** 1/5 6/18 6/19 7/3 8/24 9/3 51/7
**February 16th [2]** 8/24 9/3
**feels [1]** 3/24
**few [4]** 15/18 22/6 24/6 48/10
**few things [1]** 15/18
**figure [6]** 5/17 5/19 21/12 21/15 22/11 33/8
**file [4]** 4/18 9/13 12/19 14/6
**filed [5]** 3/25 8/21 10/24 10/25 21/3
**files [5]** 4/10 6/3 8/10 19/14 29/11
**filing [1]** 12/12
**filings [1]** 11/19
**filled [1]** 15/24
**final [2]** 35/8 42/16
**finally [1]** 20/2
**financial [1]** 43/10
**find [1]** 43/2
**fine [5]** 24/11 28/20 33/16 48/20 49/17
**first [22]** 11/1 11/17 15/17 16/23 19/2 22/14 27/4 29/11 33/18 39/3 44/14 44/20 45/4 45/7 45/12 45/19 45/19 46/8 47/17 47/18 47/20 48/18
**five [4]** 10/3 24/24 39/22 46/19
**flight [1]** 18/1
**Florida [1]** 1/19
**folders [1]** 6/18
**folks [3]** 21/11 35/2 48/10
**follow [1]** 19/7
**following [2]** 16/1 49/10
**fond [1]** 11/19
**force [6]** 38/4 38/11 43/8 43/8 48/12 48/16
**foregoing [1]** 51/3
**forth [1]** 44/5
**forum [1]** 47/7
**forward [3]** 21/4 35/17 35/21
**found [1]** 9/13
**four [5]** 9/23 13/2 13/12 13/13 46/19
**Fourth [1]** 1/14
**frankly [8]** 15/8 16/7 16/20 17/1 23/1 30/1 35/13 37/1
**fraud [3]** 38/4 38/11 43/8

55

**F**

frequently [1] 23/11
Friday [16] 5/3 5/23
11/11 11/12 14/17
15/20 16/13 16/15 18/9
19/23 22/19 27/7 29/7
31/16 33/12 34/4
full [10] 16/12 16/17
29/1 44/5 44/10 44/15
44/23 44/25 45/20
46/23
fully [1] 3/21
further [1] 14/13

**G**

game [1] 16/8
gap [1] 39/23
gather [2] 44/7 47/20
gave [3] 9/25 15/2 26/2
general [1] 42/2
generally [1] 38/19
generated [1] 13/1
gentlemen [1] 24/20
get [20] 7/11 8/16
16/10 16/11 18/3 21/8
21/9 21/19 21/19 22/1
24/8 25/5 25/13 26/14
26/15 26/18 27/7 42/4
49/22 49/24
get-go [1] 42/4
gets [2] 3/18 38/14
getting [3] 15/16 33/8
42/17
gigabytes [1] 8/15
Giglio [4] 11/24 13/6
28/17 30/1
give [8] 16/17 16/21
17/7 17/22 34/4 34/5
38/24 39/6
given [9] 13/15 15/1
15/10 16/16 17/4 21/25
22/1 31/2 31/2
gives [1] 16/12
giving [2] 39/2 39/8
gmail.com [2] 1/21 2/7
go [22] 6/4 7/15 8/17
15/4 15/8 15/9 19/11
19/20 22/4 22/8 23/5
27/6 29/10 31/1 31/10
33/6 34/7 36/5 38/8
42/4 47/25 48/3
Go ahead [3] 19/20
47/25 48/3
goes [4] 19/13 38/8
38/19 39/22
going [43] 3/15 4/12
5/17 5/20 11/12 13/19
14/18 15/9 16/19 16/22
17/20 18/11 20/9 21/7
22/17 22/17 22/18
23/14 23/20 24/5 25/8
25/9 26/11 26/13 26/16
26/17 26/17 29/16 30/6
32/2 33/14 37/2 37/3
40/14 42/6 44/4 44/5
44/16 44/23 46/11
46/14 47/9 48/18
gone [1] 11/3

good [3] 3/14
8/6 10/21 10/22 24/20
24/21 24/23
good morning [5] 3/14
8/6 10/22 24/20 24/21
got [12] 7/3 8/18 16/3
18/3 21/23 22/11 27/13
28/16 31/20 34/9 36/12
43/19
gotten [1] 4/22
government [43] 1/13
3/9 3/25 7/5 8/20 9/17
11/2 11/12 11/17 11/20
11/22 12/12 13/9 13/14
13/23 14/2 16/3 16/19
18/6 20/13 21/21 22/18
23/14 23/18 27/18
29/13 29/25 30/7 31/22
35/7 35/14 35/17 37/23
38/13 38/21 39/3 39/12
43/5 44/9 45/4 46/16
48/16 49/21
government's [8] 7/10
10/8 10/24 13/15 14/15
19/22 36/3 44/6
grand [10] 8/21 8/25
9/2 9/5 9/5 12/1 12/4
15/5 15/10 20/20
grand jury [1] 15/5
granted [2] 14/10 20/7
great [1] 23/21
guess [9] 5/23 18/5
30/13 31/21 40/8 40/20
40/24 42/24 48/9
guilty [3] 12/7 12/9
34/11
gun [1] 12/7

**H**

habit [3] 46/15 48/13
48/16
had [24] 4/19 4/25 5/13
5/14 6/1 6/18 11/2 12/5
12/21 13/4 14/5 15/11
15/12 20/4 24/23 29/20
30/17 31/3 31/11 35/4
38/21 43/24 46/21 49/1
hadn't [2] 14/20 46/10
half [3] 10/3 13/11 28/2
handle [2] 7/9 24/14
handwritten [4] 9/18
9/20 12/11 13/3
happen [2] 21/25 48/18
happened [1] 35/22
happens [1] 22/9
happy [2] 28/18 43/12
hard [1] 22/1
has [28] 4/16 4/24 5/11
5/25 7/9 9/11 11/10
12/5 12/9 12/12 12/19
21/9 21/22 22/12 24/12
24/13 31/17 31/23 34/9
35/7 37/19 40/21 43/5
44/8 45/17 48/16 48/17
48/25
hasn't [1] 25/24
have [88]
haven't [11] 5/5 5/5

having [2] 25/11 29/9
he [27] 7/8 7/14 7/15
8/8 9/1 12/8 12/18
12/21 20/3 21/19 24/12
24/13 28/3 31/9 31/17
31/17 34/18 34/19
39/19 39/19 40/1 40/16
40/16 40/17 43/10
46/23 47/5
he's [11] 4/13 5/3 8/25
12/7 21/18 31/9 36/24
46/18 46/19 46/20
46/22
hear [4] 8/3 29/11 42/7
42/13
heard [6] 11/1 19/1
19/25 26/10 29/12
30/23
hearing [2] 19/5 19/9
heightened [1] 48/7
held [1] 25/17
help [1] 18/3
her [9] 9/18 15/1 20/13
20/14 37/15 44/10
44/10 47/19 47/20
here [15] 14/12 16/7
21/12 24/8 25/14 25/18
31/13 34/8 34/14 35/14
35/20 36/20 37/13 39/7
45/17
here's [2] 18/5 21/7
hesitation [1] 23/1
hide [1] 30/8
him [6] 3/21 4/12 5/5
12/10 24/13 24/13
his [7] 3/24 5/8 11/19
35/23 36/24 38/9 43/10
history [1] 36/12
holding [1] 20/9
homicide [1] 7/21
Honor [13] 3/6 8/6 14/1
28/21 32/20 33/25
34/20 34/24 39/10 41/5
44/11 45/23 49/25
HONORABLE [2] 1/10
3/3
hotel [1] 34/16
hotels [1] 41/12
hour [1] 14/10
hours [6] 10/3 13/11
16/10 16/20 21/5 21/9
how [18] 3/15 3/23 4/6
4/9 5/17 5/19 10/9
14/23 20/11 20/12 22/1
33/15 37/19 44/3 44/23
45/9 45/13 46/23
however [9] 10/1 12/5
37/21 39/18 41/11
42/12 47/6 47/13 49/8
huh [1] 49/16
human [2] 34/18 34/19
hundred [1] 4/10
hundreds [1] 6/3

