# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3052**                    **September Term, 2024**

**1:19-cr-00369-APM-1**

**Filed On: October 28, 2024** [2082284]

United States of America,

      Appellee

    v.

Terrell Armstead, also known as Rell, also
known as Supreme 16,

      Appellant

### M A N D A T E

In accordance with the judgment of September 3, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

BY:   /s/
           Daniel J. Reidy
           Deputy Clerk

Link to the judgment filed September 3, 2024