**I**

I also [2] 35/5 44/8
I am [2] 4/14 32/11
I apologize [1] 25/11
I believe [7] 19/24 20/3
20/6 20/9 30/9 33/4
34/22
I can [9] 16/20 18/23
22/25 23/4 23/23 26/14
27/13 28/21 37/6
I can't [1] 31/25
I did [2] 10/14 27/7
I didn't [2] 6/7 15/8
I didn't know [1] 10/17
I don't [5] 17/21 20/7
30/18 32/9 47/1
I don't have [1] 21/13
I don't think [6] 16/7
35/12 36/20 36/25 37/2
46/16
I gave [1] 26/2
I guess [7] 5/23 18/5
31/21 40/20 40/24
42/24 48/9
I have [8] 5/11 6/3
14/24 15/6 16/9 23/16
24/24 45/2
I haven't [4] 5/5 5/5
5/13 19/1
I just [1] 44/3
I know [7] 8/11 8/17
18/12 23/7 28/1 33/1
36/8
I mean [11] 7/5 18/21
21/13 23/18 28/13
32/16 32/22 35/17
35/20 40/11 46/22
I should [1] 42/24
I think [48] 6/9 6/19
6/21 8/7 8/9 8/12 8/25
9/4 9/22 9/25 17/12
19/23 20/24 21/3 22/24
23/12 23/16 23/16
23/25 27/9 27/25 28/22
29/3 31/8 31/13 31/24
34/11 35/4 35/5 35/10
35/10 35/25 36/12
36/18 37/25 38/7 38/16
38/18 38/19 38/21
42/14 43/13 44/22 45/2
45/13 45/16 46/12 48/6
I thought [1] 31/3
I told [2] 24/13 24/13
I tried [1] 6/17
I understand [6] 15/24
19/12 19/16 28/5 28/7
46/6
I want [3] 22/6 37/19
48/21
I wanted [2] 34/4 43/25
I was [6] 4/15 24/25
36/6 36/7 37/24 39/10
I went [1] 34/3
I wouldn't [1] 45/11
I'd [5] 4/18 4/20 6/14
20/23 43/19
I'll [16] 15/11 18/2 18/3
18/21 22/6 23/14 25/22

26/20 27/15 27/15
33/3 48/10 48/10 48/13
49/24
I'll look [1] 27/15
I'm [27] 4/12 5/23 8/11
17/8 17/12 17/12 17/25
18/25 19/4 19/9 20/12
21/7 21/17 21/20 21/25
22/17 26/13 28/18 33/1
34/25 35/13 37/12
39/16 42/19 43/12
46/13 46/14
I'm going [2] 21/7
26/13
I'm not [2] 17/25 19/4
I'm not sure [1] 35/13
I'm sorry [1] 34/25
I've [15] 4/15 4/23 4/24
5/9 5/21 6/13 8/1 10/16
15/3 20/4 25/16 30/23
38/25 42/25 43/19
idea [3] 14/24 15/7
42/3
ideal [1] 13/16
identified [5] 17/1 17/3
21/10 29/14 42/4
identifies [1] 36/23
identify [3] 22/18 22/21
47/13
identifying [3] 28/25
47/11 49/5
identities [1] 44/18
identity [16] 35/16
35/18 36/5 36/14 36/16
37/1 37/2 39/13 40/2
40/3 40/5 40/12 40/20
40/21 41/3 41/4
important [3] 35/16
47/6 48/24
importantly [1] 21/23
impossible [1] 3/20
inaccurate [2] 11/16
13/10
incentives [1] 28/14
inception [1] 12/6
inclination [1] 45/14
included [3] 8/7 9/22
15/5
includes [2] 10/6 10/6
including [2] 12/20
16/4
incomplete [1] 3/24
inconsistent [3] 13/5
27/12 27/12
inconveniencing [1]
25/4
increase [1] 45/21
incredibly [2] 11/8
42/9
indicated [1] 8/20
individual [1] 8/9
individuals [4] 13/12
49/4 49/5 49/7
ineffective [2] 6/5 7/17
information [5] 12/9
14/5 19/3 29/1 47/11
initial [2] 47/18 47/18
initials [3] 32/1 44/5

**I**

initials... [1] 44/20
insistence [1] 15/20
instance [1] 17/3
instances [1] 41/13
instead [3] 25/10 25/25 26/13
instructed [3] 30/17 31/4 31/16
instruction [11] 27/9 34/5 35/8 35/9 36/4 38/21 39/3 42/3 42/11 42/16 43/18
instructions [3] 37/24 43/15 48/22
insubstantial [1] 8/16
integrate [1] 5/14
intend [3] 18/9 44/9 44/19
intent [6] 35/5 37/23 38/1 38/5 38/16 38/17
intention [1] 44/6
interest [1] 27/17
interrupt [1] 47/24
interstate [2] 38/9 43/7
interview [5] 4/19 4/20 9/21 13/17 14/8
interviewed [3] 13/13 13/16 17/19
interviewing [1] 29/15
interviews [8] 5/6 5/19 5/22 7/1 9/18 9/19 9/23 10/2
intimidate [1] 7/12
introduced [2] 34/6 35/24
introduces [1] 39/3
introductory [2] 42/5 48/22
investigating [1] 9/10
investigation [8] 14/9 19/8 27/21 28/8 28/8 29/22 31/23 32/14
investigations [2] 29/16 42/6
investigator [1] 5/1
investigator's [1] 16/18
involved [1] 9/9
is [153]
is there [3] 32/12 32/15 32/16
isn't [2] 21/16 28/12
issue [18] 15/19 15/23 20/24 20/25 24/5 27/22 29/13 30/11 31/20 31/21 32/6 32/10 34/14 35/12 39/14 41/24 46/11 46/20
issues [9] 10/8 20/23 23/13 28/22 33/13 43/25 44/2 45/2 45/22
it [116]
it would be [1] 35/16
it's [54]
items [1] 31/15
its [3] 8/20 36/4 36/4
Iverson [1] 29/19

**J**

Jencks [7] 11/24 12/13 12/14 12/14 14/24 14/25 22/21
job [1] 24/24
jointly [1] 14/9
Jonathan [3] 1/17 1/19 3/10
Jonathan Zucker [1] 3/10
jonathanzuckerlaw [1] 1/21
JUDGE [7] 1/10 4/7 10/13 10/21 14/17 23/1 27/24
June [1] 10/3
Juries [1] 8/25
jurors [4] 14/11 25/4 42/9 48/5
jury [21] 1/9 5/11 6/19 8/21 9/2 9/5 9/5 12/1 12/4 15/5 15/10 15/21 20/20 24/8 24/18 25/24 27/1 42/20 43/16 47/22 48/25
just [41] 4/4 6/8 6/22 8/23 9/14 10/6 10/13 10/14 10/17 11/3 11/13 11/16 13/10 13/11 14/22 14/24 20/6 20/14 22/6 22/8 23/15 24/1 26/13 27/22 29/14 31/14 32/23 34/7 38/24 38/25 40/6 40/25 42/19 43/13 43/25 44/3 44/9 47/3 48/15 48/21 49/22
justice [1] 42/8

**K**

keep [2] 26/9 31/25
Kenya [2] 1/13 3/9
Kenya Davis [1] 3/9
kenya.davis [1] 1/16
kidding [1] 46/20
kind [6] 10/18 25/5 34/7 38/22 41/3 47/21
knew [1] 14/20
know [60]
knowing [3] 16/19 38/9 43/7
knowingly [1] 38/3
knowledge [5] 38/2 38/8 38/8 38/19 47/4
known [1] 46/22
knows [3] 7/25 7/25 46/23

**L**

lack [2] 5/24 41/8
Ladies [1] 24/20
laid [1] 25/5
language [3] 36/7 43/13 43/14
largely [2] 14/6 19/9
Larson [5] 1/13 3/9 10/20 20/18 39/9
Larson's [1] 17/11
last [16] 3/25 4/15 6/22

20/2 26/7 45/15 46/17 46/24 47/5 47/18 47/18 48/14
late [8] 3/25 8/21 9/25 10/25 11/2 11/18 11/22 14/2
late-stage [1] 14/2
later [5] 39/6 40/2 41/19 42/20 44/17
law [4] 1/18 6/1 10/1 49/23
lawyer [4] 18/13 24/25 45/6 45/14
leading [1] 12/25
learn [1] 19/22
learned [3] 20/6 20/10 20/14
learning [1] 19/2
least [7] 5/3 21/21 31/20 34/12 36/6 38/14 39/20
leave [3] 7/19 18/19 23/15
Leboo [2] 8/25 12/4
Leboo's [1] 15/5
left [1] 15/21
less [3] 13/16 16/16 45/1
less-than-ideal [1] 13/16
let [14] 4/4 5/11 6/10 15/17 17/22 22/16 24/8 24/9 27/13 29/10 31/8 31/17 34/7 38/24
let's [8] 3/15 22/3 24/8 27/2 27/4 34/2 47/16 48/9
letter [8] 3/17 3/18 4/3 5/7 6/17 8/8 9/23 21/2
level [1] 13/6
liberties [1] 45/7
life [1] 18/13
lightly [2] 5/9 8/1
like [5] 6/12 20/23 31/20 38/4 45/7
limited [1] 43/5
limiting [6] 34/5 35/9 36/4 42/2 42/11 43/18
line [3] 22/16 30/13 31/19
lining [1] 42/22
link [2] 35/16 41/14
linked [1] 41/4
list [9] 17/2 17/7 17/19 18/7 18/8 19/23 20/14 33/18 49/14
listed [2] 17/9 17/18
literally [3] 4/8 6/3 32/22
little [2] 16/21 34/3
live [1] 11/4
lives [1] 14/14
living [1] 46/19
long [2] 4/6 26/16
longer [2] 23/11 34/8
look [14] 6/6 15/12 15/17 18/5 21/11 22/10

36/8 39/5 48/15 48/21
looked [4] 10/16 34/3 35/3 35/7
looking [3] 17/12 33/19 37/24
losing [1] 26/12
lot [4] 8/12 14/20 19/10 36/9

**M**

made [7] 3/20 7/13 11/16 12/12 13/14 25/16 42/24
magnitude [1] 14/18
main [1] 43/1
major [1] 12/2
make [17] 3/17 11/19 16/23 17/12 19/11 25/18 25/19 26/14 27/13 31/10 33/3 35/20 35/23 47/14 47/15 47/15 48/24
makes [2] 11/13 44/22
many [2] 4/9 9/19
March [8] 7/1 7/19 7/20 7/20 16/3 18/1 49/4 49/8
March 16th [1] 7/20
March 2015 [2] 49/4 49/8
Maryland [1] 17/4
material [11] 10/10 16/23 21/9 21/14 21/19 21/21 22/22 28/17 28/17 31/6 33/21
materials [6] 8/22 9/13 14/19 20/1 20/15 33/20
matter [1] 51/4
matters [2] 22/6 24/12
maximize [2] 22/7 26/14
may [17] 15/6 15/24 19/3 22/5 23/14 27/21 27/21 28/14 29/7 29/20 36/5 41/10 41/11 43/4 45/6 46/6 47/4
maybe [9] 13/2 18/25 30/16 31/5 31/22 37/8 37/12 39/7 48/10
me [39] 4/4 7/25 7/25 15/1 15/10 15/17 16/3 17/7 17/22 17/22 17/25 18/15 18/24 21/12 21/13 22/16 24/9 25/19 27/13 28/3 28/19 32/23 32/25 34/7 35/21 37/12 37/25 38/5 38/24 39/6 39/8 40/15 40/19 41/1 41/4 43/22 49/21 49/23 50/2
mean [12] 6/24 7/5 18/21 21/13 23/18 28/13 32/16 32/22 35/17 35/20 40/11 46/22
means [6] 25/3 25/4 25/4 25/8 25/22 33/19

mechanical [1] 2/8
MEHTA [2] 1/10 3/3
members [1] 25/23
merely [1] 41/10
Merit [1] 2/2
Metropolitan [1] 14/7
might [8] 6/9 10/25 15/10 19/6 22/22 28/6 37/17 40/5
mind [3] 23/5 26/9 38/18
mine [2] 25/20 25/21
minimal [1] 14/5
minimum [1] 22/10
minor [6] 37/15 39/23 44/7 44/7 48/23 49/12
minutes [2] 7/14 24/6
mischaracterizations [1] 21/2
misheard [1] 30/17
misidentification [1] 40/22
misstatements [1] 21/2
mistake [3] 37/22 38/13 43/11
modis [1] 36/7
modis operandi [1] 36/7
modus [3] 36/15 36/16 41/2
Monday [1] 16/13
money [2] 35/21 35/23
monitor [1] 46/1
Montgomery [8] 8/13 17/13 34/17 34/23 35/22 37/8 41/19 43/3
Montgomery County [3] 8/13 34/17 34/23
month [1] 8/23
months [2] 12/8 12/8
more [14] 6/20 15/24 16/25 21/25 28/3 28/6 35/10 35/19 42/2 42/12 42/15 44/22 46/2 46/12
morning [23] 3/4 3/13 3/14 3/21 8/6 10/21 10/22 17/5 18/6 21/8 22/3 24/20 24/21 25/6 25/9 25/10 25/12 25/25 26/6 26/21 26/24 43/25 49/20
most [3] 31/1 36/14 46/18
mote [1] 36/21
motion [4] 8/8 11/1 14/2 29/12
motive [10] 35/5 35/12 35/13 35/13 35/15 35/17 35/20 35/23 40/4 41/3
moving [1] 21/4
MPD [2] 9/1 29/15
Mr [1] 4/22
Mr. [63]
Mr. and [1] 46/13
Mr. Armstead [17] 3/14 4/24 7/14 18/20 19/7

Case 1:19-cr-00369-APM Document 102 Filed 03/08/23 Page 57 of 60

57

**M**

**Mr. Armstead... [12]** 34/11 34/15 37/3 38/3 40/13 42/8 43/2 43/6 46/17 48/8 49/2 49/14
**Mr. Armstead's [3]** 15/6 40/18 47/4
**Mr. Douyon [1]** 49/23
**Mr. Leboo [1]** 12/4
**Mr. Wright [14]** 4/12 4/17 5/25 6/10 7/7 8/3 10/14 17/12 17/23 19/19 22/11 22/12 24/12 28/2
**Mr. Wright's [1]** 16/18
**Mr. Zucker [20]** 3/18 3/19 3/24 4/4 11/18 12/5 12/17 14/4 15/14 22/9 27/11 30/14 31/8 31/14 31/20 33/10 33/17 34/8 42/4 46/9
**Mr. Zucker's [4]** 4/3 8/8 39/16 46/6
**Ms. [11]** 10/20 10/20 17/11 20/17 20/18 29/19 32/12 33/10 39/9 45/11 46/13
**Ms. Davis [4]** 10/20 20/17 32/12 33/10
**Ms. Iverson [1]** 29/19
**Ms. Larson [3]** 10/20 20/18 39/9
**Ms. Larson's [1]** 17/11
**much [15]** 4/13 4/22 6/7 7/8 8/7 10/5 18/19 22/7 26/11 26/18 26/22 26/25 34/8 42/2 46/2
**multiple [2]** 32/6 37/16
**must [3]** 36/17 38/13 38/14
**my [13]** 4/16 4/25 6/17 7/16 15/20 17/25 23/1 27/9 30/16 35/3 39/1 49/22 49/23

**N**

**name [17]** 19/25 34/19 44/10 44/14 44/23 44/25 45/5 45/8 45/12 45/15 46/8 46/23 46/24 47/17 47/18 47/20 48/18
**names [18]** 18/4 27/24 29/1 30/18 30/19 30/25 31/3 33/7 33/10 44/5 44/15 44/20 45/20 45/20 46/17 47/5 47/5 48/14
**narrow [1]** 43/12
**narrower [1]** 43/21
**natural [1]** 45/14
**naturally [1]** 48/17
**nature [6]** 3/23 13/19 13/20 28/12 41/17 45/3
**NE [1]** 1/19
**necessarily [1]** 18/7
**necessary [1]** 23/17
**necessity [1]** 23/15

need [20] 4/5 10/10 16/11 17/21 18/8 18/10 19/11 20/24 21/3 22/6 22/20 22/23 23/20 27/2 27/14 32/9 33/19 35/10 38/24 50/2
**needed [1]** 34/5
**needs [8]** 11/20 14/4 21/19 22/13 31/17 33/22 35/14 38/3
**negate [1]** 38/14
**never [7]** 4/18 5/9 6/13 6/14 10/16 15/3 19/25
**nevertheless [1]** 38/18
**new [8]** 12/9 18/25 19/5 19/6 19/17 19/22 21/16 21/16
**news [1]** 24/9
**next [7]** 16/13 16/23 18/14 21/9 22/17 26/4 48/11
**night [5]** 4/15 5/23 8/21 9/16 10/16
**nine [2]** 10/3 13/10
**nine-five-and-a-half-pl us [1]** 10/3
**no [15]** 1/4 7/15 8/4 8/21 11/14 11/22 13/7 13/14 14/24 15/6 15/11 20/1 26/8 29/5 50/2
**no sense [1]** 11/14
**No. [1]** 3/7
**none [2]** 18/12 37/24
**noon [2]** 33/9 33/18
**Normally [1]** 46/12
**not [88]**
**not something [1]** 8/1
**not-insubstantial [1]** 8/16
**notes [10]** 9/18 9/20 10/15 12/11 12/18 13/3 14/23 14/25 15/2 35/3
**nothing [4]** 11/10 13/5 29/21 30/8
**November [1]** 7/2
**now [17]** 5/21 6/21 10/17 11/11 12/23 17/9 17/19 19/2 27/11 28/11 31/14 37/12 38/25 39/5 40/18 41/1 44/8
**number [2]** 16/4 26/4
**numbers [1]** 30/19
**NW [2]** 1/14 2/5

**O**

**O.S [6]** 38/9 43/7 43/9 46/22 47/20 49/7
**objection [2]** 32/13 32/16
**objects [1]** 11/17
**obligation [1]** 47/11
**obligations [2]** 11/23 30/7
**observed [1]** 20/11
**obviate [1]** 23/20
**obvious [1]** 35/20
**obviously [6]** 23/4 23/7 28/16 28/23 30/8 33/21

occurred [2] 12/24 29/6
**occurring [1]** 41/20
**October [1]** 9/20
**off [2]** 17/24 42/7
**offenses [2]** 49/3 49/6
**offered [2]** 9/6 20/12
**OFFICE [1]** 1/14
**officer's [1]** 14/8
**OFFICES [1]** 1/18
**Official [1]** 2/3
**Oh [1]** 48/4
**okay [16]** 10/12 10/19 22/25 23/10 24/10 24/16 27/2 30/12 31/25 33/16 33/24 43/23 44/21 47/2 49/15 49/20
**old [2]** 36/10 36/11
**Olga [2]** 47/20 47/21
**Olga S [1]** 47/21
**one [26]** 6/13 7/2 9/20 12/13 13/12 13/15 14/7 15/8 15/19 19/24 28/1 28/4 28/5 28/24 29/2 31/13 34/16 35/2 36/2 39/23 40/17 42/20 44/3 45/2 45/16 46/18
**one-page [1]** 14/7
**ones [6]** 13/9 31/1 31/9 31/10 31/17 40/2
**ongoing [1]** 42/17
**only [11]** 4/23 5/12 5/16 5/18 7/4 14/10 19/18 37/14 43/4 44/14 46/8
**open [7]** 6/2 15/21 16/11 22/11 26/9 32/21 47/7
**opened [4]** 4/10 4/17 19/15 33/22
**opening [3]** 6/11 31/14 42/2
**operandi [4]** 36/7 36/15 36/16 41/2
**operandi.' [1]** 35/6
**operation [1]** 36/21
**opine [1]** 38/25
**opinion [1]** 36/13
**opportunity [2]** 7/11 21/14
**opposed [1]** 44/20
**opposition [2]** 4/1 7/10
**optimal [2]** 16/16 18/12
**order [7]** 7/11 18/8 22/14 22/20 27/10 36/15 44/17
**ordinarily [1]** 35/9
**other [16]** 14/14 15/6 18/18 22/22 24/12 25/13 27/19 29/16 32/10 35/2 36/7 37/17 37/17 42/7 44/13 48/21
**others [1]** 46/20
**otherwise [2]** 16/8 25/12
**ought [4]** 26/5 27/8 27/8 48/20
**our [11]** 11/13 11/23

39/21 39/23 41/7 42/4 45/21
**our major [1]** 12/2
**out [26]** 5/1 5/17 5/19 13/13 16/4 19/10 21/12 21/15 21/23 22/11 23/2 24/8 25/14 28/25 30/20 31/1 31/3 33/8 34/16 41/12 42/19 43/18 45/20 46/14 48/12 48/16
**out here [1]** 25/14
**outline [1]** 6/17
**outside [1]** 11/4
**outweighed [1]** 36/1
**over [22]** 4/25 5/22 6/11 6/20 7/15 8/9 8/15 12/2 12/21 13/3 13/4 14/21 15/25 16/23 25/20 27/15 27/22 28/16 29/6 32/18 40/3 48/11
**overlap [1]** 37/9
**overlapping [2]** 41/17 41/23

**P**

**page [1]** 14/7
**pages [5]** 4/19 6/13 8/17 8/19 13/2
**paragraph [2]** 32/22 43/1
**part [9]** 17/8 18/23 25/24 38/15 39/18 39/19 43/18 44/16 45/14
**participants [1]** 41/18
**participation [1]** 5/8
**particular [5]** 19/8 22/20 29/21 32/21 45/25
**particularly [3]** 13/9 19/24 45/5
**past [2]** 9/14 20/6
**Pause [1]** 24/17
**people [7]** 10/9 17/3 17/13 17/18 46/18 46/22 47/13
**percipient [1]** 19/6
**perhaps [1]** 21/22
**period [1]** 41/20
**person [5]** 35/17 36/23 40/15 40/22 45/5
**person's [2]** 45/4 45/15
**personally [1]** 28/25
**pertained [1]** 12/6
**Peter [2]** 1/18 3/10
**Peter Wright [1]** 3/10
**photographs [1]** 20/3
**picked [1]** 6/19
**pictures [1]** 8/11
**Plaintiff [1]** 1/4
**plan [4]** 37/5 37/11 37/18 44/13
**plane [1]** 16/2
**plans [1]** 25/5

played [1] 7/15
**players [1]** 37/9
**please [3]** 3/5 26/9 26/11
**pled [5]** 12/7 12/8 34/11 34/18 34/19
**plus [2]** 10/3 16/19
**point [5]** 20/2 39/16 40/6 41/4 42/22
**pointing [1]** 30/5
**points [3]** 10/24 11/15 31/9
**Police [1]** 14/8
**portion [3]** 32/3 32/13 49/11
**portions [4]** 28/7 29/9 29/22 39/20
**position [2]** 12/12 12/14
**possession [1]** 10/2
**possibility [2]** 15/22 39/18
**possible [4]** 22/7 22/8 40/1 47/17
**posted [1]** 3/18
**posture [1]** 13/22
**potentially [1]** 28/17
**practice [1]** 5/10
**precise [1]** 35/10
**predict [1]** 48/12
**prejudice [1]** 14/14
**prejudicial [2]** 36/1 48/8
**prejudicing [1]** 42/20
**prep [2]** 9/19 12/24
**preparation [1]** 5/15
**prepare [2]** 15/15 18/10
**prepared [7]** 3/21 21/25 22/23 23/19 32/17 32/19 34/4
**preparing [2]** 17/8 20/5
**present [2]** 3/12 40/16
**presiding [1]** 3/3
**presumably [2]** 20/10 35/2
**presume [1]** 40/14
**previously [4]** 13/4 14/6 19/4 31/11
**prior [5]** 11/12 12/5 19/10 22/21 42/6
**prioritize [1]** 33/19
**probably [7]** 4/9 8/11 10/8 43/21 46/14 48/5 48/13
**probative [4]** 35/23 35/25 36/25 40/5
**problems [1]** 31/13
**proceed [4]** 3/16 13/25 15/21 23/13
**proceedings [5]** 1/9 2/8 47/12 50/5 51/4
**proceeds [1]** 23/25
**produce [1]** 30/17
**produced [14]** 2/9 6/18 12/16 12/19 13/2 13/3 14/6 20/20 20/22 30/3 30/3 30/3 30/4 31/14

Case 1:19-cr-00369-APM Document 162 Filed 03/08/23 Page 58 of 60

## P

**production [1]** 12/21
**productions [1]** 29/9
**progresses [2]** 41/7 41/16
**promptly [1]** 26/21
**proper [1]** 33/4
**properly [1]** 32/3
**propose [3]** 39/2 42/1 49/5
**proposed [4]** 35/8 38/21 43/1 43/14
**prosecution [1]** 14/23
**prosecutors [1]** 9/24
**prostitute [2]** 34/15 41/11
**protect [2]** 44/17 47/11
**protective [1]** 27/10
**prove [2]** 35/14 38/13
**proved [1]** 43/6
**provide [4]** 18/6 32/19 33/10 43/16
**provided [6]** 6/8 8/22 8/23 12/10 20/4 31/12
**provides [1]** 27/10
**public [3]** 45/20 47/1 47/7
**pull [1]** 29/11
**purpose [3]** 38/10 43/5 45/18
**purposes [1]** 46/7
**pursuant [1]** 30/9
**push [1]** 16/21
**pushing [1]** 31/21
**put [6]** 5/20 17/19 20/19 25/20 32/2 45/20
**putting [2]** 11/19 42/19

## Q

**quantity [1]** 4/13
**question [4]** 4/4 16/9 36/14 48/19
**questioning [2]** 45/4 45/15
**quick [1]** 36/8
**quickly [1]** 25/14
**quite [2]** 23/1 30/1

## R

**raise [2]** 15/19 43/25
**raised [3]** 14/17 19/23 38/14
**raising [3]** 15/22 15/23 46/4
**range [1]** 39/24
**rare [1]** 45/12
**rarely [1]** 45/6
**rather [1]** 43/19
**reactions [1]** 39/6
**read [1]** 28/3
**readings [1]** 43/2
**reads [1]** 49/6
**ready [12]** 5/24 7/23 7/23 13/24 14/12 15/16 16/6 18/14 19/11 21/18 21/19 23/5
**real [3]** 15/7 39/18 46/4
**realistic [2]** 17/7 17/22

**realized [1]** 14/18
**really [7]** 7/8 11/10 17/20 18/19 35/14 35/23 36/25
**Realtime [1]** 2/3
**reason [1]** 15/12
**reasonable [2]** 18/16 43/6
**reasons [3]** 14/1 29/20 38/20
**receive [2]** 9/25 20/2
**received [6]** 3/17 5/2 19/22 20/1 20/14 27/11
**receiving [1]** 28/15
**recent [3]** 3/19 9/19 31/22
**recently [2]** 5/22 20/22
**recitation [2]** 3/22 16/22
**recollection [1]** 30/16
**record [9]** 3/18 11/21 17/24 20/19 29/17 42/25 44/16 47/1 51/3
**recorded [2]** 2/8 7/1
**records [1]** 30/4
**Red [1]** 43/15
**Red Book [1]** 43/15
**redact [2]** 27/9 44/25
**redacted [15]** 27/8 27/9 27/15 27/20 27/25 28/6 28/7 28/12 29/22 32/25 33/7 33/21 44/17 46/25 49/22
**redacting [1]** 32/13
**redaction [1]** 28/25
**redactions [6]** 20/25 27/4 27/6 29/5 31/11 34/1
**refer [8]** 44/10 44/12 44/14 44/19 45/10 47/17 47/19 49/8
**referenced [1]** 5/7
**referred [1]** 46/8
**referring [5]** 17/15 44/4 45/7 45/18 45/19
**reflects [1]** 38/25
**regarding [1]** 35/2
**regardless [1]** 21/4
**Registered [1]** 2/2
**relate [2]** 19/18 38/18
**related [5]** 4/19 5/1 6/22 44/2 49/3
**relates [2]** 9/11 32/14
**relating [3]** 33/20 34/10 49/6
**relevant [8]** 22/23 28/12 32/21 36/16 37/14 37/18 38/12 43/19
**remain [1]** 14/11
**remember [4]** 6/11 7/21 29/7 39/21
**remind [1]** 26/7
**removed [1]** 27/22
**report [2]** 14/8 24/9
**Reporter [4]** 2/2 2/2 2/3 2/3
**representation [1]**

**reproduced [3]** 12/5 12/20 31/11
**request [2]** 4/1 47/23
**requests [1]** 25/19
**require [1]** 19/6
**required [2]** 26/3 37/10
**reschedule [1]** 22/6
**rescheduling [1]** 21/24
**research [1]** 26/8
**resort [1]** 48/13
**respect [8]** 12/11 12/23 13/8 29/5 29/18 35/4 39/13 44/6
**respectful [1]** 46/12
**respond [2]** 11/20 48/1
**response [6]** 4/1 8/21 10/24 13/9 32/17 40/24
**responsible [1]** 37/4
**rest [2]** 6/24 26/22
**result [1]** 26/12
**return [1]** 50/4
**reveals [1]** 18/25
**review [13]** 5/18 6/7 10/6 10/11 14/4 15/7 16/23 20/4 22/23 30/9 32/20 39/8 49/22
**reviewed [8]** 4/23 4/24 5/7 5/12 5/13 6/4 21/16 33/22
**reviewing [1]** 28/3
**right [26]** 3/13 3/15 6/16 7/24 9/4 15/19 17/17 20/16 21/7 21/12 21/13 23/22 28/10 30/22 32/12 32/23 33/5 33/17 34/1 38/25 39/16 40/12 40/25 42/7 43/24 47/21
**Rights [1]** 47/10
**rise [3]** 3/2 13/6 50/3
**RMR [2]** 51/2 51/8
**roadmap [1]** 21/3
**role [1]** 7/15
**roles [1]** 14/12
**Room [1]** 2/5
**rule [4]** 25/1 30/10 36/18 44/24
**ruling [1]** 29/4
**run [2]** 14/9 33/14
**running [2]** 34/15 41/10

## S

**S.B [13]** 9/10 9/21 20/9 20/11 31/21 37/14 38/9 43/7 43/9 44/6 47/19 49/7 49/11
**S.B.'s [1]** 19/25
**S.J [5]** 28/1 29/23 31/24 31/25 34/21
**Sadie [1]** 47/20
**Sadie B [1]** 47/20
**said [12]** 5/9 10/14 14/24 17/2 17/17 19/13 30/21 31/23 35/4 38/7 39/11 39/12
**same [6]** 5/25 9/4

**satisfied [1]** 32/3
**Saturday [3]** 9/16 10/16 15/2
**say [17]** 5/9 12/18 16/8 17/5 19/1 19/5 19/9 19/21 20/17 22/10 23/12 23/16 30/23 37/3 40/15 40/24 49/13
**saying [2]** 14/7 17/9
**says [1]** 36/15
**schedule [5]** 7/18 16/2 16/5 16/17 26/1
**schedules [1]** 22/1
**scheduling [3]** 20/23 25/18 33/13
**scheme [3]** 37/5 37/11 37/18
**search [1]** 6/12
**seat [1]** 24/19
**seated [2]** 3/5 42/9
**second [2]** 29/13 39/7
**seconds [1]** 17/23
**security [11]** 7/6 7/6 28/24 30/19 45/17 45/22 46/3 46/7 46/20 46/24 48/7
**see [6]** 14/7 26/23 40/25 45/3 45/6 49/20
**seeing [1]** 6/11
**seem [3]** 19/18 35/21 45/6
**seems [3]** 13/21 18/15 43/22
**seen [7]** 4/18 4/20 5/4 6/13 6/14 14/20 15/3
**selected [2]** 5/11 14/11
**selection [1]** 15/21
**send [2]** 32/23 32/25
**sense [7]** 11/14 16/1 35/15 36/22 38/17 42/13 44/22
**sent [1]** 8/8
**sentence [1]** 49/10
**September [2]** 7/1 9/6
**Serial [1]** 12/21
**Serial 1As [1]** 12/21
**seriously [1]** 46/16
**serve [1]** 14/11
**service [1]** 26/2
**session [1]** 3/3
**sessions [2]** 12/24 12/24
**sets [1]** 31/6
**seven [3]** 5/21 16/14 23/9
**severely [1]** 14/14
**sex [4]** 43/9 49/2 49/3 49/6
**she [4]** 17/15 20/8 20/10 20/11
**she's [4]** 15/1 20/9 20/12 39/24
**shifted [1]** 33/15
**short [1]** 12/24
**should [4]** 21/16 25/17 33/8 42/24
**shouldn't [1]** 33/21

**shown [1]** 4/24
**side [4]** 25/17 29/2 30/2 32/2
**signaling [1]** 48/6
**signature [4]** 36/17 36/21 36/22 41/9
**significant [1]** 10/10
**significantly [1]** 36/14
**similar [3]** 34/13 34/13 42/9
**simply [6]** 5/23 13/11 16/8 27/9 39/15 44/9
**since [3]** 6/18 10/2 39/7
**single [2]** 26/15 48/20
**sit [1]** 21/14
**sitting [1]** 21/12
**six [2]** 16/14 23/9
**slightly [1]** 22/4
**slipped [1]** 48/17
**small [3]** 12/20 43/25 44/2
**smaller [1]** 30/4
**so [74]**
**So I think [1]** 38/20
**so this is [2]** 12/9 46/5
**Social [1]** 30/19
**some [21]** 4/2 6/21 6/21 7/10 10/5 11/15 13/8 20/2 21/1 21/21 23/12 23/15 25/7 30/10 37/9 38/14 40/8 42/2 43/23 47/14 48/25
**somebody [2]** 37/3 40/19
**somehow [1]** 13/19
**someone [2]** 40/13 45/4
**something [13]** 8/1 8/1 20/18 22/9 22/15 23/23 25/17 35/14 36/23 42/19 43/21 43/22 44/1
**sometimes [4]** 25/3 25/3 25/4 29/16
**somewhat [1]** 20/7
**somewhere [1]** 5/3
**soon [1]** 13/1
**sorry [1]** 34/25
**sort [11]** 4/2 8/18 11/21 25/5 35/19 40/4 40/4 40/12 40/22 41/9 44/2
**sound [1]** 31/20
**speak [2]** 28/21 29/17
**specific [7]** 18/11 30/14 38/1 38/5 38/17 41/13 42/16
**specific-intent [3]** 38/1 38/5 38/17
**specifically [3]** 29/7 29/18 42/15
**spend [1]** 24/6
**spot [1]** 16/1
**stage [1]** 14/2
**stand [3]** 12/17 26/6 42/17
**standard [1]** 36/8
**stands [2]** 36/13 40/25
**start [9]** 18/5 21/8 22/3

**S**

start... [6] 22/5 25/10 25/24 26/12 26/13 26/21
started [1] 14/18
starting [2] 21/4 25/9
state [1] 38/18
statements [4] 13/14 17/4 19/10 22/21
STATES [5] 1/1 1/3 1/10 3/7 36/10
stating [1] 3/19
stenography [1] 2/8
stepfather [1] 19/25
stick [1] 47/21
still [10] 4/5 12/16 21/19 25/23 26/1 27/24 30/11 30/25 36/13 40/3
straight [1] 23/6
street [2] 1/14 35/19
stressed [1] 28/23
stretch [1] 39/22
strictly [1] 7/16
strive [1] 48/19
strongly [2] 11/17 13/18
stuff [7] 4/22 4/23 6/2 7/3 7/8 14/20 20/3
style [1] 46/6
stylistically [1] 45/24
subject [3] 33/13 40/8 44/7
submit [2] 30/8 49/21
subsequent [1] 20/15
substance [2] 13/4 27/19
substantial [1] 21/18
substantially [1] 36/1
such [4] 5/14 14/7 14/22 16/2
sufficient [1] 16/10
suggest [1] 41/2
suggested [6] 21/22 32/17 36/3 42/25 48/23 49/1
suggestion [1] 15/20
Suite [1] 1/20
summary [1] 48/22
Superior [2] 7/21 24/12
support [1] 6/12
suppose [1] 40/18
supposed [1] 15/4
sure [15] 3/17 8/5 8/12 16/23 17/12 19/11 19/16 20/12 20/17 26/14 31/10 32/24 35/13 42/24 47/15
surprise [1] 22/15
suspect [1] 16/5
swear [1] 6/6
swept [1] 38/22
system [2] 16/8 42/8

**T**

tactic [1] 13/22
tailored [1] 42/16
take [10] 4/6 5/1 5/17 12/13 15/11 15/23 16/6

taken [1] 9/2
takes [1] 22/15
taking [4] 28/25 38/3 39/7 45/6
talk [8] 3/15 23/18 27/2 27/3 27/4 34/2 44/1 48/10
talking [3] 24/7 31/5 42/6
tape [1] 4/20
technical [1] 7/8
technology [1] 4/13
tell [9] 7/22 21/11 25/19 28/19 33/15 37/6 37/12 47/22 48/15
telling [1] 16/3
ten [1] 7/14
term [2] 35/5 41/12
terms [6] 4/4 6/9 15/16 35/8 38/8 44/3
TERRELL [4] 1/6 3/8 40/16 49/2
Terrell Armstead [3] 3/8 40/16 49/2
testify [4] 10/9 14/13 15/1 20/10
testifying [4] 12/15 13/15 35/1 47/9
testimony [11] 9/5 9/9 10/4 10/7 13/11 13/20 18/20 20/13 20/20 26/18 41/15
than [8] 4/13 13/16 16/16 17/1 21/25 28/3 28/6 43/22
Thank [7] 14/16 24/15 26/11 26/22 26/25 49/25 50/1
Thank you [3] 14/16 24/15 49/25
that [306]
that's [45] 6/23 8/23 9/6 10/3 10/18 10/25 13/10 14/24 16/14 18/2 18/21 18/24 19/21 20/7 22/13 23/8 23/16 23/23 24/10 24/11 25/5 26/5 27/5 27/14 28/5 28/16 28/20 29/2 33/16 34/1 34/13 34/14 35/24 36/2 36/18 37/13 37/18 39/16 43/22 44/23 46/13 46/14 46/20 47/22 49/17
their [27] 13/9 14/11 14/13 15/11 17/2 22/18 30/4 43/17 44/14 44/15 44/17 44/20 45/7 45/12 45/19 45/19 45/20 46/3 46/8 46/23 46/24 47/5 47/5 47/17 47/18 48/14 48/18
them [34] 5/5 5/19 5/20 6/11 8/13 8/14 9/10 9/20 9/25 10/16 11/9 12/5 15/3 15/11 16/21 17/9 17/10 17/21 19/15

30/17 30/23 33/8 33/15 44/14 44/20 45/12 45/15 45/18 48/6 49/8
then [20] 3/25 9/22 17/2 17/5 18/11 20/14 20/24 30/4 33/3 33/21 34/14 34/17 35/7 37/5 42/15 43/18 43/19 49/10 49/13 49/14
there [57]
there's [25] 3/22 6/4 6/5 8/17 9/23 11/10 13/5 19/10 21/18 25/1 27/5 28/22 29/20 30/10 33/5 34/21 36/9 36/10 36/23 37/5 37/9 37/10 38/2 44/1 48/7
therefore [1] 40/4
these [28] 6/15 6/24 11/6 13/8 14/1 18/20 22/2 22/22 22/25 26/12 27/19 29/15 30/7 33/14 35/18 37/7 37/24 38/1 40/20 42/6 44/4 46/2 46/3 46/17 46/22 47/12 48/5 48/17
they [36] 7/10 8/12 8/24 9/17 9/25 10/1 10/17 11/7 11/16 12/6 13/23 14/24 15/2 17/5 17/7 17/22 18/8 18/11 19/17 22/23 23/20 25/18 29/9 30/23 30/25 31/1 31/2 32/9 32/10 33/15 42/13 42/13 44/25 46/8 46/19 46/25
they uploaded [1] 9/17
they're [8] 16/22 17/9 17/10 17/20 24/4 26/16 42/6 44/23
they've [7] 15/1 16/3 17/1 17/9 17/20 21/23 30/3
thing [6] 5/25 21/24 29/23 32/24 41/17 48/21
things [12] 6/24 14/6 15/18 23/11 24/1 25/13 25/14 30/2 31/14 34/3 45/16 45/24
think [69]
thinking [1] 39/1
this [114]
this case [1] 38/6
those [23] 3/23 5/4 6/21 6/21 9/2 9/19 10/9 12/23 13/5 17/5 17/14 22/8 29/11 29/22 31/10 31/15 33/7 33/20 33/23 33/23 35/2 38/20 49/5
though [2] 26/9 47/4
thought [4] 17/15 31/3 40/11 46/10
thoughts [1] 39/8
thousands [2] 8/18 8/19
threats [2] 38/11 43/8

33/18 33/23
through [18] 4/16 8/14 8/16 11/12 14/19 15/8 16/11 16/11 19/11 21/9 21/19 22/8 22/19 23/6 26/3 26/3 33/7 41/15
thumb [1] 25/1
Thursday [7] 5/3 10/1 16/13 16/14 18/9 22/19 33/11
tid [1] 45/10
time [21] 5/14 6/8 7/15 14/4 16/10 17/8 17/21 18/19 18/19 19/2 21/20 21/25 21/25 22/7 34/7 41/20 42/2 43/23 48/17 48/17 49/11
timing [1] 3/22
titled [1] 51/4
today [6] 15/22 15/23 21/4 24/6 25/23 33/9
together [1] 41/21
told [7] 17/25 21/17 21/20 24/13 24/13 37/7 39/1
tomorrow [1] 26/23
too [4] 10/5 36/19 38/21 43/12
took [1] 36/8
tortured [1] 36/12
tough [1] 16/1
towards [1] 33/23
town [3] 16/4 21/23 23/2
track [2] 31/25 43/14
tracking [1] 39/10
traditional [2] 35/15 38/17
traditionally [1] 40/11
traffic [1] 38/3
trafficked [1] 11/8
trafficking [8] 34/18 34/19 37/14 37/16 38/10 49/3 49/3 49/7
transcript [6] 1/9 2/8 4/18 5/16 46/25 51/3
transcription [1] 2/9
transcripts [2] 12/1 12/4
transported [1] 43/7
transporting [1] 38/9
traumatic [1] 11/8
travel [2] 7/18 16/17
tremendous [1] 11/3
trial [30] 1/9 3/21 5/11 5/14 6/4 6/25 7/4 7/20 12/3 12/16 12/24 12/25 15/9 16/12 16/14 16/14 16/15 18/13 22/4 22/7 22/10 22/16 23/8 23/25 24/25 25/8 26/5 26/19 40/9 44/19
trials [2] 25/1 48/5
tried [2] 6/17 14/21
trouble [1] 11/4
true [5] 8/23 11/20 15/6 24/2 24/4

truly [1] 36/20
trust [2] 24/23 28/11
truth [1] 6/7
Truthfully [1] 32/5
try [6] 7/23 8/15 18/2 18/3 43/14 48/19
trying [4] 4/15 4/16 5/24 6/2
Tuesday [1] 16/13
turn [2] 27/22 32/18
turned [4] 12/2 13/4 27/15 28/16
turns [1] 43/18
twelve [1] 9/15
two [21] 4/21 8/24 12/13 13/13 16/17 16/21 16/24 17/3 18/4 22/17 26/12 28/22 31/5 34/17 35/2 36/3 39/7 43/25 44/2 49/3 49/7
two-day [1] 16/21
type [2] 28/24 41/1
types [2] 35/18 35/19
typically [2] 35/17 40/21

**U**

U.S [2] 1/14 2/4
Uh [1] 49/16
Uh-huh [1] 49/16
under [2] 13/16 47/10
understand [10] 11/24 15/24 19/12 19/16 28/5 28/7 41/24 44/8 45/23 46/6
understandable [1] 6/23
unexpected [2] 25/2 25/3
unfortunately [1] 25/8
unique [1] 36/24
UNITED [5] 1/1 1/3 1/10 3/7 36/10
United States [1] 36/10
United States of [1] 3/7
unless [1] 43/25
unredacted [1] 27/16
until [6] 7/14 9/25 10/14 10/17 14/18 50/4
unusual [1] 45/3
up [13] 4/17 6/2 6/11 12/17 12/25 19/7 22/11 35/14 35/16 36/6 36/6 40/10 42/22
up being [1] 40/10
uploaded [3] 9/2 9/17 9/17
upon [1] 8/19
urge [1] 27/18
us [12] 10/1 15/2 16/12 26/13 29/10 31/2 31/2 31/8 31/9 31/16 31/17 34/8
usdoj.gov [2] 1/16 1/16
use [8] 5/18 38/11

**U**

use... [6]  42/14 43/4 44/22 44/25 45/15 46/12
used [2]  35/5 43/9
using [6]  30/6 36/7 38/4 45/4 46/24 48/14
usually [1]  48/13

**V**

value [1]  35/25
various [2]  29/20 41/20
version [1]  27/16
versus [2]  3/7 36/11
very [12]  11/18 11/23 13/17 26/11 26/22 26/25 29/25 33/2 39/18 47/7 48/7 48/23
veteran [1]  21/17
via [2]  3/17 49/23
victim [1]  44/12
victims [9]  11/6 12/15 29/1 29/15 39/23 40/2 41/22 44/13 47/10
video [1]  9/23
view [1]  43/12
volume [5]  5/13 6/9 8/4 14/22 21/18
vs [1]  1/5
vulnerable [1]  11/6

**W**

wait [2]  40/25 50/2
want [19]  8/3 10/23 11/15 18/2 22/6 32/7 34/8 37/19 43/16 44/3 44/24 44/25 45/9 45/14 46/25 47/24 48/1 48/9 48/21
wanted [4]  19/19 20/17 34/4 43/25
wants [1]  44/1
warrants [1]  6/12
was [73]
was this [1]  9/9
Washington [4]  1/5 1/15 1/20 2/6
wasn't [7]  6/8 11/11 14/18 20/17 39/19 39/19 40/19
waste [1]  17/21
wasting [1]  17/8
way [9]  4/16 15/4 18/9 18/16 36/24 38/15 40/5 41/13 42/21
we [102]
we will [2]  25/9 25/24
we'd [1]  19/25
we'll [13]  21/8 22/3 22/4 22/5 22/7 26/21 26/23 33/6 40/25 45/13 47/17 47/19 49/20
we're [20]  3/15 13/24 17/5 18/1 21/4 25/9 26/11 26/16 26/17 28/25 30/5 31/5 32/2 32/21 33/14 39/7 42/21 44/16 46/5 48/6

we've [9]  4/22 6/18 17/2 28/23 30/1 31/20 42/4 44/4
Wednesday [17]  16/12 16/12 16/13 18/6 18/9 21/8 22/3 22/19 23/5 24/9 25/10 25/25 26/12 26/21 26/24 33/11 49/20
week [14]  6/1 6/23 7/3 7/4 9/25 12/22 16/13 18/14 19/14 20/2 20/6 26/3 26/4 26/7
weekend [12]  4/17 4/25 5/23 6/1 6/11 13/3 14/21 15/25 18/12 18/13 24/23 29/6
weekends [1]  6/20
weigh [1]  45/17
welcome [1]  24/22
well [19]  4/9 6/16 9/8 12/2 12/16 12/20 12/21 16/25 20/3 20/5 20/7 23/10 24/6 30/13 33/2 37/25 38/13 41/21 45/3
went [2]  34/3 35/3
were [39]  5/6 5/7 5/7 5/22 6/10 6/12 6/14 6/22 6/25 8/10 8/22 9/1 9/2 9/14 9/19 11/7 11/15 12/4 12/13 12/16 13/2 13/3 13/12 17/3 17/13 17/18 17/19 17/19 21/1 29/5 29/8 29/9 31/2 31/10 31/10 31/14 44/12 46/4 47/6
weren't [1]  15/9
what [71]
what's [4]  4/11 19/15 21/16 28/18
whatever [3]  33/3 34/5 49/22
whatever's [1]  28/11
when [19]  6/15 9/1 15/2 17/2 19/22 21/15 21/15 25/1 29/14 33/14 34/5 35/3 39/3 39/23 39/23 45/5 45/10 45/15 48/2
when you're [1]  48/2
where [11]  8/12 11/7 13/23 24/10 25/6 26/5 28/1 33/7 35/15 40/2 47/5
whether [8]  16/9 20/17 21/4 22/12 27/4 28/14 32/20 43/5
which [31]  4/18 4/23 7/9 8/16 12/7 12/21 14/5 14/10 14/12 19/12 27/21 28/25 30/2 30/11 31/3 31/17 34/11 34/17 35/8 36/24 37/5 37/16 38/13 38/19 39/24 40/20 41/13 42/3 43/1 48/7 48/13
who [18]  11/4 11/7 14/11 14/12 16/19

22/18 35/1 36/23 40/19 41/10 41/21 44/6 44/12 47/20 49/5
who's [6]  21/12 21/12 34/22 40/22 47/8 47/9
whodunit [1]  40/12
whom [2]  46/18 46/18
whose [1]  16/4
why [7]  7/3 11/11 29/20 30/2 39/24 42/9 46/5
wife [1]  17/25
will [25]  4/6 6/6 6/6 10/8 13/13 18/11 21/11 22/4 23/4 23/12 24/1 25/9 25/24 26/2 33/6 33/17 39/19 41/6 41/14 41/15 42/5 42/13 45/21 48/15 49/21
William [4]  2/2 51/2 51/7 51/8
WilliamPZaremba [1]  2/7
withheld [1]  32/4
within [6]  9/14 10/15 20/6 24/2 24/3 24/4
without [6]  5/8 10/5 14/13 30/18 30/19 31/11
witness [27]  5/2 6/22 7/5 7/6 9/5 9/19 12/23 17/19 19/8 19/23 20/14 22/24 28/1 28/14 28/24 29/21 32/5 34/21 34/22 42/5 42/17 45/7 45/11 45/17 45/21 46/7 46/20
witness-prep [1]  9/19
witnesses [48]  7/12 10/8 11/4 11/7 11/13 12/2 13/14 13/15 13/24 14/12 16/4 17/1 17/2 17/4 17/6 17/8 17/9 18/4 18/7 18/8 18/11 18/20 18/25 19/2 19/4 19/6 19/17 19/22 21/23 22/18 22/22 29/15 29/15 33/11 33/15 33/18 33/20 33/23 40/14 41/15 41/21 44/4 44/12 46/3 47/4 47/11 47/17 48/18
woman [1]  41/10
women [1]  37/16
won't [2]  23/14 23/17
word [2]  15/11 16/6
work [4]  3/24 4/16 34/9 42/15
workday [1]  25/13
working [1]  28/4
world [2]  7/3 46/23
worried [1]  42/19
worth [1]  39/7
would [33]  7/23 13/6 13/23 14/14 16/7 16/25 18/3 19/21 20/8 20/19 27/18 28/12 32/6 32/7 32/10 32/19 33/10 35/1

41/3 41/8 42/1 43/8 45/10 46/3 46/7 47/3 48/7 49/5 49/10
wouldn't [1]  45/11
Wright [16]  1/18 3/10 4/12 4/17 5/25 6/10 7/7 8/3 10/14 17/12 17/23 19/19 22/11 22/12 24/12 28/2
Wright's [1]  16/18
written [1]  42/12
wrong [2]  18/25 37/12

**Y**

years [7]  5/10 24/25 39/22 46/19 46/19 46/21 46/23
yes [7]  17/17 28/21 32/11 33/13 33/25 34/20 41/18
yesterday [2]  4/25 11/2
yet [2]  26/10 33/22
you [117]
you know [5]  16/17 16/21 18/10 23/21 40/20
you'd [1]  32/17
you'll [3]  21/8 22/16 25/23
you're [12]  5/17 5/20 15/19 16/6 17/17 19/1 19/11 22/17 23/3 23/19 25/23 48/2
you've [4]  27/11 27/13 29/14 29/23
young [1]  45/5
your [28]  3/6 7/18 8/6 14/1 16/2 16/6 16/16 16/18 23/5 26/2 26/22 28/8 28/21 32/17 32/20 33/25 34/20 34/24 37/24 39/6 39/8 39/10 40/14 41/5 43/12 44/11 45/23 49/25
Your Honor [13]  3/6 8/6 14/1 28/21 32/20 33/25 34/20 34/24 39/10 41/5 44/11 45/23 49/25

**Z**

Zaremba [4]  2/2 51/2 51/7 51/8
Zucker [23]  1/17 1/19 3/10 3/18 3/19 3/24 4/4 11/18 12/5 12/17 14/4 15/14 22/9 27/11 30/14 31/8 31/14 31/20 33/10 33/17 34/8 42/4 46/9
Zucker's [4]  4/3 8/8 39/16 46/6